**EXHIBIT 1**

**SUBMIT TO:**

The School District of Osceola County, Florida
Purchasing Department, Building 2000
817 Bill Beck Blvd.
Kissimmee, FL 34744

CONTACT PERSON:
*Neil D. McDonald*

Telephone #:  407.870.4630
Fax #:           407.870.4616



# REQUEST FOR PROPOSAL

AN EQUAL OPPORTUNITY EMPLOYER
www.osceola.k12.fl.us/depts/Purchasing/Index.asp

Date issued: *November 17, 2011*

| TITLE: *Employee Benefit Consulting Services* | NUMBER: **SDOC-12-P-045-NM** | SUBMITTAL DEADLINE: *December 14, 2011* at 2:00 PM |
|---|---|---|

| PRE PROPOSAL CONFERENCE - DATE, TIME AND LOCATION: *November 29, 2011, at 9:00 AM at 817 Bill Beck Blvd., Building 2000, Purchasing, Kissimmee, Florida* | *SUBMITTALS RECEIVED AFTER ABOVE DATE AND TIME WILL NOT BE CONSIDERED* |
|---|---|

FIRM'S "LEGAL" NAME (As described in the Section Titled "Florida Department of State, Division of Corporations Registration Requirements within this **RFP**.):

Florida Division of Corporation Document Number:

MAILING ADDRESS:

CITY – STATE – ZIP:

TELEPHONE NO:

FAX NO:

FEDERAL ID NO. OR SOCIAL SECURITY NO.

I hereby certify that I have read and understand the requirements of this Invitation To Bid and that I, as the bidder, will comply with all requirements of this offer and any contract(s) and/or other transactions required by this award.

X _____
   Authorized Signature
_____Typed Name
_____
Title                            Date
_____
Email Address

## THIS FORM MUST BE COMPLETED AND RETURNED WITH YOUR RESPONSE
### GENERAL CONDITIONS AND INSTRUCTIONS
**\* \* \* \* PLEASE READ CAREFULLY \* \* \* \***

Individuals covered by the Americans with Disabilities Act of 1990 in need of accommodations to attend public openings or meetings sponsored by the School District of Osceola County Purchasing Department shall contact the Purchasing Department at 407.870.4630, at least five (5) days prior to the scheduled opening or meeting.

1. **SUBMISSION OF OFFERS:** All offers shall be submitted in a sealed envelope or package. The invitation number, title, and opening date shall be clearly displayed on the outside of the sealed envelope or package. The delivery of responses to the School District of Osceola County Purchasing Department prior to the specified date and time is solely and strictly the responsibility of the offeror. Any submittal received in the Purchasing Department after the specified date and time will not be considered.

   Responses shall be submitted on forms provided by the School Board. Additional information may be attached to the submittal. Facsimile submissions are NOT acceptable. No offer may be modified after acceptance. No offer may be withdrawn after opening for a period of sixty (60) days unless otherwise specified.

2. **EXECUTION OF OFFER:** Offer shall contain a manual signature in the space(s) provided of a representative authorized to legally bind the offeror to the provisions therein. All spaces requesting information from the offeror shall be completed. Responses shall be typed or printed in ink. Use of erasable ink or pencil is not permitted. Any correction made by the offeror to any entry must be initialed.

3. **OPENING:** Opening shall be public in the School District Purchasing Department immediately following the advertised deadline date and time for receipt of submittals. Pursuant to Section 119.071(1)(b) Florida Statutes (1991) no further information regarding offers submitted will be made public until such time of intended award or ten (10) days after bid opening, whichever is earlier.

4. **PUBLIC RECORD:** The School District is governed by the Public Record Law, Chapter 119, Florida Statutes. Pursuant to Chapter 119 only trade secrets as defined in Section 812.081, Florida Statute shall be exempt from disclosure.

5. **CLARIFICATION/CORRECTION OF ENTRY:** The School Board reserves the right to allow for the clarification of questionable entries and the correction of OBVIOUS MISTAKES.

6. **INTERPRETATION/ADDENDA:** Any questions concerning conditions and specifications shall be directed to the designated contact person. Those interpretations which may affect the eventual outcome of the invitation/offer shall be furnished in writing to prospective offerors.

   No interpretation shall be considered binding unless provided in writing by the School District Purchasing Department in the form of an addendum. Any addenda issued shall be acknowledged by signature and returned with offeror's response.

   Failure to acknowledge addenda may result in the offer not being considered.

7. **INCURRED EXPENSES:** This invitation does not commit the School Board to make an award nor shall the School Board be responsible for any cost or expense which may be incurred by any respondent in preparing and submitting a reply, or any cost or expense incurred by any respondent prior to the execution of a purchase order or contract agreement.

8. **PRICING:** Unless otherwise specified prices offered shall remain firm for a period of at least sixty (60) days; all pricing of goods shall include FOB DESTINATION, all packing, handling, shipping charges and delivery to any point(s) within the School District to a secure area or inside delivery; all prices of services shall include all expenses necessary to provide the service at the location specified.

9. **ADDITIONAL TERMS & CONDITIONS:** The School Board reserves the right to reject offers containing terms or conditions contradictory to those requested in the invitation specifications.

10. **TAXES:** The School District of Osceola County is exempt from Federal and State Tax for Tangible Personal Property. Florida State Exemption Certificate No. 85-8012500806C-9. Vendors or Contractors doing business with the School District of Osceola County shall not be exempted from paying sales tax to their suppliers for materials to fulfill contractual obligations with the District, nor shall any Vendor/Contractor be authorized to use the District's Tax Exemption Number in securing such materials.

11. **DISCOUNTS:** All discounts except those for prompt payment shall be considered in determining the lowest net cost for evaluation purposes.

12. **MEETS SPECIFICATIONS:** The offeror represents that all offers to this invitation shall meet or exceed the minimum requirements specified.

13. **BRAND NAME OR EQUAL:** If items requested by this invitation have been identified in the specifications by a Brand Name "OR EQUAL" description, such identification is intended to be descriptive and not restrictive and is to indicate the quality and characteristics of products that will be acceptable. Offers proposing "equal" products will be considered for award if such products are clearly identified in the offer and are determined by the School Board to meet fully the salient characteristic requirements listed in the specifications.

Unless the offeror clearly indicates in his/her offer that he/she is proposing an "equal" product, the offer shall be considered as offering the same brand name product referenced in the specifications.

If the offeror proposes to furnish an "equal" product, the brand name of the product to be furnished shall be clearly identified. The evaluation of offers and the determination as to equality of the product offered shall be the responsibility of the School Board and will be based on information furnished by the offeror. The Purchasing Department is not responsible for locating or securing any information which is not identified in the response and reasonably available to the Purchasing Department. To insure that sufficient information is available the offeror shall furnish as part of the response all descriptive material necessary for the Purchasing Department to determine whether the product offered meets the salient characteristics required by the specifications and establish exactly what the offeror proposes to furnish and what the School Board would be binding itself to purchase by making an award.

14. **SAMPLES:** When required, samples of products shall be furnished with response to the School Board at no charge. Samples may be tested and will not be returned to the offeror. The result of any and all testing shall be made available upon written request.

15. **SILENCE OF SPECIFICATIONS:** The apparent silence of these specifications or any supplemental specifications as to details or the omission from same of any detailed description concerning any point, shall be regarded as meaning that only the best commercial practices are to prevail and that only materials of first quality and correct type, size, and design are to be used. All workmanship shall be first quality. All interpretations of specifications shall be made upon the basis of this statement.

16. **GOVERNING LAWS AND VENUE:** All legal proceedings brought in connection with this Contract shall only be brought in a state or federal court located in the State of Florida. Venue in state court shall be in Osceola County, Florida. Venue in federal court shall be in the United States District Court, Middle District of Florida, Orlando Division. Each party hereby agrees to submit to the personal jurisdiction of these courts for any lawsuits filed there against such party arising under or in connection with this Contract. In the event that a legal proceeding is brought for the enforcement of any term of the contract, or any right arising there from, the parties expressly waive their respective rights to have such action tried by jury trial and hereby consent to the use of non-jury trial for the adjudication of such suit.

All questions concerning the validity, operation, interpretation, construction and enforcement of any terms, covenants or conditions of this Contract shall in all respects be governed by and determined in accordance with the laws of the State of Florida without giving effect to the choice of law principles thereof and unless otherwise preempted by federal law.

17. **ASSIGNMENT:** Any agreement to purchase issued pursuant to this invitation and award thereof and the monies which may become due hereunder are not assignable except with the prior written approval of the School Board.

18. **CONTENT OF INVITATION/RESPONSE:** The contents of this invitation, all terms, conditions, specifications, and requirements included herein and the accepted and awarded response thereto may be incorporated into an agreement to purchase and become legally binding. Any terms, conditions, specifications, and/or requirements specific to the item or service requested herein shall supersede the requirements of the "GENERAL CONDITIONS AND INSTRUCTIONS."

19. **INDEMNIFICATION OF SCHOOL BOARD**
The respondent shall indemnify, hold harmless and defend the School Board, its officers, agents, and employees, from or on account of any claims, losses, expenses, injuries, damages, or liability resulting or arising solely from the respondent's performance or nonperformance of services pursuant to this contract, excluding any claims, losses, expenses, injuries, damage, or liability resulting or arising from the actions of School Board, its officers, agents, or employees. The indemnification shall obligate the respondent to defend, at its own expense or to provide for such defense, at School Board's option, any and all claims and suits brought against School Board that may result from the respondent's performance or nonperformance of services pursuant to the contract.

20. **PATENTS, COPYRIGHT, AND ROYALTIES:** The supplier/provider, without exception, shall indemnify and save harmless the School Board, its officers, agents and employees from liability of any nature or kind, including cost and expenses for or on account of any copyrighted, registered, patented, or unpatented invention, process, or article manufactured or used in the provision of goods and/or services, including use by the School Board. If the supplier/provider uses any design, device, or materials covered by letters, patent, copyright, or registration, it is mutually agreed and understood without exception that the quoted price shall include all royalties or costs arising from the use of such design, device, or materials in any way involved.

21. **TRAINING:** Unless otherwise specified suppliers/providers may be required at the convenience of and at no expense to the School Board to provide training to School Board personnel in the operation and maintenance of any item purchased as a result of this invitation.

22. **ACCEPTANCE:** Products purchased as a result of this invitation may be tested for compliance with specifications. Items delivered not conforming to specifications may be rejected and returned at respondent's expense. Those items and items not delivered by the delivery date specified in accepted offer and/or purchase order may be purchased on the open market. Any increase in cost may be charged against the respondent.

23. **SAFETY WARRANTY:** Any awarded supplier/provider including dealers, distributors, and/or manufacturers shall be responsible for having complied with all Federal, State, and local standards, regulations, and laws concerning the product or service specified, and the use thereof, applicable and effective on the date of manufacture or use or date in service including safety and environmental standards as apply to both private industry and governmental agencies.

24. **WARRANTY:** The offeror agrees that, unless otherwise specified, the product and/or service furnished as a result of this invitation and award thereto shall be covered by the most favorable commercial warranty the offeror gives to any customer for comparable quantities of such products and/or services and that the right and remedies provided herein are in addition to and do not limit any rights afforded to the School Board by any other provision of the invitation/offer.

25. **AWARD:** As the best interest of the School Board may require, the School Board reserves the right to make award(s) by individual item, group of items, all or none, or a combination thereof; on a geographical basis and/or on a district wide basis with one or more supplier(s) or provider(s); to reject any and all offers or waive any irregularity or technicality in offers received. Offerors are cautioned to make no assumptions unless their offer has been evaluated as being responsive. Any or all award(s) made as a result of this invitation shall conform to applicable School Board Rules, State Board Rules, and State of Florida Statutes.

26. **VIOLATIONS:** Any violation of any of the stipulations, terms, and/or conditions listed and/or included herein may result in the respondent being removed from the School Board Bid list and the /respondent being disqualified from doing business with the School Board for a period of time to be determined on a case-by-case basis.

27. For purposes of this Invitation and evaluation of responses hereto the following shall apply: unit prices shall prevail over extended prices; written matter shall prevail over typed matter; numbers spelled in word form shall prevail over Arabic numerals ("one" over "1"). When not inconsistent with context words used in the present tense include the future, words in the plural number include the singular number, and words in the singular number include the plural number. The word "shall" is always mandatory and not merely directory.

28. **GENERAL INFORMATION ABOUT THE DISTRICT:** The District and its governing board were created pursuant to Section 4, Article IX of the Constitution of the State of Florida. The District is an independent taxing and reporting entity managed, controlled, operated, administered, and supervised by School District Officials in accordance with Chapters 1000-1013, Florida Statutes. The Board consists of five elected officials responsible for the adoption of policies, which govern the operation of the District public schools. The Superintendent of Schools is responsible for the administration and management of the schools and it's departments within the applicable parameters of state laws, State Board of Education Rules, and School Board policies. The Superintendent is also specifically delegated the responsibility of maintaining a uniform system of records and accounts in the District by Section 1010.01, Florida Statutes as prescribed by the State Board of Education.

29. **UNIFORM COMMERCIAL CODE:** The Uniform Commercial Code (Florida Statues, Chapter 672) shall prevail as the basis for contractual obligations between the awarded Contractor and the School District of Osceola County for any terms and conditions not specifically stated in this Request for Proposal.

30. **AVAILABILITY OF FUNDS:**
The obligations of the School District of Osceola County under this award are subject to the availability of funds lawfully appropriated for its purpose by the State of Florida and the School Board. All purchases are contingent upon available District funding.

31. **NO CONTACT:** Vendors, contractors, consultants, or their representatives shall not meet with, speak individually with, or otherwise communicate with School Board members, the Superintendent, or School District staff, other than the designated purchasing agent, and School Board members, the Superintendent, or School District staff, other than the designated purchasing agent, shall not meet with, speak individually with, or otherwise communicate with vendors, contractors, consultants, or their representatives, about potential contracts with the School Board once an Request For Proposal, request for quote, invitation to bid, invitation to negotiate, or request for qualifications has been issued.

Any such communication shall disqualify the vendor, contractor, or consultant from responding to the subject request for proposal, request for quote, invitation to bid, invitation to negotiate, or request for qualifications. (*School Board Rule 7.70.I.G*)

32. **DISTRICT DEMOGRAPHICS:** The District is coterminous with Osceola County. The annual budget for the District for 2010-2011 school year totals $846,884,815, including an operating budget of $437,701,806, and a capital budget of $207,597,068. The District operates forty five schools, which includes twenty -five (25) elementary schools, eight (8) middle schools, eight (8) high schools, three (3) K thru 8 schools, and one (1) 6th thru12th grade school. The District is also responsible for eight alternative educations sites, and eight charter schools. The total full-time K-12 enrollment of public school students as of October 2010 is 52,862.

33. **OTHER AGENCIES**
   A. All respondents awarded contracts from this solicitation may, upon mutual agreement with the awarded respondent(s), permit any school board, community college, state university, municipality or other governmental entity, to include Public Charter Schools to participate in the contract under the same prices, terms and conditions.

   B. Further, it is understood that each entity will issue its own purchase order to the awarded respondent(s).

---

**THE SCHOOL BOARD RESERVES THE RIGHT TO REJECT ANY OR ALL OFFERS,
TO WAIVE INFORMALITIES, AND TO ACCEPT ALL OR ANY PART OF ANY OFFER
AS MAY BE DEEMED TO BE IN THE BEST INTEREST OF THE SCHOOL BOARD**

## Index

| | |
|---|---|
| **Request for Proposal Respondent Information** | **Page** 1 |
| **General Conditions** | **Pages** 1-3 |
| **Index** | **Page** 4 |
| **Purpose & Scope of Services** | **Page** 5-7 |
| **Special Terms & Conditions** | **Pages** 7-28 |
| **Submittal Requirements** | **Pages** 28-34 |
| **Project Milestones** | **Pages** 35-36 |
| **Proposal Response Form** | **Pages** 37-38 |
| **Attachment "A" Drug Free Certification** | **Page** 39 |
| **Attachment "B" Debarment Certification** | **Pages** 40-41 |
| **Attachment "C" Conflict of Interest** | **Page** 42 |
| **Attachment "D" Public Entity Crime** | **Page** 43 |
| **Attachment "E" Non-Disclosure Agreement** | **Pages** 44-48 |
|     **Exhibit "A" Description of Confidential Materials** | **Page** 49 |
| **Attachment "F" Hold Harmless Agreement** | **Page** 50 |
| **Attachment "G" Statement of No Bid** | **Page** 51 |
| **Attachment "H" Sample/Draft Contract** | **Pages** 52-56 |
|     **Exhibit "A" Statement of Work"** | **Page** 57 |
|     **Exhibit "B" Respondent's Proposal and Amendments** | **Page** 58 |
| **Attachment "I" Certified Business Program** | **Page** 59 |
| **Attachment "J" Certification form for Scrutinized Companies** | **Page** 60 |

**1.0     PURPOSE & OVERVIEW**

The purpose of this Request for Proposal (RFP) is to solicit competitive sealed proposals for Employee Benefit Consulting Services for the use of The School Board of Osceola County, Florida (School Board).

The School Board's Office of Risk and Benefits Management is responsible for all aspects of the School Board's fringe benefits program which includes the administration of the life, health and flexible benefits for active employees, retirees, their dependents, and employees on leave of absence.

The School Board currently has a self-insured health plan that is administered by CIGNA Healthcare.  This plan has a qualified Internal Revenue Code, Section 125 flexible benefits program, which includes pre-tax and post-tax benefits, including dependent health premiums, dental (MetLife), vision (Humana Specialty Benefits) and disability (UNUM).  Both a medical flexible spending account (FSA) and a dependent care FSA are also offered (CIGNA).

Current Benefit Consulting Services are provided by AonHewitt; these services have been provided by AonHewitt since May 1, 2008.  The following services that are presently included in their contract are:

      RFP Procurement Assistance
      Plan Analysis
      Actuarial Services
      Benefit Guide and annual Home Mailer design
      Open Enrollment DVD


**2.0     SCOPE OF SERVICES**

**A.  Awarded Consulting Firm's Role**

Awarded Consulting Firm shall perform activities, discuss, advise and recommend solutions that will be in the best interest of the School Board and not that of plan administrators and/or insurance carriers.

**B.   Analyze Current Employee Benefits Program**

The Awarded Consulting Firm shall analyze the current employee benefits programs listed in this RFP. The steps shall include, but not be limited to, the following:

1. Conduct an assessment of the School Board's current benefits program.
2. Compare the School Board's benefits program against the best known practices in like industries for scope of coverage and value.
3. Perform rate analysis based on local trends, not national trends, and evaluate and assist with negotiations of renewals for each fiscal year.  Provide the School Board with sound documentation for the rates that are recommended.

**C.   Procurement Assistance**

The Awarded Consultant shall assist the School Board with the development of competitive solicitation components as required by the School Board in order to procure the best value programs from the benefits providers.  Duties shall include an analysis of pricing, terms and scope of coverage for the benefits offered to School Board employees by its current benefits providers.  The School Board expects to develop an RFP for Administrative Services Only (ASO) and Transparent Pharmacy Benefit Manager (PBM) following the award of this solicitation/contract.

**D.   Implementation, Transition and On-going Administrative Support**

The Awarded Consulting Firm shall provide support, including, but not limited to:

1.   Provide ongoing analysis of plan designs, cost containment strategies and cost sharing alternatives available to the School Board while maintaining integrity of union contracts.

2.   Develop strategies for implementation of new benefit programs to employee unions and other interested parties including preparation of implementation plan.

3.   Assist the School Board with the development of employee communication and in conducting employee information meetings as new programs are implemented and about existing benefits and how to use.

4.   Propose strategy for transition to new benefit providers (if applicable), including preparation of a transition plan.

5.   Prepare financial analysis of plan costs on a monthly basis and an Annual Stewardship Report for the School Board including complete accounting of plan costs, analysis of the rate structure, aggregate claims, changes in the demographics and observations on relevant changes in the insurance market.   Report must include plan cost by plan and tier level based on actual claims dollars spent for both fiscal and plan years. All reports presented must be consultant's analytical work and not rely on reports of plan administrators or insurance carriers.

6.   Analyze and report utilization trends and costs with recommendations based on School Board data.

7.   Remain impartial during all business transactions (including RFPs).   Additional parameters/guidelines regarding compensation shall be released by the School Board in the form of an Addendum to this RFP.

8.   Provide a team of servicing representatives available to the School Board on an on-going basis.   Representative must be available for the monthly School Board Insurance Committee Meeting and as needed during Open Enrollment or for any other event requested.

9.   Provide prompt responses to questions and requests. This is a mandatory requirement.  It is expected that there will be more than one individual within the firm capable of addressing possible concerns of the School Board.

10.  Assist the School Board with its budget planning for employee benefit cost by providing renewal estimates no later than April 1st of each year for all employee benefits of each year.

11.  Assist the School Board with the Employee Wellness Program, *4 the Health of it!*. Provide assistance, materials and resources for the wellness program, employee education materials for healthy lifestyles and participation in health fairs.   Analyze current program and make recommendations for greater participation.

12.  Inform the School Board of changing legislation and legal decisions affecting employee benefits including Health Care Reform.  Advise and discuss methods to comply with these changes.

13.  Provide routine group benefit and general health care consulting advice.  Assist the School Board in establishing a strategic plan for employee benefits.  Provide ongoing analysis and planning of new approaches to employee benefits.  Take the initiative to bring new ideas to the School Board.  Work with the School Board management team to develop and provide policy direction.

14.  Ensure accurate follow through on all negotiated contractual arrangements made between the School Board and any plan administrators or insurance carriers utilized by the School Board.

15.  Ensure that all negotiated self-funding arrangements and other arrangements with any plan administrator and/or insurance carriers are strictly adhered to.

16.  Monitor all contracts and maximize management information available through all providers.

17.  Intervene and resolve claim issues related to all self-insured and fully insured plans.

18. Monitor claim performance according to any performance standard contract the School Board may have with any provider.   Recommend the establishment of additional performance standard agreements with vendors if there are service problems.
19. Provide consulting advice for union negotiations before, during and after the negotiations to include the impact of benefit demands and advice on implementing changes.
20. Assist and provide recommendations in order to fulfill compliance requirements of State and Federal regulations, statutes and mandates including Health Care Reform.

### D.  Deliverables and Milestones

The Awarded Consulting Firm shall provide written deliverables including, but not limited to the following (each deliverable shall be submitted in hard copy and in electronic format):

1. Provide a project plan for the first full year of the contract.  Project plan should include goals and timelines as to when consultant services requested will be performed as well as the roles and responsibilities to individuals assigned the tasks.  Also include agenda for insurance committee meetings, open enrollment, wellness activities, etc.
2. Provide annual Stewardship Report by November 1 of each year.  Report should include complete accounting of plan costs, analysis of the rate structure, aggregate claims, changes in the demographics and observations on relevant changes in the insurance market.   Report must provide plan cost by plan and tier level based on actual claims dollars spent for both fiscal and plan years.
3. Provide a monthly report noting all activities undertaken and the time spent on each activity.

All reports presented to the School Board's representative must be Awarded Consulting Firm's analytical work and not that of others outside the firm unless contracted by the Awarded Consulting Firm and disclosed to the School Board's representative.

### E.   Project Management and Performance Monitoring

The Awarded Consulting Firm will be responsible for project management and performance monitoring to ensure the contract goals and objectives are met.  The School Board will conduct periodic monitoring of the Consultant's performance and compliance with Contract provisions.  If any of the services do not conform to the requirements set forth in the Contract, the School Board may require the Awarded Consulting Firm to perform the services again in conformance with those requirements and at no additional cost to the School Board.  When defects in the services cannot be corrected by the re-performance, the School Board shall (1) require the Consultant to take necessary action to ensure that future performance conforms to Contract requirements, and (2) receive a credit or reduction of the contract price to reflect the reduced value of the services performed.

### 3.0    SPECIAL TERMS & CONDITIONS

### 3.01    RFP Closing Date

Proposals must be received by the School District of Osceola County's Purchasing Department, 817 Bill Beck Blvd, Building 2000, Kissimmee, Florida  34744-4492, no later than **2:00 p.m., local time, on *December 14, 2011.***  Proposals received after this time will not be considered.

### 3.02    Proposed Schedule

| | |
|---|---|
| *November 17, 2011* | Release date for Request for Proposal |
| *November 29, 2011* | Pre-proposal Conference |
| *December 1, 2011* | Final date to receive written questions |
| *December 2, 2011* | Release date for Addenda to answer written questions |

|  |  |
|---|---|
| *December 14, 2011* | Closing Date |
| *January 11, 2012* | Written Evaluations (Committee Meeting) |
| *January 17, 2012* | Oral Presentations |
| *February 7, 2012* | Recommendation of Top-Ranked Firm to School Board for |

permission to

|  |  |
|---|---|
|  | Negotiate Contract |
| *February 8, 2012* | Pre-Contract Meetings |
| *February, 2012* | Submittal of Final Contract for Board Approval -= Agenda Item |
| *March 6, 2012* | Board Approval |

**3.03    Delivery of Proposals**

All proposals shall be sealed and delivered or mailed to (faxes/e-mails will not be accepted):

> School District of Osceola County, Florida
> Purchasing Department, Building 2000
> 817 Bill Beck Blvd
> Kissimmee, Florida  34744-4492

Mark package(s) "**RFP # 12-P-045-NM; *Employee Benefit Consulting Services***"

**Note:**  Please ensure that if a third party carrier (Federal Express, Airborne, UPS, USPS, etc.) is used, that they are properly instructed to deliver your proposal **only** to the Purchasing Department, Building 2000 at the above address.   To be considered, **a proposal must be received and accepted in the Purchasing Office before the RFP Closing Date and Time.**

<div style="border:1px solid black; padding:10px;">

**\*  DO NOT OPEN  \*  SEALED PROPOSAL  \*  DO NOT OPEN  \***

**SEALED PROPOSAL NUMBER:** _____

**PROPOSAL TITLE:** _____

**PROPOSAL DUE ON** _____ **AT** _____**P.M.**

**PROPOSAL ENCLOSED_____ "NO PROPOSAL LETTER" ENCLOSED_____**

Deliver To:     The School District of Osceola County, Florida
                     PURCHASING DEPARTMENT
                     817 Bill Beck Blvd., Building 2000
                     Kissimmee, FL  34744-4492

</div>

Cut out the Label above and attach it to your envelope/package

**3.04    Pre-proposal Conference**

A.      A pre-proposal conference will be held November 29, 2011, at 9:00 AM local time at 817 Bill Beck Blvd., Building 2000, Kissimmee, Florida, in the Purchasing Department.  While this is <u>not</u> mandatory, all interested parties are encouraged to attend and participate.

B.      Individuals covered by the Americans with Disabilities Act of 1990 in need of accommodations to attend public RFP openings or meetings should contact the School Board's Purchasing Department, Kissimmee, Florida, (407) 870-4625 at least five (5) days prior to the date.

**3.05    Public RFP Opening**

A.      Only the names of the firms submitting proposals will be read aloud at the RFP opening.  The proposals will be available for inspection during normal business hours in the Purchasing Departments within ten (10) days after bid opening date or notice of a decision or intended decision; whichever is earlier, by appointment, (Florida Statute 119.071 (1) (b)).

B.      A complete recap of proposals will be available after the committee makes a recommendation.  A copy of the completed proposal recap will be available on our               Purchasing               web               page               at: http://www.osceola.k12.fl.us/depts/Purchasing/index.asp within ten (10) days.

C.      Individuals covered by the Americans with Disabilities Act of 1990 in need of accommodations to attend public RFP openings or meetings should contact the School Board's Purchasing Department, Kissimmee, Florida, (407) 870-4625 at least five (5) days prior to the date.

**3.06    Proposal Form**

A.      See **Submittal Requirements** for complete details. **It is not necessary to return every page of this document with the Proposal; return *only* the pages that require signatures or information.**

B.      Each respondent shall submit thirteen (13) complete sets of the Proposal Submittals:

- **One (1)** hard copy marked "**ORIGINAL**" with fee structures in a sealed envelope
- **Ten (10)** hard copies marked "**COPY**"
- **Two (2) COMPLETE electronic copies on CD's, in PDF format (Excel spreadsheets shall not be recorded in PDF).** Note solicitation number and name of company **on the disk**.

**If a Non-disclosure Agreement is signed and confidential materials are submitted, such confidential materials shall not be included on the master CD.  Confidential materials shall be segregated on a separate CD, plainly labeled "Confidential Materials".**

C.      Terms and conditions differing from those in this RFP may be cause for disqualification of the proposal.

**3.07    Questions Concerning RFP**

A.      Questions concerning any portion of this RFP shall be directed in writing or by e-mail to the Purchasing Agent named herein, who shall be the official point of contact for this RFP.  Questions should be submitted at least seven (7) days before the closing date.

B.      Mark cover page or envelope(s) "**Questions on RFP #SDOC-12-P-045-NM*; Employee Benefits Consultant Services.*"**

Submit questions to:

Neil D. McDonald
407.870.4625
Fax: 407.870.4616
E-mail: mcdonaln@osceola.k12.fl.us

**3.08    Clarification and Addenda**

    A.    It is incumbent upon each respondent to carefully examine all specifications, terms, and conditions contained herein.  Any inquiries, suggestions, or requests concerning interpretation, clarification or additional information shall be made in writing, (facsimile transmissions acceptable, 407.870.4616) through the Purchasing Agent named herein.  The School Board will not be responsible for any oral representation(s) given by any employee, representative or others.  The issuance of a written addendum is the <u>only</u> official method by which interpretation, clarification or additional information can be given.

    B.    If it becomes necessary to revise or amend any part of this RFP, notice may be obtained by accessing our web site. Respondents in their proposal must acknowledge receipts of amendments.  **Each respondent should ensure that they have received all addenda and amendments to this RFP <u>before</u> submitting their proposal.  Please check the School District's web site at** http://www.osceola.k12.fl.us/depts/Purchasing/index.asp **for any addenda.  The School Board will not mail/fax/email addenda to prospective respondents.**

**3.09    FLORIDA    DEPARTMENT    OF    STATE,    DIVISION    OF    CORPORATIONS REGISTRATION REQUIREMENTS**
**Respondents who are required to be registered with the Florida Department of State, Division of Corporations or who are incorporated within the State of Florida must furnish their Florida document number, and a screen shot of their "active" status.  All registered respondents must have an active status in order to be eligible to do business with the School Board.  Respondents doing business under a fictitious name, on page 1, must submit their offer using the company's complete registered legal name; example:  ABC, Inc. d/b/a XYZ Company.  To register with the State of Florida, visit:  www.Sunbiz.org.**

**3.10    Award**
The School Board reserves the right to award the contract to the respondent(s) that the School Board deems to offer the best overall proposal(s).  The School Board is therefore not bound to accept a proposal on the basis of lowest price.  The School Board at its sole discretion, reserves the right to cancel this RFP, to reject any and all proposals, to waive any and all informalities and/or irregularities, or to re-advertise with either the identical or revised specifications, if it is deemed to be in the best interest of the School Board to do so.  The School Board also reserves the right to make multiple awards, based on experience and qualifications if it is deemed to be in the School Board's best interest.  The School Board reserves the right to further negotiate any proposal, including price, with the highest rated proposer.  If an agreement cannot be reached with the highest rated proposer, the School Board reserves the right to negotiate and recommend award to the next highest proposer or subsequent proposers until an agreement is reached.

**3.11    F.O.B. Point**
The F.O.B. points for this contract and for all purchases made under it shall be as specified by the using entity (in accordance with the RFP proposal form), in Osceola County, Florida.  Delivery will not be complete until the using department has accepted each item.  Delivery to a common carrier shall not constitute delivery to the ordering agency.  All disputes shall be between the seller / respondent and the carrier.

**3.12    Assignment**
The Bidder shall not sell, assign or transfer any of its rights, duties or obligations under the Contract, or under any purchase order issued pursuant to the Contract, without the prior written consent of the School Board.  In the event of any assignment, the Bidder

remains secondarily liable for the performance of the Contract, unless the School Board expressly waives such secondary liability.  The School Board may assign the Contract with prior written notice to Bidder of its intent to do so.  For the purpose of this Contract, "assignment" means any voluntary, involuntary, direct or indirect assignment, sale, or other transfer by Bidder or its owner(s), of any interest in this Agreement, more than ten percent (10%) of the ownership interest in Bidder, or one of a series of transfers that in the aggregate constitute the transfer of more than ten percent (10%) of the ownership interest in Bidder.   The term includes, without limitation: (1) transfer of ownership of capital stock or any partnership interest; (2) merger, consolidation, or issuance of additional securities representing more than ten percent (10%) of the ownership interest in Bidder; (3) sale of common stock of Bidder pursuant to a private placement or registered public offering, which transfers more than ten percent (10%) of the ownership interest in Bidder; (4) transfer of any interest in Bidder in a divorce proceeding or otherwise by operation of law; or (5) transfer of more than ten percent (10%) of the ownership interest in Bidder in the event of the death of an owner, by will, declaration of or transfer in trust, or under the laws of intestate succession.

**3.13    Contract**

A.    The contents of this RFP and all provisions of the successful proposal deemed pertinent by the School Board may be incorporated into a contract and become legally binding.  <u>A separate contract document, other than the purchase order, will be issued; see attached preliminary draft (Attachment "H").</u>  The attached draft contract is the School Board's standard contract and may be revised subject to negotiation between the School Board and the respondent.  Content of the final contract may contain changes from the School Board's perspective as a result of the RFP process and submittal(s) received.   The final negotiated contract shall include the scope of services as outlined in Section 2.0 of the RFP along with the successful respondent's submittal.    School Board contracts are subject to review by the School Board Attorney or designee for determination of legal form and substantive sufficiency.

B.    The Director of Purchasing and Warehouse, Superintendent and Board Chair are the sole Contracting Officers for the School Board, and only they or their designee is authorized to approve contract amendments as outlined in School Board Rule.

C.    The School Board shall be responsible for only those orders placed by the School Board on an authorized signed Purchase Order or Price Agreement.  The School Board shall not be responsible for any order, change substitution or any other discrepancy from the Purchase Order or Price Agreement.  If there is any question about the authenticity of a Purchase Order, Price Agreement or change order, the respondent should promptly contact the Purchasing Department at 407.870.4625.

**3.14    Disclosure of Proposal Content**

A.    All material submitted becomes the property of the School Board and may be returned only at the School Board's option.  The School Board has the right to use any or all ideas presented in any reply to this Bid.  Selection or rejection of any Bid Submittal does not affect this right.

B.    The School Board is governed by the Public Record Law, Chapter 119, Florida Statutes (F.S.).  Only trade secrets as defined in Section 812.081(1)(c), F.S. or financial statements required by the School Board for road or public works projects as defined in 119.071(1)(c), F.S. (hereinafter "Confidential Materials"), may be exempt from disclosure.  If a respondent submits Confidential Materials, the information **must be segregated**, accompanied by an executed Non-

disclosure Agreement for Confidential Materials and each pertinent page must be clearly labeled "confidential" or "trade secret." The School Board will not disclose such Confidential Materials, subject to the conditions detailed within the Agreement, which is attached to this solicitation. When such segregated and labeled materials are received with an executed Agreement, the School Board shall execute the Agreement and send the respondent a "Receipt for Trade Secret Information."

**RETURN THIS FORM *ONLY* IF CONFIDENTIAL MATERIALS ARE BEING INCLUDED IN THE SUBMITTAL. PLEASE READ THE SECTION IN THE RFP DOCUMENT TO DETERMINE IF THIS APPLIES. THE CONFIDENTIAL MATERIALS WILL ONLY BE HANDED OUT TO THE SELECTION COMMITTEE ON THE DAY OF THE EVALUATION, THEREFORE, THE EVALUATION OF THIS MATERIAL WILL BE LIMITED TO THAT TIME ONLY.**

### 3.15    Respondent's Responsibility
A respondent, by submitting a proposal, represents that:

A.    The respondent understands the RFP in its entirety and that the proposal is made in accordance therewith, and;

B.    The respondent possesses the capabilities, resources, and personnel necessary to provide efficient and successful service to the School Board, and;

C.    Before submitting a proposal, each respondent shall make all investigations and examinations necessary to ascertain site and/or local conditions and requirements affecting the full performance of the contract and to verify any representations made by the School Board, upon which the respondent will rely. If the respondent receives an award because of its proposal submission, failure to have made such investigations and examinations will in no way relieve the respondent from its obligations to comply in every detail with all provisions and requirements of the contract, nor will a plea of ignorance of such conditions and requirements be accepted as a basis for any claim by the respondent for additional compensation or relief, and;

D.    The respondent will be held responsible for any and all discrepancies, errors, etc. in discounts or rebates which are discovered during the contract term or up to and including five (5) fiscal years following the School Board's annual audit, including five (5) years thereafter.

### 3.16    Payment Terms
A.    The School Board will remit full payment on all undisputed invoices within forty-five (45) days from receipt by the appropriate person(s) (to be designated at time of contract) of the invoice(s) or receipt of all products or services ordered.

B.    Pursuant to Chapter 218, Florida Statutes, the School Board will pay interest not to exceed one percent (1%) per month on all undisputed invoices not paid within forty-five (45) days after receipt of the entire order of the commodity or service, and a properly completed invoice, whichever is later.

C.    The School Board has the capabilities of Electronic Fund Transfer (EFT). List discounts, if any, for payments through Electronic Funds Transfer (EFT).

D.    By submitting a proposal (offer) to the School Board, the respondent expressly agrees that if awarded a contract, the School Board may withhold from any

payment, monies owed by the respondent to the School Board for any legal obligation between the respondent and the School Board.

E.    The School Distinct shall pay such invoices pursuant to the provisions of the Local Government Prompt Payment Act (Florida Statute 218.70 – 218.80.

### 3.17   Conflict of Interest Form

All respondents shall complete and have notarized the attached disclosure form of any potential conflict of interest that the respondent may have due to ownership, other clients, contracts, or interest associated with this project.

### 3.18   Licenses and Certificates

A.    The School Board reserves the right to require proof that the respondent is an established business and is abiding by the ordinances, regulation, and the laws the State of Florida, such as but not limited to: Business Tax Receipts, business licenses, Florida sales tax registration, Federal Employers Identification Number, AND;

B.    Each firm and personnel who will be performing services on behalf of the firm for the Board are to be properly licensed to do business in its area of expertise in the State of Florida.  Each firm shall submit with their proposal a copy of, and maintain the appropriate licenses and certificates during the term of the contract and any extensions.  Failure to maintain these requirements shall be cause for immediate termination of the contract.

### 3.19   Minor Irregularities

The School Board reserves the right to waive minor irregularities in proposals, providing such action is in the best interest of the School Board.   Minor irregularities are defined as those that have no adverse effect on the School Board's best interests, and will not affect the outcome of the selection process by giving the respondent an advantage or benefit not enjoyed by other respondents.

### 3.20   Insurance Requirements

Each respondent shall include in their submittal proof of insurance capabilities, including but not limited to, the following requirements:

A.    Workers' Compensation – As required by Florida law.   The Workers' Compensation policy shall state that it cannot be canceled or materially changed without first giving thirty (30) days prior notice thereof in writing to the School Board.  Firms that have owner/operators that have filed a "Notice of Election to be Exempt" shall supply a copy of said notice.

Requirements for Respondents that qualify for an exemption under the Florida Worker's Compensation law in Chapter 440 Florida Statutes are detailed below:

Incorporated or unincorporated firms with less than four employees shall be required to sign a Hold Harmless Agreement relieving the School Board of liability in the event they and/or their employees are injured while providing goods and/or services to the School Board.

Incorporated or unincorporated firms with four or more employees shall be required to provide a copy of their "Notice of Election to be Exempt", along with valid proof of coverage for non-exempt employees.

**The waiver mentioned above is included as an attachment to this bid. Waivers shall be returned with the bid proposal as detailed in the Submittal Requirements.**

B.   Commercial General Liability Insurance
    1.   Each occurrence
        (a)   One Million Dollars ($1,000,000)

    2.   Aggregate
        (b)   Two Million Dollars ($2,000,000)

C.   Professional Liability Insurance
    1.   One Million Dollars ($1,000,000) with a deductible not to exceed $25,000

The respondent shall carry Property Damage and Public Liability Insurance in the minimum amounts listed above, and Worker's Compensation and Employer's Liability Insurance in statutory amounts. All insurance policies shall be issued by insurers licensed to do business in the State of Florida and any insuring company is required to have a minimum rating of B, Class VIII in the "Best Key Rating Guide" published by A.M. Best & Company, Inc.

The Respondent shall maintain in force for the duration of this Agreement a Technology Errors and Omissions/Cyber Liability policy including without limitation, software errors and omissions, unauthorized access, unauthorized use, virus transmission, denial of service, personal injury, advertising injury, failure to protect privacy, and intellectual property infringement covering the liability of the Respondent and the liability of the School Board arising out of the acts of the Respondent as respects to the design and development of the systems used to operate and maintain the service with a minimum limit of Two Million ($2,000,000.00) Dollars aggregate limit.

If coverage as required is written on a claims-made basis, the Respondent warrants that any retroactive date applicable to coverage under the policy precedes the effective date of this Agreement; and that continuous coverage will be maintained or an extended discovery period will be exercised for a period of 3 years beginning from the time that work under the Agreement is completed.

The respondent shall either cover any subcontractors on its policy or require the subcontractor to obtain coverage to meet these requirements and file appropriate forms with the School Board.

Certificate of Insurance: A certificate of insurance indicating that the respondent has coverage in accordance with the requirements herein set forth shall be furnished by the respondent to the School Board Representative prior to the execution of the contract and annually upon renewal thereafter. Respondent agrees that School Board will make no payments pursuant to the terms of the contract until all required proof or evidence of insurance have been provided to the School Board Representative. Respondent agrees that the insurer shall waive its rights of subrogation, if any, against the School Board. These shall be completed by the authorized Resident Agent and returned to the Purchasing Office. This certificate shall be dated and show:

(1)   The name of the insured respondent, the specified job by name, name of the insurer, the number of the policy, its effective date and its termination date.

(2)     Statement that the Insurer will mail notice to the School Board at least thirty (30) days prior to any material changes in provisions or cancellation of the policy.

(3)     School Board shall be named as an additional insured on General Liability Insurance as evidenced by the endorsement.

Loss Deductible Clause: The School Board shall be exempt from, and in no way liable for, any sums of money that may represent a deductible in any insurance policy.  The payment of such deductible shall be the sole responsibility of the respondent and/or subcontractor providing such insurance.

**3.21    Award Term**
The School Board is looking to promote partnership relationships within the policies and procedures of public procurement.    Pursuant toward that end, the successful respondent(s) shall be awarded an initial two (2) year term with three (3) subsequent one (1) year renewals.  All renewals will be contingent upon mutual written agreement and, when applicable, approval of School Board

**3.22    Unusual Costs**
The Respondent may petition the School Board at any time for an additional rate adjustment on the basis of extraordinary and unusual changes in the costs of operation that could not reasonably be foreseen by a prudent operator and which, by all reasonable expectations, will continue for at least one year.  The Respondent's request shall contain substantial proof and justification to support the need for the rate adjustment.  The School Board may request from the Respondent, and the Respondent shall provide, such further information as may be reasonably necessary in making its determination.  The School Board shall approve or deny the request, in whole or in part, within sixty (60) days of receipt of the request and all other additional information required by the School Board. Any price redetermination shall be solely based upon the documentation provided and the School Board reserves the right to rescind any price relief granted should the circumstances change and prices go down.

**3.23    Deviations**
All proposals must clearly and with specific detail, note all deviations to the **exact** requirements imposed upon the respondent by the Specifications.  Such deviations must be stated upon the Proposal Form otherwise School Board will consider the subject proposals as being made in strict compliance with said Specifications to respondents; the respondent being held therefore accountable and responsible. Respondents are hereby advised that the School Board will only consider proposals that meet the exact requirements imposed by the Specifications; except, however, said proposals may not be subject to such rejection where, **at the sole discretion of the School Board**, the stated deviation is considered to be equal or better than the imposed requirement and where said deviation does not destroy the competitive character of the RFP process by affecting the amount of the proposal such that an advantage or benefit is gained to the detriment of the other respondents.

**3.24    Waiver of Claims**
Once this contract expires, or final payment has been requested and made, the awarded respondent shall have no more than thirty (30) calendar days to present or file any claims against the School Board concerning this contract.  After that period, the School Board will consider the respondent to have waived any right to claims against the School Board concerning this agreement.

**3.25    Termination / Cancellation of Contract**

The School Board reserves the right to cancel the contract without cause with a minimum thirty (30) days written notice.

Termination or cancellation of the contract will <u>not</u> relieve the respondent of any obligations for any deliverables entered into prior to the termination of the contract (i.e., reports, statements of accounts, etc., required and not received).

Termination or cancellation of the contract will <u>not</u> relieve the respondent of any obligations or liabilities resulting from any acts committed by the respondent prior to the termination of the contract.

The Respondent may cancel the resulting contract with ninety (90) days **written** notice to the Director of Purchasing and Warehouse.  Failure to provide proper notice to the School Board may result in the respondent being barred from future business with the School Board.

**3.26    Termination for Default**

The School Board's Contract Administrator shall notify, in writing, the respondent of deficiencies or default in the performance of its duties under the Contract.  Three separate documented instances of deficiency or failure to perform in accordance with the specifications contained herein shall constitute cause for termination for default, unless specifically specified to the contrary elsewhere within this solicitation.  It shall be at the School Board's discretion whether to exercise the right to terminate.  Respondent shall not be found in default for events arising due to acts of God.

**3.27    Termination for School Board's Convenience**

The performance of work under this contract may be terminated in accordance with this clause in whole, or from the time in part, whenever the School Board representative shall determine that such termination is in the best interest of the School Board.  Any such termination shall be effected by the delivery to the respondent of a Notice of Termination specifying the extent to which performance of work under the contract is terminated, and the date upon which such termination becomes effective. Upon such termination for convenience, respondent shall be entitled to payment, in accordance with the payment provisions, for services rendered up to the termination date and the School Board shall have no other obligations to respondent.  Respondent shall be obligated to continue performance of contract services, in accordance with this contract, until the termination date and shall have no further obligation to perform services after the termination date.

**3.28    Suspension of Vendors**

When a vendor has been found to be non-compliant with a contract, the Director of Purchasing or designee shall issue a letter to the vendor that identifies the issues and gives reasonable notice to correct.  If the identified issue warrants immediate suspension or if the vendor continues to fail to perform in accordance with the contract terms, the Director of Purchasing may suspend the vendor for a period of up to 180 days where the vendor may not participate in any new business with the School District.  The vendor may appeal the suspension to the Superintendent or designee within ten (10) business days of the receipt of the notice of suspension.  Upon continued non-compliance with a contract or multiple contracts, the Director of Purchasing may recommend to the School Board to find the vendor in default.  Whenever the School Board finds a vendor to be in default of a contract which the vendor has been previously awarded, then the vendor will be removed, for a period of up to two years, from all bid lists and will not be considered for any new awards during this period.  At the end of this period, the vendor may re-apply for inclusion on bid lists and may be considered for any new awards.

**3.29    Incurred Expenses**

This RFP does not commit the School Board to award a contract nor shall the School Board be responsible for any cost or expense which may be incurred by the respondent in preparing and submitting the proposal called for in this RFP, or any cost or expense incurred by the respondent prior to the execution of a contract agreement.

**3.30    Post-Proposal Discussions with Respondents**

It is the School Board's intent to award a contract(s) to the respondent(s) deemed most advantageous to the School Board in accordance with the evaluation criteria specified elsewhere in this RFP.  The School Board reserves the right however, to conduct post-closing discussions with any respondent who has a realistic possibility of contract award including, but, not limited to: request for additional information, competitive negotiations, and best and final offers.

**3.31    Presentations by Respondents**

A.    The School Board, at its sole discretion, may ask individual respondents to make oral presentations, informal telephone interviews and/or demonstrations without charge to the School Board.

B.    The School Board reserves the right to require any respondent to demonstrate to the satisfaction of the School Board that the respondent has the fiscal and managerial abilities to properly furnish the services proposed and required to fulfill the contract. The demonstration must satisfy the School Board and the School Board shall be the sole judge of compliance.

C.    Respondents are cautioned not to assume that presentations will be required and should include all pertinent and required information in their original proposal package.

**3.32    Minimum Specifications**

The specifications listed in the Scope of Service are the <u>minimum</u> required performance specifications for this RFP.  They are not intended to limit competition nor specify any particular respondent but to ensure that the School Board receives quality services.

**3.33    Compliance with Laws and Regulations**

The respondent shall be responsible to know and to apply all applicable federal and state laws, all local laws, ordinances, rules, regulations, and all orders and decrees of bodies or tribunals having jurisdiction or authority which in any manner affect the work, or which in any way affect the conduct of the work.  Respondent shall always observe and comply with all such laws, ordinances, rules, regulations, orders, and decrees.  Respondent shall protect and indemnify the School Board and all its officers, agents, servants, or employees against any claim or liability arising from or based on the violation of any such law, ordinance, rule, regulation, order, or decree caused or committed by respondent, its representatives, subcontractors, subconsultants, professional associates, agents, servants, or employees.  Additionally, respondent shall obtain and maintain at its own expense all licenses and permits to conduct business pursuant to this contract from the Federal Government, State of Florida, Osceola County, or municipalities when legally required and maintain same in full force and effect during the term of the contract.

**3.34    Records & Right to Audit**

The respondent shall maintain such financial records and other records as may be prescribed by the School Board or by applicable federal and state laws, rules, and regulations.  The respondent shall retain these records for a period of five (5) years after final payment, or until they are audited by the School Board, whichever event occurs first. These records shall be made available during the term of the contract and the subsequent three year period for examination, transcription, and audit by the School Board, its designees, or other entities authorized by law.

**3.35    Changes in Scope of Services**

A.    The School Board may order changes in the work consisting of additions, deletions, or other revisions within the general scope of the contract.  No claims may be made by the respondent that the scope of the project or of the respondent's services has been changed, requiring changes to the amount of compensation to the respondent or other adjustments to the contract, unless such changes or adjustments have been made by written amendment to the contract signed by the School Board Representative, School Board's Director of Purchasing and Warehouse, and the respondent.

B.    If the respondent believes that any particular work is not within the scope of services of the contract, is a material change, or will otherwise require more compensation to the respondent, the respondent must immediately notify the School Board's Representative in writing of this belief.  If the School Board's Representative believes that the particular work is within the scope of the contract as written, the respondent will be ordered to and shall continue with the work as changed and at the cost stated for the work within the scope.  The respondent must assert its right to an adjustment under this clause within thirty (30) days from the date of receipt of the written order.

C.    The School Board reserves the right to negotiate with the awarded respondent(s) without completing the competitive RFP process for materials, products, and/or services similar in nature to those specified within this RFP for which requirements were not known when the RFP was released.

**3.36    Modifications Due to Public Welfare or Change in Law**

The School Board shall have the power to make changes in the contract as the result of changes in law and/or rules of the School Board to impose new rules and regulations on the respondent under the contract relative to the scope and methods of providing services as shall from time-to-time be necessary and desirable for the public welfare.  The School Board shall give the respondent notice of any proposed change and an opportunity to be heard concerning those matters.  The scope and method of providing services as referenced herein shall also be liberally construed to include, but is not limited to the manner, procedures, operations and obligations, financial or otherwise, of the respondent.  In the event any future change in Federal, State or County law or rules of the School Board materially alters the obligations of the respondent, or the benefits to the School Board, then the contract shall be amended consistent therewith.  Should these amendments materially alter the obligations of the respondent, then the respondent or the School Board shall be entitled to an adjustment in the rates and charges established under the contract.  Nothing contained in the contract shall require any party to perform any act or function contrary to law.  The School Board and respondent agree to enter into good faith negotiations regarding modifications to the contract which may be required in order to implement changes in the interest of the public welfare or due to change in law.  When such modifications are made to the contract, the School Board and the respondent shall negotiate in good faith, a reasonable and appropriate adjustment for any changes in services or other obligations required of the respondent directly and demonstrably due to any modification in the contract under this clause.

**3.37    Right to Require Performance**

A.    The failure of the School Board at any time to require performance by the respondent of any provision hereof shall in no way affect the right of the School Board thereafter to enforce same, nor shall waiver by the School Board of any breach of any provision hereof be taken or held to be a waiver of any succeeding breach of such provision or as a waiver of any provision itself.

B.     In the event of failure of the respondent to deliver services in accordance with the contract terms and conditions, the School Board, after due written notice, may procure the services from other sources and hold the respondent responsible for any resulting additional purchase and administrative costs. This remedy shall be in addition to any other remedies that the School Board may have.

**3.38    Force Majeure**
The School Board and the respondent will exercise every reasonable effort to meet their respective obligations as outlined in this RFP and the ensuing contract, but shall not be liable for delays resulting from force majeure or other causes beyond their reasonable control, including, but not limited to, compliance with any Government law or regulation, acts of God, acts or omissions of the other party, Government acts or omissions, fires, strikes, national disasters, wars, riots, transportation problems and/or any other cause whatsoever beyond the reasonable control of the parties. Any such cause will extend the performance of the delayed obligation to the extent of the delay so incurred.

**3.39    Respondent's Personnel**
The respondent shall be responsible for ensuring that its employees, agents and subcontractors comply with all applicable laws and regulations and meet all federal, state and local requirements related to their employment and position.

The respondent certifies that it does not and will not during the performance of the contract employ illegal alien workers or otherwise violate the provisions of the federal Immigration Reform and Control Act of 1986, as amended.

During the performance of the contract, the respondent agrees to the following:
The respondent shall not discriminate against any employee or applicant for employment because of race, religion, color, sex, age, handicap or national origin, except when such condition is a bona fide occupational qualification reasonably necessary for the normal operations of the respondent. The respondent agrees to post in conspicuous places, visible to employees and applicants for employment, notices setting forth the provisions of this nondiscrimination clause.

The respondent, in all solicitations or advertisements for employees placed by or on behalf of the respondent, shall state that such respondent is an Equal Opportunity Employer.

Notices, advertisements, and solicitations placed in accordance with federal law, rule, or regulation shall be deemed sufficient for the purpose of meeting the requirements of this section.

The respondent shall include the provisions of the foregoing paragraphs above in every subcontract or purchase order so that the provisions will be binding upon each respondent.

The respondent and any subcontractor shall pay all employees working on this contract not less than minimum wage specified in the Fair Labor Standards Act (29 CFR 510-794) as amended.

Any information concerning the School Board, its products, services, personnel, policies or any other aspect of its business learned by the respondent or personnel furnished by the respondent in the course of providing services pursuant to the Agreement, shall be held in confidence and shall not be disclosed by the respondent or any employee or agents of the respondent or personnel furnished by the respondent, without the prior written consent of the School Board.

**3.40    Claim Notice**

The respondent shall immediately report in writing to the School Board's designated representative or agent any incident that might reasonably be expected to result in any claim under any of the coverage mentioned herein.  The respondent agrees to cooperate with the School Board in promptly releasing reasonable information periodically as to the disposition of any claims, including a resume of claims experience relating to all respondent operations at the School Board project site.

**3.41    Contract/Respondent Relationship**

*The School Board reserves the right to award one or more contracts to provide the required services as deemed to be in the best interest of the School Board.*

Any awarded respondent shall provide the services required herein strictly under a contractual relationship with the School Board and is not, nor shall be, construed to be an agent or employee of the School Board.  As an independent respondent the awarded respondent shall pay any and all applicable taxes required by law; shall comply with all pertinent Federal, State, and local statutes including, but not limited to, the Fair Labor Standards Act, The Americans with Disabilities Act, the Federal Civil Rights Act, and any and all relevant employment laws.  The respondent shall be responsible for all income tax, FICA, and any other withholdings from its employees or sub-respondent's wages or salaries.  Benefits for same shall be the responsibility of the respondent including, but not limited to, health and life insurance, mandatory social security, retirement, liability/risk coverage, and worker's and unemployment compensation.

The independent respondent shall hire, compensate, supervise, and terminate members of its work force; shall direct and control the manner in which work is performed including conditions under which individuals will be assigned duties, how individuals will report, and the hours individuals will perform.

The independent respondent shall not be provided special space, facilities, or equipment by the School Board to perform any of the duties required by the contract nor shall the School Board pay for any business, travel, or training expenses or any other contract performance expenses not specifically set forth in the specifications.

Prior to commencing work the successful respondent will be required to sign a written contract incorporating the specifications and terms of the Request for Proposal and the response thereto  (See Attachment "H").  Any contract awarded as a result of this RFP shall begin on or about May 7, 2008 and continue through May 6, 2013.  Renewal periods of one (1) three year and one (1) two year renewal periods will be allowed upon mutual consent of the School Board and the awarded respondent.  The renewal option shall be exercised only if all original contract terms, conditions, and prices remain the same.

The independent respondent shall not be exclusively bound to the School Board and may provide professional services to other private and public entities as long as it is not in direct conflict and does not provide a conflict of interest with the services to be performed for the School Board.

**3.42    Proposal Acceptance/Rejection**

The School Board reserves the right to accept or reject any or all proposals received as a result of this RFP, or to negotiate separately with competing respondents, and to waive any informalities, defects, or irregularities in any proposal, or to accept that proposal or proposals, which in the judgment of the proper officials, is in the best interest of the School Board.

**3.43    Funding Out/Termination/Cancellation**

A.    Florida School Laws prohibit School Boards from creating obligations on anticipation of budgeted revenues from one fiscal year to another without year-to-year extension provisions in the agreements.

B.    It is necessary that fiscal funding out provisions be included in all proposals in which the terms are for periods longer than one (1) year.

C.    Therefore, the following funding out provisions is an integral part of this proposal and must be agreed to by all proposers:

The School Board may, during the contract period, terminate or discontinue the services covered in this proposal at the end of the School Board's then current fiscal year upon ninety (90) days prior written notice to the successful proposer.

Such written notice will state:

a.    That the lack of appropriated funds is the reason for termination, and

b.    "This written notification will thereafter release the School Board of all further obligations in anyway related to the services covered herein."

c.    The Funding Out statement must be included as part of any agreement.   No agreement will be considered that does not include this provision for "funding out".

**3.44    Posting of RFP Conditions/Specifications**
This RFP will be posted for review by interested parties on the School Board's Purchasing Department's web site and will remain posted up to and including the Due Date of this RFP.   Failure to file a specification protest within the time prescribed in Florida Statutes 120.57(3) will constitute a waiver of proceeding under Chapter 120, Florida Statutes.

**3.45    Posting of RFP Recommendation**
The recommendation for award will be posted for review by interested parties on the School Board's Purchasing Department's web site and will remain posted for a period of 72 hours.   Any person who may be adversely affected by an intended decision with respect to the award of any bid may protest such a decision by following the bid protest procedure of the School Board.   Failure to follow the requirements of the bid protest procedures and Section 120.57(3), Florida Statutes, shall constitute a waiver of all protest rights.

**3.46    Examination of Documents**
Document files may be examined, during normal working hours, ten (10) days after proposals have been opened.

**3.47    Tobacco Free**
The School District is a Tobacco free District.   Tobacco and tobacco products are prohibited on any of the School Board properties.

**3.48    School Security**
Respondent acknowledges and understands that the goods or services contemplated by this contract/agreement that are delivered to or performed on school grounds, which may at various times be occupied by students, teachers, parents and school administrators.

Accordingly, in order to secure the school, protect students and staff, and otherwise comply with applicable law, the respondent (awarded firm) agrees to the following provisions and agrees that the failure of the respondent to comply with any of these provisions may result in the termination of this contract by the School Board:

A.   Unauthorized Aliens.   The School Board considers the employment of unauthorized aliens by the awarded firm, or any of awarded firm's sub-contracted Firms, a violation of the Immigration and Naturalization Act.  The awarded firm shall certify that no unauthorized aliens are working on the project site at any time.  If it is determined that an unauthorized alien is working on the Project, the awarded firm shall immediately take all steps necessary to remove such unauthorized alien from the property and the project.

B.   Possession of Firearms.  Possession of firearms will not be tolerated on School Board property.  No person, who has a firearm in their vehicle, may park their vehicle on the School Board's property.  Furthermore, no person may possess or bring a firearm on School Board property.  If any employee/independent Awarded Firm of the awarded vendor, or any of its sub-Awarded Firms, is found to have brought a firearm(s) on to the School Board's property, said employee/independent Awarded Firm shall be immediately removed and terminated from the project by the awarded vendor.  If sub-Awarded Firm fails to terminate said employee/independent Awarded Firm, the awarded vendor shall terminate its agreement with the sub-Awarded Firm.  If the awarded vendor fails to terminate said employee/independent Awarded Firm or fails to terminate the agreement with sub-Awarded Firm who fails to terminate said employee/independent Awarded Firm, the School Board may terminate this Agreement.  "Firearm" means any weapon (including a starter gun or antique firearm) which will, is designed to, or may readily be converted to expel a projectile by the action of an explosive; the frame or receiver of any such weapon; any destructive devise, or any machine gun.  Powder actuated construction nailers and fasteners are excluded from this definition.

C.   Criminal Acts.  Employment on the project by the awarded vendor, or any of its sub-Awarded Firms, of any employee, or independent Awarded Firm, with any prior convictions of any crimes against children, crimes of violence or crimes of moral turpitude will not be tolerated.  If it is determined that any person with such criminal history is on the project site, the awarded vendor agrees to take all steps necessary to remove such person from the project.  The School Board shall have the right to terminate this Agreement if the awarded vendor does not comply with this provision.

D.   Possession/Use/Under the Influence of Mind Altering Substances. Possession/use and/or being under the influence of any illegal mind altering substances, such as, but not limited to alcohol and/or substances delineated in Chapter 893, Florida Statutes, by the awarded vendor's employee/independent Awarded Firm or its sub-Awarded Firms' employees/independent Awarded Firms, will not be tolerated on the School Board's property.    If any employee/independent Awarded Firm is found to have brought and/or used or is under the influence of any illegal mind altering substances as described above on the School Board's property, said employee/independent Awarded Firm shall be removed and terminated from the project by the awarded vendor.  If a sub-Awarded Firm fails to terminate said employee/independent Awarded Firm, the agreement with the sub-Awarded Firm for the project shall be terminated by the awarded vendor.    If the awarded vendor fails to terminate said employee/independent Awarded Firm of fails to terminate the agreement with the sub-Awarded Firm or fails to terminate the agreement with the sub-Awarded Firm

who fails to terminate said employee/independent Awarded Firm, the School Board may terminate this Agreement.

E. <u>Compliance with the Jessica Lunsford Act.</u>  Recent changes to the Florida Statutes require that all persons or entities entering into contracts with the School Boards/School Districts/Charter Schools who may have personnel who will be on school grounds when students may be present, or who will have contact with students shall comply with the level 2 screening requirements of the Statute and School Board Standards.  The required level 2 screening includes fingerprinting that must be conducted by the School Board.  Any individual who fails to meet the screening requirements shall not be allowed on school grounds.  Failure to comply with the screening requirements will be considered a material default of this contract/agreement.

**3.49   Taxes**
The School Board is exempt from Federal and State Tax for Tangible Personal Property. A copy of the School Board's Tax Exempt Certificate is available upon request and on the School Board's website at   www.osceola.k12.fl.us/depts/Purchasing.   Firms or Respondents doing business with the School Board shall not be exempted from paying sales tax to their suppliers for materials to fulfill contractual obligations with the School Board, nor shall any Vendor/Respondent be authorized to use the School Board's Tax Exemption Number in securing such materials.

**3.50   Advertising**
The successful respondent shall not publicly disseminate any information concerning the Contract without prior written approval from the School Board, including, but not limited to mentioning the Contract in a press release or other promotional material, identifying the School Board, Individual Departments, School Board Personnel, as a reference, or otherwise linking the Customer's name and either a description of the Contract or the name of the School Board, its departments, or employees, in any material published, either in print or electronically, to any entity that is not a party to the Contract, except potential or actual authorized subcontractors, distributors, dealers, resellers, or service representatives.

**3.51   Security and Confidentiality**
The successful respondent shall comply fully with all security procedures of the School Board in performance of the Contract.   The successful respondent or its agents, distributors, resellers, subcontractors, officers or employees in the course of performing Contract work, including, but not limited to, security procedures, business operations information, or commercial proprietary information in the possession of the School Board. The successful respondent shall not be required to keep confidential information or material that is publicly available through no fault of the successful respondent, material that the successful respondent developed independently without relying on the School Board's confidential information or material that is otherwise obtainable under State law as a public record.   To insure confidentiality, the successful respondent shall take appropriate steps as to its personnel, agents, and subcontractors.  The warranties of this paragraph shall survive the Contract.

**3.52   Suspension of Work**
The School Board's Authorized Representative may in its sole discretion suspend any or all activities under the Contract, at any time, when in the best interest of the School Board to do so.   The School Board's Authorized Representative shall provide the successful respondent written notice outlining the particulars of suspension, including the length of time the contract shall be suspended (i.e.: 90 days). Examples of the reason for suspension include, but are not limited to; budgetary constraints, declaration of emergency, or other such circumstances.   After receiving a suspension notice, the

successful respondent shall comply with the notice and shall not accept any purchase orders during the specified time of suspension.  Within ninety days, or any longer period agreed to by the successful respondent, the School Board's Authorized Representative shall either (1) issue a notice authorizing resumption of work, at which time activity shall resume, or (2) terminate the Contract.  Suspension of work shall not entitle the Vendor/Respondent to any additional compensation.

### 3.53   Packaging, Transportation and Delivery

Any tangible product delivered under this Contract shall be securely and properly packed for shipment, storage, and stocking in appropriate, clearly labeled, shipping containers and according to accepted commercial practice, without extra charge for packing materials, cases, or other types of containers.

All prices shall include all charges for packing, handling, freight, distribution, and inside delivery.  Transportation of goods shall be FOB Destination to any point in Osceola County, as specified on each Purchase Order.  Delivery shall be within thirty (30) calendar days after the receipt of the notice to proceed or purchase order.  The Respondent must notify the School District within five (5) calendar days after receiving a purchase order, if there are any potential delivery delays.  Evidence of inability to deliver or intentional delays shall be cause for Contract Termination and possible Respondent suspension for a period up to 12 months.

### 3.54   Literature

Upon request, the Respondent shall furnish literature reasonably related to the Services offered, for example, user manuals, price schedules, catalogs, descriptive brochures, etc.

### 3.55   Inspection and Acceptance

The School Board's Project Manager will accept each Deliverable when it meets the requirements of this Contract and the relevant project noted on the Purchase Order. Inspection may include validation of information or software through the use of automated tools and/or testing of the Deliverables, as specified in the projects proposal.  The scope and nature of this testing should be negotiated prior to the Purchase Order and should be sufficiently comprehensive to ensure the completeness, quality and adequacy of all Deliverables.

### 3.56   Terms & Conditions

The terms and conditions contained in this section shall apply to all Purchase Orders issued under this contract unless the School District specifically details other terms on the Purchase Order.  The School District and the Respondent should take care to ensure that project specific changes to these terms are as explicit as possible.  All inconsistencies will be resolved in the best interests of the School District.

### 3.57   Key Personnel

Respondent's Key Personnel (if any) shall be identified on the projects proposal/quote, and may include employees, agents, subcontractors, or other personnel of the Respondent.  The Respondent agrees that in the event it becomes necessary for the Respondent to change Key Personnel while performing Services under the purchase order, substitution of Key Personnel shall take place only upon Customer's prior written consent.  Failure to notify Customer prior to the change of Key Personnel, or a substantial change in Key Personnel as determined by the Customer, may be sufficient cause for Termination.

**3.58    Warranty of Authority / Service Agreement**

Each person signing the Contract warrants that he or she is duly authorized to do so and to bind the respective party to the Contract.

**3.59    Service Agreement (options on the Price Sheet)**

The School Board may be interested in purchasing a Service Agreement which will include all parts and labor.  List the Cost of the Service Agreement Cost per Year on the Price Sheet (if available).

**3.60    Litigation**

Bidders shall submit details of all litigation, arbitration or other claims, whether pending or resolved in the last five years, with the exception of immaterial claims which are defined herein as claims with a possible value of less than $25,000.00 or which have been resolved for less than $25,000.00.  Notwithstanding the foregoing, all litigation, arbitration or other claims, of any amount, asserted by or against a state, city, county, town, school district, political subdivision of a state, special district or any other governmental entity shall be disclosed.  Please indicate for each cease the year, name of parties, case of litigation, matter in dispute, disputed amount, and whether the award was for or against the Bidder.

**3.61    Prohibition Against Contracting with Scrutinized Companies**

In accordance with Section 287.135 of the Florida Statutes, "A company that, at the time of bidding or submitting a proposal for a new contract or renewal of an existing contract, is on the Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List, created pursuant to s. 215.473, is ineligible for, and may not bid on, submit a proposal for, or enter into or renew a contract with an agency or local governmental entity for goods or services of $1 million or more."   Section 215.473 defines a company to include "all wholly owned subsidiaries, majority-owned subsidiaries, parent companies, or affiliates of such entities or business associations, that exists for the purpose of making profit."  By submitting a response to this solicitation, a respondent certifies that it and those related entities of respondent as defined above by Florida law are not on the Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List, created pursuant to s. 215.473.  Any respondent awarded a Contract as a result of this solicitation shall be required to recertify at each renewal of the Contract that that it and its related entities are not on the Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List.  The School Board may terminate any Contract resulting from this solicitation if respondent or a related entity as defined above is found to have submitted a false certification or been placed on the Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List.  Notwithstanding the preceding, the School Board reserves the right and may, in its sole discretion, on a case by case basis, permit a company on such lists to be eligible for, bid on, submit a proposal for, or enter into or renew a contract, should the School Board determine that the conditions set forth in Section 287.135(4) are met.

**3.62    Resolution of Bid Protests**

The School Board Rule 7.70.V shall be followed as outlined below for the resolution of any bid protests:

A.    The School Board shall follow the procedure specified in Florida Statutes, Section 120.57(3) and as the same may be amended from time to time for the resolution of bid protests.

B.      The Purchasing Department shall provide notice of a decision or intended decision concerning a solicitation, contract award, or exceptional purchase by electronic posting.

The notice shall contain the following statement:

> Failure to file a protest within the time prescribed in Section 120.57(3), Florida Statutes, or failure to post the bond or other security required by law within the time allowed for filing a bond shall constitute a waiver of proceedings under Chapter 120, Florida Statutes.

C.      Any person who is adversely affected by the intended award of a solicitation or contract by the School Board or the recommendation of the Director of Purchasing or other responsible employee of the School Board shall file with the Director of Purchasing as agent for the School Board a notice of protest in writing within 72 hours after the electronic posting of the award or intended decision, and shall file a formal written protest within ten (10) days after the date he or she has filed the notice of protest.  With respect to a protest of the specifications contained in a solicitation, the notice of protest shall be filed in writing within 72 hours after the electronic posting of the solicitation, and the formal written protest shall be filed within ten (10) days after the date the notice of protest is filed.  All formal written protests must be filed with a bond payable to the School District equal to 1% of the estimated contract amount.  Failure to file a notice of protest or failure to file a formal written protest and bond shall constitute a waiver of proceedings.  The School Board may, in its discretion, waive any procedural irregularity or defect in procedures so long as any opposing party is not materially prejudiced by such waiver.  Saturdays, Sundays, and state holidays shall be excluded in the computation of the 72-hour time periods provided by this paragraph.  The notice of protest and formal written protest shall be filed in the Purchasing Department between the hours of 8:00 a.m. and 4:30 p.m. upon any day the office is open for business.

The provisions specified herein constitute the exclusive remedy for any adversely affected party with respect to a bid protest.  The formal written protest shall state with particularity the facts and law upon which the protest is based.

D.      Upon receipt of the formal written protest which has been timely filed, the Purchasing Director shall stop the bid solicitation process or the contract award process until the subject of the protest is resolved by final agency action, unless the School Board, by duly enacted resolution sets forth in writing the particular facts and circumstances which require the continuance of the bid solicitation process or the contract award process without delay in order to avoid an immediate and serious danger to the public health, safety or welfare.

The School Board finds that a substantial interest in the public welfare is the timely award of contracts when required as a condition of receiving grants or funds from outside sources which will be in addition to the regular school budget.

E.      The Purchasing Director shall schedule a meeting to provide an opportunity to resolve the protest by mutual agreement between the parties within seven (7) days, excluding Saturdays, Sundays, and state holidays, after receipt of a formal written protest and bond.

F.      If the Purchasing Director cannot resolve the protest by mutual agreement within the seven (7) day period referred to in Paragraph E., the School Board shall

conduct an informal administrative hearing, under Section 120.57(2), Florida Statutes, acting as the agency head, where there are no disputed issues of material fact. The informal hearing shall be held with notice of no less than 72 hours, excluding Saturdays, Sundays, and legal holidays within thirty (30) days of receipt of the formal written protest and bond, unless the parties, with the consent of the School Board, agree to extend the time for the hearing. The School Board shall have the right to schedule the hearing subject to these provisions.

**3.63**   Definitions
As used in this RFP, the following terms shall have the meanings set forth below:

**Contract**: The document resulting from this solicitation between the School Board and the Respondent, including this RFP, along with any written addenda and other written documents, which are expressly incorporated by reference.

**Contract Administrator:** The Director of Purchasing and Warehouse or designee shall serve as Contract Administrator. The Contract Administrator shall be responsible for addressing any concerns within the scope of the contract. Any changes to the resulting contract shall be done in writing and authorized by the School Board or the School Board's Representative.

**Contractor's Project Manager**: The Project Manager has responsibility for administering this contract for the Respondent(s) and will be designated prior to the issue of the resulting Price Agreement or Purchase Order.

**Day:**   The word "day" means each calendar day or accumulation of calendar days.

**Director:** The Director is the Director of Purchasing and Warehouse for the School Board.

**Exceptions to RFP**: An exception is defined as the Respondent's inability or unwillingness to meet a term, condition, specification, or requirement in the manner specified in the RFP.

**Fiscal Year:**   School Board's Fiscal Year runs from July 1 to June 30.

**Offeror:** The term "offeror" used herein refers to any dealer, manufacturer, representative, distributor, or business organization submitting an offer to the School District in response to this invitation.

**Person or Persons**: An individual, firm, partnership, corporation, association, executor, administrator, trustee or other legal entity, whether singular or plural, masculine or feminine, as the context may require.

**Plan Year**: The School Board's Plan Year for all benefits runs from October 1 to September 30.

**Respondent:** That person or entity, including employees, servants, partners, principals, agents and assignees of the person or entity that submits a proposal for the purpose of obtaining a contract with the School Board for the provision of the services set forth herein.

**Respondent's Project Manager:** The Project Manager has responsibility for administering this contract for the Respondent and will be designated prior to execution of the contract.

**School Board**: The word School Board refers to the elected officials of the School Board of Osceola County, Florida, its duly authorized representatives, and any school, department, or unit within the School District.

**School Board's Project Manager(s):** The Project Manager(s) have responsibility for the day to day administration of the resulting contract for the School Board and will be designated prior to award of contract.

**School District:**  The word School District refers to the entity, The School District of Osceola County, Florida.

**Successful Respondent:**  That person or entity that is awarded a contract with the School Board for the provision of the services set forth herein.

**Superintendent:** Is the person responsible for the administration and management of the schools and its departments.

**Using Agency:** The term "using agency" used herein refers to any school, department, committee, authority, or another unit in the School District using supplies or procuring contractual services as provided for in the Purchasing Department of the School District.

**4.0     SUBMITTAL REQUIREMENTS/WRITTEN EVALUATION CRITERIA**
Proposals shall include all of the information solicited in this RFP, and any additional data that the respondent deems pertinent to the understanding and evaluating of the proposal. Proposals shall be organized and sections tabbed in the following order.  The respondent should not withhold any information from the written response in anticipation of presenting the information orally or in a demonstration, since oral presentations or demonstrations may not be solicited.  Each proposer will be ranked based on an analysis of the criteria herein addressed.

**4.01     Scoring:**  An adjectival scoring system shall be applied throughout the evaluation process for the evaluation of the written responses and the oral presentation/informal interviews.  A score of 0 is the least favorable and a score of 4 is the most favorable in all sections.

The Proposer's response will be scored by Committee members in accordance with the following scale:

0 =     Unsatisfactory:  Not responsive to the question.
1 =     Below Minimum Standards:  Responsive to the question but below acceptable standards.
2 =     Marginal:  Minimal acceptable performance standards and responsive to the question.
3 =     Satisfactory:  Above minimum performance, Effective and Responsive to the question.
4 =     Exceeds Expectations for effectiveness and responsiveness to the question.

NOTE:  The Committee member's score times the "weighted value" assigned to the different sections listed here equals the total score for that section.

**4.02**    All proposals shall include at minimum:

**Tab 1 – Respondent's Profile and Submittal Letter – (Weighted Value 5)**
RFP Submittal Letter signed by authorized agent of the business/corporation with proof of authorization from business

1.    A brief profile of the firm, including:
   A.  A brief history of the business
   B.  Organizational structure of business
   C.  Designation of the legal entity by which the business operates (i.e. sole proprietorship, partnership, limited liability partnership, corporation, limited liability corporation, etc.)
   D.  Ownership interest
   E.  Active business venues (counties, states, etc.)
   F.  Present status and projected direction of business
   G.  Documentation from the appropriate state's agency confirming firm's legal entity type (i.e. sole proprietorship, partnership, limited liability partnership, corporation, Limited Liability Corporation, etc.).  For non-Florida businesses submit documentation from the state in which the business was formed and documentation from the State of Florida providing authorization to perform business in the state of Florida.
   H.  Federal Identification Number of firm
   I.  LOCAL BUSINESS TAX RECEIPTS
      1)  Any bidder whose permanent business location is in Osceola County must submit with the bid a copy of their Local Business Tax Receipt (formerly known as an "Occupational License") issued to them by the Osceola County Tax Collector.

      2)  Any bidder whose permanent business location is in a Florida county other than Osceola County must submit with their bid a copy of their Local Business Tax Receipt issued to them by the tax collector of the county of their permanent business location, unless that county does not collect Local Business Taxes or issue Local Business Tax Receipts.

      3)  Any bidder whose permanent business location is in a Florida county other than Osceola County and who already has a Local Business Tax Receipt required to exercise the privilege of engaging in or managing any business, profession, or occupation within Osceola County must submit with their bid a copy of their Local Business Tax Receipt issued to them by the Osceola County Tax Collector.

      4)  Any bidder whose permanent business location is within the jurisdiction of a Florida municipality that collects Local Business Tax must submit with their bid a copy of their Local Business Tax Receipt issued to them by that municipality.

      5)  Any bidder whose permanent business location is in a state other than Florida must submit with their bid a copy of all licenses or tax receipts required by the state or local government jurisdiction of their permanent business location.

      6)  Any bidder whose permanent business location is in a state other than Florida and who already has a Local Business Tax Receipt required to exercise the privilege of engaging in or managing any business, profession, or occupation within

Osceola County must submit with their bid a copy of their Local Business Tax Receipt issued to them by the Osceola County Tax Collector.

7) A successful bidder whose permanent business location is not in Osceola County, including a successful bidder whose permanent business location is in a state other than Florida, and who does not already have a Local Business Tax Receipt required to exercise the privilege of engaging in or managing any business, profession, or occupation within Osceola County must obtain a Local Business Tax Receipt from the Osceola County Tax Collector within fourteen (14) days of the School Board electronically posting its intent to award the bid and submit it as an addendum to their bid within twenty-one (21) days of the School Board electronically posting its intent to award the bid.

8) Because independent contractors are a separate business for purposes of Local Business Tax, any bidder who intends to use independent contractors to fulfill the contract to be awarded under this Invitation To Bid must submit Local Business Tax Receipts for every independent contractor they intend to use according to the criteria outlined in subparagraphs 1-7 above. In other words, substitute the words "independent contractor" for the word "bidder" in subparagraphs 1-7 and any independent contractor who falls within the criteria identified must obtain a Local Business Tax Receipt as outlined and the bidder must submit it as outlined.

9) Any Local Business Tax Receipt submitted as required by this section must list the appropriate business type as closely related as possible to the Title of the Invitation To Bid and the description and scope of work as identified in the Invitation To Bid. If the county or municipality of the bidder's permanent business location does not have a specific category that matches, the Local Business Tax Receipt must list a business type that matches as closely as possible.

**Tab 2 – References – (Weighted Value 10)**
List at least three (3) recent and relevant references where the proposed services have been used within the past year with preference given to self-funded health insurance plans. Also list all terminated contracts within the past year. The degree of relevant experience of the proposer with Florida School Boards and/or political subdivisions as well as self-funded health insurance plans will be a primary factor.

**Tab 3 –Ability, Capacity and Skill of the Firm – (Weighted Value 25)**
This section shall summarize all key features of the proposal, including the identification of any affiliated individuals or firms that respondent proposes to assist in this engagement. A list of any deviations and exceptions from the requirements contained in this RFP shall be identified under this section. Firm must have a minimum of five (5) years of experience in this area as addressed in this RFP.

Respondent must clearly state whether it will comply with the stated requirements and provide detailed information about how it will fulfill the requirements of the RFP. Proposals that merely repeat the requirements set forth in the RFP and state that Respondent "will perform the scope of services" or similar verbiage will be considered non-responsive and will not receive further consideration. The School Board is

interested only in proposals that demonstrate the Respondent's expertise in performing engagements of this type as illustrated by the Respondent's description of how it proposes to perform the requirements set forth in this RFP or attached contract.

List current or recently completed projects which best illustrates the experience of the firm in providing employee benefits consulting services.   Include the following information:

1.  Name and location of the engagement
2.  The nature of the firm's responsibility on the engagement.
3.  Name, address, telephone, and fax number for each project contact who may be contacted as a reference.
4.  Date engagement was completed or is anticipated to be completed.
5.  Size of engagement (project dollar value).
6.  Services for which the firm's staff was responsible.
7.  Present status of the engagement.
8.  The firm's key professionals involved on the engagement and who of that staff would be assigned to the program covered by this RFP.

List one engagement where your firm's service was terminated before completion of the project.  Include the following information:

1.  Name and location of the engagement
2.  The nature of the firm's responsibility on the engagement.
3.  Name, address, telephone, and fax number for each project contact who may be contacted as a reference.
4.  Date engagement was anticipated to be completed.
5.  Size of engagement (project dollar value).
6.  Services for which the firm's staff was responsible.
7.  Present status of the engagement.

## Tab 4 – Experience of Personnel – (Weighted Value 10)

Identify by name all key personnel assigned to this account.  For each of these individuals, please provide a résumé that includes their educational background, job experience, a list of specific projects/clients they have supported and how long they have worked for the company.  Provide an updated organizational chart detailing the chain of command and contact information for each.

Continuity of consulting arrangements is critical to the District's program; therefore, it is understood that if one of the lead consultants leaves the employment of the selected firm or if changes in team composition are made without prior written approval by SDOC, this agreement may be canceled by the District within 30 days' notice.

## Tab 5 – Approach and Methodology – (Weighted Value 25)

The Respondent's approach and methodology of how services herein addressed will be provided.

The Respondent shall submit the following information:

1.  Describe Respondent's understanding of the District's requested services as described in section 2.0.
2.  Describe Respondent's process and approach to performing the services:
    a.  Analyze Current Employee Benefits Program
    b.  Provision of Procurement Assistance
        i.  Detailed Project Plan,
        ii.  Proposed solicitation document component, including requirements, per benefits program, and
        iii.  Proposed evaluation criteria.

       c.   Implementation, Transition and On-going Administrative Support
       d.   Deliverables and Milestones
       e.   Project Management

3.   Include sample reports (benefits assessment, plan costs, Stewardship report, and monthly work status report) and description of software used to create reports.

4.   Include samples of employee benefits communications.

5.   Define expectations that you have of your clients.

6.   Describe a situation where the vendor was not performing according to the terms of the contract.  How did you become aware of the situation?  What did you do to correct the situation?  What was the outcome of your intervention?

7.   Select a vendor contract that you corrected to support the interests of a client.  Supply the original contract and the final contract.  List the changes you made and your rationale for making each change.

**Tab 6 – Fee Structure (Weighed Value 25)**

For each task outlined in the Scope of Services (Section 2.0), please forecast the number of hours to accomplish each service area and the total annual fee for all services.  The first term of this contract will be March 6, 2012 (tentatively) through March 5, 2014

**Tab 7 – Exceptions**

Include any/all exceptions to the content of the solicitation, the attached contract (Attachment "H") or legal agreement(s) or documents(s) related to this solicitation.

**PRICE EVALUATION:**

Price is included as one of the evaluation criteria, therefor the lowest priced proposal should receive the maximum weighted score for the price criteria.  The other proposals should receive a percentage of the weighted score based on the percentage differential between the lowest proposal and the other proposals in accordance with the following example:

| Vendor | Proposed Price | Highest Score | By | Weight | Equals | Total Points | By | % | Weighted Score |
|---|---|---|---|---|---|---|---|---|---|
| A | $20,000 | 5 | X | 25 | = | 125 | X | 100 = | 125 |
| B | $25,000 | 5 | X | 25 | = | 125 | X | 80 = | 100 |
| C | $28,000 | 5 | X | 25 | = | 125 | X | 71 = | 88.75 |

- Vendor B's $20,000/$25,000=80% X total possible points of 125 = 100
- Vendor C's $20,000/$28,000=71% X total possible points of 125 = 88.75

*Exception*:  If an inordinately low price is indicative of a misunderstanding of the scope of services by the proposer/firm, a score of only 1 or 2 points may be given at the discretion of the evaluator(s).

**Tab 8 – Non Scored Items**

   **a.**   **Completed Respondents Information Form (page 1 of this RFP) (**

   **b.**   **Other Services**

Services relevant to this contract that are in addition to the duties as outlined in the Scope of Services can be submitted in this section.

c. **Financial Statement – (Pass/Fail)**
All respondents shall supply their most recent financial statement, preferably a certified audit of the last available fiscal year, or their most recent tax return and balance sheet.

d. **Conflict of Interest Form (Attachment "C")**
All respondents shall properly complete, have notarized and attach with their proposal the attached notarized disclosure statement.

e. **Addenda**
Any addenda issued subsequent to the release of this solicitation must be signed and returned with the firm's proposal.  Failure to return signed addenda may be cause for the proposal to be considered non-responsive.

f. **Confidential Materials (Attachment "E," Exhibit "A")**
All materials that qualify as "trade secrets" shall be segregated, clearly labeled and accompanied by an executed Non-disclosure Agreement for Confidential Materials shall be submitted in this section.

g. **Additional Requirements Attachments**
  i. Drug Free Workplace Certification, Attachment "A"
  ii. Debarment Certification, Attachment "B"
  iii. Hold Harmless Certification, Attachment "F"

**5.0   ORAL PRESENTATION EVALUATION CRITERIA**
Each respondent will be ranked based on an analysis of the criteria required below.  The adjectival scoring system shall be applied for the evaluation of the oral presentation/informal interviews.  A score of 0 is the least favorable and a score of 4 is the most favorable in all sections.

The Proposer's response will be scored by Committee members in accordance with the following scale:

0 =    Unsatisfactory:  Not responsive to the question.
1 =    Below Minimum Standards:  Responsive to the question but below acceptable standards.
2 =    Marginal:  Minimal acceptable performance standards and responsive to the question.
3 =    Satisfactory:  Above minimum performance, Effective and Responsive to the question.
4 =    Exceeds Expectations for effectiveness and responsiveness to the question.

 All presentations shall include at minimum:

1. **Ability, Capacity, and Skill of the Proposer – (Weighted Value 30)**
The Firm shall demonstrate its ability, capacity, and skills to School Board staff with enough detail to provide the services specified in this RFP.

2. **Relevant Experience – (Weighted Value 10)**
The experience of the respondent with Florida School Boards and/or other political subdivisions as well as self-funded health insurance plans.

**3.   Approach and Methodology –(Weighted Value 30)**
The Firm's approach and methodology of how the services herein addressed will be provided.

**4.   Fee Structure (included in Tab 13,) – (Weighted Value 30)**
Include your firm's "Best and Final" offer at this time.  For each task outlined in the Scope of Services (Section 2.0), outline the total annual fee for all services.  Please note that SDOC does not allow the vendor to accept contingencies, supplemental compensation or income nor in-kind services on any insurance products placed for SDOC.

**PRICE EVALUATION:**
Price is included as one of the evaluation criteria, therefor the lowest priced proposal should receive the maximum weighted score for the price criteria.  The other proposals should receive a percentage of the weighted score based on the percentage differential between the lowest proposal and the other proposals in accordance with the following example:

| Vendor | Proposed Price | Highest Score | By | Weight | Equals | Total Points | By | % | Weighted Score |
|--------|---------------|---------------|-----|--------|--------|--------------|-----|-----|----------------|
| A | $20,000 | 5 | X | 25 | = | 125 | X | 100 = | 125 |
| B | $25,000 | 5 | X | 25 | = | 125 | X | 80 = | 100 |
| C | $28,000 | 5 | X | 25 | = | 125 | X | 71 = | 88.75 |

- Vendor B's $20,000/$25,000=80% X total possible points of 125 = 100
- Vendor C's $20,000/$28,000=71% X total possible points of 125 = 88.75

*Exception*:  If an inordinately low price is indicative of a misunderstanding of the scope of services by the proposer/firm, a score of only 1 or 2 points may be given at the discretion of the evaluator(s).

**End of Section**

**Solicitation Date of Events**

| Date | | Description |
|------|------|-------------|

Date | 11.17.11 | **RFP Project Posted to SDOC Website:**
www.osceola.k12.fl.us/depts/Purchasing/Index.asp

Date | 11.29.11 | **Not Mandatory Pre-Proposal Meeting**

**County**

Location: **School District of Osceola**

Purchasing Dept. Conference

Room

817 Bill Beck Blvd., Bldg. 2000
Kissimmee, FL  34744
Time:     9:00 AM

Date | 12.01.11 | **Question Deadline - due before 1:00 PM**

**County**

Location: **School District of Osceola**

Purchasing Department
817 Bill Beck Blvd., Bldg. 2000
Kissimmee, FL  34744

Date | 12.02.11 | **Addenda released (if necessary)**

Addenda addressing questions received prior to
the question deadline will be sent to Firms
attending the Mandatory Pre-Proposal Meeting

Date | 12.14.11 | **Submittals Due before 2:00 PM**

Deliver to:   School District of Osceola

County

Purchasing Department
817 Bill Beck Blvd., Bldg. 2000
Kissimmee, FL 34744

Date | 12.15.11 | **Committee to Evaluate Submittals**

Date | 01.11.12 | **Selection Committee Short List Meeting**
Location:   Purchasing Conference Room
Time:       2:00 PM

Date | 01.05.12 | **Short Listed Firms Notified**

### Solicitation Date of Events Continued

| Date | | Description |
|------|------|-------------|
| Date | 01.17.12 | **Short Listed Firms Oral Presentations** |
| | | before the Selection Committee |
| | | **Location:** **School District of Osceola County** |
| | | Purchasing Conference Room |
| | | 817 Bill Beck Blvd., Bldg. 2000 |
| | | Kissimmee, FL  34744 |
| | | **Time:** 12:00 PM -5:00 PM |
| Date | 01.12.12 | **Recommendation Posted to Negotiation a Contract** |
| Date | 02.07.12 | **School Board Meeting, Board Approval** |
| Date | 02.08.12 | **Contract Negotiations with Firm** |
| Date | 03.06.12 | **School Board Meeting, Approval of Final Contract** |
| Date | 03.07.12 | **Contract Start Date** |

**End of Section**

_____, 2011

**PROPOSAL FORM**

TO:    School District of Osceola County, Florida
       Director of Purchasing and Warehouse
       817 Bill Beck Blvd., Building 2000
       Kissimmee, Florida  34744-4492

The undersigned hereby declare that [firm name] _____
_____ have carefully examined the specifications to furnish:

| | ANNUAL COSTS |
|---|---|
| Analyze Current Employee Benefits Program | $ |
| Procurement Assistance | $ |
| Implementation, Transition and On-going Administrative Support | $ |
| Deliverables and Milestones | $ |
| Project Management and Performance Monitoring | $ |
| Subtotal: | $ |
| | |
| Other Service | $ |
| Grand Total | $ |

For which proposals were advertised to be received **no later than 2:00 p.m., local time, *(DATE)*** and further declare that [firm name] _____
_____ will furnish the Employee Benefit Consulting Services according to specifications.

Prompt Payment Terms: _____ % _____ Days; Net 30 Days

Do you accept electronic funds transfer (ETF)? YES _____ NO _____

Do you offer a discount for electronic funds transfer (EFT)? YES _____% NO_____

The School District of Osceola County, Florida, reserves the right to reject any or all proposals, to waive informalities, and to accept all or any part of any proposal as they may deem to be in the best interest of the School Board.

I hereby certify that I have read and understand the requirements of this Request for Proposals No. **SDOC-11-P-0XX-xx** and, that I as the respondent, will comply with all requirements, and that I am duly authorized to execute this proposal/offer document and any contract(s) and/or other transactions required by award of this RFP.

Company _____

Per_____ (Print name)

Signature _____

Address _____

City_____State_____ZIP_____

List local (Osceola County) office address if applicable and provide supporting documentation (Business Tax Receipt).

_____

Telephone _____ Fax _____ _

E-Mail Address: _____

Dunn & Bradstreet # _____ Fed. I.D. #_____

Division of Corporations Registration Number:  _____

<p style="text-align:center">END OF FORM</p>

Attachment "A"

DRUG FREE WORKPLACE
CERTIFICATION FORM

In accordance with Florida Statute 287.087, preference shall be given to businesses with drug-free workplace programs.  Whenever two or more proposals are equal with respect to price, quality and service are received by the State or by any political subdivision for the procurement of commodities or contractual services; a proposal received from a business that certifies that it has implemented a drug-free workplace program shall be given preference in the award process. Established procedures for processing tie proposals will be followed if none of the tied vendors have a drug-free workplace program.  In order to have a drug-free workplace program, a business shall:

1. Publish a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the workplace and specifying the actions that will be taken against employees          for violations of such prohibition.

2. Inform employees about the dangers of drug abuse in the workplace, the business's policy of maintaining a drug-free workplace, any available drug counseling, rehabilitation, and employee assistance programs and penalties that may be imposed upon employees for drug abuse violations.

3. Give each employee engaged in providing the commodities or contractual services that are under contract a copy of the statement specified in subsection (1).

4.  In the statement specified in subsection (1) notify employees that as a condition of working
   on the commodities or contractual services that are under contract, the employee will abide by the terms of the statement and will notify the employer of any conviction of, or plea of guilty or nolo-contendere to, any violation of chapter 893 or of any controlled substance law of the United States or any state, for a violation occurring in the workplace no later than five (5) days after such conviction.

5. Impose a sanction on, or require the satisfactory participation in a drug abuse assistance or rehabilitation program if such is available in the employee's community, by any employee who is so convicted.

6. Make a good faith effort to continue to maintain a drug-free workplace through implementation of this section.

As the person authorized to sign the statement, I certify that this firm complies fully with the above requirements.

_____
Vendor's Signature

RFP# SDOC-12-P-045-NM

Attachment "B"

**CERTIFICATION REGARDING DEBARMENT, SUSPENSION
INELIGIBILITY AND VOLUNTARY EXCLUSION – LOWER TIER COVERED TRANSACTIONS**

This certification is required by the regulations implementing *Executive Order 12549, Debarment and Suspension, 7 CFR Part 3017, Section 3017.510 Participants responsibilities.* The regulations were published as ***Part IV of the January 30, 1989, <u>Federal Register</u> (pages 4722-4733).***

***** BEFORE COMPLETING CERTIFICATION, READ INSTRUCTIONS ON NEXT PAGE *****

(1) The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department of agency.

(2) Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attached an explanation to this proposal.

(BID NUMBER and the Solicitation Title)

_____          _____
Organization Name                                                    RFP Name & Number

_____
Names and Titles of Authorized Representative(s)

_____          _____
Signature(s)                                                Date

## INSTRUCTIONS FOR DEBARMENT CERTIFICATION

1. By signing and submitting this form, the prospective lower tier participant is providing the certification set out herein in accordance with these instructions.

2. The certification in this clause is a material representation of fact upon which reliance was placed when this transaction was entered into.  If it is later determined that the prospective lower tier participant knowingly rendered an erroneous certification, in addition to other remedies available to the Federal Government, the department of agency with which this transaction originated may pursue available remedies, including suspension and/or debarment.

3. The prospective lower tier participant shall provide immediate written notice to the person to whom this proposal is submitted if at any time the prospective lower tier participant learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

4. The terms "covered transaction", "debarred", "suspended", "ineligible", "lower tier covered transaction", " participant", "person", "primary covered transaction", "principal", "proposal", "voluntarily exclude", as used in this clause, have the meanings set out in the Definitions and Coverage sections of rules implementing Executive Order 12549.  You may contact the person to which this proposal is submitted for assistance in obtaining a copy of these regulations.

5. The prospective lower tier participant agrees by submitting this form that, should the proposed covered transaction be entered into, it shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by the department or agency with which this transaction originated.

6. The prospective lower tier participant further agrees by submitting this form that it will include this clause titled "Certification Regarding Debarment, Suspension, Ineligibility and Voluntary Exclusion – Lower Tier Covered Transactions", without modification in all lower tier covered transactions and in all solicitations for lower tier covered transactions.

7. A participant in a covered transaction may rely upon a certification of a perspective participant in a lower tier covered transaction that it is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless it knows that the certification is erroneous.  A participant may decide the method and frequency by which it determines the eligibility of its principals.  Each participant may, but is not required to, check the Non-procurement List.

8. Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render in good faith the certification required by this clause.  The knowledge and information of a participant is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

9. Except for transactions authorized under paragraph 5 of these instructions, if a participant in a covered transaction knowingly enters into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the Federal Government, the department or agency with which this transaction may pursue available remedies, including suspension and/or debarment.

RFP# SDOC-12-P-045-NM

**Attachment "C"**
**Conflict of Interest**

I HEREBY CERTIFY that

1.  I *(printed name)* _____am

the *(title)* _____ and the duly authorized representative

of the firm of *(Firm Name)* _____

whose address is _____, and

that I possess the legal authority to make this affidavit on behalf of myself and the firm

for which I am acting; and,

2.  Except as listed below, no employee, officer, or agent of the firm have any conflicts
of interest, real or apparent, due to ownership, other clients, contracts, or interests
associated with this project; and,

3.  The business nor any authorized representative or significant stakeholder of the
business has been determined by judicial or administrative board action to be in
noncompliance with or in violation of any provision/contract of the School Board of
Osceola County, nor has any outstanding past due debt to the School Board of Osceola
County, Florida; and

4.  This Submittal is made without prior understanding, agreement, or connection with
any corporation, firm, or person submitting a response for the same services, and is in all
respects fair and without collusion or fraud.

EXCEPTIONS (List)

Signature: _____

Printed Name: _____

Firm Name: _____

Date: _____

COUNTY OF _____ STATE OF _____

Sworn to and subscribed before me this _____ day of _____, 20____, by

_____, who is personally known to me or who has

produced _____ as identification.

_____

NOTARY PUBLIC – STATE OF _____

Type or print name: _____

Commission No.: _____

Commission Expires_____

(Seal)

RFP# SDOC-12-P-045-NM

**Attachment "D"**
**Notification Regarding Public Entity Crime and Discriminatory Vendor List Requirements and Disqualification Provision**

A.        Pursuant to Florida Statutory requirements, potential Respondents are notified:

*287.133(2)(a)* A person or affiliate who has been placed on the convicted vendor list following a conviction for a public entity crime may not submit a bid, proposal, or reply on a contract to provide any goods or services to a public entity; may not submit a bid, proposal, or reply on a contract with a public entity for the construction or repair of a public building or public work; may not submit bids, proposals, or replies on leases of real property to a public entity; may not be awarded or perform work as a contractor, supplier, subcontractor, or consultant under a contract with any public entity; and may not transact business with any public entity in excess of the threshold amount provided in s. 287.017 for CATEGORY TWO for a period of 36 months following the date of being placed on the convicted vendor list.

*287.133(2)(b)* A public entity may not accept any bid, proposal, or reply from, award any contract to, or transact any business in excess of the threshold amount provided in s. 287.017 for CATEGORY TWO with any person or affiliate on the convicted vendor list for a period of 36 months following the date that person or affiliate was placed on the convicted vendor list unless that person or affiliate has been removed from the list pursuant to paragraph (3)(f). A public entity that was transacting business with a person at the time of the commission of a public entity crime resulting in that person being placed on the convicted vendor list may not accept any bid, proposal, or reply from, award any contract to, or transact any business with any other person who is under the same, or substantially the same, control as the person whose name appears on the convicted vendor list so long as that person's name appears on the convicted vendor list.

*287.134(2)(a)*      An entity or affiliate who has been placed on the discriminatory vendor list may not submit a bid, proposal, or reply on a contract to provide any goods or services to a public entity; may not submit a bid, proposal, or reply on a contract with a public entity for the construction or repair of a public building or public work; may not submit bids, proposals, or replies on leases of real property to a public entity; may not be awarded or perform work as a contractor, supplier, subcontractor, or consultant under a contract with any public entity; and may not transact business with any public entity.

*287.134(2)(b)*      A public entity may not accept any bid, proposals, or replies from, award any contract to, or transact any business with any entity or affiliate on the discriminatory vendor list for a period of 36 months following the date that entity or affiliate was placed on the discriminatory vendor list unless that entity or affiliate has been removed from the list pursuant to paragraph (3)(f). A public entity that was transacting business with an entity at the time of the discrimination resulting in that entity being placed on the discriminatory vendor list may not accept any bid, proposal, or reply from, award any contract to, or transact any business with any other entity who is under the same, or substantially the same, control as the entity whose name appears on the discriminatory vendor list so long as that entity's name appears on the discriminatory vendor list.

B.        By submitting a proposal, the Respondent represents and warrants that the submission of its proposal does not violate Section 287.133, Florida Statutes, nor Section 287.134, Florida Statutes.

C.        In addition to the foregoing, the Respondent represents and warrants that Respondent, Respondent's subcontractors and Respondent's implementer, if any, is not under investigation for violation of such statutes.

D.        Respondent should read carefully all provisions of 287.133 and 287.134, Florida Statutes.

RFP# SDOC-12-P-045-NM

**Attachment "E"**

**NON-DISCLOSURE AGREEMENT**

**For**

**CONFIDENTIAL MATERIALS**

Reference #_____

**RETURN THIS FORM *ONLY* IF CONFIDENTIAL MATERIALS ARE BEING INCLUDED IN THE SUBMITTAL.  PLEASE READ THE SECTION IN THE BID DOCUMENT TO DETERMINE IF THIS APPLIES.  THE CONFIDENTIAL MATERIALS WILL ONLY BE HANDED OUT TO THE SELECTION COMMITTEE ON THE DAY OF THE EVALUATION, THEREFORE, THE EVALUATION OF THIS MATERIAL WILL BE LIMITED TO THAT TIME ONLY.**

Respondent:

Address:


This Agreement is entered into as of the date of the last signature set forth below between the School Board of Osceola County, a political subdivision of the State of Florida (the "District"), and the above named Respondent (hereinafter the "Respondent").  The School Board of Osceola County and the Respondent are collectively referred to as the "Parties" and may be referred to individually as a Party.

RECITALS

WHEREAS, the Respondent possesses certain confidential trade secret materials that it wishes to disclose to the School Board of Osceola County for the purpose of responding to a request for proposal or otherwise conducting business with the School Board; and


WHEREAS, the School Board desires to review such materials in order to evaluate the District's interest in negotiating and concluding an agreement for the purchase of certain products and services, or otherwise conducting business with the Respondent.

NOW THEREFORE, in consideration of the mutual promises and premises contained herein, the receipt and sufficiency of which are hereby acknowledged, the School Board and the Respondent agree as follows:

1.      <u>Confidential Materials</u>.  The Respondent warrants and represents to the School Board that the materials described in the attached <u>Exhibit A</u> (the "Confidential Materials") constitute trade secrets as defined by Section 812.081(1)(c), Florida Statutes, or financial statements required by the School Board for  projects as defined in 119.071(1)(c), Florida Statutes. Subject to the terms and conditions of this Agreement, the School Board agrees not to disclose such Confidential Materials to third parties.


2.      <u>Additional Materials</u>.  During the course of the negotiations or the business relationship with the School Board, the Respondent may disclose additional confidential or trade secret information to the District in which case the restrictions and obligations on the use and disclosure of the Confidential Materials imposed by this Agreement shall also apply to such additional information to the extent permitted by Florida law.  Any such additional confidential or trade secret information shall be duly marked and stamped "confidential" or "trade secret" prior to delivery to the School Board, and shall be subject to this Agreement and Section 812.081(2), Florida Statutes, only if written receipt is provided by the School Board acknowledging receipt of such materials.


3.      <u>Exclusions</u>. For purposes of this Agreement, the term "Confidential Materials" does not include the following:


(a)   Information already known or independently developed by the School Board;


(b)   Information in the public domain through no wrongful act of the School Board;


(c)   Information received by the School Board from a third party who was legally free to disclose it;


(d)   Information disclosed by the Respondent to a third party without restriction on disclosure;


(e)   Information disclosed by requirement of law or judicial order, including without

limitation Chapter 119 Florida Statutes; or

   (f)   Information that is disclosed with the prior written consent of the Respondent, but only to the extent permitted by such consent.

4.      <u>Non Disclosure by Respondent</u>.  In the event that the School Board discloses confidential or trade secret information to Respondent, the Respondent agrees to not disclose such information to any third party or copy such information or use it for any purpose not explicitly set forth herein without the School Board's prior written consent.  Further, upon conclusion of discussions or business transactions between the School Board and the Respondent, or at any time upon request of the School Board, Respondent agrees to return such information (including any copies) to the School Board.

5.      <u>Duty of Care</u>. Each Party agrees to treat the other Party's confidential or trade secret information with the same degree of care, but not less than reasonable care, as the receiving Party normally takes to preserve and protect its own similar confidential information and to inform its employees of the confidential nature of the disclosing Party's information and of the requirement of nondisclosure.  In the event either Party has actual knowledge of a breach of the nondisclosure requirements set forth in this Agreement, the Party acquiring such knowledge shall promptly inform the other Party and assist that Party in curing the disclosure, where possible, and preventing future disclosures.

6.      <u>Limitations of Florida Law</u>.  Respondent understands and agrees that its assertion that any item is confidential or a trade secret does not, in and of itself, render such material exempt from the Florida Public Records Law, Chapter 119 of the Florida Statutes, and that the School Board's ability to prevent disclosure of confidential and trade secret information may be subject to determination by a Florida court that such materials qualify for trade secret protection under Florida law.  In the event a third party makes a public records request for the Confidential Materials or other materials deemed by Respondent to be confidential or a trade secret, the School Board may submit the materials to the court for inspection in camera as set forth in Section 119.07(1)(g) Florida Statutes.  Respondent further understands that the School Board may be required to disclose such information if directed by a court of competent jurisdiction.

7.     <u>Indemnification by Respondent</u>.  In the event of any litigation instituted by a third party to compel the School Board to disclose such materials, Respondent shall, at its sole cost and expense, provide assistance to the School Board in defending the denial of the records request, and shall hold the School Board harmless from any claim for statutory costs and attorneys fees arising from the School Board's refusal to disclose such materials.

8.     <u>No Additional Obligations</u>.  This Agreement shall not be construed in any manner to be an obligation for either Party to enter into any subsequent contract or agreement.

9.     <u>Sovereign Immunity</u>.  Nothing in this Agreement shall be deemed as a waiver of immunity or limits of liability of the School Board beyond any statutory limited waiver of immunity or limits of liability, which has been or which may be adopted by the Florida Legislature, regardless of the nature of any claim which may arise, including but not limited to a claim sounding in tort, equity or contract.  In no event shall the School Board be liable for any claim or claims for breach of contract, including without limitation the wrongful disclosure of confidential or trade secret information for an amount which exceeds, individually and collectively, the then current statutory limits of liability for tort claims.   Nothing in this Agreement shall inure to the benefit of any third party for the purpose of allowing any claim against the School Board, which would otherwise be barred under the Doctrine of Sovereign Immunity or by operation of law.

10.    <u>Notice</u>.  Whenever either Party desires to give notice unto the other, it must be given by written notice, sent by registered United States mail, with return receipt requested, addressed to the party for whom it is intended, at the place last specified, and the place for giving of notice in compliance with the provisions of this paragraph.  For the present, the Respondent designates the address set forth above as its place for receiving notice, and the School Board designates the following address for such notice:

> The School Board of Osceola County, Florida
> Director of Purchasing and Warehouse
> 817 Bill Beck Blvd., Building 2000
> Kissimmee, Florida 34744

11.    <u>Governing Law</u>.  This Agreement shall be governed by the laws of the State of Florida, and venue for any action arising out of or relating to the subject matter of this Agreement shall be

exclusively in Osceola County, Florida, or the Federal District Court for the Middle District of Florida, Orlando Division.

12.     Respondent and the School Board hereby expressly waive any rights either may have to a trial by jury of any civil litigation related to this Agreement for any litigation limited solely to the parties of this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized officers the day and year as set forth below.

**School District of Osceola County, Florida**          **Respondent**

BY:  _____          BY:  _____

NAME:  Terry Andrews          NAME:_____

TITLE:   Superintendent          TITLE: _____

DATE: _____          DATE: _____


ATTEST:

BY:  _____

NAME:_____

TITLE: _____

DATE: _____

Exhibit "A"

DESCRIPTION OF CONFIDENTIAL MATERIALS

**Attachment "F"**
**HOLD HARMLESS AGREEMENT**

<div style="border:2px solid blue; background-color:yellow; text-align:center; color:red; font-weight:bold;">
Return this page <u>ONLY</u> if claiming exemption from the
Worker's Compensation Insurance Requirement
</div>

I am the owner of _____, an incorporated/unincorporated business operating in the State of Florida.  As such, I am bound by all laws of the state of Florida, including but not limited to those regarding the workers' compensation law.

I hereby affirm that the above named business employs less than four employees, including myself, and therefore, the business is exempt from the statutory requirement for workers' compensation insurance for its employees.

On behalf of the business, and its employees, I hereby agree to indemnify, keep and hold harmless the School Board of Osceola County, Florida (the "School Board"), its agents, officials and employees, against all injuries, deaths, losses, damages, claims, liabilities, judgments, costs and expenses, direct, indirect or consequential (including, but not limited to, fees and charges of attorneys and other professionals) arising out of our contract with School Board, whether or not it shall be alleged or determined that the act was caused by intention or through negligence or omission of School Board or their employees, or of their subcontractors or their employees.  The named business shall pay all charges of attorneys and all costs and other expenses incurred in connection with the indemnity provided herein, and if any judgment shall be rendered against the School Board in any action indemnified hereby, the named business shall, at its own expense, satisfy and discharge the same.  The foregoing is not intended nor should it be construed as, a waiver of sovereign immunity of the SCHOOL BOARD under Section 768.28, Florida Statutes.

STATE OF _____

COUNTY OF _____

Sworn to and subscribed before me this _____ day of _____, 20____, by _____, who is personally known to me or who has produced _____ as identification.

_____

*NOTARY PUBLIC – STATE OF _____*

*Type or print name: _____*

*Commission No.: _____*

*(Seal)*          *Commission Expires_____*

Attachment "G"
## STATEMENT OF NO BID

The School District of Osceola County, Florida
Purchasing Department
817 Bill Beck Boulevard, Building 2000
Kissimmee, Florida  34744-4492

Attn:  Neil D. McDonald                          Bid # <u>SDOC-12-P-0045-NM</u>

We, the undersigned, have decided not to bid for the following reasons.

| | |
|---|---|
| _____ | We do not handle products/services in this classification |
| _____ | Opening date does not allow sufficient time to complete bid |
| _____ | Cannot supply at this time |
| _____ | Suitable but engaged in other work |
| _____ | Quantity too small |
| _____ | Cannot meet required delivery |
| _____ | Equivalent not presently available |
| _____ | Unable to meet specifications |
| _____ | Unable to meet insurance/bond requirements |
| _____ | Please remove our name from the vendor file for the commodity listed above |
| _____ | Please remove our name from the School Board's entire vendor files |
| _____ | Other reasons or remarks |

_____

_____

We understand that if the "No Bid" letter is not returned by the bid due date, our name may be
deleted from the School District of Osceola County's vendor list for this commodity.

Company Name                    _____

Authorized Signature            _____

Print Name of Authorized Person _____

Email Address for Authorized Person _____

Telephone Number                _____

Fax Number                      _____

RFP# SDOC-12-P-045-NM



**Attachment "H"**

_____

_____

Contract #

Approval Date:

**The School District of Osceola County, Florida**

**Services Agreement**

**The School Board of Osceola County, Florida,** 817 Bill Beck Boulevard, Kissimmee, Florida 34744-4492, ("**School Board**") does hereby retain the services of

_____
with                            an                            address                            of
_____
(hereinafter called "**Contractor**") to furnish the services in accordance with the following terms and conditions:

      1.    **Description of Services.  Contractor** shall perform the following services:

_____
_____
_____
_____

Said services shall be completed to the satisfaction of _____
Services              shall              be              considered              complete
_____**.**

The **Contractor** will independently perform all services specified above, except as provided otherwise herein.  In the event **Contractor** requires the services of other **Contractor**s, an amendment to this agreement listing the names, addresses and anticipated amounts to be paid to said additional **Contractor**s will be required. All intellectual property, work product, outcomes, or processes specially developed for the delivery of services described above shall be the property of the **School Board**.

      2.    **Location of Services.**   Performance of services cited above will be conducted at:

_____
_____
_____

      3.    **Term.**  The term of this agreement shall be from the date last signed by both parties until _____ unless terminated as provided herein, or extended by supplement to this agreement.

      4.    **Termination.**  The **School Board**, or designee, may terminate this agreement immediately, in its sole discretion. In the event of termination, the **Contractor** shall be paid for services performed and completed under this agreement up to the date of termination only.

      5.    **Compensation and Payment.**  Based on the completion of services described in paragraph 1 above, the **Contractor** shall receive payment as listed below. **School Board's** payment will be made pursuant to the provisions of the Local Government Prompt Payment Act after receipt of **Contractor's** invoice and completion of services.  The Local Government Prompt Payment Act requires the **School Board** to pay a correct and undisputed invoice within 45 days

of the **School Board's** Accounts Payable Department's receipt of said invoice. **The School Board shall incur no obligation for payment until issuance of a purchase order to Contractor.**

    A.    A fixed fee of $_____**.**

    B.    At the rate of $_____ per _____ up to a maximum of $_____ as compensation for all work and services performed for the **School Board**.

**Choose one:**    _____Expenses are authorized and shall not exceed $_____.

               _____Expenses are not authorized.

Expenses shall only be incurred as authorized by **School Board** and as provided for by section 112.061, Florida Statutes.

      6.      **Independent Contractor**. The **Contractor** certifies that it is an independent **Contractor** and shall not employ, contract with, or otherwise use the services of any officer or employee of the **School Board**. The **Contractor** certifies that its owner, officers, directors or agents, or members of their immediate family, do not have an employee relationship or other material interest with the **School Board**.

      7.      **Insurance and Indemnificatio**n. The **Contractor** agrees to indemnify and save harmless the **School Board**, its officers, agents and employees from and against any and all claims and liabilities (including expenses) for injury or death of persons or damage to any property which may result, in whole or in part, from any act or omission on the part of the **Contractor**, its agents, employees, or representatives, or arising from any **Contractor** furnished good or service, except to the extent that such damage is due solely and directly to the negligence of the **School Board**. The **Contractor** will carry and maintain as a minimum the following coverage from insurance carriers that maintain a rating of "A-" or better and a financial size category of "VI" or higher according to the A. M. Best Company: (a) general liability (b) automobile and (c) workers' compensation where applicable, in the minimum amounts required by the Risk Management Department and Purchasing Department of the School District of Osceola County, Florida. The **Contractor** will provide before commencement of work, and attach to this agreement, certificates evidencing such coverage. The **School Board** reserves the right to be named as an additional insured or to reject such coverage and terminate this agreement if coverage is determined to be inadequate or insufficient.

      (a) Commercial General Liability. Commercial general liability coverage which includes broad form commercial general liability, including premises and operation, products and complete operations, personal injury, fire damage (minimum $100,000) for limits of not less than $1,000,000.00 per occurrence and $2,000,000.00 per general aggregate. This policy will include the District as an additional insured.

      (b) Automobile Liability Insurance. The automobile liability insurance coverage shall include coverage for business automobile liability with limits not less than $1,000,000.00 combined single limit or $1,000,000.00 per person/ $1,000,000.00 per accident bodily injury, and $1,000,000.00 per accident property damage. Coverage must include all owned, non-owned and hired vehicles. The policy will include the District as an additional insured.

      (c) Workers' Compensation Insurance. The workers' compensation insurance will be maintained as required by applicable Florida law.

      8.      **Laws and Regulations**. This agreement, and all extensions, supplements and modifications thereto, and all questions relating to its validity, interpretation, performance or enforcement shall be governed by and construed in accordance with the laws of the state of Florida. Any legal disputes, legal proceedings or actions arising out of or in connection with this

agreement shall be brought in the state courts of Osceola County, Florida.  The parties shall not violate the code of ethics for public officers and employees, chapter 112, Florida Statutes.

9.     **Background Check**. The **Contractor** agrees to comply with all requirements of sections 1012.32 and 1012.465, Florida Statutes, and, except as provided in sections 1012.467 or 1012.468 and consistent with District policy, all of its personnel who (1) are to be permitted access to school grounds when students are present, (2) will have direct contact with students, or (3) have access or control of school funds, shall successfully complete the background screening required by the referenced statutes and meet the standards established by the statutes and the **School Board**.  This background screening will be conducted by the **School Board** in advance of the **Contractor** or its personnel providing any services under the conditions described in the previous sentence.  The **Contractor** shall bear the cost of acquiring the background screening required by section 1012.32, Florida Statutes, and any fee imposed by the Florida Department of Law Enforcement to maintain the fingerprints provided with respect to the **Contractor** and its personnel.  The parties agree that the failure of the **Contractor** to perform any of the duties described in this section shall constitute a material breach of this agreement entitling the **School Board** to terminate immediately with no further responsibilities or duties to perform under this agreement.  The **Contractor** agrees to indemnify and hold harmless the **School Board**, its officers and employees from any liability in the form of physical or mental injury, death or property damage resulting from **Contractor**'s failure to comply with requirements of this section or with sections 1012.32 and 1012.465, Florida Statutes.

10.     **Assignability**.  This contract is for the personal services of the **Contractor** and may not be assigned by the **Contractor** in any fashion, whether by operation of law, or by conveyance of any type, including without limitation, transfer of stock in **Contractor**, without the prior written consent of the **School Board** which consent the **School Board** may withhold in its sole discretion.

11.     **Conduct While on School Property**.  The **Contractor** acknowledges that its employees and agents will behave in an appropriate manner while on the premises of any school facility and shall at all times conduct themselves in a manner consistent with **School Board** policies and within the discretion of the premises administrator (or designee).  It is a breach of this agreement for any agent or employee of the **Contractor** to behave in a manner which is inconsistent with good conduct or decorum or to behave in any manner that will disrupt the educational program or constitute any level of threat to the safety, health, and wellbeing of any student or employee of the **School Board**.  The **Contractor** agrees to immediately remove any agent or employee if directed to do so by the premises administrator or designee.

12.     **No Taxes.**  The **School Board** is not obligated and does not agree to pay any federal, state, or local tax as a result of this agreement.

13.     **Public Records**.  This agreement is subject to and governed by the laws of the state of Florida, including without limitation Chapter 119, Florida Statutes, which generally make public all records or other writings made or received by the parties.

14.     **No Waiver.**  Nothing herein is intended to serve as a waiver of sovereign immunity by any agency or political subdivision to which sovereign immunity may be applicable.

15.     **Non-Discrimination**. The parties shall not discriminate against any employee or participant in the performance of the duties, responsibilities and obligations under this agreement because of race, color, religion, gender, age, marital status, disability, political or religious beliefs, national or ethnic origin.

16.     **Copyrights**. The **Contractor** is hereby notified that the federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable license to reproduce, publish or otherwise use, and to authorize others to use, for federal government purposes: the copyright in any work

developed under a grant, subgrant, or contract under a grant or subgrant; and, any rights of copyright to which a grantee, subgrantee or a **Contractor** purchases ownership with grant support. Furthermore, the parties agree that the **School Board** has the right to make copies of any materials, whether in tangible or electronic means or media, that are delivered under the provisions of this agreement for use within the School District of Osceola County for purposes related to **School Board** business, operations, the delivery of the educational program or to comply with the requirements of law, rule, policy or regulation. Any material not designated as reproducible by **Contractor** may not be copied by the **School Board** provided that such material was copyrighted by **Contractor** before performance under this agreement and was not developed specifically for **School Board** under this Services Agreement.

17.     **Access to and Retention of Documentation**. The **School Board**, the United States Department of Education, the Comptroller General of the United States, the Florida Department of Education or any of their duly authorized representatives shall have access to any books, documents, papers, and records of the **Contractor** which are directly pertinent to work and services to be performed under this agreement for the purpose of audit, examination, excerpting and transcribing. The parties will retain all such required records, and records required under any state or federal rules, regulations or laws respecting audit, for a period of four years after the **School Board** has made final payment and all services have been performed under this agreement.

18.     **Debarment**. By signing this Agreement, **Contractor** certifies, to the best of its knowledge and belief, that it and its principals:

(a)     Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by a federal department or agency.

(b)     Have not, within the preceding five-year period, been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under public transaction; violation of federal or state antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements or receiving stolen property.

(c)     Are not presently indicted or otherwise criminally charged by a governmental entity (federal, state or local) with commission of any of the offenses enumerated in the preceding paragraph (b).

(d) Have not within the preceding five-year period had one or more public transactions (federal, state or local) terminated for cause or default.

**Contractor** agrees to notify **School Board** within 30 days after the occurrence of any of the events, actions, debarments, proposals, declarations, exclusions, convictions, judgments, indictments, informations, or terminations as described in paragraphs 18(a) – (d) above, with respect to **Contractor** or its principals.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

**THE SCHOOL BOARD OF**
**OSCEOLA COUNTY, FLORIDA:**

**CONTRACTOR:**

By: _____

    Cindy Lou Hartig, Chair

By: _____

Print Name: _____

Date Approved: _____

Title: _____

Date: _____

**ATTEST (WITNESS):**

By: _____

Terry Andrews, Superintendent

**ATTEST (WITNESS):**

By: _____

Print Name: _____

Title: _____

| YEAR | FND | CNTR | PROJECT | FUNC | OBJT | PRG | S | AMOUNT |
|------|-----|------|---------|------|------|-----|---|--------|
|      |     |      |         |      |      |     |   |        |

Send required insurance certificates to the Purchasing Department.
New Vendors:  Send completed Vendor Certification, W-9, and Vendor Information Forms to Accounts Payable Department.

Contractor Contact Name:  _____
Email Address:  _____
Phone Number:  _____
Fax Number:  _____

**Exhibit "A"**

**Statement of Work**

This Statement of Work ("Statement of Work") is entered into as of _____, 20____ by and between _____ ("Respondent") and The School Board of Osceola County, Florida ("School Board").

This Statement of Work is intended to supplement that certain Employee Benefits Consulting Service Agreement by and between the parties, dated _____, ("Agreement") under the terms set forth therein. All definitions used and not defined herein shall have the meanings set forth in the Agreement.

1.     Description of services to be rendered by Respondent (the "Services"):

2.     Description of any deliverables to be provided by Respondent hereunder (the "Deliverables"):

3.     Payment. Payment for this Statement of Work shall be made as follows:

4.     Project Management: Each party shall assign a project manager to act as the primary liaison with respect to the relationship established hereunder.

    A.   School Board's project manager shall be the Director of Risk and Benefit Management.

    B.  Contractor's project manager shall be: _____.

    Contact Information:     _____
    _____
    _____

_____
Name of Company

**THE SCHOOL BOARD OF OSCEOLA COUNTY, FLORIDA**

**By:** _____
    Signature

**By:** _____
    Superintendent

Date: _____

Date: _____

RFP# SDOC-12-P-045-NM

**Exhibit "B"**

**RESPONDENT'S PROPOSAL AND AMENDMENTS**

**(TO BE ADDED)**

**Attachment "I"**
**Certified Business Program Reciprocity Affidavit**

The School District has implemented a process to track specific categories of certified businesses (minority, women and/or service disabled veterans) as listed below and will accept certifications from the State of Florida Office of Supplier Diversity as well as certifications from other government agencies.

| CERTIFIED BUSINESS CATEGORIES (Check One) | | | |
|---|---|---|---|
| _____ Asian American (A) | _____ African American (B) | _____ Hispanic American (C) | _____ Native American (D) |
| _____ American Woman (E) | _____ Service Disabled Veteran (V) | | |

Certifying Agency Name: _____ *Certification Number: _____ *Expiration Date: _____

Attach copy of Certification from Certifying Agency          *Required Information

By signing and submitting this affidavit and business certification copy, I acknowledge individually and on behalf of the applicant business that the applicant and I understand that:

- The attached business certification is a copy of an official business certification as issued by the State of Florida Office of Supplier Diversity or other government agency, and said business certification has not been modified,

- All information and documents submitted to the School District of Osceola County, Florida becomes an official public record. As such, the District bears no obligation to return to the applicant any items of original production or any copies of file documents,

- The applicant consents to examinations of its books, records and premises and to interviews of its principals, employees, business contacts, creditors, and bonding companies by the District as necessary for the purpose of verifying the applicant's proof of certification,

- The District may request additional documentation not requested on this vendor application, and

- Pursuant to Section 287.094, Florida Statutes, the false representation of any entity as a minority business enterprise for the purpose of claiming certification as such under this reciprocity program may be punishable as a felony of a second degree. The certifying entity may initiate such disciplinary actions it deems appropriate including, but not limited to, forwarding pertinent information to the Department of Legal Affairs and/or certifying entity's legal counsel for investigation and possible prosecution.

Further, applicant declares and affirms that ownership and management of this firm has not changed, except as indicated in the application/affidavit, during the past year since certification status was granted:

Authorized Officer Name:  _____

Title: _____

Company Name: _____

Signature: _____

On this _____ day of _____, 20_____ personally appeared before me, the undersigned officer authorized to administer oaths, known to me the persons described in the foregoing affidavit who acknowledged that he/she execute the same in the capacity stated for the purpose therein contained.

In witness whereof, I have hereunto set my hand and official seal;

Notary Public: _____

Form of Identification Presented: _____

My Commission expires: _____

**Attachment "J"**

<span style="background-color: red; color: white">( INSERT INTO BIDDER'S CERTIFICATION FOR SOLICITATIONS $1 MILLION + )</span>

I hereby certify that neither bidder, nor any of its wholly owned subsidiaries, majority-owned subsidiaries, parent companies, or affiliates of such entities or business associations, that exists for the purpose of making profit are on the Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List, created pursuant to s. 215.473.

---

Signature

---

Title

---

Company Name

---

Printed Name

---

Date

# THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

817 Bill Beck Boulevard • Kissimmee• Florida 34744-4492
Phone:  407-870-4600 • Fax:  407-870-4010 • www.osceola.k12.fl.us

**SCHOOL BOARD MEMBERS**
District 1 –  Jay Wheeler
            407-462-6598
District 2 –  Julius Melendez, Vice Chair
            407-922-5113
District 3 –  Cindy Lou Hartig, Chair
            407-462-5781
District 4 –  Barbara Horn
            407-462-5642
District 5 –  Tom Long
            407-462-5782

**Superintendent of Schools**
Terry Andrews



**November 18, 2011**
**Request for Proposal # SDOC-12-P-045-NM**
**Employee Benefit Consulting Services**
**Addendum #1**

The original Request for Proposal (RFP) documents shall remain in full force and effect, except as modified herein, which shall take precedence over any contrary provisions in the prior documents. The Request for Proposal Submittal deadline shall remain the same date and time of **Wednesday, December 14, 2011 at 2:00 PM**.

This addendum is being issued to amend the RFP as follows:

**Section 2.0, Scope of Services is amended as follows:**

Renumber Section "**D. Deliverables and Milestones**" on page 7 to: "**E. Deliverables and Milestones**".

Renumber Section "**E. Project Management and Performance Monitoring**" on page 7 to: "**F. Project Management and Performance Monitoring**".

Add a new section:
**Section G. Pricing and Compensation Guidelines**
Please note that the School Board will not allow the Awarded Consultant to accept any commissions, contingencies, supplemental compensation or income nor in-kind services on any insurance products purchased for the School Board.  Proposer shall complete the attached Revised Proposal Form as directed in Section 4.0, Tab 6 – Fee Structure.

Replace **Section 5.0 Oral Presentation Evaluation Criteria, Section 4. Fee Structure** to read as follows:
**4.  Fee Structure (Included in Tab 6) – (Weighted Value 30)**
    Include your firm's "Best and Final" hourly rates and estimated hours for each task outlined in the attached Revised Proposal Form.

Replace **Proposal Form** on Page 37 with the attached **Revised Proposal Form**.

If you should have any questions regarding this addendum, please do not hesitate to contact Neil McDonald, the Purchasing Supervisor responsible for this project at mcdonaln@osceola.k12.fl.us or by phone at 407-870-4623.

Sincerely,

Cheryl L. Olson, CPPO, C.P.M., CPM, FCCN
Director of Purchasing and Warehouse Services

CLO/cmj

Acknowledgment of Addendum #1 by Vendor:
This addendum shall be completed by the Vendor and returned with the submittal. If submittal has already been submitted, this addendum must be submitted to the above address in a sealed envelope, which is marked on the outside: Addendum 1 Request for Proposal # SDOC-12-P-045-NM
.

This is to acknowledge receipt of this addendum, which will become part of the RFP document.

_____
NAME (TYPED OR PRINTED)

_____
SIGNATURE

_____
DATE

_____
TITLE

_____
VENDOR NAME

_____
PHONE NUMBER

RFP #SDOC-12-P-045-NM

_____, 2011

**REVISED PROPOSAL FORM**

TO: School District of Osceola County, Florida
   Director of Purchasing and Warehouse
   817 Bill Beck Blvd., Building 2000
   Kissimmee, Florida  34744-4492

The undersigned hereby declare that [firm name]
_____ have carefully examined the
specifications to furnish services as described in this solicitation at the costs outlined below:

**Please complete the attached Fee Schedule labeled "Revised Proposal Form – RFP #SDOC-12-P-045-NM**
**Employee Benefits Consulting Services Dated 11-18-11"**

For which proposals were advertised to be received **no later than 2:00 p.m., local time,** *December 14, 2011*
and further declare that [firm name] _____
_____ will furnish the Employee Benefit Consulting
Services according to specifications.

Prompt Payment Terms: _____ % _____ Days; Net 45 Days

Do you accept electronic funds transfer (ETF)? YES _____ NO _____

Do you offer a discount for electronic funds transfer (EFT)? YES _____% NO_____

The School District of Osceola County, Florida, reserves the right to reject any or all proposals, to waive
informalities, and to accept all or any part of any proposal as they may deem to be in the best interest of the
School Board.

I hereby certify that I have read and understand the requirements of this Request for Proposals No. **SDOC-12-P-045-NM** and, that I as the respondent, will comply with all requirements, and that I am duly authorized to execute this proposal/offer document and any contract(s) and/or other transactions required by award of this RFP.

Company _____

Per_____ (Print name)

Signature _____

Address _____

City_____State_____ZIP_____

List local (Osceola County) office address if applicable and provide supporting documentation
(Business Tax Receipt).

_____

Telephone _____ Fax _____ ____

E-Mail Address: _____

Dunn & Bradstreet # _____ Fed. I.D. #_____

Division of Corporations Registration Number: _____

| Revised Proposal Form - RFP #SDOC-12-P-045-NM  Employee Benefits Consulting Services Dated 11-18-11 | | | | |
|---|---|---|---|---|
| Addendum #1 | | | | |
| Section 2.0 Scope of Services Section - Fee Schedule | | | | |
| | | Hourly Rates | Estimated Number of Hours/Year | Estimated Annual Cost for First Year of Contract |
| B. | Analysis of Current Employee Benefits Program | | | |
| | List Each Staff Member Employee Classification for this Section Below.  Add more lines if necessary: | | | |
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | | | | |
| | | | | |
| C. | Procurement Assistance with RFP for Administrative Services Only (ASO) and Transparent Pharmacy Benefit Manager (PBM) | | | |
| | List Each Staff Member Employee Classification for this Section Below.  Add more lines if necessary: | | | |
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | | | | |
| D. | Implementation, Transition and On-Going Administrative Support Services | | | |
| | List Each Staff Member Employee Classification for this Section Below.  Add more lines if necessary: | | | |
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | | | | |
| E. | Development of Deliverables and Milestones for First Year | | | |
| | List Each Staff Member Employee Classification for this Section Below.  Add more lines if necessary: | | | |
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | | | | |
| F. | Project Management and Performance Monitoring Services | | | |
| | List Each Staff Member Employee Classification for this Section Below.  Add more lines if necessary: | | | |
| | 1 | | | |
| | 2 | | | |
| | 3 | | | |
| | | | | |
| | | | | |
| Grand Total of Estimated Annual Hours and Costs for Tasks B-F | | | | |

# THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

817 Bill Beck Boulevard • Kissimmee• Florida 34744-4492
Phone:  407-870-4600 • Fax:  407-870-4010 • www.osceola.k12.fl.us

**SCHOOL BOARD MEMBERS**

District 1 –  Jay Wheeler
407-462-6598
District 2 –  Julius Melendez, Vice Chair
407-922-5113
District 3 –  Cindy Lou Hartig, Chair
407-462-5781
District 4 –  Barbara Horn
407-462-5642
District 5 –  Tom Long
407-462-5782

**Superintendent of Schools**
Terry Andrews

### December 7, 2011
### Request for Proposal # SDOC-12-P-045-NM
### Employee Benefit Consulting Services
### Addendum #2

The original Request for Proposal (RFP) documents shall remain in full force and effect, except as modified herein, which shall take precedence over any contrary provisions in the prior documents. The Request for Proposal Submittal deadline shall remain the same date and time of **Wednesday, December 14, 2011 at 2:00 PM**.

This addendum is being issued to answer questions that have been addressed (Questions & Answers on following page) and to amend the RFP as follows:

Page 9, paragraph 3.05 A shall be amended to read:

Only the names of the firms submitting proposals will be read aloud at the RFP opening.  The proposals will be available for inspection during normal business hours in the Purchasing Department within thirty (30) days after bid opening date or notice of a decision or intended decision; whichever is earlier, by appointment, (Florida Statute 119.071 (1) (b)).

If you should have any questions regarding this addendum, please do not hesitate to contact Neil McDonald, the Purchasing Supervisor responsible for this project at mcdonaln@osceola.k12.fl.us or by phone at 407-870-4623.

Sincerely,

Cheryl L. Olson, CPPO, C.P.M., CPM, FCCN
Director of Purchasing and Warehouse Services

CLO/ndm

Acknowledgment of Addendum #2 by Vendor:
This addendum shall be completed by the Vendor and returned with the submittal. If submittal has already been submitted, this addendum must be submitted to the above address in a sealed envelope, which is marked on the outside: Addendum 2 Request for Proposal # SDOC-12-P-045-NM

.

This is to acknowledge receipt of this addendum, which will become part of the RFP document.

_____

NAME (TYPED OR PRINTED)

_____

SIGNATURE

_____

DATE

_____

TITLE

_____

VENDOR NAME

_____

PHONE NUMBER

*Student Achievement – Our Number One Priority*
Districtwide Accreditation by the Southern Association of Colleges and Schools
An Equal Opportunity Agency

**December 7, 2011**
**Request for Proposal # SDOC-12-P-045-NM**
**Employee Benefit Consulting Services**
**Addendum #2**

Questions & Answers:

Q1:  Is it possible to use the Scope of Services as headers then expand with bullets?
A1:  Yes

Q2:  Is the current consultant billing on an hourly basis?
A2:  No, the current consultant is receiving capped commissions based on the full scope of services.

Q3.  Are there any other RFPs being considered during the term of the contract?
A3:  The School Board currently has contracts in place that will expire during the length of this contract that might require an RFP.  The role of the consultant is to analyze the School Board's current contracts and recommend the renewal or re-bidding of these contracts

Q4:  Are there still monthly insurance committee meetings?
A4:  Yes, the insurance committee currently meets on the third Wednesday of the month from October to May.  Extra meetings might be scheduled as the need arises.

Q5:  Please provide in addendum form information on your Wellness program.
A5:  Link includes Wellness and Benefit Information:
 http://www.osceola.k12.fl.us/depts/Benefits/index.asp

Q6:  Describe the level of professionalism in the enrollment DVD the incumbent provides.
A6:  The DVD includes a welcome from the superintendent, then a paid-talent that describes the benefits.  There are two versions of the DVD, one for new hires, and the other for Open Enrollment but only minor language differentiates the two (dates).  This past Open Enrollment did not provide a DVD because the benefits did not change.  Link:
 http://www.osceola.k12.fl.us/depts/Finance/Benefits/benefits_video.asp