EXHIBIT 2





# RESPONSE TO REQUEST FOR PROPOSAL

## THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

## EMPLOYEE BENEFIT CONSULTING SERVICES

Presented by:



Gallagher Benefit Services, Inc.

thinking ahead

**Eric Scott, CEBS**          **Tom McGaffic**
Area President          Area Vice President

December 14, 2011

RESPONSE TO REQUEST FOR PROPOSAL
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



# CONTENTS

*Harmony High School, located on Arthur J. Gallagher Blvd.*

Tab 1   Submittal Document
        Gallagher Benefit Services' Profile

Tab 2   References

Tab 3   Ability, Capacity, and Skill of Gallagher Benefit Services

Tab 4   Experience of Personnel

Tab 5   Approach and Methodology

Tab 6   Fee Schedule

Tab 7   Exceptions

Tab 8   Non-Scored Items

Tab 9   Appendix

Gallagher Benefit Services, Inc.
thinking ahead

# Submittal Document
# Gallagher Benefit Services'
# Profile





Gallagher Benefit Services, Inc.

t h i n k i n g   a h e a d



# Submittal Document

Thank you for the opportunity to respond to The School District of Osceola County's "The School Board's" Request for Proposal. As your experienced partner who is continually *Thinking Ahead,* we will work to provide cost-effective, creative solutions for your health & welfare programs.

Our experience with school districts is evident both locally and nationally. Gallagher Benefit Services was ranked the #1 Employee Benefits Consultant in 2010 by Business Insurance.  Our Public Entity Practice Group is solely dedicated to serving the needs of public employers and school districts.  With over 850 public entity and school clients that includes Orange County Public Schools and The School Board of Broward County; we are a national leader at working with K-12 public schools and special education districts.

We will customize an approach that is right for The School Board, allowing you to focus on the task of striking a balance between protecting your employees, retirees and serving the public in a fiscally responsible way.  We look forward to promoting Professor POHP's mission of protecting your health plan and encouraging the responsible use of available resources while steering clear of The Evil Mr. FLOP (Financial Loss on Plans). Our Wellness Practice Leader, Erick Hathorn will work closely to maximize "4 The Health of IT!" and instill a total population health management strategy.

The Public Entity Practice Group has spent years understanding and serving groups like yours.  We are active in industry organizations, such as ASBO, PRIMA, FERMA, GFOA and NPELRA.  With our industry specialization and our large number of public entity clients, our consultants have instant access to industry benchmarks and proprietary analytics.

We understand that The School Board, as a provider of K-12 public education, faces unique challenges:

- Your organization is exempt from certain laws and governed by others that may allow for flexibility and cost efficiency
- The design and financing of your employee benefit programs are driven in part by tax revenue streams and other sources that are subject to change, including fluctuations in the economy and the ability of individuals and businesses to travel to Osceola County.
- In many cases, your decisions are affected by collective bargaining agreements and intense public scrutiny

Finally, and most important, we view our firm and organization as an extension of your Human Resources/ Risk Management department and will work diligently to support your mission.

At Gallagher Benefit Services, our approach is simple. We listen. We find answers to meet the needs of our clients, and deliver a measureable return on your investment.

Sincerely,

Eric Scott, CEBS
Area President

Tom McGaffic
Area Vice President

4



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



*RFP Submittal Letter signed by authorized agent of the business/corporation with proof of authorization from business.*

The Submittal Letter is located on the previous page (page 4).

## 1. A brief profile of the firm, including:

### A. A brief history of the business

Gallagher Benefit Service, Inc. (GBS) was founded in 1961 by its parent company Arthur J. Gallagher & Co. (AJG) to specifically provide Health & Welfare consulting and brokerage services to employers.   AJG was founded in 1927 and is one of the world's largest insurance brokerage and risk management services firms with over 9,000 employees.  With operations in 13 countries and business relationships through a network of correspondent brokers and broker consultants in more than 100 countries, Arthur J. Gallagher & Co. has traded on the NYSE under the symbol AJG since 1984. We are listed among *Forbes'* Platinum 400 as one of the best big businesses in America.  GBS and AJG corporate offices are in Itasca, Illinois with local offices managed by an Area President.  Arthur J. Gallagher & Co. was reincorporated as a Delaware corporation in 1972.

### B. Organizational structure of business



Gallagher Benefit Services, Inc.
thinking ahead



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

C.  Designation of the legal entity by which the business operates (i.e. sole proprietorship, partnership, limited liability partnership, corporation, Limited Liability Corporation, etc.)

Gallagher Benefit Services is a for profit corporation.

D.  Ownership interest

Arthur J. Gallagher is a publically traded company on the New York Stock Exchange.

E.  Active business venues (counties, states, etc.)



With more than 1,500 employees in 90 offices throughout the U.S., we can remain close to you while also providing the resources of our national organization.  GBS is highly respected in the marketplace.  In fact, *Business Insurance* magazine ranks us as the top Employee Benefits Consultant in the 2010 Readers Choice Awards.



F.  Present status and projected direction of business

Arthur J. Gallagher continues to post strong financials, with revenues of $1.64B in 2010 and net income of $174M.  The firm is committed to investing in client technologies and human capital to ensure that our clients have the finest resources available.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

RESPONSE TO REQUEST FOR PROPOSAL

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



G. Documentation from the appropriate state's agency confirming firm's legal entity type (i.e. sole proprietorship, partnership, limited liability partnership, corporation, Limited Liability Corporation, etc.). For non-Florida businesses submit documentation from the state in which the business was formed and documentation from the State of Florida providing authorization to perform business in the state of Florida.

---

**2011 FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F99000006362

Entity Name: GALLAGHER BENEFIT SERVICES, INC

**FILED**
Mar 13, 2011
Secretary of State

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|
| TWO PIERCE PLACE<br>ITASCA, IL  60143 | |

| Current Mailing Address: | New Mailing Address: |
|---|---|
| TWO PIERCE PLACE<br>ITASCA, IL  60143 | |

FEI Number: 36-4291971     FEI Number Applied For [ ]     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

| Name and Address of Current Registered Agent: | Name and Address of New Registered Agent: |
|---|---|
| CORPORATION SERVICE COMPANY<br>1201 HAYS STREET<br>TALLAHASSEE, FL  323012525  US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
Electronic Signature of Registered Agent                                    Date

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | D |
| Name: | GALLAGHER, J PATRICK JR |
| Address: | TWO PIERCE PLACE |
| City-St-Zip: | ITASCA, IL  60143 |

| | |
|---|---|
| Title: | PD |
| Name: | DURKIN, JAMES W JR |
| Address: | TWO PIERCE PLACE |
| City-St-Zip: | ITASCA, IL  60143 |

| | |
|---|---|
| Title: | T |
| Name: | LAZZARO, JACK H |
| Address: | TWO PIERCE PL |
| City-St-Zip: | ITASCA, IL  60143 |

| | |
|---|---|
| Title: | S |
| Name: | HANES-DOWD, APRIL |
| Address: | TWO PIERCE PLACE |
| City-St-Zip: | ITASCA, IL  60143 |

| | |
|---|---|
| Title: | VP |
| Name: | WASIKOWSKI, PAUL F |
| Address: | TWO PIERCE PLACE |
| City-St-Zip: | ITASCA, IL  60143 |

| | |
|---|---|
| Title: | AVP |
| Name: | COYNE, LISA A |
| Address: | TWO PIERCE PLACE |
| City-St-Zip: | ITASCA, IL  60143 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: LISA A. COYNE                                    AVP          03/13/2011
Electronic Signature of Signing Officer or Director                    Date

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



**Delaware incorporation document**



## Department of State: Division of Corporations

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3031822 | Incorporation Date / Formation Date: | 04/20/1999 (mm/dd/yyyy) |
| Entity Name: | GALLAGHER BENEFIT SERVICES, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | Status Date: | 04/20/1999 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 |
| City: | WILMINGTON      County:      NEW CASTLE |

Gallagher Benefit Services, Inc.
thinking ahead



RESPONSE TO REQUEST FOR PROPOSAL

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

### H.  Federal Identification Number of firm

364291971

### I.   LOCAL BUSINESS TAX RECEIPTS



Gallagher Benefit Services, Inc.
thinking ahead



# References





Gallagher Benefit Services, Inc.
thinking ahead



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

*List at least three (3) recent and relevant references where the proposed services have been used within the past year with preference given to self-funded health insurance plans. Also list all terminated contracts within the past year. The degree of relevant experience of the proposer with Florida School Boards and/or political subdivisions as well as self-funded health insurance plans will be a primary factor.*

## Client References

1. **Orange County Public Schools  (please see letter of reference on following page)**
   Ms. Pat Hafer-Plunkett                    Lead Consultant: Eric Scott
   Senior Director of Risk Management         ASO Contract / Self-funded
   407-321-3200
   Patricia.hafer-plunkett@ocps.net

2. **City of Palm Bay**
   Suzanne Sherman                           Lead Consultant: Eric Scott
   Risk Manager                              Fully-Insured
   321-952-3421
   sherms@palmbayflorida.org

3. **School Board of Broward County**
   Dildra Martin-Ogburn,                     ASO Contract
   Director of Benefits and EEO Compliance
   7770 W. Oakland Park Blvd.
   Sunrise, Florida 33351
   Telephone:  754-321-3100

Though not a current client, we have also included a letter of reference from Volusia County Schools for Eric Scott. Eric Scott worked on this account while at Aon, prior to moving to Gallagher.

Gallagher Benefits Services has not been terminated by a client prior to the completion of a project. Seminole County Schools was a prior client.  At the completion of the contract, Seminole County Schools made a budgetary decision to discontinue having a fee based benefits consultant and on-site service representative paid for by Gallagher (from fee).   The decision was made to consolidate their insurance services under their commission based agent.   During the engagement, Gallagher managed the Medical and pharmacy plans only.

4. **Seminole County Public Schools**
   Beth Curran,                              Lead Consultant: Eric Scott
   Employee Benefits Coordinator             Fully-Insured
   407-320-0000
   beth_curran@scps.k12.fl.us



 **ORANGE COUNTY PUBLIC SCHOOLS**

P.O. Box 271          Orlando, Florida          445 W. Amelia Street
32802-0271            (407) 317-3200            32801-1127

March 16, 2010

Re:  Letter of Reference for Gallagher Benefit Services

To Whom It May Concern:

GBS has been contracted as our Consultant for Insurance Benefits since March 2006.  Our Gallagher team provides several services, including Grievance & Appeal resolutions (Step 2), RFP services, renewal negotiations, biennial employee benefits surveys, research and other general guidance as needed.  Our Gallagher Team is responsive and provides our staff with professional services in a timely fashion.

An example of one successful project was the Request for Proposal for Life Insurance, Group Universal Life Insurance and Disability Insurance.  An RFP went out in the fall of 2009 for an October 1, 2010, effective date.  The RFP process and negotiations resulted in savings in excess of $500,000 annually in Board Paid Life Insurance with a five-year rate guarantee.  Bundling the Life Insurance with the Disability saved the Board an additional $93,000 annually on the Life Insurance.

Should you have further questions, please feel free to contact me at (407) 317-3200, Ext. 2438.

Sincerely,

Lynda Krapp
Sr. Administrator, Risk Management

"The Orange County School Board is an equal opportunity agency"



**Volusia County Schools**

P.O. Box 2118   •   200 North Clara Avenue   •   DeLand, Florida   32721-2118

DeLand          Daytona Beach      New Smyrna Beach      Osteen
(386) 734-7190  (386) 255-6475     (386) 427-5223        (407) 860-3322

**School Board of Volusia County**

Ms. Candace Lankford, Chairman
Mr. Stan Schmidt, Vice-Chairman
Mrs. Diane Smith
Ms. Judy Conte
Dr. Al Williams

Dr. Margaret A. Smith
Superintendent of Schools

March 9, 2010

Gallagher Benefit Services
ATTN: Mr. Eric Scott
541 E. Mitchell Hammock Road
Oviedo, FL  32762

RE:  Letter of Reference for Eric Scott, Consultant

To Whom It May Concern,

Please accept this correspondence as a formal Letter of Reference for Eric Scott, Consultant.

Eric was our benefits consultant with AON from July 2006 until approximately June 2009. During this time he has provided excellent service and has been responsive to the unique needs of our School District.  He has proactively anticipated future needs while providing options and solutions to the ever changing volatility of our budget as well as compliance, regulatory and union driven changes.  He is always compliant with timelines and deadlines while providing quality information in a professional format.

Should you have further questions please feel free to contact me at your convenience at (386) 734-7190, extension 20300.

Sincerely,

Sandra Higginbotham, Director
Insurance & Employee Benefits



# Ability, Capacity and Skill
# of Gallagher Benefit Services





Gallagher Benefit Services, Inc.
t h i n k i n g    a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



*This section shall summarize all key features of the proposal, including the identification of any affiliated individuals or firms that respondent proposes to assist in this engagement. A list of any deviations and exceptions from the requirements contained in this RFP shall be identified under this section. Firm must have a minimum of five (5) years of experience in this area as addressed in this RFP. Respondent must clearly state whether it will comply with the stated requirements and provide detailed information about how it will fulfill the requirements of the RFP. Proposals that merely repeat the requirements set forth in the RFP and state that Respondent "will perform the scope of services" or similar verbiage will be considered non-responsive and will not receive further consideration. The School Board is interested only in proposals that demonstrate the Respondent's expertise in performing engagements of this type as illustrated by the Respondent's description of how it proposes to perform the requirements set forth in this RFP or attached contract.*

*List current or recently completed projects which best illustrate the experience of the firm in providing employee benefits consulting services. Include the following information:*

1. *Name and location of the engagement*

2. *The nature of the firm's responsibility on the engagement.*

3. *Name, address, telephone, and fax number for each project contact who may be contacted as a reference.*

4. *Date engagement was completed or is anticipated to be completed.*

5. *Size of engagement (project dollar value).*

6. *Services for which the firm's staff was responsible.*

7. *Present status of the engagement.*

8. *The firm's key professionals involved on the engagement and who of that staff would be assigned to the program covered by this RFP.*

9. *List one engagement where your firm's service was terminated before completion of the project. Include the following information:*

   a. *Name and location of the engagement*

   b. *The nature of the firm's responsibility on the engagement.*

   c. *Name, address, telephone, and fax number for each project contact who may be contacted as a reference.*

   d. *Date engagement was anticipated to be completed.*

   e. *Size of engagement (project dollar value).*

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

Gallagher Benefit Services (GBS) will be completing the scope of services by leveraging our vast company resources. We do <u>not</u> anticipate the need to utilize any sub-contracted services.

We have reviewed the <u>Scope of Services</u> as outlined in Section 2.0. We understand the requirements and responsibilities, and have the experience and demonstrated success in providing ALL of the services identified. We have given examples of our accomplishments and savings enjoyed by our clients in this proposal and encourage you to contact our references. In Tab 5, we summarize how we will manage each and every responsibility outlined in your Scope of Services. The foundation of this service delivery is provided through our Assess, Develop and Measure Process described below.

<u>**Assess, Develop, Measure**</u>



Every client has a unique set of needs, both on the corporate level and at the employee level. GBS's business model is focused solely on our client's health and welfare programs and our team approach is customized based on each client's corporate culture, strategic goals, and operational challenges. Balancing the financial performance of your benefit plan offerings with program satisfaction and high-quality service is a key factor in supporting the firm's business goals.

In order to ensure that our clients consistently receive access to industry leading resources, exceptional service, outside the box thinking, and a service team rooted in accountability, we have created our Assess, Develop & Measure process.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



*Assess - Initial Strategic Review*

When first engaged, we typically conduct an in-depth review of the current programs, and use the review process to determine next steps, establish baselines, and set goals.   A typical strategic review could include the following:

- Report on current status – successes and failures
- Outline challenges
- Establish strategic goals
- Offer detailed analysis
- Communicate options, solutions, and choices
- Make recommendations
- Develop action plans
- Education: benefit trends, market focus, new products, strategic initiatives, best-in-class solutions

In addition, we also provide Financial analysis, actuarial review, claim information, benefit and cost benchmarking, employee feedback, employee satisfaction surveys, performance/process/operational/ communication audits, and plan modeling.  These are all used as tools to outline the current methods, predict future plan trends, and develop coherent long and short-term strategies.

Under the direction of your Lead Consultants, GBS will begin a process of building a timetable outlining all strategic activities to be scheduled for The School Board on a short term and long term basis.  Long term strategic planning includes;  a philosophy of benefits and human capital, engaging the management team, stating values that are important to achieve objectives, orchestrating meetings to produce productive outcomes, developing timeframes and engaging employees.

   *Client Service Model*

We have a rigorous client service plan model, designed to ensure that we are meeting your expectations and needs. Strategic goals, projects, and day-to-day account management processes are combined to create a



customized "Annual Client Service Plan." The plan is designed to keep both our account management team and our client's benefit staff on track throughout the year. The plan acts as a project calendar for the year, identifying responsible team members, deliverables, and delivery dates. In addition, the service plan provides a history of accomplishments and a forward-looking road map. The plan is an open document that may be altered throughout the year as your needs and priorities change. We work together with clients to meet whatever challenges arise and typically we do not adjust our fee to accommodate unexpected projects unless there is a direct cost to us.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

### *Develop - Best Practices & Recommendations*

Once the data is collected, the results, along with recommendations, will be presented to you. This report and its recommendations will form the basis for ongoing strategic planning and will determine next steps, including:

- Need for plan changes
- Vendor changes
- Communication needs and administrative goals and challenges
- Need for RFP process for some or all plans and vendors
- Next steps

*Best Practice Consulting Plan*

A cornerstone of these recommendations is our **"Best Practice / Bend the Trend"** consulting plan. Our consulting team employs a variety of resources and methods to continually engage our client partners in new strategies, best practices, and education in order to assure the most cost effective employee benefit plans possible. This plan is based on the ongoing evaluation and analysis of GBS's clients who have continually realized trends well below local and national reported trend levels. Through GBS's Healthcare Analytics division, we have successfully been able to pull common practices resulting in employers realizing better than normal trends and develop an extensive best practice approach towards cost containments and benefits maximization.



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

Some of the areas under management include:

- **High Performance and Concentric Provider Networks** designed to work closely with clinical resources and carrier network personnel to identify the highest performance providers in the employers markets and combine that with the most cost effective providers. These networks can deliver not only improved cost but more importantly higher probability of improved outcomes for patients

- **Value-based benefit plans**, which by definition combine deep-dive analytics with clinical analysis to determine benefit programs that encourage compliance with health improvement programs, disease management initiatives and improved member compliance

- **Comprehensive wellness and health improvement programs** including annual wellness fairs, population risk assessment, off the shelf and customized health improvement initiatives

- **Deep-dive data diagnostics** assuming bulk data feeds are available. We are offering many employers the access to a deep-dive on their self-insured programs to identify potential savings opportunities as high as 10% of annual claim costs through carrier administrative errors, patient and/or provider fraud, ineligible dependents, poor claim administration by the carrier, network contracts being applied incorrectly and a variety of other issues

- **On-site Medical Clinics** given the potential savings available to workers compensation, health improvement programs and referral to high performing specialists. Many employers all the way down to 100 employees are considering on-site medical clinics

- **Contribution strategies designed to encourage** appropriate cost sharing between the employer and employee that also provide either incentives or disincentives for health improvement, compliance with employer cost improvement strategies, or strategies to share cost based on compensation

- **Ensuring** that the employer's plan documents, SPD, compliance processes and compliance communication all meet federal and state requirements through annual compliance audits

- **Constant review** of new communication strategies that allow Human Resource Departments to assure that employees understand changes to their benefit programs, and also to realize the value that is provided

- **GBS Pharm D** committed to reviewing and analyzing The School Board's pharmaceutical trends and costs drivers



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

### Measure - Ongoing Strategic Review/ Performance Cost Driver Analysis

As part of our core account service model, we review and analyze all aspects of your health and welfare benefit programs on an ongoing basis. This includes:

- Benefit Levels – all plans
- Current and historical financial performance
- Performance of current funding options
- Claim utilization analysis

- Network review
- Historical renewal action review
- Demographic factors
- Administrative process review (internal and vendor)

As far as possible, data would be solicited from vendors. In addition, if you determine that an employee survey would be appropriate, we would design, host, and provide analysis for a survey directed at employees to determine their perceptions of the plan's strengths and weaknesses. We will also solicit feedback to ensure that we are meeting The School Board's expectations and held accountable for our commitments.

*"At Gallagher Benefit Services, our approach is simple. We listen. We find answers to meet the needs of our clients, and deliver a measureable return on your investment. "*

### List current or recently completed projects which best illustrate the experience of the firm in providing employee benefits consulting services.

The School Board of Broward County, Florida:

| | |
|---|---|
| Name and Location: | **The School Board of Broward County**<br>Sunrise, Florida and Fort Lauderdale, Florida. |
| Engagement: | Medical Request for Proposal – Gallagher was involved in the development, marketing and analysis of the medical RFP and the responding proposers. |
| Contact Information: | Dildra Martin-Ogburn, Director of Benefits and EEO Compliance<br>7770 W. Oakland Park Blvd. Sunrise, Florida 33351<br>Telephone:  754-321-3100;Fax:  754-321-3280 |
| Date: | Completed 2010 |
| Size / Value: | $300,000 |
| Services: | Development of RFP and gathering data as needed for RFP, Bidder Conference, Responding to RFP questions, Addendums, analysis for responses, network disruption, cost evaluation, self funding verses fully insured, negotiation, contract terms and conditions. |
| Status: | Client is an active client, this project is completed. |
| Key Professionals: | Paul Hebert, JD.  Paul will be included on The School District of Osceola's Team . |

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

**Orange County Public Schools:**

| | |
|---|---|
| Name and Location: | Orange County Public Schools<br>Orlando, Florida |
| Engagement: | **1.** Medical and Prescription Drug RFP – Working in close collaboration and in support of the Risk Management Department, GBS was involved in the development and negotiation of significantly improved terms for the District's self-insured medical plan.   Savings of over $5 million per year were achieved on pharmacy costs over the current provider.  Savings were attributable to improved discounts on drug costs, reduced fees and improved rebates.<br>**2.** Recently completed fully-insured dental RFP.   Secured multi-year rate guarantee with incumbent provider.  Negotiated additional $300k savings on employee premiums over contract term.   Negotiated more transparent and favorable terms for OCPS on the dental renewal methodology. |
| Contact Information: | Pat Hafer-Plunkett, Senior Director of Risk Management<br>445 W. Amelia Street, Orlando, Florida 32801<br>Phone: 407-317-3200 Ext. 2437 |
| Date: | Completed 2010 |
| Size / Value: | $200,000 |
| Services: | Consulting services in support of employee benefit plans, not including retirement.  OCPS is current client.   RFP project has been completed. |
| Status: | Client is an active client, this project is completed. |
| Key Professionals: | Eric Scott, Mike Thomas, Eileen Strickland, David Parker.   These key individuals will be included on The School District of Osceola County's team. |



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



**City of Palm Bay, Florida:**

| | |
|---|---|
| Name and Location: | **City of Palm Bay, Florida** |
| Engagement: | Medical RFP and On-Site Clinic Evaluation. The City had been frustrated with the lack of reporting from the management team of the clinic and the inability to show any measurable ROI on the $800k annual expense. GBS was hired in June of 2010 and immediately met with the clinic provider to assess their performance. The consultant for the clinic was unable to provide any meaningful reporting that could support the expense of the clinic (other than ever increasing utilization of the 100% free services available to all employees and dependents). GBS recommended discontinuing the clinic. Coincident with this project, GBS began working with the City to develop and release an RFP for the current ASO medical plan. Results of the RFP yielded a fully-insured proposal that was nearly equivalent in cost to the expected costs under the in-force carrier ASO proposal. Furthermore, even with the City's decision to close the clinic January 1, 2011, (and therefore shift clinic PCP utilization to the health plan) we negotiated a multi-year rate cap of 8% allowing the City to budget worst case increases of 8% through 2014 and save the $800K annual expense of the clinic. |
| Contact Information: | Suzanne Sherman – Risk Manager<br>120 Malabar Road, Palm Bay, Florida 32907<br>Phone: 321-952-3421 – Ext 3257 |
| Date: | Completed 2010 |
| Size / Value: | $75,000 |
| Services: | Consulting services in support of all employee benefit plans, not including retirement. Palm Bay is current client. Project has been completed |
| Status: | Client is an active client, this project is completed. |
| Key Professionals: | David Parker, Eric Scott and Melissa Blake. These key individuals will be included on The School Board's team. |

9. *List one engagement where your firm's service was terminated before completion of the project.*

Gallagher Benefit Services has not been terminated prior to the completion of a project.



Gallagher Benefit Services, Inc.
thinking ahead





# Experience of Personnel



Gallagher Benefit Services, Inc.

thinking ahead



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

*Identify by name all key personnel assigned to this account. For each of these individuals, please provide a résumé that includes their educational background, job experience, a list of specific projects/clients they have supported and how long they have worked for the company. Provide an updated organizational chart detailing the chain of command and contact information for each. Continuity of consulting arrangements is critical to the District's program; therefore, it is understood that if one of the lead consultants leaves the employment of the selected firm or if changes in team composition are made without prior written approval by SDOC, this agreement may be canceled by the District within 30 days' notice.*



Eric Scott is the Area President for Gallagher Benefit Services' Orlando office and will serve as the Lead Consultant for The District. Eric has been with Gallagher Benefit Services since May, 2009. Eric has over twenty years of experience in healthcare and insurance consulting. Initially working as the Director of Business Development for Orlando Regional Healthcare System's hospital based health plan, he had oversight for all marketing, financial ratings/renewals, reporting and customer service for the plan. Other areas of involvement with the health plan included physician contracting and compliance. He has worked as a benefits consultant for the past 15 years and is familiar with all aspects of health and welfare plans including: design and evaluation of Request for Proposals for all types of group and individual employee benefits including fully-insured, TPA, ASO, stop-loss coverage, pharmacy, behavioral health, EAP, FSA, HSA, life, STD & LTD, FMLA, dental and vision plans, group Medicare and retiree medical plans, revision of summary plan descriptions and plan documents for compliance with regulatory provisions, design employee communications materials and evaluation and implementation of advanced benefit administration systems.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

RESPONSE TO REQUEST FOR PROPOSAL

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES





Eric has supported numerous public sector clients including Orange County Public Schools, Greater Orlando Aviation Authority, Volusia County Public Schools, Volusia County Government, Orange County Government, City of Orlando, City of Casselberry, Lake County Government, Lake County Clerk of Courts, Osceola County Public Schools and Osceola County Government. He has worked with various healthcare clients including South Lake Hospital, Florida Hospital Orlando, Florida Hospital Waterman, Leesburg Regional Medical Center, Orlando Heart Center as well as numerous private clients with US and foreign operations.

Eric graduated from the University of Michigan with a BA, and received his MBA from Crummer School of Business, Rollins College. He has his Certified Employee Benefit Specialist (CEBS) designation from Wharton School of Business, University of Pennsylvania. Eric holds an active Life and Health license with the State of Florida.

Tom McGaffic is an Area Vice President with Gallagher Benefit Services. Tom delivers creative cost take-out strategies and provides administrative guidance to his clients.

Tom has worked with Gallagher Benefit Services since June, 2011. Prior to Gallagher, Tom spent seven years with Marsh & McLennan and their sister company, Mercer Human Resource Consulting. Tom worked closely with his clients to organize, develop and implement complex employee benefit strategies to help clients reduce trend increases for self funded medical, Rx and Stop Loss programs. A proponent of consumerism, Tom has been successful developing employee engagement initiatives that integrate with his clients broader benefit program goals and strategies. These opportunities include managing lifestyle risks by changing participant behavior, increasing preventive care, consumerism and condition management.

Prior to relocating to Orlando, Tom served on the Board of the Greater Miami Society for Human Resource Management from 2008-2010. Tom Holds a Bachelor of Science in Finance from Florida State University. Tom is actively licensed in Life and Health with the State of Florida.

Eileen Strickland is a Client Manager. Eileen works with her clients to provide the day to day support for customer service, claims, billing, benefits, and contract related questions and problem solving. Eileen has served as a client manger with Gallagher Benefit Services since May 2011. Eileen is currently the Account Manager on Orange County Public Schools. Eileen's daily responsibilities include overall administrative services, coordinating general compliance consulting, employee education, wellness promotional programs, open enrollment and contract and policy review. Eileen holds a Bachelors of Science in Marketing from the University of Florida and has over 20 years experience serving clients in various capacities. Eileen holds an active Life and Health license with the State of Florida.

Gallagher Benefit Services, Inc.
thinking ahead

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



Melissa Blake is responsible for developing the communication materials distributed to The School Board. She utilizes tools such as Adobe Photoshop®, Adobe InDesign®, and Microsoft Publisher® to create compelling and informative communication pieces. Prior to joining Gallagher in May 2011, Melissa worked for Aon/Hewitt supporting a large national client. Melisa also supports the communications needs of the City of Palm Bay.

Melissa holds  BA in Psychology from the University of South Florida and is actively licensed in Life and Health with the State of Florida.

David Parker is a Consulting Actuary with Healthcare Analytics, a Division of Gallagher Benefit Services, Inc. He has over 20 years of experience in the actuarial field, with most of that experience in the health insurance arena. He joined Healthcare Analytics in March of 2010.

David's primary responsibility with Healthcare Analytics is to support our work with plan sponsors in the design, pricing, and financial management of their benefit plans. He provides actuarial technical support and problem solving skills to our clients. He also provides actuarial support to health plans and provider organizations.

Prior to joining Healthcare Analytics, David held a series of positions of increasing responsibility in the insurance industry. David has extensive experience in reserving and financial reporting, but also pricing and designing group products.

David currently consults over 10 Public Entities, including City of Tampa, Lynx Transportation, Orange County Public Schools, and Town of Palm Beach. He also has experience in Group Health Insurance pricing and state filing; Large Group and Small Group Reform; Fully Insured and all forms of Self-Funding; Reserve setting and Reinsurance analysis; Medicare Supplement and Medicare Choice (HMO) pricing and product design; Financial management of insurer's large accounts and house accounts, and their impact to other lines of business. Before joining the Healthcare Analytics  David held prior positions with Group Actuary, Bupa Latin America, Director, Underwriting and Actuarial Services, Health First Health Plans, Director, Underwriting and Actuarial Services, Blue Cross Blue Shield of Wyoming, Actuarial Analyst, Life of Georgia. David holds a BS in Mathematics from Georgia Tech.  David has affiliations with the American Academy of Actuaries (MAAA) and  is an Associate of the Society of Actuaries (ASA).

Paul Hebert is the Lead Compliance Consultant, located in our Boca Raton office. Paul has 16 years experience in employee benefits and will serve as a regulatory resource and will be the primary resource on federal and state mandates, review of plan documents and general compliance issues,  negotiating contract changes; discussing federal and state legislation impacting The School Board; monitoring ongoing contracts; providing information on employee benefit issues, and proposed or new legislation; and attend meetings as necessary.  Paul has served over 40 Public Entity clients in the State of Florida.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

Paul received his Masters in the Laws of Taxation (LLM) from New York University, his J.D. with Tax Honors from Rutgers University, and his B.A. from Vassar College. Prior to joining Gallagher Benefit Services over five years ago, Paul was an attorney at the law firm of Reid and Riege in Hartford, CT. Prior to that, Paul worked as a Manager in the Compensation and Benefits Practice of KPMG LLP in Philadelphia, PA. Paul also worked as an attorney at the law firm of Capehart & Scatchard.

Paul has lectured, trained, and written articles on various employee benefit matters. He is a member of the Connecticut, Pennsylvania and New Jersey Bars.

**Michael Thomas, Pharm D** is our nationally recognized as a speaker on pharmacy services. Today he provides clinical pharmacy analysis for employer plans and conducts training and education programs for many of the nation's leading PBMs and Pharmacy Manufacturers. Mike has been a consultant with Gallagher Benefit Services for over 7 years. In this time, Michael has worked with numerous Public Entity clients throughout the State of Florida and nationally.

Michael provides consulting services specializing in the area of Managed Care Pharmacy. Services including: Advisory Board Facilitator, Training and Education in Managed Care Pharmacy, Consultant on PBM selection criteria, Consultant services for claims review, formulary selection review services and other clinical and mail order services offered by PBM's. Consulting services for review of HIPAA privacy rules as they relate to pharmacy management services. Clinical Pharmacy review and education services relating to pharmaceutical products.

Michael earned his doctor of pharmacy, Pharm. D., designation from USC and since has been called on in both an academic and commercial environment to share his clinical expertise. He has been responsible for clinical pharmacy services with such leading health care providers as FHP and Express Scripts and is currently active with industry trade groups leading efforts in education, clinical analysis, and government regulations including HIPAA. Mike still is consulting with managed care providers to develop and implement pharmacy management plans for millions of lives nationwide.



27

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



# Approach and Methodology







**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

*The Respondent's approach and methodology of how services herein addressed will be provided.*

*The Respondent shall submit the following information:*

1. *Describe Respondent's understanding of the District's requested services as described in section 2.0.*

We recognize that the School board is looking for a benefits consultant that can provide strategy and design, analytics, plan management and compliance services. Our consultants have recognized providing superior consulting demands a special blend of personal qualities, technical resources and professional expertise. The specific responsibilities of section 2.0 are included in the forthcoming pages as well as our approach to managing these duties.

2. *Describe Respondent's process and approach to performing the services:*

   A) *Analyze Current Employee Benefits Program*

      i.  *Conduct an assessment of the School Board's current benefits program.*

We help clients design, implement and evaluate benefit strategies that result in competitive benefits and increased productivity while promoting a culture of mutual accountability. We can help you track and measure your benefit programs. We are ready to assist your organization in achieving the maximum return on its health and welfare program investments, striking a balance between best execution, and lowest cost on transactions. Our initial strategic review outlines the current methods, predicts future plan trends, and develops coherent long and short-term strategies. This process is further detailed in Tab 3.

      i.  *Compare the School Board's benefits program against the best known practices in like industries for scope of coverage and value.*

GBS utilizes almost every major benchmarking survey available in the industry. We share client specific benchmarking with our customers in order to gauge the competitiveness of their benefit program, contributions, and eligibility. This ensures that our client's plans are competitive and will attract and maintain top talent.

      i.  *Perform rate analysis based on local trends, not national trends, and evaluate and assist with negotiations of renewals for each fiscal year. Provide the School Board with sound documentation for the rates that are recommended.*

GBS' actuarial division, Healthcare Analytics, reviews data in a "data warehouse" and then provides benchmarking information and plan design recommendations.



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES





In addition, GBS utilizes two proprietary benchmarking resources, GBSInsider, BenefitPoint and the acquisition of all the major annual benchmarking surveys.

GBSInsider critically analyzes data within your organization to provide an understanding of the costs associated with your medical benefit plan. With this tool, you will be able to assess where, how and why healthcare costs are incurred and then compare your results with cost and utilization benchmarks in over 40 different medical service categories.

BenefitPoint is our own nationwide client database. With our perspective gained from thousands of clients, we are able to provide very specific client-focused benchmarking down to the specific industry, locale or plan detail.

Each year, GBS acquires all of the major annual Benchmarking Surveys including Kaiser Foundation, Mercer, Watson Wyatt, Benergy and a number of other surveys that are very useful in allowing us to develop customized customer benchmarking studies. All GBS consultants can access these reports and databases as needed from the GBS portal.

By leveraging GBSInsider and BenefitPoint, we will utilize the benchmarking information from our local clients, Central Florida market trends and actuarial values to design and negotiate the most competitive program available.

### B) Provision of Procurement Assistance

    *i.   Detailed Project Plan,*

### Understanding the Competitive Marketplace

Understanding the competitive marketplace is a critical component of making benefit program decisions. While understanding the benchmarking of the local and surrounding markets is a big part of this process, understanding how the benefits, contributions and how employee incentives are structured will help The School Board understand how to potentially mitigate and structure plans to yield outcomes desired.

### Necessity of Applying a Disciplined Process for Marketing Your Plans

GBS conducts thousands of RFPs annually for our clients' employee benefit plans. We have the information and knowledge on each of the competing medical carriers in every marketplace and understand the products and benefit designs offered. We maintain a collection of data on each carrier's provider network and have the statistical information concerning the size, scope and discount efficiencies of their networks. GBS has competitive information on the ancillary carriers and a complete understanding of all of their product offerings.

The preparation needed to develop and Employee Benefits RFP includes a thorough discovery process with the client as well as with the insurance carriers. This is done to provide a complete exchange of information

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



and ideas with each carrier and gain a better understanding of their commitment in meeting the goals and objectives of our client. Each carrier will address pertinent information such as, benefit designs, funding methodologies, network size, scope and discount, pharmacy pricing and discounts, technology, upcoming provider contract negotiations, member services, wellness programs, disease management and their ability and commitment to control future healthcare claims costs. This process allows GBS to develop a thorough and comprehensive RFP that will seek out the best carrier with the best opportunities and outcomes for our client, while providing a real and meaningful employee benefit package for their employees.

A typical vendor or carrier RFP process includes the following steps managed by GBS:

**Prepare**
- Define client requirement and timeline
- Request data from client and vendor(s)
- Identify vendor list
- Send draft to client for review
- Obtain client approval

**Release**
- Release RFP
- Respond to vendor questions

**Analyze**
- Review responses and proposed agreements
- Create marketing analysis

**Select**
- Meet with client to discuss report and recommendations; finalist interviews and site visits to explore intangibles such as personalities, service orientation, and responsiveness; finalize client report
- Final cost and performance guarantees
- Negotiations
- Decision

*ii.    Proposed solicitation document component, including requirements, per benefits program, and*

A Request for Proposal will be tailored to the exact needs, desires and goals of The School Board. We will leverage the School Board's strengths and clearly highlight established strategic goals, inviting vendor proposals that meet the needs of the strategy previously developed.

*iii.   Proposed evaluation criteria.*

Depending upon the goals and objectives that would be determined in strategy meetings with the School District, its committees and the union, we would want the responses to an RFP to disclose the vendor's capabilities and flexibility in the following areas:

- **Ease of Administration**: A review of a vendor's capability regarding electronic administration and abilities to accept/transmit electronic transactions. Do they provide employee self-service to review enrollment and claims information, as well as other features that may be accessible online.



31

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

The School District of Osceola County, Florida

Employee Benefit Consulting Services

- **Provider Network Access:** A review of a vendor's network composition is important when determining the level of disruption to employees and their covered dependents if a change is made. During the RFP process, we have respondents provide a "Geo-Access" analysis of their existing network, which provides detail on how many physicians and hospitals participate within a certain radius of where School Board employees reside. This analysis will also provide zip codes where the desired access is not available. This analysis will provide guidance if there is sufficient coverage, however it does not provide guidance with specific provider disruption.

- **Disruption Analysis:** If available from current vendors, GBS will include a list of provider utilization by claims volume in the RFP. These are the most widely used providers, not necessarily the most costly. Vendors will be requested to match their network providers to this list and identify matches and discrepancies. We will evaluate how the top providers by volume in the current arrangement match up to the proposed networks to determine if there is significant disruption that may occur with a change.

- **Provider Network Cost:** Provider networks use different payment methodologies, from straight discounts, Per Diem, DRG based, case rates, capitation, etc. Our experts are well versed in how these different payment methodologies translate into claims costs. Through GBS' network analysis based on the location of the client, we have been able to determine the most cost effective network in delivering the most comprehensive benefit programs to our clients. For example, discount levels from a rented network to an owned network can vary as much as 20 percent in the claims expenses.

- **Disease Management Programs:** What programs does the vendor have? Do they match up with School Board employee population? Are they managed in-house or outsourced. How extensive are the programs? Do they coordinate with the provider network? Do they interface with Prescription Drug Managers (PBM)? How developed is the reporting? How does the vendor evaluate outcomes?

- **Predictive Modeling Capability:** Does the vendor have the ability to identify patients in whom clinical intervention will have the most significant impact by increasing efficiency of resource deployment? Does the vendor have the ability to identify a change in a patient's risk profile and measure the effectiveness after clinical intervention? About 80% of all medical costs derive directly from clinicians' decisions regarding necessary services. Does the vendor have the ability to use predictive modeling to identify both patients who may be receiving inappropriate care and the clinicians providing it?



- **Benefit Design Flexibility:** Can the vendor successfully administer a custom benefit design? Some vendors have system limitations that will not allow some types of benefit customization. For example, lab and x-ray can be administered in various environments (physician office, free-standing facility or in a hospital setting). Some vendors may not be able to administer different copayments for the same services delivered in different settings). What limitations do the vendors have? What cannot be customized?

- **Claims Payment Efficiency and Accuracy:** What percentage of claims are adjudicated electronically? The higher the volume of electronic claims is an indicator of better accuracy. What is the turnaround for paying non-electronic claims? What is the financial accuracy of claims payment? How do network providers perceive the vendors claims payment practices?

Gallagher Benefit Services, Inc.
thinking ahead

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



- **Access to Data**: Having access to claims data is necessary to evaluate the effectiveness of the plan and prepare for the future. What type of information is made available? How often is information provided? Will the vendor provide raw claims data into a data warehouse for GBS Actuaries to have access to? What data is available at no additional cost? What is the cost for additional data?

- **Satisfaction**: Solicit references of current clients and previous clients to determine how well the plans function as compared to goals and objectives. Solicit provider references to determine the level of partnership the vendor has to work cooperatively to control costs and current contract status that may affect School Board employee benefits. What are the vendor's Customer Service performance indicators (Average speed of answer, call abandonment rate, 1st call resolution)? What are the vendor's performance indicators for the last quarter of a calendar year, which is notoriously the busiest season for benefits?

- **Wellness Programs**: What is available? Will vendor work cooperatively to solicit/provide onsite wellness initiatives? Will vendor provide onsite preventive services to avoid time away from work? What self-service, online capabilities are available to employees? Will the vendor support the current wellness initiative, "4 The Health of It!"?

- **Communication Materials**: Will the vendor participate in the cost of a custom communication program? What is available at no additional cost? What is available for an additional cost?

- **Pharmacy Benefit Managers**: What are the administrative costs? What are the discounts for retail versus mail? Will a PBM allow mail order carve out? Who participates on the P & T Committee? How are formularies developed and maintained? What flexibility is available to formulary content? How are rebates handled? How will rebates be shared? How does the formulary affect rebates? What utilization management programs are available to control costs? How will the PBM interface with the medical provider for disease management, and other wellness initiatives?

- **Other carve-out vendors (i.e. Behavioral Health)**: Cost and services will be reviewed for effectiveness and overall coordination with the medical plan.

- **Vendors would be requested** to provide performance guarantees for claims administration performance indicators, member services call center performance indicators, network access standards, access to specific data within established timeframes and plan satisfaction levels as indicated by the number and content of internal grievances/appeals in their Proposal; in addition, contract negotiations would include performance guarantees for services of great importance to School Board identified during the review process.

- **Plan costs for administration**, reinsurance, reporting, etc.

We will develop detailed evaluations of vendor responses to ensure that variations in coverage services and costs are identified and we will customize the process based on The School Board's unique needs and priorities.


Gallagher Benefit Services, Inc.
thinking ahead



RESPONSE TO REQUEST FOR PROPOSAL
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

### C) Implementation, Transition and On-going Administrative Support

*i.    Provide ongoing analysis of plan designs, cost containment strategies and cost sharing alternatives available to the School Board while maintaining integrity of union contracts.*

Sound financial management—with a view toward cost containment or reduction—comprises numerous elements, but we have found that those clients who have experienced flat or declining gross benefit costs in recent years share certain strategies in common:

- Long-term plan to manage risk
- Manage the unit cost of care
- Improve the quality (outcomes) and appropriateness of care
- Engage employees
- Improve the health of plan members

With GBS as your partner, you have access to the expertise, technical tools, and vendor relationships necessary to increase the efficiency of your benefits programs and control year-to-year cost trends. We take a holistic approach to cost containment, and no one metric serves as our criterion of successful financial management. Our approach is to help you design a benefits program that meets your near- and long-term business goals while maximizing the program's financial efficiency.

*ii.   Develop strategies for implementation of new benefit programs to employee unions and other interested parties including preparation of implementation plan.*

We will prepare concise easy to follow deliverables outlining benefit strategies and proposed changes including a detailed process to effectively implement these strategies. GBS has extensive involvement in the development of numerous RFPs for various public and private entities, knowledge of public purchasing process, participation in and ability to withstand the scrutiny of protest hearings and experience in negotiating and the drafting of vendors' contracts.

*iii.  Assist the School Board with the development of employee communication and in conducting employee information meetings as new programs are implemented and about existing benefits and how to use.*

We have extensive experience in implementing and communicating the full spectrum of employee benefit programs and believe that an organized and clear communication plan of any new program is a critical factor in the success of the plan. Furthermore, failures or perceptions of failures in the implementation process can impact the success of the program, both initially and into the future.

We act as project leaders, overseeing and managing all aspects of implementation, including vendor changes, plan changes, funding changes, and

Gallagher Benefit Services, Inc.
thinking ahead

**RESPONSE TO REQUEST FOR PROPOSAL**
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



the introductions of new programs and products. In addition, we manage coordination between your plans/ plan vendors and your Benefit Administration/HRIS vendors when you need to manage system change. The tools and process will vary based on the degree of change, but can include:

- Detailed project plans
- Detailed timelines
- Issue logs
- Standing phone calls (daily, semi-weekly, weekly) as necessary
- Negotiation and monitoring of implementation performance guarantees

Our policy is to be closely involved with our clients' human resources and benefit staff in all aspects of the implementation and communication process, including, but not limited to:

- Development of account structure requirements (vendor and client)
- Oversight of vendor loading of benefit plan provisions to claim systems
- Assistance with development of enrollment protocols and eligibility systems requirements (paper, IVR, electronic, transaction levels, interaction with HRIS system, etc).
- Oversight and/or development of internal communications for middle management and onsite human resources managers.
- Coordination of vendors, including instruction and confirmations, meetings, etc.
- Development of rates and contribution strategy
- Development of communication strategy
- Oversight and/or development of employee communication materials, including hard copy forms, web-based systems, etc.
- Coordination of smooth establishment of funding vehicles, bank accounts, etc.
- Employee education sessions (meetings, webinars etc.)
- Identification and oversight of transition-of-care issues and provider issues
- Oversight of vendor procedures, generation/delivery of documents, eligibility loading, employee communication etc.
- General trouble shooting before, during, and after implementation
- Design and establishment of reporting requirements

**Open Enrollment**

A successful open enrollment is one that achieves the following:

- Communicates choices clearly
- Communicates plan value clearly
- Encourages participation patterns that meet your goals

- Reinforces behaviors that will help meet your goals
- Provides employees with the tools to get the best value from the plans
- Is implemented smoothly



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



We are full partners with our clients in the open enrollment process, including:

- Communication strategy
- Open enrollment meetings live or electronically. We have the capability to provide enrollment meeting for multi-site employers
- We typically act as subject matter experts and liaise with any online enrollment/benefits administration vendor to ensure that benefit rules, eligibility interface, and reporting requirements, etc. are defined and implemented properly.



GBS will work with you to determine the resources required to conduct effective open enrollment meetings.

**Communication Technology:**

GBS supports a wide range of web-based communication tools and services for our clients and to their employees.

GBS customizes web-based communication strategies to meet the specific needs of each client. We have found that every employer has different philosophies on technology that needs to appropriately reflect the demographic of their own employee population.

**Web-based Communication Tools Used to Engage Employees**

While health care is moving rapidly toward "consumerism", it is important for most employers to develop a significant campaign to promote technology and employee self service. Tools used to help engage members through web based communications include:

- Electronic Open Enrollment / New Hire Video Messaging



Gallagher Benefit Services, Inc.
thinking ahead

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



- Electronic Distribution or Posting of Flip Book Technology (with I-Pad and I-Phone Applications)



- Electronic Employee Engagement Wellness and Benefit Education Messaging



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



GBS has developed comprehensive campaigns for employers including payroll stuffers, posters, electronic notifications and on site educational sessions for both Human Resource departments and employee groups.

Some of the major topics that GBS has been successful in promoting are :

- Encouraging employees to register with their health plan's online services
- Educating employees on online wellness and electronic Health Risk Assessments
- Educating employees on services available to them through their benefit/insurance providers, such as Premium Provider Designation Programs, Rating Providers, Claims and Eligibility Review, Wellness Programs, Ordering ID cards, using Pharmacy Formulary and Pricing tools
- Promoting and education Online Enrollment and obtaining full electronic Compensation Statements

GBS utilizes the latest in technology in the enrollment, communication, and administration of our clients' employee benefit programs. We regularly assist our clients, guiding them in the use of the most current enrollment tools and techniques. There are many strong online enrollment vendors in the market today. GBS is familiar with the strengths of each vendor and will guide you through the selection process.

## HR _Internal_ Technology

GBSInsight uses a powerful portal framework to deliver secure, personalized online access to the latest information and tools that your HR administrative staff needs to effectively manage your human resources and employee benefits programs.

GBSInsight offers the following core features:

- **_My Desktop_** – a personalized workspace that will conveniently provide access to recommended compliance Internet resources and your GBS account team. My Desktop also offers the latest industry updates through InsuranceNewsNet.com

- **_My Documents_** – a personalized directory of documents your administrative staff shares with your GBS account team and an entire archive of GBS compliance newsletters and bulletins

- **_My Benefit Plan_** – convenient, electronic access to all of your benefit plan information thus allowing improved customer service

- **_My Service Requests_** –a secure message board that allows your staff to submit, respond to and track service requests to any member of your GBS account team



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



RESPONSE TO REQUEST FOR PROPOSAL

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

In addition to the core features, GBSInsight provides optimum flexibility to add optional services:

- *HReSource* – a powerful search engine and information repository powered by BNA that delivers human resource, employee benefits, compensation, employment and regulatory information

- *Employee Self Service* – access to Benefit Administration systems, including online education and enrollment site, and basic employee communications site

- *GBS Insider* – an online data analytics reporting system that provides claims data analysis and benchmarking reports

    iv. *Propose strategy for transition to new benefit providers (if applicable), including preparation of a transition plan.*

Gallagher has a proven methodology for transitions in place and has transitioned thousands of plans over the years. The Gallagher transition process features a dedicated transition team expert in plan design, employee communications, carrier negotiations, and customer service. Our team will present The School Board's HR management with a detailed transition plan complete with delivery dates and accountabilities. We will keep you completely informed through regular meetings and status reports to identify and rectify any discrepancies before they become problematic.

    v. *Prepare financial analysis of plan costs on a monthly basis and an Annual Stewardship Report for the School Board including complete accounting of plan costs, analysis of the rate structure, aggregate claims, changes in the demographics and observations on relevant changes in the insurance market. Report must include plan cost by plan and tier level based on actual claims dollars spent for both fiscal and plan years. All reports presented must be consultant's analytical work and not rely on reports of plan administrators or insurance carriers.*

GBS has excellent standard reporting capabilities that can be available to The School District on a monthly basis. We constantly monitor carrier's claims experience using our proprietary data warehousing tools to access claims history, evaluate current costs and project future claims expenditures. We periodically meet with each insurance carrier to review utilization and claim reports, disease management effectiveness, network performance, and catastrophic claims management.



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



RESPONSE TO REQUEST FOR PROPOSAL

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

GBS provides a number of actuarial resources both locally and at the national level. The School District will have access to our in-house actuary, as well a number of other financial actuaries and resources. These resources provide a standard selection of reports that are offered monthly, quarterly and annually. We also have the capability of providing customized reports that can be developed and delivered in a timely manner.

**Monthly Reports**
- Summary of plan costs
- Analysis of costs and utilization
- Analysis of claims by service, diagnosis, demographics
- Claims and premium history
- Utilization history
- Identification and tracking of large claims
- Major large claims report
- Rate base (administrative fees, claims projections)

**Quarterly Reports**
- Comparison of plan costs to projections
- Identification of services provided
- Utilization review
- Comparisons to prior claims periods
- Plan trends

**Annual Stewardship Report is provided in the first quarter after year-end; this includes:**
- Cost summaries and benchmarking
- Analysis of costs and utilization
- Benefits benchmarking
- Trends unique to your plan
- Strategic discussion for new year objective setting
- Analysis of claims by service, diagnosis, demographics
- Executive summary of program expenses
- Comparison of current costs to renewal costs
- Renewal alternatives
- Incurred but not reported (IBNR) dollar projections
- Overview of specific stop loss projections
- Future plan cost projections
- Dollars saved by contract negotiation
- Percent of benefit dollars paid by employee
- Claims by size
- Physician visit details
- Benefits paid by type of service
- Plan funding/budget comparison
- Fixed expense comparison

**Pre-renewal report 4-6 months prior to renewal provides cost estimates, renewal projections, actual costs vs. norms and an update on benefit trends and market place conditions; facilitates budgeting, forecasting, and proactive financial planning**

**Renewal Report 3-4 months prior to renewal provides final renewal costs, plan design alternatives with costs, short and long term strategic considerations, discussion of funding options.**

## Actuarial Review

A core deliverable is the development of forecast models, budget projections and development of premium equivalent rates through our actuarial department, Healthcare Analytics. Our actuaries will be responsible in working with your team to develop a reporting package that will forecast financial claim projections, high light cost and claim drivers and tie claims to budget.

Gallagher Benefit Services, Inc.
thinking ahead

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES





GBS will fully engage the School Board and carriers to perform the first run analysis on any and all forecast modeling and premium development programs. Upon receipt, GBS has a proprietary forecasting model developed internally to review, verify or challenge carrier financial projections.

With client approval, GBS will receive bulk data feeds from most major carriers. This raw data is fed into our proprietary claims database which allows us to mine the data at levels that are not offered from a typical carrier or TPA. This information helps us provide better diagnostic consulting and allows us to systematically create client specific action plans to cut a client specific trend lines.

The following services are typical of what The School Board can expect related to the analytical and actuarial services and funding projections for upcoming Plan years.

**Retention (fixed costs):**

- Administration
- Claim adjudication
- Underwriting
- Member Services
- Reporting
- Printing expenses (id cards & booklets)
- Legal expenses
- General operating expenses
- Commissions
- Pooling charges and target pooling levels and risk
- Medical Management
- Large Case Management
- Utilization review

**Profile adjustment**

- Adjustment for demographic change of membership
- Adjustment for claim dollars over member pooling point
- Adjustment to change in benefits over experience period

**Trend Factors**

- Experience period
- Rating period
- Annualized Trend (Medical, RX and Dental)
- Components of trend
- Impact of provider contracting

**Claim Cost**

- Paid vs. Incurred
- Issued vs. Cleared

**Credibility Factors**

- Actual claim experience blended with
- Manual (book) claim factors

**IBNR (Incurred but not reported claims)**

- Calculating estimated IBNR
- Claim maturing factor,
- Adjustment to current reserves



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



Once The School Board's health plan experience data is loaded into GBSInsider™, GBS will conduct custom experience analyses of your Employee plans. The output of this analysis will be a detailed written report and an executive summary PowerPoint presentation. Areas of review will include the following information:

**Plan Utilization and Cost Analysis**

*Demographic Analysis*

- Membership Count
  - *Total*
  - *Member Turnover*
  - *By Member Type*
- Age-Sex Analysis
- Age-Sex Trend Analysis

*Group Health Risk Analysis*

- Group Health Risk Index (HRI)
- Distribution of Claimants
- The School Board's Total Population Analysis
- Lifestyle Related Conditions
- Emerging Claims

*Benefit and Network Analysis*

- Benefit Analysis
- Network Savings (excluding Rx)

*Cost and Utilization Analysis – Level 1*

- Paid Claims
- Incurred Claims
- Comparison with Benchmarks
- Trend Analysis
- Large Claim Analysis
- Comparison with Benchmarks
  - Potential High Cost Claimants

*Cost and Utilization Analysis – Level 2*

- Utilization of Medical and Drug Services
  - Hospital Inpatient Services
  - Hospital Readmissions – by Diagnosis
  - Hospital Readmissions – by Hospital
  - Outpatient Facility Services
  - Physician Services
  - Prescription Drugs

*Unit Cost of Medical and Drug Services*

- Hospital Inpatient Services
- Outpatient Facility Services
- Physician Services
- Prescription Drugs

*Incurred Claim Forecasts*

- 2011 Forecast
- 2012 Forecast



GBS uses proprietary analytic tools to create accurate projections and calculations specific to our client's data

***Network Discount and Access Analysis***

Effective discounts and adequate member access are key to managing plan costs. Our national book of business provides us with local knowledge of networks' strengths and weaknesses. We perform client-specific network discount analysis and full claim re-pricing projects as part of any RFP project, and, as necessary, on an ad hoc basis.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



RESPONSE TO REQUEST FOR PROPOSAL
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

> *vi.   Analyze and report utilization trends and costs with recommendations based on School Board data.*

Please see a complete summary of reporting capabilities including utilization trends and cost drivers under the prior question, number 5.

> *vii.   Remain impartial during all business transactions (including RFPs). Additional parameters/ guidelines regarding compensation shall be released by the School Board in the form of an Addendum to this RFP.*

We will evaluate carriers that have the right products for your employees' needs, while remaining objective in providing the best carriers, vendors, networks and risk arrangements for each unique client situation. We will fully disclose all compensation received.

> *viii.   Provide a team of servicing representatives available to the School Board on an ongoing basis. Representative must be available for the monthly School Board Insurance Committee Meeting and as needed during Open Enrollment or for any other event requested.*

Your GBS dedicated team will attend meetings as requested.  In addition, GBS has a sizeable staff with considerable talent and expertise that will participate in meetings where unique skills complement and enhance the agenda.

> *ix.   Provide prompt responses to questions and requests. This is a mandatory requirement.  It is expected that there will be more than one individual within the firm capable of addressing possible concerns of the School Board.*

We recognize that proactive communication is critical towards fostering a successful relationship.  An essential step in our client interview is to identify service expectations.  The individuals on your team are qualified to provide guidance around a broad range of areas.

> *x.   Assist the School Board with its budget planning for employee benefit cost by providing renewal estimates no later than April 1 of each year for all employee benefits of each year.*

Our standard pre-renewal report is provided to clients 8-10 months prior to the renewal.  This provides cost estimates, renewal projections, actual costs vs. norms and an update on benefit trends and market place conditions. The report facilitates budgeting, forecasting and proactive financial planning.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



> xi.  Assist the School Board with the Employee Wellness Program, 4 the
> Health of it!.  Provide assistance, materials and resources for the
> wellness program, employee education materials for healthy lifestyles
> and participation in health fairs. Analyze current program and make
> recommendations for greater participation.

The Regional team Wellness Consultant, Erick Hawthorn, will work with you to
develop short and long-term programs tailored to your demographics, risk
profile, and culture, and designed to target wellness resources to help mitigate
your cost drivers. In addition to your in-house and vendor resources, GBS has
developed a suite of planning tools to help indentify your needs and current
successes and maximize the efforts of 4 the Health of it!.

We help you establish a framework for a strategic and dynamic wellness initiative
tailored to your goals and resources—one with the ability to grow and develop over
time.

The result is a step-by-step approach to designing your customized wellness plan,
including:

- Emphasis on lowering risk and improving health
- Focus on creative and innovative solutions to engage and excite employees
- Hands-on support for Benefits and Human Resources staff
- Create branded wellness messaging newsletters, payroll stuffers, posters, web, and email.  A communication sample is available in the Appendix.
- Foster internal "Wellness Ambassadors" to lead culture change
- Coordinate vendor efforts and leverage vendor resources and assets
- Capitalize on local and national public resources and outreach programs
- Develop plan designs to align with wellness initiatives
- Use specialty vendors for support and expertise: biometric/health screening, weight loss, nutrition, flu shot, smoking cessation, stress management, coaching
- Targeted approach: rewards, competitions, record keeping, goal tracking, onsite testing, site-specific programs, reporting, health fairs





Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

RESPONSE TO REQUEST FOR PROPOSAL
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



We also help you to identify the approach that will work best for your culture:



| | Low to No Cost | Mid-Range | Comprehensive |
|---|---|---|---|
| **Pros** | • Use resources provided by state agencies and other national organizations<br>• Good start for introducing wellness into the workplace | • More data collected through biometric screenings and HRA information<br>• More exposure to wellness by providing health education (health fair and reports) | • Can expect significant results and employee culture change<br>• Return on investment<br>• Minimal work for employer |
| **Cons** | • Resources require a lot of time on the part of the wellness committee or employees running the program<br>• Significant changes in behavior can't be expected | • Can be costly if multiple sites are involved<br>• Little to no follow-up after screenings<br>• Expect moderate change in behavior | • Can be costly ($100-$150 PEPY)<br>• While employees will engage in healthy behaviors, a significant ROI is not usually seen in the first year |
| **Examples** | • Carrier provided materials<br>• Communication campaign<br>• Challenges<br>• Health food available to employees<br>• Promote exercise<br>• Workshops | • See low to no cost option<br>• Health fair with biometric screenings<br>  • Can be organized by screening vendor<br>  • Health risk assessment<br>  • Individual reports for employees<br>  • Aggregate reports for employers | • See mid-range option<br>• Everything is handled by the vendor:<br>  • Launch<br>  • Communication materials<br>  • Screening/HRA<br>  • Health coaching<br>  • Workshops<br>  • Challenges<br>  • Corporate branding |

xii.    *Inform the School Board of changing legislation and legal decisions affecting employee benefits including Health Care Reform. Advise and discuss methods to comply with these changes.*

GBS has a team of designated experts throughout the country, including ERISA attorneys and compliance specialists who develop and support up to date legislation and employer requirements. Your Florida based ERISA attorney is Paul Hebert, located in our Boca Raton office. Paul has extensive experience in the employee benefits field and advises GBS clients in Florida on the design, implementation and operation of retirement and health and welfare arrangements; conducting plan operational and compliance reviews; performing research and consulting on IRS compliance and ERISA issues; preparing IRS filings and submissions; assisting clients with vendor changes and plan termination. Paul also tracks and evaluates recently adopted and proposed legislation; regulations and rulings in the employee benefit field (such as HIPAA and COBRA) and performs internal and external training on new laws and requirements. Paul has extensive experience with Public Entities. Paul and his national team monitor legislative initiatives, court cases, and industry changes, and analyze their impact on your operations.



Gallagher Benefit Services, Inc.
*thinking ahead*

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



We will provide The School Board with GBSInsight, a powerful tool that allows you to keep abreast of legislative and regulatory changes. With GBSInsight, you will have access to compliance resources and to the latest industry news. GBSInsight also features HReSource, a powerful search engine and information repository powered by an award-winning online library that provides comprehensive, easy-to-navigate human resources and benefits news and information. The site contains thousands of pages of content, hundreds of downloadable forms and a customizable human resource and benefits newsletter that can be utilized.

In addition to regular webinars, we will keep you well-versed on benefits issues through communications, including:

- **Technical Bulletins** – focuses on new and pending legislation (examples included in the appendix)
- **GBSInsight** – a powerful portal framework that provides secure, personalized access to the most current information plan administrators need including the latest on legislative and regulatory issues
- **Directions** – a newsletter that offers valuable information relating to the benefit needs of your company and employees



We have built a robust suite of healthcare reform tools and resources for our clients. These tools include:

- Healthcare reform planner
- Healthcare reform financial outlook
- Frequently asked question
- Healthcare reform regulatory updates
- Webinars
- Timelines
- Newsletters

Our "best in class" healthcare reform website has the most recent, up to date information available on healthcare reform. Please visit www.gbshealthcarereform.com for additional details.

> xiii.   *Provide routine group benefit and general health care consulting advice. Assist the School Board in establishing a strategic plan for employee benefits. Provide ongoing analysis and planning of new approaches to employee benefits. Take the initiative to bring new ideas to the School Board. Work with the School Board management team to develop and provide policy direction.*

GBS has an aggressive local market strategy to continue to understand and catalog any and all new developments or innovations with benefits set by carriers, administrators, employers and providers. We have the ability to provide our clients with the most innovative solutions in the industry specific to Florida and local emerging trends.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES



*xiv.  Ensure accurate follow through on all negotiated contractual arrangements made between the School Board and any plan administrators or insurance carriers utilized by the School Board.*

GBS will audit all negotiated contracts to ensure that they comply with the proposal that was issued. Any discrepancies will be immediately brought to the vendor's attention and will be corrected as soon as possible. GBS has also made Paul Hebert, Vice President Compliance, available for specific contract review.

*xv.  Ensure that all negotiated self-funding arrangements and other arrangements with any plan administrator and/or insurance carriers are strictly adhered to.*

We continually interact with carriers to ensure that they are adhering to negotiated agreements. We will also attend and lead all scheduled vendor meetings and will make vendor performance an agenda topic in our meetings.

*xvi.  Monitor all contracts and maximize management information available through all providers.*

GBS will ensure that all available information is being utilized to assess, manage and evaluate the performance of the plan. Our proprietary data warehouse tool GBSInsider will utilize this data to create valuable plan performance reports.

*xvi.  Intervene and resolve claim issues related to all self-insured and fully insured plans.*

GBS will include a client team composed of a dedicated staff that will provide a full range of services for the selection and administration of your employee benefits program.

We will represent your best interests in all ongoing interactions with carriers and vendors, including negotiations and handling all ongoing service. Your dedicated GBS service team will be your advocate when it comes to addressing individual claim problems, billing questions, and plan provision interpretation and will handle these issues directly with the service provider. The inside service member of the team working on your account will be always available should any small claims problems arise.

Escalated individual claim issues are handled swiftly to ensure proper payment is made to the claimant. GBS is experienced at writing letters of appeal to the carriers. Your GBS client team will provide the service, support and training your staff needs to work with each vendor. We will coordinate all open enrollment activities and support all your communications needs.

*xviii.  Monitor claim performance according to any performance standard contract the School Board may have with any provider. Recommend the establishment of additional performance standard agreements with vendors if there are service problems.*

We are committed to making carrier performance a key metric that will be evaluated on an ongoing basis. Possible vendor performance standards are outlined in Section 2., Provision of Procurement Assistance.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

> *xix.   Provide consulting advice for union negotiations before, during and after the negotiations to include the impact of benefit demands and advice on implementing changes.*

Our annual client service plan ensures that we are providing ongoing feedback regarding the performance of the health & welfare programs while strategically planning for the future. We are well versed in working with unions to develop an equitable arrangement.

> *xx.   Assist and provide recommendations in order to fulfill compliance requirements of State and Federal regulations, statutes and mandates including Health Care Reform.*

Each year, your Account Manager will conduct a Compliance Consultation including an extensive compliance checklist and strategic planning document. As a result of this review, GBS will recommend and provide many turnkey model notices, documentation, disclosures and next steps to ensure your organization understands what needs to happen to minimize liability and maximize overall compliance.

Throughout the year, your Account Manager will continually work with your team to meet your compliance obligations including provide ongoing notice and education as new laws and guidance are disseminated by managing entities.

Keeping you informed of market trends and regulatory changes that will affect the School District's benefit programs is a normal agenda item during regularly scheduled progress meetings. In addition, Gallagher Benefit Services provides all clients with our Directions Newsletter that is distributed electronically on a monthly basis that provides important benefits news, compliance and other pertinent topics. You will also receive periodic emails outlining compliance and regulatory changes as well as invitations to Webinars that review these topics.

### D) Deliverables and Milestones

> **The Awarded Consulting Firm shall provide written deliverables including, but not limited to the following (each deliverable shall be submitted in hard copy and in electronic format):**

> *i.   Provide a project plan for the first full year of the contract. Project plan should include goals and timelines as to when consultant services requested will be performed as well as the roles and responsibilities to individuals assigned the tasks. Also include agenda for insurance committee meetings, open enrollment, wellness activities, etc.*

Our client service plan model, discussed on page 13, outlines all major interactions and consulting activities that take place during the year. This includes, but is not limited to, insurance committee meetings, open enrollment, wellness, renewals, and other key aspects of the relationship between GBS and The School District.



Gallagher Benefit Services, Inc.
thinking ahead



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

> ii.    *Provide annual Stewardship Report by November 1 of each year. Report should include complete accounting of plan costs, analysis of the rate structure, aggregate claims, changes in the demographics and observations on relevant changes in the insurance market. Report must provide plan cost by plan and tier level based on actual claims dollars spent for both fiscal and plan years.*

The annual Stewardship Report is a critical component of our service offering. A complete summary of the areas addressed in this report is provided in Section 3. Implementation, Transition and On-going Administrative Support, question #5.

> iii.   *Provide a monthly report noting all activities undertaken and the time spent on each activity. All reports presented to the School Board's representative must be Awarded Consulting Firm's analytical work and not that of others outside the firm unless contracted by the Awarded Consulting Firm and disclosed to the School Board's representative.*

We are committed to providing you a monthly summary of the activities undertaken and time commitment for each area. GBS will employ our in house actuaries to develop all financial projections that will be provided on a monthly basis. A complete summary of these deliverables can be found under Section 3, Implementation, Transition and On-going Administrative Support, question #5.

### E) Project Management

> **The Awarded Consulting Firm will be responsible for project management and performance monitoring to ensure the contract goals and objectives are met. The School Board will conduct periodic monitoring of the Consultant's performance and compliance with Contract provisions. If any of the services do not conform to the requirements set forth in the Contract, the School Board may require the Awarded Consulting Firm to perform the services again in conformance with those requirements and at no additional cost to the School Board. When defects in the services cannot be corrected by the re-performance, the School Board shall (1) require the Consultant to take necessary action to ensure that future performance conforms to Contract requirements, and (2) receive a credit or reduction of the contract price to reflect the reduced value of the services performed.**

A vendor's ability to deliver on their promises is an important consideration in the vendor selection process. At GBS, we will develop and implement performance guarantees with The School Board's vendors, and we continually monitor the vendor for effectiveness against those goals.

In addition, we continually monitor insurance carriers, TPAs, and other vendors by:

- Monitoring calls to our Customer Service team in order to spot inconsistencies and trends.
- Monitoring industry trends, pooled increases, and stop loss increases
- Monitoring the flexibility of plan administrators
- Assessing carriers ability to keep pace with technology advancements
- Monitoring carrier solvency
- Performing detailed claims audits



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES

GBS reviews all systems and identifies whether the current system of internal controls is in line with industry standards, including eligibility and provider files, claims history, regular and customary fee limitations, negotiated discounts, and automated claims adjudications software.

***3. Include sample reports (benefits assessment, plan costs, Stewardship report, and monthly work status report) and description of software used to create reports.***

We are prepared to provide a proprietary client-facing online data platform called GBSInsider™. This platform is an innovative, easy-to-use reporting tool that allows us to determine what forces are driving your health plan costs and utilization trends, compare these trends to relevant benchmarks, target actionable opportunities to effectively manage key plan metrics, and take control of your benefits costs.

Often, it is difficult to extract the information needed from cumbersome claims, eligibility, and revenue databases, especially when the data comes from multiple sources. In a continuing effort to help you understand and manage the cost of your medical benefit plans, GBSInsider™ offers innovative data analytics of medical and benefit plan costs and utilization.

*What makes GBSInsider unique?*

There are three key differentiators of GBSInsider™:

1. *Customer Specific Benchmarks* - GBSInsider™ examines cost and utilization data from over 40 different medical service categories and those same categories are used by our market leading APEX.HRM rating software. This allows GBSInsider™ to create customer specific benchmarks rather than the more traditional "book of business" benchmarks.

2. *Disease Burden* - GBSInsider™ categorizes each member into a clinical resource group. This allows us to determine which disease/conditions are most dominant for a particular population.

3. *Predictive Model* - GBSInsider™ assigns each member with both a current and prospective Health Risk Index (HRI). The HRI can be used for a variety of purposes from setting trends and assessing risk levels, to evaluating the effectiveness of Disease Management and/or Wellness programs.

GBSInsider™ takes a panoramic look inside your plan information to provide you with a fundamental understanding of the costs associated with your medical/Rx benefit plans. With GBSInsider™, The School Board will be able to assess where, how, and to what end its healthcare dollars are being spent. GBSInsider™ offers unique benchmarking information that is



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



**RESPONSE TO REQUEST FOR PROPOSAL**
THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA
EMPLOYEE BENEFIT CONSULTING SERVICES

statistically credible. The cost and utilization data are collected from over four million employees covered by health benefit plans throughout the United States. With authentic benchmark data only available through GBSInsider™, clients are able to accurately measure company results and gain factual insight to determine the most cost-effective and focused plan changes needed to better control or reduce costs. GBSInsider™ offers a suite of reports in the following categories:

- Demographic
- Financial
- Utilization
- Benchmarking
- Clinical Risk Groups (CRG)
- Patient Level
- Experience Summary
- Prescription Drugs
- Dental
- Vision
- Disease Management Monitoring



**Samples, including a complete summary of GBSInsider, benefits assessment, plan costs, Stewardship report, and monthly work status reports are included in the Appendix for The School Board's reference.**

### 4. *Include samples of employee benefits communications.*

Please find samples of fully-customizable employee benefit communications located in the Appendix.

### 5. *Define expectations that you have of your clients.*

A successful engagement begins with building a successful partnership. Our expectations are those things that are necessary to any successful partnership. We ask that communications are open, direct and frequent. We would expect the client to clearly define its expectations of GBS, performance measures and goals and give GBS access to resources and data when necessary. We hope to be given the opportunity to change direction when conditions may warrant changes to previously stated goals and objectives. We expect to be given the opportunity to deliver an honest message even when unpopular. We solicit feedback often and expect our clients' to provide honest and candid comments. It is this participation and exchange between members of Gallagher Benefit Services and the School Board's team that will determine the success of this undertaking.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



6. *Describe a situation where the vendor was not performing according to the terms of the contract. How did you become aware of the situation? What did you do to correct the situation? What was the outcome of your intervention?*

Fortunately, we have not personally experienced a vendor not performing according to the terms of the contract. However, it is always best to prevent a potential problem by making sure the contractual language is clear, includes proper terms and protections, including clear limitations/exclusions and performance guarantees. When we take over an engagement, we prefer to audit the existing contracts and make recommendations to amend language that may not be in the best interests of the client, may conflict with other plan documents or other vendor contracts and anything else that may ultimately become an issue at a later date. For example, if the definition for experimental and investigational procedures is more limited in scope in the reinsurance contract than in the medical plans SPD, the client may be subject to financial risk if a member receives covered services in the SPD that are not covered in the Reinsurance Contract.

Due to the various levels of policy review commitments to clients, GBS has established minimum standards for completing a contract review. GBS has developed extensive audit tools to assist in the task to complete the appropriate level of review for the various lines of coverage (health, dental, TPA, SPD's and more).

7. *Select a vendor contract that you corrected to support the interests of a client. Supply the original contract and the final contract. List the changes you made and your rationale for making each change.*

Please see the appendix for a copy of correspondence and recommendations related to a vendor contract.



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



# Fee Structure





Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

RESPONSE TO REQUEST FOR PROPOSAL

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



*For each task outlined in the Scope of Services (Section 2.0), please forecast the number of hours to accomplish each service area and the total annual fee for all services. The first term of this contract will be March 6, 2012 (tentatively) through March 5, 2014.*

Revised Proposal Form - RFP #SDOC-12-P-045-NM  Employee Benefits Consulting Services Dated 11-18-11

Addendum #1

**Section 2.0 Scope of Services Section - Fee Schedule**

| | | Hourly Rates | Estimated Number of Hours/Year | Estimated Annual Cost for First Year of Contract |
|---|---|---|---|---|
| **B.** | **Analysis of Current Employee Benefits Program** | | | |
| | 1. Eric Scott - Lead Consultant | | | |
| | 2. Tom McGaffic - Project Manager | | | |
| | 3. Eileen Strickland - Client Manager | $225 | 60 | $13,500 |
| | 4. David Parker. ASA, MAAA - Actuary | | | |
| | 5. Melissa Blake - Communications Consultant | | | |
| **C.** | **Procurement Assistance with RFP for Administrative Services Only (ASO) and Transparent Pharmacy Benefit Manager (PBM)** | | | |
| | 1. Eric Scott - Lead Consultant | | | |
| | 2. Tom McGaffic - Project Manager | | | |
| | 3. Eileen Strickland - Client Manager | $225 | 400 | $90,000 |
| | 4. David Parker. ASA, MAAA - Actuary | | | |
| | 5. Melissa Blake - Communications Consultant | | | |
| **D.** | **Implementation, Transition and On-Going Administrative Support Services** | | | |
| | 1. Eric Scott - Lead Consultant | | | |
| | 2. Tom McGaffic - Project Manager | | | |
| | 3. Eileen Strickland - Client Manager | $225 | 360 | $81,000 |
| | 4. David Parker. ASA, MAAA - Actuary | | | |
| | 5. Melissa Blake - Communications Consultant | | | |
| **E.** | **Development of Deliverables and Milestones for First Year** | | | |
| | 1. Eric Scott - Lead Consultant | | | |
| | 2. Tom McGaffic - Project Manager | | | |
| | 3. Eileen Strickland - Client Manager | $225 | 60 | $13,500 |
| | 4. David Parker. ASA, MAAA - Actuary | | | |
| | 5. Melissa Blake - Communications Consultant | | | |
| **F.** | **Project Management and Performance Monitoring Services** | | | |
| | 1. Eric Scott - Lead Consultant | | | |
| | 2. Tom McGaffic - Project Manager | | | |
| | 3. Eileen Strickland - Client Manager | $225 | 30 | $6,750 |
| | 4. David Parker. ASA, MAAA - Actuary | | | |
| | 5. Melissa Blake - Communications Consultant | | | |
| **Grand** | **Total of Estimated Annual Hours and Costs for Tasks B-F** | | | $204,750 |

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

RFP #SDOC-12-P-045-NM

December 12, 2011

**REVISED PROPOSAL FORM**

TO: School District of Osceola County, Florida
Director of Purchasing and Warehouse
817 Bill Beck Blvd., Building 2000
Kissimmee, Florida 34744-4492

The    undersigned    hereby    declare    that    [firm    name]
_Gallagher Benefit Services_    have   carefully   examined   the
specifications to furnish services as described in this solicitation at the costs outlined below:

**Please complete the attached Fee Schedule labeled "Revised Proposal Form – RFP #SDOC-12-P-045-NM Employee Benefits Consulting Services Dated 11-18-11"**

For which proposals were advertised to be received **no later than 2:00 p.m., local time, December 14, 2011**
and    further    declare    that    [firm    name]    _Gallagher Benefit Services_
_____ will  furnish  the  Employee  Benefit  Consulting
Services according to specifications.

Prompt Payment Terms: ___0___ % ___30___ Days; Net 45 Days

Do you accept electronic funds transfer (ETF)? YES __X__ NO _____

Do you offer a discount for electronic funds transfer (EFT)? YES _____ % NO __X__

The School District of Osceola County, Florida, reserves the right to reject any or all proposals, to waive informalities, and to accept all or any part of any proposal as they may deem to be in the best interest of the School Board.

I hereby certify that I have read and understand the requirements of this Request for Proposals No. **SDOC-12-P-045-NM** and, that I as the respondent, will comply with all requirements, and that I am duly authorized to execute this proposal/offer document and any contract(s) and/or other transactions required by award of this RFP.

Company _Gallagher Benefit Services_

Per _Eric Scott_ _____ (Print name)

Signature _Eric_

Address _200 South Orange Ave Ste 1350_

City _Orlando_ State _FL_ ZIP _32801_

List local (Osceola County) office address if applicable and provide supporting documentation (Business Tax Receipt). _N/A_
_____

Telephone _____ Fax _____

E-Mail Address: _____

Dunn & Bradstreet # _____ Fed. I.D. #_____

Division of Corporations Registration Number: _____



# Exceptions



 Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



*Include any/all exceptions to the content of the solicitation, the attached contract (Attachment "H") or legal agreement(s) or documents(s) related to this solicitation.*

Item 19 of the general conditions provisions (Indemnification of School Board page 2) is not acceptable to GBS. GBS will agree to indemnify and hold the Board harmless if claims or damages are the result of our negligent actions or breach of the contract.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



# Non-Scored Items





**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



a) *Completed Respondents Information Form (page 1 of this RFP)*

b) *Other Services*

*Services relevant to this contract that are in addition to the duties as outlined in the Scope of Services can be submitted in this section.*

c) *Financial Statement – (Pass/Fail)*

*All respondents shall supply their most recent financial statement, preferably a certified audit of the last available fiscal year, or their most recent tax return and balance sheet.*

d) *Conflict of Interest Form (Attachment "C")*

*All respondents shall properly complete, have notarized and attach with their proposal the attached notarized disclosure statement.*

e) *Addenda*

*Any addenda issued subsequent to the release of this solicitation must be signed and returned with the firm's proposal. Failure to return signed addenda may be cause for the proposal to be considered non-responsive.*

f) *Confidential Materials (Attachment "E," Exhibit "A")*

*All materials that qualify as "trade secrets" shall be segregated, clearly labeled and accompanied by an executed Non-disclosure Agreement for Confidential Materials shall be submitted in this section.*

g) *Additional Requirements Attachments*

    i. *Drug Free Workplace Certification, Attachment "A"*

    ii. *Debarment Certification, Attachment "B"*

    iii. *Hold Harmless Certification, Attachment "F"*

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d



# Completed Respondent's Information Form





Gallagher Benefit Services, Inc.

t h i n k i n g   a h e a d

| SUBMIT TO:<br>The School District of Osceola County,<br>Florida<br>Purchasing Department, Building 2000<br>817 Bill Beck Blvd.<br>Kissimmee, FL 34744 | REQUEST FOR PROPOSAL |
|---|---|



**AN EQUAL OPPORTUNITY EMPLOYER**
www.osceola.k12.fl.us/depts/Purchasing/Index.asp

CONTACT PERSON:
*Neil D. McDonald*

Date issued: *November 17, 2011*

Telephone #: 407.870.4630
Fax #:    407.870.4616

| TITLE: *Employee Benefit Consulting Services* | NUMBER:<br>**SDOC-12-P-045-NM** | SUBMITTAL DEADLINE:<br>*December 14, 2011* at 2:00 PM |
|---|---|---|

| PRE PROPOSAL CONFERENCE - DATE, TIME AND LOCATION:<br>*November 29, 2011, at 9:00 AM at 817 Bill Beck Blvd., Building 2000,<br>Purchasing, Kissimmee, Florida* | *SUBMITTALS RECEIVED AFTER ABOVE DATE<br>AND TIME WILL NOT BE CONSIDERED* |
|---|---|

FIRM'S "LEGAL" NAME (As described in the Section Titled "Florida Department of State, Division of Corporations Registration Requirements within this RFP.):

Gallagher Benefit Services, Inc.

Florida Division of Corporation Document Number:

MAILING ADDRESS:
200 South Orange Ave   Ste 1350

CITY - STATE - ZIP:
Orlando, FL 32801

TELEPHONE NO.:
(407) 563-3572

FAX NO.:
(407) 563-3580

FEDERAL ID NO. OR SOCIAL SECURITY NO.
36 4291971

I hereby certify that I have read and understand the requirements of this Invitation To Bid and that I, as the bidder, will comply with all requirements of this offer and any contract(s) and/or any transactions required by this award.

X _____
Authorized Signature

Typed Name

Area President    12/12/11
Title           Date

Eric Scott @ ajg.com
Email Address

**THIS FORM MUST BE COMPLETED AND RETURNED WITH YOUR RESPONSE**
**GENERAL CONDITIONS AND INSTRUCTIONS**
**\* \* \* \* PLEASE READ CAREFULLY \* \* \* \***
Individuals covered by the Americans with Disabilities Act of 1990 in need of accommodations to attend public openings or meetings sponsored by the School District of Osceola County Purchasing Department shall contact the Purchasing Department at 407.870.4630, at least five (5) days prior to the scheduled opening or meeting.

1. **SUBMISSION OF OFFERS:** All offers shall be submitted in a sealed envelope or package. The invitation number, title, and opening date shall be clearly displayed on the outside of the sealed envelope or package. The delivery of responses to the School District of Osceola County Purchasing Department prior to the specified date and time is solely and strictly the responsibility of the offeror. Any submittal received in the Purchasing Department after the specified date and time will not be considered.

   Responses shall be submitted on forms provided by the School Board. Additional information may be attached to the submittal. Facsimile submissions are NOT acceptable. No offer may be modified after acceptance. No offer may be withdrawn after opening for a period of sixty (60) days unless otherwise specified.

2. **EXECUTION OF OFFER:** Offer shall contain a manual signature in the space(s) provided of a representative authorized to legally bind the offeror to the provisions therein. All spaces requesting information from the offeror shall be completed. Responses shall be typed or printed in ink. Use of erasable ink or pencil is not permitted. Any correction made by the offeror to any entry must be initialed.

3. **OPENING:** Opening shall be public in the School District Purchasing Department immediately following the advertised deadline date and time for receipt of submittals. Pursuant to Section 119.071(1)(b) Florida Statutes (1991) no further information regarding offers submitted will be made public until such time of intended award or ten (10) days after bid opening, whichever is earlier.

4. **PUBLIC RECORD:** The School District is governed by the Public Record Law, Chapter 119, Florida Statutes. Pursuant to Chapter 119 only trade secrets as defined in Section 812.081, Florida Statute shall be exempt from disclosure.

5. **CLARIFICATION/CORRECTION OF ENTRY:** The School Board reserves the right to allow for the clarification of questionable entries and the correction of OBVIOUS MISTAKES.

6. **INTERPRETATION/ADDENDA:** Any questions concerning conditions and specifications shall be directed to the designated contact person. Those interpretations which may affect the eventual outcome of the invitation/offer shall be furnished in writing to prospective offerors.

   No interpretation shall be considered binding unless provided in writing by the School District Purchasing Department in the form of an addendum. Any addenda issued shall be acknowledged by signature and returned with offeror's response.

   Failure to acknowledge addenda may result in the offer not being considered.

7. **INCURRED EXPENSES:** This invitation does not commit the School Board to make an award nor shall the School Board be responsible for any cost or expense which may be incurred by any respondent in preparing and submitting a reply, or any cost or expense incurred by any respondent prior to the execution of a purchase order or contract agreement.

8. **PRICING:** Unless otherwise specified prices offered shall remain firm for a period of at least sixty (60) days; all pricing of goods shall include FOB DESTINATION, all packing, handling, shipping charges and delivery to any point(s) within the School District to a secure area or inside delivery; all prices of services shall include all expenses necessary to provide the service at the location specified.



# Financial Statement





Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

 Arthur J. Gallagher & Co.

**NEWS RELEASE**

### ARTHUR J. GALLAGHER & CO. ANNOUNCES
### THIRD QUARTER 2011 FINANCIAL RESULTS

ITASCA, IL, October 25, 2011 — Arthur J. Gallagher & Co. (NYSE: AJG) today reported its financial results for the quarter and nine-month period ended September 30, 2011.  A printer-friendly format and supplemental quarterly data is available at www.ajg.com.  For a description of the measures used to report financial results in this earnings release, please see "Information Regarding Non-GAAP Measures" beginning on page 6.

"Our third quarter showed excellent progress.  We are seeing organic growth in all of our operations.  We are holding our margins; M&A activity is robust and we are growing our adjusted EBITDAC and adjusted diluted net earnings per share," said J. Patrick Gallagher Jr., Chairman, President and CEO.  "Our combined Brokerage and Risk Management segments posted 22% growth in adjusted total revenues, 5.2% organic growth in commission, fee and supplemental commission revenues, 20% growth in adjusted EBITDAC and 13% growth in adjusted diluted net earnings per share."

- Our Brokerage segment had a great quarter.  Adjusted total revenues were up 21%, organic commission, fee and supplemental commission revenues grew 2.6% and adjusted EBITDAC was up 17%.  Also during the quarter, we completed eight acquisitions with annualized revenues of $24 million. Year-to-date, we have added $235 million of annualized revenues.

- Our Risk Management segment had an outstanding quarter.  Adjusted total revenues were up 25%, organic fees were up 12.9% and adjusted EBITDAC was up 35%.  We will complete the integration of GAB Robins in early fourth quarter 2011.

"We continue to see some indications of market firming and so far our customers' businesses seem to be weathering the recent economic uncertainty.  Looking forward, our global team is pushing hard to deliver continued solid results for 2011, which should give us strong momentum going into 2012."

The following provides non-GAAP information that management believes is helpful when comparing 2011 revenues, EBITDAC and diluted net earnings (loss) per share with the same quarter and nine-month period in 2010:

### Quarter Ended September 30

| Segment | Revenues | | | EBITDAC | | | Diluted Net Earnings (Loss) Per Share | | |
|---|---|---|---|---|---|---|---|---|---|
| | 3rd Q 11 | 3rd Q 10 | Chg | 3rd Q 11 | 3rd Q 10 | Chg | 3rd Q 11 | 3rd Q 10 | Chg |
| | (in millions) | | | (in millions) | | | | | |
| Brokerage, as adjusted | $ 421.1 | $ 347.5 | 21% | $ 101.3 | $ 86.6 | 17% | $ 0.41 | $ 0.37 | 11% |
| Gains on book sales | 0.8 | 3.8 | | 0.8 | 3.8 | | - | 0.02 | |
| Heath Lambert integration costs | - | - | | (5.5) | - | | (0.03) | - | |
| Workforce & lease termination | - | - | | (0.3) | (1.2) | | - | (0.01) | |
| Earnout related adjustments | - | - | | (0.6) | - | | 0.03 | 0.04 | |
| Brokerage, as reported | 421.9 | 351.3 | | 95.7 | 89.2 | | 0.41 | 0.42 | |
| Risk Management, as adjusted | 139.0 | 111.4 | 25% | 22.8 | 16.9 | 35% | 0.10 | 0.08 | 25% |
| GAB Robins integration costs | - | - | | (4.1) | - | | (0.02) | - | |
| Litigation settlement | - | - | | - | (2.8) | | - | (0.02) | |
| Workforce & lease termination | - | - | | (1.0) | (0.1) | | (0.01) | - | |
| Risk Management, as reported | 139.0 | 111.4 | | 17.7 | 14.0 | | 0.07 | 0.06 | |
| Total Brokerage & Risk Management, as reported | 560.9 | 462.7 | | 113.4 | 103.2 | | 0.48 | 0.48 | |
| Corporate, as reported | 1.9 | 0.5 | | (7.0) | (5.3) | | (0.07) | (0.04) | |
| Total Company, as reported | $ 562.8 | $ 463.2 | | $ 106.4 | $ 97.9 | | $ 0.41 | $ 0.44 | |
| Total Brokerage & Risk Management, as adjusted | $ 560.1 | $ 458.9 | 22% | $ 124.1 | $ 103.5 | 20% | $ 0.51 | $ 0.45 | 13% |

**Nine Months Ended September 30**

| | Revenues | | | EBITDAC | | | Diluted Net Earnings (Loss) Per Share | | |
|---|---|---|---|---|---|---|---|---|---|
| Segment | 9 Mths 11 | 9 Mths 10 | Chg | 9 Mths 11 | 9 Mths 10 | Chg | 9 Mths 11 | 9 Mths 10 | Chg |
| Continuing Operations | (in millions) | | | (in millions) | | | | | |
| Brokerage, as adjusted | $1,138.7 | $ 982.7 | 16% | $ 253.9 | $ 221.0 | 15% | $ 0.97 | $ 0.91 | 7% |
| Gains on book sales | 4.4 | 5.3 | | 4.4 | 5.3 | | 0.02 | 0.03 | |
| Net supplemental commission timing (note 6) | - | 14.7 | | - | 14.7 | | - | 0.08 | |
| Heath Lambert integration costs | - | - | | (8.5) | - | | (0.04) | - | |
| Litigation settlement | - | - | | - | (3.5) | | - | (0.02) | |
| Workforce & lease termination | - | - | | (2.2) | (5.4) | | (0.01) | (0.03) | |
| Earnout related adjustments | - | - | | (6.4) | - | | 0.03 | 0.03 | |
| Brokerage, as reported | 1,143.1 | 1,002.7 | | 241.2 | 232.1 | | 0.97 | 1.00 | |
| Risk Management, as adjusted | 403.1 | 333.3 | 21% | 63.4 | 52.4 | 21% | 0.28 | 0.25 | 12% |
| GAB Robins integration costs | | | | (11.3) | - | | (0.06) | - | |
| Litigation settlement | - | - | | - | (2.8) | | - | (0.02) | |
| Workforce & lease termination | - | - | | (5.2) | (0.5) | | (0.03) | - | |
| Risk Management, as reported | 403.1 | 333.3 | | 46.9 | 49.1 | | 0.19 | 0.23 | |
| Total Brokerage & Risk Management, as reported | 1,546.2 | 1,336.0 | | 288.1 | 281.2 | | 1.16 | 1.23 | |
| Corporate, as reported | 10.1 | 69.1 | | (22.0) | (12.0) | | (0.23) | (0.11) | |
| Total Continuing Operations, as reported | $1,556.3 | $1,405.1 | | $ 266.1 | $ 269.2 | | 0.93 | 1.12 | |
| Discontinued Operations | | | | | | | - | 0.02 | |
| Total Company, as reported | | | | | | | $ 0.93 | $ 1.14 | |
| Total Brokerage & Risk Management, as adjusted | $1,541.8 | $1,316.0 | 17% | $ 317.3 | $ 273.4 | 16% | $ 1.25 | $ 1.16 | 8% |

**Brokerage Segment Third Quarter Highlights**

- The following provides non-GAAP information that management believes is helpful when comparing certain components of 2011 organic revenues with the same periods in 2010 (in millions):

| | 3rd Q 11 | 3rd Q 10 | 9 Mths 11 | 9 Mths 10 |
|---|---|---|---|---|
| **Commissions and Fees** | | | | |
| Commissions as reported | $ 308.0 | $ 251.9 | $ 829.7 | $ 713.1 |
| Fees as reported | 86.8 | 74.8 | 227.7 | 198.2 |
| Less commissions and fees from acquisitions | (61.9) | - | (124.9) | - |
| Less disposed of operations | - | (2.5) | - | (2.5) |
| Levelized foreign currency translation | - | 1.4 | - | 5.3 |
| Organic commissions and fees | $ 332.9 | $ 325.6 | $ 932.5 | $ 914.1 |
| Organic change in commissions and fees | 2.2% | | 2.0% | |
| **Supplemental Commissions** | | | | |
| Supplemental commissions as reported | $ 14.5 | $ 10.2 | $ 42.0 | $ 48.7 |
| Less supplemental commissions from acquisitions | (2.9) | - | (3.6) | - |
| Net supplemental commission timing (note 6) | - | - | - | (14.7) |
| Organic supplemental commissions | $ 11.6 | $ 10.2 | $ 38.4 | $ 34.0 |
| Organic change in supplemental commissions | 13.7% | | 12.9% | |
| **Contingent Commissions** | | | | |
| Contingent commissions as reported | $ 9.9 | $ 9.5 | $ 34.6 | $ 33.7 |
| Less contingent commissions from acquisitions | (0.4) | - | (3.3) | - |
| Organic contingent commissions | $ 9.5 | $ 9.5 | $ 31.3 | $ 33.7 |
| Organic change in contingent commissions | 0.0% | | -7.1% | |

**Brokerage Segment Third Quarter Highlights (continued)**

- The following is a summary of brokerage acquisition activity for 2011 and 2010:

| | 3rd Q 11 | 3rd Q 10 | 9 Mths 11 | 9 Mths 10 |
|---|---|---|---|---|
| Shares issued for acquisitions and earnouts | 424,000 | 679,000 | 2,392,000 | 2,211,000 |
| Number of acquisitions closed | 8 | 4 | 21 | 12 |
| Annualized revenues acquired (in millions) | $ 23.5 | $ 12.5 | $ 234.8 | $ 56.7 |

- Adjusted third quarter compensation ratio shown on page 8 was 0.6 pts lower than the same period in 2010.  The ratio was primarily impacted by the acquisition of Heath Lambert (see * in table below).

- Adjusted third quarter operating expense ratio shown on page 8 was 1.5 pts higher than the same period in 2010.  The ratio was primarily impacted by the acquisition of Heath Lambert (see * in table below).

- Third quarter 2011 includes adjustments to earnouts comprised of (a) $6.6 million of income, reported in the change in estimated earnout payables line, relating to net downward adjustments for prior year acquisitions as a result of revised earnout projections, and (b) $0.6 million of compensation expense relating to an acquisition where the sellers reallocated a portion of the earnout to current employees.  Pursuant to ASC Subtopic 805-10-55, the portion of the reallocation is reported as compensation expense.

- The following provides non-GAAP information that management believes is helpful when comparing 2011 EBITDAC and 2011 Adjusted EBITDAC to the same periods in 2010 (in millions):

| | 3rd Q 11 | 3rd Q 10 | 9 Mths 11 | 9 Mths 10 |
|---|---|---|---|---|
| Total EBITDAC - see pages 8 and 10 for computation | $ 95.7 | $ 89.2 | $ 241.2 | $ 232.1 |
| Gains from books of business sales | (0.8) | (3.8) | (4.4) | (5.3) |
| Net supplemental commission timing (note 6) | - | - | - | (14.7) |
| Heath Lambert integration costs | 5.5 | - | 8.5 | - |
| Earnout related compensation charge | 0.6 | - | 6.4 | - |
| Workforce related charges | 0.3 | 1.2 | 2.2 | 4.8 |
| Lease termination related charges | - | - | - | 0.6 |
| Litigation settlement | - | - | - | 3.5 |
| Adjusted EBITDAC | $ 101.3 | $ 86.6 | $ 253.9 | $ 221.0 |
| Adjusted EBITDAC change | 17.0% | | 14.9% | |
| Adjusted EBITDAC margin | 24.1% | 24.9% | 22.3% | 22.5% |
| Adjusted EBITDAC margin excluding Heath Lambert * | 24.9% | 24.9% | 22.7% | 22.5% |

\*   As expected, until the integration process is completed in 2013, the Heath Lambert operations will reduce the overall Brokerage Segment adjusted EBITDAC margins.  Heath Lambert's current operating structure tends to produce lower compensation expense ratios and higher operating expense ratios in comparison to Gallagher's other non-Health Lambert related brokerage operations.

**Risk Management Segment Third Quarter Highlights**

- The following provides non-GAAP information that management believes is helpful when comparing 2011 organic fee revenues with the same periods in 2010 (in millions):

| | 3rd Q 11 | 3rd Q 10 | 9 Mths 11 | 9 Mths 10 |
|---|---|---|---|---|
| Domestic and international fees | $ 129.5 | $ 108.0 | $ 378.5 | $ 322.0 |
| International performance bonus fees | 3.0 | 2.5 | 9.1 | 9.5 |
| Adjusting fees related to international natural disasters | 5.8 | 0.4 | 13.5 | 0.4 |
| Fees as reported | 138.3 | 110.9 | 401.1 | 331.9 |
| Less fees from acquisitions | (10.9) | - | (34.1) | - |
| Levelized foreign currency translation | - | 1.9 | - | 7.2 |
| Organic fees | $ 127.4 | $ 112.8 | $ 367.0 | $ 339.1 |
| Organic change in fees | 12.9% | | 8.2% | |

**Risk Management Segment Third Quarter Highlights (continued)**

- Adjusted third quarter compensation ratio shown on page 8 was 1.2 pts lower than the same period in 2010.  The GAB Robins acquisition had the impact of decreasing the adjusted compensation ratio by 0.9 pts.  This was primarily due to certain services provided by GAB Robins that require related revenues and operating expenses to be reflected on a gross rather than net basis in the statement of earnings.

- Adjusted third quarter operating expense ratio shown on page 8 was equal to the same period in 2010.  The GAB Robins acquisition had the impact of increasing the adjusted operating ratio by 0.4 pts.  This was primarily due to certain services provided by GAB Robins that require related revenues and operating expenses to be reflected on a gross rather than net basis in the statement of earnings.  The adjusted operating expense ratio was also impacted by decreased rent expense of 0.4 pts.

- The following provides non-GAAP information that management believes is helpful when comparing 2011 EBITDAC and 2011 Adjusted EBITDAC to the same periods in 2010 (in millions):

|  | 3rd Q 11 | 3rd Q 10 | 9 Mths 11 | 9 Mths 10 |
|---|---|---|---|---|
| Total EBITDAC - see pages 8 and 10 for computation | $ 17.7 | $ 14.0 | $ 46.9 | $ 49.1 |
| Workforce related charges | 1.0 | 0.2 | 5.0 | 0.4 |
| Litigation settlement | - | 2.8 | - | 2.8 |
| Lease termination related charges | - | (0.1) | 0.2 | 0.1 |
| GAB Robins integration costs | 4.1 | - | 11.3 | - |
| Levelized foreign currency translation | - | 0.1 | - | 1.4 |
| Adjusted EBITDAC | $ 22.8 | $ 17.0 | $ 63.4 | $ 53.8 |
| Adjusted EBITDAC change | 34.1% |  | 17.8% |  |
| Adjusted EBITDAC margin | 16.4% | 15.3% | 15.7% | 16.1% |

**Corporate Segment Third Quarter Highlights**

The following provides non-GAAP information that management believes is helpful when comparing 2011 operating results for the Corporate Segment with the same periods in 2010 (in millions):

|  | 2011 | | | 2010 | | |
|---|---|---|---|---|---|---|
|  | Pretax Earnings (Loss) | Income Tax Benefit | Net Earnings (Loss) | Pretax Earnings (Loss) | Income Tax Benefit | Net Earnings (Loss) |
| **3rd Quarter** |  |  |  |  |  |  |
| Interest and banking costs | $ (11.1) | $ 4.4 | $ (6.7) | $ (9.3) | $ 3.7 | $ (5.6) |
| Clean-energy investments | (2.9) | 4.7 | 1.8 | (2.4) | 5.1 | 2.7 |
| Acquisition costs | (1.2) | 0.5 | (0.7) | (0.6) | 0.2 | (0.4) |
| Corporate | (2.3) | (0.2) | (2.5) | (1.7) | 0.6 | (1.1) |
|  | $ (17.5) | $ 9.4 | $ (8.1) | $ (14.0) | $ 9.6 | $ (4.4) |
| **Nine Months** |  |  |  |  |  |  |
| Interest and banking costs | $ (32.7) | $ 13.0 | $ (19.7) | $ (27.0) | $ 10.8 | $ (16.2) |
| Clean-energy investments | (10.1) | 11.5 | 1.4 | (4.6) | 13.8 | 9.2 |
| Acquisition costs | (3.9) | 1.0 | (2.9) | (2.7) | 1.0 | (1.7) |
| Corporate | (6.1) | 1.5 | (4.6) | (3.9) | 1.1 | (2.8) |
|  | $ (52.8) | $ 27.0 | $ (25.8) | $ (38.2) | $ 26.7 | $ (11.5) |

- **Debt, interest and banking** - Gallagher has $675.0 million of long-term borrowings outstanding under three private placement agreements, which are due and payable in various amounts in 2014 through 2023.  Gallagher also maintains an unsecured line of credit of $500.0 million that expires July 14, 2014.  There were no borrowings outstanding under Gallagher's line of credit facility at September 30, 2011.

**Corporate Segment Third Quarter Highlights (continued)**

- **Clean-energy investments -** Gallagher holds minority investments in six commercial clean-coal operations (consisting of 12 plants) with a $9.2 million carrying value at September 30, 2011. Collectively, these six operations could generate for Gallagher approximately $4.5 million of net after-tax earnings per quarter through 2019.

   Gallagher is also investing approximately $12.0 million, on a net basis, in four additional commercial clean-coal operations (consisting of 6 plants), which have signed long-term agreements with utilities to purchase the refined coal produced by those operations. Gallagher plans to retain a minority investment in each operation. Beginning in early 2012, these four operations collectively could generate for Gallagher approximately $7.0 million to $8.0 million of net after-tax earnings per quarter through 2021.

   In addition, Gallagher is also investing approximately $18.0 million, on a net basis, to build 10 additional commercial clean-coal plants before year-end, and is negotiating with co-investors to purchase portions of the plants, and with utility customers to purchase, under long-term contracts, refined coal produced by these plants. It is too early at this time to predict when these negotiations will be complete and what the ultimate earnings potential could be from these plants.

- **Acquisition costs -** Consists of professional fees and other due diligence costs related to acquisitions.

- **Corporate -** Consists of overhead allocations mostly related to corporate staff compensation.

### Income Taxes

Gallagher allocates the provision for income taxes to its Brokerage and Risk Management segments as if those segments were computing income tax provisions on a separate company basis. Gallagher historically has reported, and anticipates reporting for the foreseeable future, an effective tax rate of approximately 39% to 41% in both its Brokerage and Risk Management segments. Gallagher's consolidated effective tax rate for third quarter was 34.2% in 2011 and 34.4% in 2010. The third quarter 2011 and 2010 effective tax rates are lower than the statutory rate due to tax credits generated during 2011 and 2010.

### Webcast Conference Call

Gallagher will host a webcast conference call on Wednesday, October 26, 2011 at 9:15 a.m. ET/8:15 a.m. CT. To listen to this call, please go to www.ajg.com. The call will be available for replay at such website for not less than 90 days.

### About Arthur J. Gallagher & Co.

Arthur J. Gallagher & Co., an international insurance brokerage and risk management services firm, is headquartered in Itasca, Illinois, has operations in 16 countries and offers client-service capabilities in more than 100 countries around the world through a network of correspondent brokers and consultants.

### Information Concerning Forward-Looking Statements

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. When used in this press release, the words "anticipates," "believes," "contemplates," "should," "could," "estimates," "expects," "intends," "plans" and variations thereof and similar expressions, are intended to identify forward-looking statements. Examples of forward-looking statements include, but are not limited to, statements regarding future income and tax credits generated by Gallagher's clean-energy operations, our corporate income tax rate, the integration of the Heath Lambert and GAB Robins acquisitions, the future revenue and earnings impact of such acquisitions, drivers of organic growth in the Brokerage and Risk Management segments and anticipated future results or performance of any segment or the Company as a whole.

Gallagher's actual results may differ materially from those contemplated by the forward-looking statements. Readers are therefore cautioned against relying on any of the forward-looking statements, which are neither statements of historical fact nor guarantees or assurances of future performance. Important factors that could cause actual results to differ materially from those in the forward-looking statements include the following:

- Changes in worldwide and national economic conditions, changes in premium rates and in insurance markets generally, changes in the insurance brokerage industry's competitive landscape, and the difficulties inherent in combining the cultures and systems of different companies could impact Gallagher's integration of the Heath Lambert and GAB Robins acquisitions, future revenue and earnings impact of such acquisitions, drivers of organic growth in the Brokerage and Risk Management segments and anticipated future results or performance of any segment or the Company as a whole and,

(5 of 13)

- Uncertainties related to Gallagher's IRC Section 45 investments, including uncertainties related to (i) receipt and maintenance of long-term permits to operate the facilities by Gallagher's utility partners, (ii) Gallagher's ability to find operating sites and co-investors for its non-operating clean-coal investments, (iii) potential IRS challenges to Gallagher's ability to claim tax credits under IRC Section 45, (iv) utilities' future use of coal to generate electricity, (v) operational risks at the IRC Section 45 operations (including Gallagher's lack of control over such operations), (vi) business risks relating to Gallagher's co-investors and partners, (vii) intellectual property risks, and (viii) environmental risks, could impact Gallagher's future income and tax credits generated from its clean-coal investments and its future corporate tax rate.

Please refer to Gallagher's filings with the SEC, including Item 1A, "Risk Factors," of its Annual Report on Form 10-K for the fiscal year ended December 31, 2010, for a more detailed discussion of these and other factors that could impact its forward-looking statements.  Any forward-looking statement made by Gallagher in this press release speaks only as of the date on which it is made.  Except as required by applicable law, Gallagher does not undertake to update the information included herein or the corresponding earnings release posted on Gallagher's website.

**Information Regarding Non-GAAP Measures**

In addition to reporting financial results in accordance with GAAP, this press release provides information regarding EBITDAC, EBITDAC margin, Adjusted EBITDAC, Adjusted EBITDAC margin, Adjusted EBITDAC margin excluding Heath Lambert, Diluted Net Earnings Per Share (As Adjusted) for the Brokerage and Risk Management segments, organic change in commission, fee and supplemental commission revenues, adjusted revenues, expenses and net earnings, adjusted compensation expense ratio and adjusted operating expense ratio.  These measures are not in accordance with, or an alternative to, the GAAP information provided in this press release.  Gallagher's management believes that these presentations provide useful information to management, analysts and investors regarding financial and business trends relating to Gallagher's results of operations and financial condition.  Gallagher's industry peers provide similar supplemental non-GAAP information, although they may not use the same or comparable terminology and may not make identical adjustments.  The non-GAAP information provided by Gallagher should be used in addition to, but not as a substitute for, the GAAP information provided.  Certain reclassifications have been made to the prior year amounts reported in the press release in order to conform them to the current year presentation.

**Adjusted presentation** - Gallagher believes that the adjusted presentation of 2011 and 2010 statements of earnings, presented on the following pages, provides stockholders and other interested persons with useful information regarding certain financial metrics of Gallagher that will assist such persons in analyzing Gallagher operating results as they develop a future earnings outlook for Gallagher.  The after tax amounts related to the adjustments were computed using the effective tax rate for each respective period.

- **Adjusted revenues, expenses and net earnings** - Gallagher defines these measures as revenues, expenses and earnings from continuing operations, respectively, each adjusted to exclude gains realized from sales of books of business, supplemental commission timing amounts, workforce related charges, lease termination related charges, acquisition related integration costs, litigation settlements and adjustments to the change in estimated acquisition earnout payables, as applicable.  Acquisition related integration costs include costs related to transactions not expected to occur on an ongoing basis in the future once we fully assimilate the applicable acquisition.  These costs are typically associated with redundant workforce, extra lease space, duplicate services and external costs incurred to assimilate the acquisition on to our IT related systems.

- **Adjusted ratios** - Compensation expense ratio and operating expense ratio are defined as adjusted compensation expense and adjusted operating expense, respectively, each divided by adjusted revenues.

**Earnings Measures** - Gallagher believes that each of EBITDAC, EBITDAC margin, Adjusted EBITDAC, Adjusted EBITDAC margin, Adjusted EBITDAC margin excluding Heath Lambert, and Diluted Net Earnings Per Share (As Adjusted) for the Brokerage and Risk Management segments, as defined below, provides a meaningful representation of its operating performance.  Gallagher considers EBITDAC and EBITDAC margin as a way to measure financial performance on an ongoing basis.  Adjusted EBITDAC, Adjusted EBITDAC margin, Adjusted EBITDAC margin excluding Heath Lambert, and Diluted Net Earnings Per Share (As Adjusted) for the Brokerage and Risk Management segments are presented to improve the comparability of our results between periods by eliminating the impact of the items that have a high degree of variability.

- **EBITDAC** - Gallagher defines this measure as earnings from continuing operations before interest, income taxes, depreciation, amortization and the change in estimated acquisition earnout payables.

- **EBITDAC margin** - Gallagher defines this measure as EBITDAC divided by total revenues.

- **Adjusted EBITDAC** - Gallagher defines this measure as EBITDAC adjusted to exclude gains realized from sales of books of business, supplemental commission timing amounts, workforce related charges, lease termination related charges, acquisition related integration costs, litigation settlements and the period-over-period impact of foreign currency translation.

- **Adjusted EBITDAC margin** - Gallagher defines this measure as Adjusted EBITDAC divided by total revenues, as adjusted to exclude gains realized from sales of books of business and supplemental commission timing amounts.

**Information Regarding Non-GAAP Measures (continued)**

- **Adjusted EBITDAC margin excluding Heath Lambert** - Gallagher defines this measure as Adjusted EBITDAC further adjusted to exclude the EBITDAC associated with the acquired Heath Lambert operations divided by total revenues, as adjusted to exclude gains realized from sales of books of business, supplemental commission timing amounts and the revenues associated with the acquired Heath Lambert operations.

- **Diluted Net Earnings Per Share (As Adjusted) for the Brokerage and Risk Management segments** - Gallagher defines this measure as net earnings adjusted to exclude the after-tax impact of gains realized from sales of books of business, supplemental commission timing amounts, workforce related charges, lease termination related charges, acquisition related integration costs litigation settlements and the change in estimated acquisition earnout payables divided by diluted weighted average shares outstanding.

**Organic Revenues** - Organic change in commission, fee and supplemental commission revenues excludes the first twelve months of net commission, fee and supplemental commission revenues generated from acquisitions accounted for as purchases and the net commission and fee revenues related to operations disposed of in each year presented.  These commissions and fees are excluded from organic revenues in order to determine the revenue growth that is associated with the operations that were a part of Gallagher in both the current and prior year.  In addition, organic growth excludes the impact of contingent commission revenues and the period-over-period impact of foreign currency translation.  The amounts excluded with respect to foreign currency translation are calculated by applying 2011 foreign exchange rates to the same periods in 2010.

These revenue items are excluded from organic revenues in order to determine a comparable measurement of revenue growth that is associated with the revenue sources that will be continuing in 2011 and beyond.  Gallagher has historically viewed organic revenue growth as an important indicator when assessing and evaluating the performance of its Brokerage and Risk Management segments.  Gallagher also believes that using this measure allows financial statement users to measure, analyze and compare the growth from its Brokerage and Risk Management segments in a meaningful and consistent manner.

**Reconciliation of Non-GAAP Information Presented to GAAP Measures** - This press release includes tabular reconciliations to the most comparable GAAP measures for adjusted revenues, expenses and net earnings, EBITDAC (on pages 8 through 11), for Adjusted EBITDAC, Adjusted EBITDAC margin, Adjusted EBITDAC margin excluding Heath Lambert (on pages 3 and 4, respectively, for the Brokerage and Risk Management segments), for Diluted Net Earnings Per Share (As Adjusted) for the Brokerage and Risk Management segments (on pages 1 and 2), and for organic change in commission, fee and supplemental commission revenues (on pages 2 and 3, respectively, for the Brokerage and Risk Management segments).

(7 of 13)

Arthur J. Gallagher & Co.
### Reported and Adjusted Statement of Earnings and EBITDAC [2] - 3rd Qtr Ended September 30,
(Unaudited - in millions except per share, percentage and workforce data)

| Brokerage Segment | 3rd Qtr Ended September 30, 2011 | | | 3rd Qtr Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Commissions | $ 308.0 | $ - | $ 308.0 | $ 251.9 | $ - | $ 251.9 |
| Fees | 86.8 | - | 86.8 | 74.8 | - | 74.8 |
| Supplemental commissions (6) | 14.5 | - | 14.5 | 10.2 | - | 10.2 |
| Contingent commissions | 9.9 | - | 9.9 | 9.5 | - | 9.5 |
| Investment income and gains realized on books of business sales | 2.7 | (0.8) | 1.9 | 4.9 | (3.8) | 1.1 |
| Revenues | 421.9 | (0.8) | 421.1 | 351.3 | (3.8) | 347.5 |
| Compensation | 248.5 | (4.2) | 244.3 | 205.0 | (1.2) | 203.8 |
| Operating | 77.7 | (2.2) | 75.5 | 57.1 | - | 57.1 |
| Depreciation | 5.6 | - | 5.6 | 5.1 | - | 5.1 |
| Amortization | 19.4 | - | 19.4 | 14.4 | - | 14.4 |
| Change in estimated acquisition earnout payables | (4.3) | 6.6 | 2.3 | (3.9) | 5.6 | 1.7 |
| Expenses | 346.9 | 0.2 | 347.1 | 277.7 | 4.4 | 282.1 |
| Earnings from continuing operations before income taxes | 75.0 | (1.0) | 74.0 | 73.6 | (8.2) | 65.4 |
| Provision for income taxes | 28.5 | (0.4) | 28.1 | 29.4 | (3.3) | 26.1 |
| Earnings from continuing operations | $ 46.5 | $ (0.6) | $ 45.9 | $ 44.2 | $ (4.9) | $ 39.3 |
| Diluted earnings from continuing operations per share | $ 0.41 | $ - | $ 0.41 | $ 0.42 | $ (0.05) | $ 0.37 |
| Growth in diluted earnings from continuing operations per share | -2% | | 11% | 17% | | -5% |
| Growth - revenues | 20% | | 21% | 8% | | 5% |
| Organic change in commissions and fees (1) | 2% | | 2% | 0% | | 0% |
| Compensation expense ratio (4) | 59% | | 58% | 58% | | 59% |
| Operating expense ratio (5) | 18% | | 18% | 16% | | 16% |
| Effective tax rate | 38% | | 38% | 40% | | 40% |
| Workforce at end of period (includes acquisitions) | 7,762 | | 7,762 | 6,068 | | 6,068 |
| **EBITDAC** | | | | | | |
| Earnings from continuing operations | $ 46.5 | $ (0.6) | $ 45.9 | $ 44.2 | $ (4.9) | $ 39.3 |
| Provision for income taxes | 28.5 | (0.4) | 28.1 | 29.4 | (3.3) | 26.1 |
| Depreciation | 5.6 | - | 5.6 | 5.1 | - | 5.1 |
| Amortization | 19.4 | - | 19.4 | 14.4 | - | 14.4 |
| Change in estimated acquisition earnout payables | (4.3) | 6.6 | 2.3 | (3.9) | 5.6 | 1.7 |
| **EBITDAC** | $ 95.7 | $ 5.6 | $ 101.3 | $ 89.2 | $ (2.6) | $ 86.6 |
| EBITDAC margin (3) | 23% | | 24% | 25% | | 25% |
| EBITDAC Growth | 7% | | 17% | 10% | | 0% |

| Risk Management Segment | 3rd Qtr Ended September 30, 2011 | | | 3rd Qtr Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Fees | $ 138.3 | $ - | $ 138.3 | $ 110.9 | $ - | $ 110.9 |
| Investment income | 0.7 | - | 0.7 | 0.5 | - | 0.5 |
| Revenues | 139.0 | - | 139.0 | 111.4 | - | 111.4 |
| Compensation | 88.3 | (4.0) | 84.3 | 72.5 | (3.6) | 68.9 |
| Operating | 33.0 | (1.1) | 31.9 | 24.9 | 0.7 | 25.6 |
| Depreciation | 3.6 | - | 3.6 | 3.1 | - | 3.1 |
| Amortization | 0.6 | - | 0.6 | 0.1 | - | 0.1 |
| Expenses | 125.5 | (5.1) | 120.4 | 100.6 | (2.9) | 97.7 |
| Earnings from continuing operations before income taxes | 13.5 | 5.1 | 18.6 | 10.8 | 2.9 | 13.7 |
| Provision for income taxes | 5.2 | 2.0 | 7.2 | 4.4 | 1.2 | 5.6 |
| Earnings from continuing operations | $ 8.3 | $ 3.1 | $ 11.4 | $ 6.4 | $ 1.7 | $ 8.1 |
| Diluted earnings from continuing operations per share | $ 0.07 | $ 0.03 | $ 0.10 | $ 0.06 | $ 0.02 | $ 0.08 |
| Growth in diluted earnings from continuing operations per share | 17% | | 25% | -33% | | -11% |
| Growth (decline) - revenues | 25% | | 25% | -2% | | -2% |
| Organic change in fees | 13% | | 13% | -3% | | -3% |
| Compensation expense ratio (4) | 64% | | 61% | 65% | | 62% |
| Operating expense ratio (5) | 24% | | 23% | 22% | | 23% |
| Effective tax rate | 39% | | 39% | 41% | | 41% |
| Workforce at end of period (includes acquisitions) | 4,318 | | 4,318 | 3,660 | | 3,660 |
| **EBITDAC (2)** | | | | | | |
| Earnings from continuing operations | $ 8.3 | $ 3.1 | $ 11.4 | $ 6.4 | $ 1.7 | $ 8.1 |
| Provision for income taxes | 5.2 | 2.0 | 7.2 | 4.4 | 1.2 | 5.6 |
| Depreciation | 3.6 | - | 3.6 | 3.1 | - | 3.1 |
| Amortization | 0.6 | - | 0.6 | 0.1 | - | 0.1 |
| **EBITDAC** | $ 17.7 | $ 5.1 | $ 22.8 | $ 14.0 | $ 2.9 | $ 16.9 |
| EBITDAC margin (3) | 13% | | 16% | 13% | | 15% |
| EBITDAC Growth | 26% | | 35% | -20% | | -3% |

See notes to third quarter 2011 earnings release and non-GAAP financial measures on page 12 of 13.

Arthur J. Gallagher & Co.

Reported and Adjusted Statement of Earnings and EBITDAC [2] - 3rd Qtr Ended September 30,

(Unaudited - in millions except share and per share data)

| Corporate Segment | 3rd Qtr Ended September 30, 2011 | | | 3rd Qtr Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Revenues from consolidated clean coal facilities | $ 0.7 | $ - | $ 0.7 | $ - | $ - | $ - |
| Royalty income from clean coal licenses | 1.2 | - | 1.2 | 0.8 | - | 0.8 |
| Income from unconsolidated clean coal facilities | - | - | - | 0.2 | - | 0.2 |
| Other net revenues | - | - | - | (0.5) | - | (0.5) |
| Revenues | 1.9 | - | 1.9 | 0.5 | - | 0.5 |
| Cost of revenues from consolidated clean coal facilities | 0.7 | - | 0.7 | - | - | - |
| Compensation | 5.0 | - | 5.0 | 3.0 | - | 3.0 |
| Operating | 3.2 | - | 3.2 | 2.8 | - | 2.8 |
| Interest | 10.3 | - | 10.3 | 8.6 | - | 8.6 |
| Depreciation | 0.2 | - | 0.2 | 0.1 | - | 0.1 |
| Expenses | 19.4 | - | 19.4 | 14.5 | - | 14.5 |
| Loss from continuing operations before income taxes | (17.5) | - | (17.5) | (14.0) | - | (14.0) |
| Benefit for income taxes | (9.4) | - | (9.4) | (9.6) | - | (9.6) |
| Loss from continuing operations | $ (8.1) | $ - | $ (8.1) | $ (4.4) | $ - | $ (4.4) |
| Diluted loss from continuing operations per share | $ (0.07) | $ - | $ (0.07) | $ (0.04) | $ - | $ (0.04) |
| EBITDAC [2] | | | | | | |
| Loss from continuing operations | $ (8.1) | $ - | $ (8.1) | $ (4.4) | $ - | $ (4.4) |
| Benefit for income taxes | (9.4) | | (9.4) | (9.6) | | (9.6) |
| Interest | 10.3 | | 10.3 | 8.6 | | 8.6 |
| Depreciation | 0.2 | | 0.2 | 0.1 | | 0.1 |
| EBITDAC | $ (7.0) | $ - | $ (7.0) | $ (5.3) | $ - | $ (5.3) |

| Total Company | 3rd Qtr Ended September 30, 2011 | | | 3rd Qtr Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Commissions | $ 308.0 | $ - | $ 308.0 | $ 251.9 | $ - | $ 251.9 |
| Fees | 225.1 | - | 225.1 | 185.7 | - | 185.7 |
| Supplemental commissions [6] | 14.5 | - | 14.5 | 10.2 | - | 10.2 |
| Contingent commissions [6] | 9.9 | - | 9.9 | 9.5 | - | 9.5 |
| Investment income and gains realized on books of business sales | 3.4 | (0.8) | 2.6 | 5.4 | (3.8) | 1.6 |
| Revenues from clean coal activities | 1.9 | - | 1.9 | 1.0 | - | 1.0 |
| Other net revenues - Corporate | - | - | - | (0.5) | - | (0.5) |
| Revenues | 562.8 | (0.8) | 562.0 | 463.2 | (3.8) | 459.4 |
| Compensation | 341.8 | (8.2) | 333.6 | 280.5 | (4.8) | 275.7 |
| Operating | 113.9 | (3.3) | 110.6 | 84.8 | 0.7 | 85.5 |
| Cost of revenues from clean coal activities | 0.7 | - | 0.7 | - | - | - |
| Interest | 10.3 | - | 10.3 | 8.6 | - | 8.6 |
| Depreciation | 9.4 | - | 9.4 | 8.3 | - | 8.3 |
| Amortization | 20.0 | - | 20.0 | 14.5 | - | 14.5 |
| Change in estimated acquisition earnout payables | (4.3) | 6.6 | 2.3 | (3.9) | 5.6 | 1.7 |
| Expenses | 491.8 | (4.9) | 486.9 | 392.8 | 1.5 | 394.3 |
| Earnings from continuing operations before income taxes | 71.0 | 4.1 | 75.1 | 70.4 | (5.3) | 65.1 |
| Provision for income taxes | 24.3 | 1.6 | 25.9 | 24.2 | (2.1) | 22.1 |
| Earnings from continuing operations | 46.7 | 2.5 | 49.2 | 46.2 | (3.2) | 43.0 |
| Earnings (loss) on discontinued operations, net of income taxes | - | | - | - | | - |
| Net earnings | $ 46.7 | $ 2.5 | $ 49.2 | $ 46.2 | $ (3.2) | $ 43.0 |
| Diluted earnings from continuing operations per share | $ 0.41 | $ 0.02 | $ 0.43 | $ 0.44 | $ (0.03) | $ 0.41 |
| Diluted earnings (loss) on discontinued operations per share | - | | - | - | | - |
| Diluted net earnings per share | $ 0.41 | $ 0.02 | $ 0.43 | $ 0.44 | $ (0.03) | $ 0.41 |
| Dividends declared per share | $ 0.33 | | $ 0.33 | $ 0.32 | | $ 0.32 |
| EBITDAC [2] | | | | | | |
| Net earnings | $ 46.7 | 2.5 | $ 49.2 | $ 46.2 | 3.2 | $ 43.0 |
| Earnings (loss) on discontinued operations, net of income taxes | - | | - | - | | - |
| Earnings from continuing operations | 46.7 | 2.5 | 49.2 | 46.2 | (3.2) | 43.0 |
| Provision for income taxes | 24.3 | 1.6 | 25.9 | 24.2 | (2.1) | 22.1 |
| Interest | 10.3 | - | 10.3 | 8.6 | - | 8.6 |
| Depreciation | 9.4 | - | 9.4 | 8.3 | - | 8.3 |
| Amortization | 20.0 | - | 20.0 | 14.5 | - | 14.5 |
| Change in estimated acquisition earnout payables | (4.3) | 6.6 | 2.3 | (3.9) | 5.6 | 1.7 |
| EBITDAC | $ 106.4 | $ 10.7 | $ 117.1 | $ 97.9 | $ 0.3 | $ 98.2 |

See notes to third quarter 2011 earnings release and non-GAAP financial measures on page 12 of 13.

Arthur J. Gallagher & Co.
Reported and Adjusted Statement of Earnings and EBITDAC [2] - 9 Months Ended September 30,
(Unaudited - in millions except per share, percentage and workforce data)

| Brokerage Segment | 9 Months Ended September 30, 2011 | | | 9 Months Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Commissions | $ 829.7 | $ - | $ 829.7 | $ 713.1 | $ - | $ 713.1 |
| Fees | 227.7 | - | 227.7 | 198.2 | - | 198.2 |
| Supplemental commissions [6] | 42.0 | - | 42.0 | 48.7 | (14.7) | 34.0 |
| Contingent commissions | 34.6 | - | 34.6 | 33.7 | - | 33.7 |
| Investment income and gains realized on books of business sales | 9.1 | (4.4) | 4.7 | 9.0 | (5.3) | 3.7 |
| Revenues | 1,143.1 | (4.4) | 1,138.7 | 1,002.7 | (20.0) | 982.7 |
| Compensation | 697.7 | (13.1) | 684.6 | 603.2 | (4.8) | 598.4 |
| Operating | 204.2 | (4.0) | 200.2 | 167.4 | (4.1) | 163.3 |
| Depreciation | 15.7 | - | 15.7 | 14.6 | - | 14.6 |
| Amortization | 52.9 | - | 52.9 | 44.6 | (2.3) | 42.3 |
| Change in estimated acquisition earnout payables | (6.0) | 12.2 | 6.2 | (2.9) | 7.6 | 4.7 |
| Expenses | 964.5 | (4.9) | 959.6 | 826.9 | (3.6) | 823.3 |
| Earnings from continuing operations before income taxes | 178.6 | 0.5 | 179.1 | 175.8 | (16.4) | 159.4 |
| Provision for income taxes | 70.3 | 0.2 | 70.5 | 70.7 | (6.6) | 64.1 |
| Earnings from continuing operations | $ 108.3 | $ 0.3 | $ 108.6 | $ 105.1 | $ (9.8) | $ 95.3 |
| Diluted earnings from continuing operations per share | $ 0.97 | $ - | $ 0.97 | $ 1.00 | $ (0.09) | $ 0.91 |
| Growth in diluted earnings from continuing operations per share | -3% | | 7% | -3% | | -7% |
| Growth - revenues | 14% | | 16% | 5% | | 4% |
| Organic change in commissions and fees [1] | 2% | | 2% | -3% | | -3% |
| Compensation expense ratio [4] | 61% | | 60% | 60% | | 61% |
| Operating expense ratio [5] | 18% | | 18% | 17% | | 17% |
| Effective tax rate | 39% | | 39% | 40% | | 40% |
| Workforce at end of period (includes acquisitions) | 7,762 | | 7,762 | 6,068 | | 6,068 |
| EBITDAC [2] | | | | | | |
| Earnings from continuing operations | $ 108.3 | $ 0.3 | $ 108.6 | $ 105.1 | $ (9.8) | $ 95.3 |
| Provision for income taxes | 70.3 | 0.2 | 70.5 | 70.7 | (6.6) | 64.1 |
| Depreciation | 15.7 | - | 15.7 | 14.6 | - | 14.6 |
| Amortization | 52.9 | - | 52.9 | 44.6 | (2.3) | 42.3 |
| Change in estimated acquisition earnout payables | (6.0) | 12.2 | 6.2 | (2.9) | 7.6 | 4.7 |
| EBITDAC | $ 241.2 | $ 12.7 | $ 253.9 | $ 232.1 | $ (11.1) | $ 221.0 |
| EBITDAC margin [3] | 21% | | 22% | 23% | | 22% |
| EBITDAC Growth | 4% | | 15% | 9% | | 1% |

| Risk Management Segment | 9 Months Ended September 30, 2011 | | | 9 Months Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Fees | $ 401.1 | $ - | $ 401.1 | $ 331.9 | $ - | $ 331.9 |
| Investment income | 2.0 | - | 2.0 | 1.4 | - | 1.4 |
| Revenues | 403.1 | - | 403.1 | 333.3 | - | 333.3 |
| Compensation | 255.2 | (11.9) | 243.3 | 206.9 | (3.8) | 203.1 |
| Operating | 101.0 | (4.6) | 96.4 | 77.3 | 0.5 | 77.8 |
| Depreciation | 10.5 | - | 10.5 | 9.1 | - | 9.1 |
| Amortization | 1.8 | - | 1.8 | 0.4 | - | 0.4 |
| Expenses | 368.5 | (16.5) | 352.0 | 293.7 | (3.3) | 290.4 |
| Earnings from continuing operations before income taxes | 34.6 | 16.5 | 51.1 | 39.6 | 3.3 | 42.9 |
| Provision for income taxes | 13.5 | 6.5 | 20.0 | 15.9 | 1.4 | 17.3 |
| Earnings from continuing operations | $ 21.1 | $ 10.0 | $ 31.1 | $ 23.7 | $ 1.9 | $ 25.6 |
| Diluted earnings from continuing operations per share | $ 0.19 | $ 0.09 | $ 0.28 | $ 0.23 | $ 0.02 | $ 0.25 |
| Growth in diluted earnings from continuing operations per share | -17% | | 12% | -9% | | -6% |
| Growth (decline) - revenues | 21% | | 21% | -2% | | -2% |
| Organic change in fees | 8% | | 8% | -4% | | -4% |
| Compensation expense ratio [4] | 63% | | 60% | 62% | | 61% |
| Operating expense ratio [5] | 25% | | 24% | 23% | | 23% |
| Effective tax rate | 39% | | 39% | 40% | | 40% |
| Workforce at end of period (includes acquisitions) | 4,318 | | 4,318 | 3,660 | | 3,660 |
| EBITDAC [2] | | | | | | |
| Earnings from continuing operations | $ 21.1 | $ 10.0 | $ 31.1 | $ 23.7 | $ 1.9 | $ 25.6 |
| Provision for income taxes | 13.5 | 6.5 | 20.0 | 15.9 | 1.4 | 17.3 |
| Depreciation | 10.5 | - | 10.5 | 9.1 | - | 9.1 |
| Amortization | 1.8 | - | 1.8 | 0.4 | - | 0.4 |
| EBITDAC | $ 46.9 | $ 16.5 | $ 63.4 | $ 49.1 | $ 3.3 | $ 52.4 |
| EBITDAC margin [3] | 12% | | 16% | 15% | | 16% |
| EBITDAC Growth | -4% | | 21% | -4% | | 0% |

See notes to third quarter 2011 earnings release and non-GAAP financial measures on page 12 of 13.

**Arthur J. Gallagher & Co.**
Reported and Adjusted Statement of Earnings and EBITDAC [2] - 9 Months Ended September 30,
(Unaudited - in millions except share and per share data)

| Corporate Segment | 9 Months Ended September 30, 2011 | | | 9 Months Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Revenues from consolidated clean coal facilities | $ 10.6 | $ - | $ 10.6 | $ 62.7 | $ - | $ 62.7 |
| Royalty income from clean coal licenses | 1.7 | - | 1.7 | 2.5 | - | 2.5 |
| Income from unconsolidated clean coal facilities | (2.3) | - | (2.3) | 0.9 | - | 0.9 |
| Other net revenues | 0.1 | - | 0.1 | 3.0 | - | 3.0 |
| Revenues | 10.1 | - | 10.1 | 69.1 | - | 69.1 |
| Cost of revenues from consolidated clean coal facilities | 12.4 | - | 12.4 | 64.0 | - | 64.0 |
| Compensation | 8.8 | - | 8.8 | 8.4 | - | 8.4 |
| Operating | 10.9 | - | 10.9 | 8.7 | - | 8.7 |
| Interest | 30.4 | - | 30.4 | 25.9 | - | 25.9 |
| Depreciation | 0.4 | - | 0.4 | 0.3 | - | 0.3 |
| Expenses | 62.9 | - | 62.9 | 107.3 | - | 107.3 |
| Loss from continuing operations before income taxes | (52.8) | - | (52.8) | (38.2) | - | (38.2) |
| Benefit for income taxes | (27.0) | - | (27.0) | (26.7) | - | (26.7) |
| Loss from continuing operations | $ (25.8) | $ - | $ (25.8) | $ (11.5) | $ - | $ (11.5) |
| Diluted loss from continuing operations per share | $ (0.23) | $ - | $ (0.23) | $ (0.11) | $ - | $ (0.11) |
| EBITDAC [2] | | | | | | |
| Loss from continuing operations | $ (25.8) | $ - | $ (25.8) | $ (11.5) | $ - | $ (11.5) |
| Benefit for income taxes | (27.0) | - | (27.0) | (26.7) | - | (26.7) |
| Interest | 30.4 | - | 30.4 | 25.9 | - | 25.9 |
| Depreciation | 0.4 | - | 0.4 | 0.3 | - | 0.3 |
| EBITDAC | $ (22.0) | $ - | $ (22.0) | $ (12.0) | $ - | $ (12.0) |

| Total Company | 9 Months Ended September 30, 2011 | | | 9 Months Ended September 30, 2010 | | |
|---|---|---|---|---|---|---|
| | Reported | Adjustments | Adjusted | Reported | Adjustments | Adjusted |
| Commissions | $ 829.7 | $ - | $ 829.7 | $ 713.1 | $ - | $ 713.1 |
| Fees | 628.8 | - | 628.8 | 530.1 | - | 530.1 |
| Supplemental commissions (6) | 42.0 | - | 42.0 | 48.7 | (14.7) | 34.0 |
| Contingent commissions (6) | 34.6 | - | 34.6 | 33.7 | - | 33.7 |
| Investment income and gains realized on books of business sales | 11.1 | (4.4) | 6.7 | 10.4 | (5.3) | 5.1 |
| Revenues from clean coal activities | 10.0 | - | 10.0 | 66.1 | - | 66.1 |
| Other net revenues - Corporate | 0.1 | - | 0.1 | 3.0 | - | 3.0 |
| Revenues | 1,556.3 | (4.4) | 1,551.9 | 1,405.1 | (20.0) | 1,385.1 |
| Compensation | 961.7 | (25.0) | 936.7 | 818.5 | (8.6) | 809.9 |
| Operating | 316.1 | (8.6) | 307.5 | 253.4 | (3.6) | 249.8 |
| Cost of revenues from clean coal activities | 12.4 | - | 12.4 | 64.0 | - | 64.0 |
| Interest | 30.4 | - | 30.4 | 25.9 | - | 25.9 |
| Depreciation | 26.6 | - | 26.6 | 24.0 | - | 24.0 |
| Amortization | 54.7 | - | 54.7 | 45.0 | (2.3) | 42.7 |
| Change in estimated acquisition earnout payables | (6.0) | 12.2 | 6.2 | (2.9) | 7.6 | 4.7 |
| Expenses | 1,395.9 | (21.4) | 1,374.5 | 1,227.9 | (6.9) | 1,221.0 |
| Earnings from continuing operations before income taxes | 160.4 | 17.0 | 177.4 | 177.2 | (13.1) | 164.1 |
| Provision for income taxes | 56.8 | 6.7 | 63.5 | 59.9 | (5.2) | 54.7 |
| Earnings from continuing operations | 103.6 | 10.3 | 113.9 | 117.3 | (7.9) | 109.4 |
| Earnings on discontinued operations, net of income taxes | - | - | - | 2.1 | - | 2.1 |
| Net earnings | $ 103.6 | $ 10.3 | $ 113.9 | $ 119.4 | $ (7.9) | $ 111.5 |
| Diluted earnings from continuing operations per share | $ 0.93 | $ 0.09 | $ 1.02 | $ 1.12 | $ (0.07) | $ 1.05 |
| Diluted earnings on discontinued operations per share | - | - | - | 0.02 | - | 0.02 |
| Diluted net earnings per share | $ 0.93 | $ 0.09 | $ 1.02 | $ 1.14 | $ (0.07) | $ 1.07 |
| Dividends declared per share | $ 0.99 | | $ 0.99 | $ 0.96 | | $ 0.96 |
| EBITDAC [2] | | | | | | |
| Net earnings | $ 103.6 | $ 10.3 | $ 113.9 | $ 119.4 | $ (7.9) | $ 111.5 |
| Earnings on discontinued operations, net of income taxes | - | - | - | (2.1) | - | (2.1) |
| Earnings from continuing operations | 103.6 | 10.3 | 113.9 | 117.3 | (7.9) | 109.4 |
| Provision for income taxes | 56.8 | 6.7 | 63.5 | 59.9 | (5.2) | 54.7 |
| Interest | 30.4 | - | 30.4 | 25.9 | - | 25.9 |
| Depreciation | 26.6 | - | 26.6 | 24.0 | - | 24.0 |
| Amortization | 54.7 | - | 54.7 | 45.0 | (2.3) | 42.7 |
| Change in estimated acquisition earnout payables | (6.0) | 12.2 | 6.2 | (2.9) | 7.6 | 4.7 |
| EBITDAC | $ 266.1 | $ 29.2 | $ 295.3 | $ 269.2 | $ (7.8) | $ 261.4 |

See notes to third quarter 2011 earnings release and non-GAAP financial measures on page 12 of 13.

## Arthur J. Gallagher & Co.
### Consolidated Balance Sheet
(Unaudited - in millions except per share data)

| | Sep 30, 2011 | Dec 31, 2010 |
|---|---:|---:|
| Cash and cash equivalents | $    241.4 | $    249.8 |
| Restricted cash | 718.4 | 599.7 |
| Premiums and fees receivable | 982.0 | 750.1 |
| Other current assets | 146.9 | 126.4 |
| **Total current assets** | 2,088.7 | 1,726.0 |
| Fixed assets - net | 90.5 | 75.8 |
| Deferred income taxes | 214.2 | 245.2 |
| Other noncurrent assets | 204.9 | 181.8 |
| Goodwill - net | 1,092.9 | 883.7 |
| Amortizable intangible assets - net | 556.0 | 483.5 |
| **Total assets** | $  4,247.2 | $  3,596.0 |
| Premiums payable to insurance and reinsurance companies | $  1,600.4 | $  1,250.3 |
| Accrued compensation and other accrued liabilities | 246.2 | 226.5 |
| Unearned fees | 64.3 | 60.5 |
| Other current liabilities | 32.7 | 40.0 |
| Corporate related borrowings - current | - | - |
| **Total current liabilities** | 1,943.6 | 1,577.3 |
| Corporate related borrowings - noncurrent | 675.0 | 550.0 |
| Other noncurrent liabilities | 409.3 | 362.0 |
| **Total liabilities** | 3,027.9 | 2,489.3 |
| Stockholders' equity: | | |
| Common stock - issued and outstanding | 112.9 | 108.4 |
| Capital in excess of par value | 638.1 | 507.8 |
| Retained earnings | 480.4 | 488.3 |
| Accumulated other comprehensive earnings (loss) | (12.1) | 2.2 |
| **Total stockholders' equity** | 1,219.3 | 1,106.7 |
| **Total liabilities and stockholders' equity** | $  4,247.2 | $  3,596.0 |

| OTHER INFORMATION | 3rd Q Ended Sept 30, 2011 | 3rd Q Ended Sept 30, 2010 | 9 Mths Ended Sept 30, 2011 | 9 Mths Ended Sept 30, 2010 |
|---|---:|---:|---:|---:|
| Basic weighted average shares outstanding (000s) | 112,632 | 105,499 | 110,983 | 104,202 |
| Diluted weighted average shares outstanding (000s) | 113,120 | 105,736 | 111,728 | 104,384 |
| Common shares repurchased (000s) | 2 | 10 | 38 | 25 |
| Common shares issued for acquisitions and earnouts (000s) | 424 | 679 | 2,392 | 2,211 |
| Number of acquisitions closed | 8 | 4 | 21 | 12 |
| Annualized revenues acquired (in millions) | $   23.5 | $   12.5 | $   234.8 | $   56.7 |
| Workforce at end of period (includes acquisitions) | | | 12,324 | 9,967 |

**Notes to Third Quarter 2011 Earnings Release**

**Non-GAAP Financial Measures  (See "Information Regarding Non-GAAP Measures" on page 6 of 13 above)**

(1)  Organic change in commission and fee revenues excludes the first twelve months of net commission and fee revenues generated from acquisitions accounted for as purchases and the net commission and fee revenues related to operations disposed of in each year presented.  These commissions and fees are excluded from organic revenues in order to determine the revenue growth that is associated with the operations that were a part of Gallagher in both the current and prior year.  In addition, organic growth excludes the impact of contingent commission revenues and supplemental commission revenues and the period over period impact of foreign currency translation. The amounts excluded with respect to foreign currency translation are calculated by applying current period foreign exchange rates to the same periods in the prior year.

(2)  EBITDAC represents earnings from continuing operations before interest, income taxes, depreciation, amortization and change in estimated acquisition earnout payables.

(3)  Represents EBITDAC divided by total revenues.

**Other**

(4)  Represents compensation expense divided by total revenues.

(5)  Represents operating expenses divided by total revenues.

(6)  Reported supplemental commission revenues recognized in 2011, 2010 and 2009 by quarter are shown in the financial supplement.  As previously disclosed, many insurance carriers now provide sufficient information for Gallagher to recognize supplemental commission revenues on a quarterly basis for a majority of its 2011 and 2010 supplemental commission arrangements.  However, in 2009 and prior years, most carriers only provided this information on an annual basis after the end of the contract period.  Accordingly, the 2010 amounts reported in the table include both a full year of 2009 supplemental commission revenues and 2010 supplemental commission revenues that were recognized by Gallagher on a quarterly basis.  This situation should not occur again in 2011 and later years as Gallagher anticipates that most of the carriers will continue to provide information on a quarterly basis sufficient to allow recognition of revenues in a similar manner in future quarters.

Notes to Third Quarter 2011 Earnings Release  (continued)

(6)  (Continued)  The reported and adjusted supplemental commissions for 2011, 2010, 2009 and 2008 are as follows (in millions):

|  | Q1 | Q2 | Q3 | Q4 | Full Year |
|---|---|---|---|---|---|
| **2011** | | | | | |
| Reported supplemental commissions | $    13.5 | $    14.0 | $    14.5 | | $    42.0 |
| Reported contingent commissions | 16.8 | 7.9 | 9.9 | | 34.6 |
| Reported supplemental and contingent commissions | $    30.3 | $    21.9 | $    24.4 | | $    76.6 |
| **2010** | | | | | |
| Reported supplemental commissions | $    27.9 | $    10.6 | $    10.2 | $    12.1 | $    60.8 |
| Adjustment as if supplemental commission information was provided on a quarterly basis | (14.7) | - | - | - | (14.7) |
| Adjusted supplemental commissions | 13.2 | 10.6 | 10.2 | 12.1 | 46.1 |
| Reported contingent commissions | 15.5 | 8.7 | 9.5 | 3.1 | 36.8 |
| Adjusted supplemental and reported contingent commissions | $    28.7 | $    19.3 | $    19.7 | $    15.2 | $    82.9 |
| **2009** | | | | | |
| Reported supplemental commissions | $    15.7 | $    5.8 | $    4.5 | $    11.4 | $    37.4 |
| Adjustment as if supplemental commission information was provided on a quarterly basis | (8.2) | 4.4 | 5.3 | (0.1) | 1.4 |
| Adjusted supplemental commissions | 7.5 | 10.2 | 9.8 | 11.3 | 38.8 |
| Reported contingent commissions | 13.8 | 6.0 | 5.8 | 2.0 | 27.6 |
| Adjusted supplemental and reported contingent commissions | $    21.3 | $    16.2 | $    15.6 | $    13.3 | $    66.4 |
| **2008** | | | | | |
| Reported supplemental commissions | $    6.4 | $    3.3 | $    5.1 | $    5.6 | $    20.4 |
| Adjustment as if supplemental commission information was provided on a quarterly basis | (1.6) | 3.0 | 2.4 | 2.3 | 6.1 |
| Adjusted supplemental commissions | 4.8 | 6.3 | 7.5 | 7.9 | 26.5 |
| Reported contingent commissions | 11.5 | 5.0 | 7.2 | 1.6 | 25.3 |
| Adjusted supplemental and reported contingent commissions | $    16.3 | $    11.3 | $    14.7 | $    9.5 | $    51.8 |

Contact:  Marsha Akin
Director - Investor Relations
630-285-3501 or marsha_akin@ajg.com

(13 of 13)



# Conflict of Interest Form




 Gallagher Benefit Services, Inc.
thinking ahead

RFP# SDOC-12-P-045-NM

### Attachment "C"
### Conflict of Interest

I HEREBY CERTIFY that

1.  I *(printed name)* _Eric Scott_ am
the *(title)* _Area President_ and the duly authorized representative
of the firm of *(Firm Name)* _Gallagher Benefit Services_
whose address is _200 South Orange Ave. Ste 1350 Orlando, FL 32801_, and
that I possess the legal authority to make this affidavit on behalf of myself and the firm
for which I am acting; and,

2.  Except as listed below, no employee, officer, or agent of the firm have any conflicts
of interest, real or apparent, due to ownership, other clients, contracts, or interests
associated with this project; and,

3.  The business nor any authorized representative or significant stakeholder of the
business has been determined by judicial or administrative board action to be in
noncompliance with or in violation of any provision/contract of the School Board of
Osceola County, nor has any outstanding past due debt to the School Board of Osceola
County, Florida; and

4.  This Submittal is made without prior understanding, agreement, or connection with
any corporation, firm, or person submitting a response for the same services, and is in all
respects fair and without collusion or fraud.

EXCEPTIONS (List)

Signature: _Eric Scott_

Printed Name: _Eric Scott, Area President_

Firm Name: _Gallagher Benefit Services_

Date: _12/12/11_

COUNTY OF _SEMINOLE_ STATE OF _FLORIDA_
Sworn to and subscribed before me this _12_ day of _DECEMBER_, 20_11_, by
_ERIC SCOTT_, who is personally known to me or who has
produced _____ as identification.

NOTARY PUBLIC – STATE OF _FLORIDA_

**SIMONE ROHR**
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD978101
EXPIRES 4/23/2014
BONDED THRU 1-888-NOTARY1

(Seal)

Type or print name: _SIMONE ROHR_

Commission No.: _DD978101_

Commission Expires _4-23-2014_

Employee Benefit Consulting Services
Revised: 11.16.11

*Page 42 of 60*



# Addenda





# THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

817 Bill Beck Boulevard • Kissimmee· Florida 34744-4492
Phone: 407-870-4600 • Fax: 407-870-4010 · www.osceola.k12.fl.us

**SCHOOL BOARD MEMBERS**
District 1 –  Jay Wheeler
       407-462-6598
District 2 –  Julius Melendez, Vice Chair
       407-922-5113
District 3 –  Cindy Lou Hartig, Chair
       407-462-5781
District 4 –  Barbara Horn
       407-462-5642
District 5 –  Tom Long
       407-462-5782



**Superintendent of Schools**
Terry Andrews

**November 18, 2011**
**Request for Proposal # SDOC-12-P-045-NM**
**Employee Benefit Consulting Services**
**Addendum #1**

The original Request for Proposal (RFP) documents shall remain in full force and effect, except as modified herein, which shall take precedence over any contrary provisions in the prior documents. The Request for Proposal Submittal deadline shall remain the same date and time of **Wednesday, December 14, 2011 at 2:00 PM.**

This addendum is being issued to amend the RFP as follows:

**Section 2.0, Scope of Services is amended as follows:**

Renumber Section "D. Deliverables and Milestones" on page 7 to: "E. Deliverables and Milestones".

Renumber Section "E. Project Management and Performance Monitoring" on page 7 to: "F. Project Management and Performance Monitoring".

Add a new section:
**Section G. Pricing and Compensation Guidelines**
Please note that the School Board will not allow the Awarded Consultant to accept any commissions, contingencies, supplemental compensation or income nor in-kind services on any insurance products purchased for the School Board.  Proposer shall complete the attached Revised Proposal Form as directed in Section 4.0, Tab 6 – Fee Structure.

Replace Section **5.0 Oral Presentation Evaluation Criteria, Section 4. Fee Structure to read as follows:**
**4. Fee Structure (Included in Tab 6) – (Weighted Value 30)**
  Include your firm's "Best and Final" hourly rates and estimated hours for each task outlined in the attached Revised Proposal Form.

Replace **Proposal Form** on Page 37 with the attached **Revised Proposal Form.**

If you should have any questions regarding this addendum, please do not hesitate to contact Neil McDonald, the Purchasing Supervisor responsible for this project at mcdonaln@osceola.k12.fl.us or by phone at 407-870-4623.

Sincerely,

Cheryl L. Olson, CPPO, C.P.M., CPM, FCCN
Director of Purchasing and Warehouse Services

CLO/cmj

<u>Acknowledgment of Addendum #1 by Vendor:</u>
This addendum shall be completed by the Vendor and returned with the submittal. If submittal has already been submitted, this addendum must be submitted to the above address in a sealed envelope, which is marked on the outside: Addendum 1 Request for Proposal # SDOC-12-P-045-NM

This is to acknowledge receipt of this addendum, which will become part of the RFP document.

Eric Scott
NAME (TYPED OR PRINTED)

_____
SIGNATURE

12/12/2011
DATE

Area President
TITLE

Gallagher Benefit Services
VENDOR NAME

(407) 563-3572
PHONE NUMBER

*Student Achievement – Our Number One Priority*
Districtwide Accreditation by the Southern Association of Colleges and Schools
An Equal Opportunity Agency

## THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

817 Bill Beck Boulevard • Kissimmee• Florida 34744-4492
Phone: 407-870-4600 • Fax: 407-870-4010 • www.osceola.k12.fl.us



**SCHOOL BOARD MEMBERS**
District 1 — Jay Wheeler
　　　　407-462-6598
District 2 — Julius Melendez, Vice Chair
　　　　407-922-5113
District 3 — Cindy Lou Hartig, Chair
　　　　407-462-5781
District 4 — Barbara Horn
　　　　407-462-5642
District 5 — Tom Long
　　　　407-462-5782

**Superintendent of Schools**
Terry Andrews

**December 7, 2011**
**Request for Proposal # SDOC-12-P-045-NM**
**Employee Benefit Consulting Services**
**Addendum #2**

The original Request for Proposal (RFP) documents shall remain in full force and effect, except as modified herein, which shall take precedence over any contrary provisions in the prior documents. The Request for Proposal Submittal deadline shall remain the same date and time of **Wednesday, December 14, 2011 at 2:00 PM**.

This addendum is being issued to answer questions that have been addressed (Questions & Answers on following page) and to amend the RFP as follows:

Page 9, paragraph 3.05 A shall be amended to read:

　　Only the names of the firms submitting proposals will be read aloud at the RFP opening. The proposals will be available for inspection during normal business hours in the Purchasing Department within thirty (30) days after bid opening date or notice of a decision or intended decision; whichever is earlier, by appointment, (Florida Statute 119.071 (1) (b)).

If you should have any questions regarding this addendum, please do not hesitate to contact Neil McDonald, the Purchasing Supervisor responsible for this project at mcdonaln@osceola.k12.fl.us or by phone at 407-870-4623.

Sincerely,

*Cheryl Olson*

Cheryl L. Olson, CPPO, C.P.M., CPM, FCCN
Director of Purchasing and Warehouse Services

CLO/ndm

Acknowledgment of Addendum #2 by Vendor:
This addendum shall be completed by the Vendor and returned with the submittal. If submittal has already been submitted, this addendum must be submitted to the above address in a sealed envelope, which is marked on the outside: Addendum 2 Request for Proposal # SDOC-12-P-045-NM

This is to acknowledge receipt of this addendum, which will become part of the RFP document.

| Eric Scott | Area President |
|---|---|
| NAME (TYPED OR PRINTED) | TITLE |
| *Eric Scott* | Gallagher Benefit Services |
| SIGNATURE | VENDOR NAME |
| 12/12/11 | (407) 563-3572 |
| DATE | PHONE NUMBER |

*Student Achievement — Our Number One Priority*
Districtwide Accreditation by the Southern Association of Colleges and Schools
An Equal Opportunity Agency



# Additional Requirements
# Attachments

1. Drug Free Workplace Certification
2. Debarment Certification
3. Hold Harmless Certification
4. Proof of Insurance Certification





Gallagher Benefit Services, Inc.
thinking ahead

RFP# SDOC-12-P-045-NM

Attachment "A"

DRUG FREE WORKPLACE
CERTIFICATION FORM

In accordance with Florida Statute 287.087, preference shall be given to businesses with drug-free workplace programs. Whenever two or more proposals are equal with respect to price, quality and service are received by the State or by any political subdivision for the procurement of commodities or contractual services; a proposal received from a business that certifies that it has implemented a drug-free workplace program shall be given preference in the award process. Established procedures for processing tie proposals will be followed if none of the tied vendors have a drug-free workplace program. In order to have a drug-free workplace program, a business shall:

1. Publish a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the workplace and specifying the actions that will be taken against employees        for violations of such prohibition.

2. Inform employees about the dangers of drug abuse in the workplace, the business's policy of maintaining a drug-free workplace, any available drug counseling, rehabilitation, and employee assistance programs and penalties that may be imposed upon employees for drug abuse violations.

3. Give each employee engaged in providing the commodities or contractual services that are under contract a copy of the statement specified in subsection (1).

4. In the statement specified in subsection (1) notify employees that as a condition of working
on the commodities or contractual services that are under contract, the employee will abide by the terms of the statement and will notify the employer of any conviction of, or plea of guilty or nolo-contendere to, any violation of chapter 893 or of any controlled substance law of the United States or any state, for a violation occurring in the workplace no later than five (5) days after such conviction.

5. Impose a sanction on, or require the satisfactory participation in a drug abuse assistance or rehabilitation program if such is available in the employee's community, by any employee who is so convicted.

6. Make a good faith effort to continue to maintain a drug-free workplace through implementation of this section.

As the person authorized to sign the statement, I certify that this firm complies fully with the above requirements.

_____
Vendor's Signature

RFP# SDOC-12-P-045-NM

Attachment "B"

**CERTIFICATION REGARDING DEBARMENT, SUSPENSION
INELIGIBILITY AND VOLUNTARY EXCLUSION – LOWER TIER COVERED TRANSACTIONS**

This certification is required by the regulations implementing *Executive Order 12549, Debarment and Suspension, 7 CFR Part 3017, Section 3017.510 Participants responsibilities.* The regulations were published as *Part IV of the January 30, 1989,* <u>*Federal Register*</u> *(pages 4722-4733).*

***** BEFORE COMPLETING CERTIFICATION, READ INSTRUCTIONS ON NEXT PAGE *****

(1) The prospective lower tier participant certifies, by submission of this proposal, that neither it nor its principals is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in this transaction by any Federal department of agency.

(2) Where the prospective lower tier participant is unable to certify to any of the statements in this certification, such prospective participant shall attached an explanation to this proposal.

_Gallagher Benefit Services_
Organization Name

(BID NUMBER and the Solicitation Title)
_SDOC-12-P-045-NM   Employee Benefit Consulting Services_
RFP Name & Number

_Eric Scott, Area President_
Names and Titles of Authorized Representative(s)

_[signature]_
Signature(s)

_12/12/11_
Date

Gallagher Benefit Services will not be submitting a hold harmless agreement as the firm has the required workers compensation coverage.

Gallagher Benefit Services, Inc.
thinking ahead

 **ACORD**

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
09/21/2011

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Arthur J. Gallagher Risk Management Services, Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| Two Pierce Place | E-MAIL ADDRESS: | | |
| Itasca, IL 60143 | PRODUCER CUSTOMER ID #: | | |
| nicole_nelson@ajg.com | | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A : ARCH INS CO (A XV) | 11150 |
| Gallagher Benefit Services | INSURER B : | |
| 200 S. Orange Avenue, Suite 1350 | INSURER C : | |
| | INSURER D : | |
| Orlando, FL 32801 | INSURER E : | |
| | INSURER F : | |

## COVERAGES   CERTIFICATE NUMBER: 23143538   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | GENERAL LIABILITY | | | 41GPP4938403 | 10/01/10 | 10/01/11 | EACH OCCURRENCE | $ 1,000,000 |
| | X COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | CLAIMS-MADE X OCCUR | | | | | | MED EXP (Any one person) | $ 5,000 |
| | X Gen Agg per loc subj. | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | X to $10 MIL policy agg. | | | | | | GENERAL AGGREGATE | $ 3,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ 3,000,000 |
| | POLICY PRO-JECT X LOC | | | | | | | $ |
| A A | AUTOMOBILE LIABILITY | | | 41CAB4939003 41CAB4938303 | 10/01/10 10/01/10 | 10/01/11 10/01/11 | COMBINED SINGLE LIMIT (Ea accident) | $ 2,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | SCHEDULED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | X HIRED AUTOS | | | | | | PD Coll Ded | $ 150 |
| | X NON-OWNED AUTOS | | | | | | | $ |
| | X PD Comp Ded $150 | | | | | | | |
| | UMBRELLA LIAB OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DEDUCTIBLE | | | | | | | $ |
| | RETENTION $ | | | | | | | $ |
| A A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | 41WCI4938203 41WCI4938103 | 10/01/10 10/01/10 | 10/01/11 10/01/11 | X WC STATU-TORY LIMITS OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Evidence of Insurance | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE  *Thomas E. Gallagher* |

shayval
ACORD 25 (2009/09)
23143538

© 1988-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 09/21/2011 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:  If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed.  If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| 1-630-773-3800 | | | |
| Arthur J. Gallagher Risk Management Services, Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| Two Pierce Place | E-MAIL ADDRESS: Chi_Certificates@AJG.com | | |
| Itasca, IL 60143 | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Direct All Inquiries to Email | INSURER A : INDIAN HARBOR INS CO | | 36940 |
| INSURED | INSURER B : | | |
| Gallagher Benefit Services | INSURER C : | | |
| 200 S. Orange Avenue, Suite 1350 | INSURER D : | | |
| | INSURER E : | | |
| Orlando, FL 32801 | INSURER F : | | |

## COVERAGES     CERTIFICATE NUMBER: 23143582     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS-MADE   OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | POLICY   PRO-JECT   LOC | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS   SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS   NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | UMBRELLA LIAB   OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB   CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED   RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | | | | WC STATU-TORY LIMITS   OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Errors & Omissions (Claims Made) | | | ELU12255711 | 09/01/11 | 09/01/12 | Each Wrongful Act | 20,000,000 |
| | | | | | | | Aggregate | 20,000,000 |
| | | | | | | | Retention | 5,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Evidence of Insurance | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |
| | Thomas C. Gallagher |

© 1988-2010 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2010/05)     The ACORD name and logo are registered marks of ACORD

shayval
23143582

**ACORD**®

# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 12/12/2011 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER 1-312-704-0100 | CONTACT NAME: | | | |
|---|---|---|---|---|
| Arthur J. Gallagher Risk Management Services, Inc. | PHONE (A/C, No, Ext): | | FAX (A/C, No): | |
| 300 South Riverside Plaza | E-MAIL ADDRESS: Chi_Certificates@AJG.com | | | |
| Suite 1900 | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| Chicago, IL 60606 | | | | |
| Direct All Inquiries to Email | INSURER A : ILLINOIS NATL INS CO | | | 23817 |
| INSURED | INSURER B : | | | |
| Gallagher Benefit Services | INSURER C : | | | |
| 200 S. Orange Avenue, Suite 1350 | INSURER D : | | | |
| | INSURER E : | | | |
| Orlando, FL 32801 | INSURER F : | | | |

| COVERAGES | CERTIFICATE NUMBER: 24401198 | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | | | EACH OCCURRENCE | $ |
| | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | CLAIMS-MADE ☐ OCCUR | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ☐ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | **EXCESS LIAB** ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | | | | ☐ WC STATU-TORY LIMITS ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | Cyber Liability | | | 011373538 | 09/01/11 | 09/01/12 | Limit | 10,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Evidence of Insurance | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |
| | *Thomas J. Gallagher* |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)
shayval
24401198

The ACORD name and logo are registered marks of ACORD



# Employee Benefits Communications





Gallagher Benefit Services, Inc.

thinking ahead



# Technical Bulletins





Gallagher Benefit Services, Inc.

t h i n k i n g    a h e a d



# Technical Bulletin

**Gallagher Benefit Services, Inc.**
t h i n k i n g   a h e a d

*Technical Bulletin | Issue 9 | 2010*

---

### Key Year End Review and Reminders for Welfare Benefit Plans
### In Addition to Healthcare Reform Requirements

---

While healthcare reform has been the primary focus since March 23, 2010, there are several other changes that affected health and welfare benefit plans. The key non-healthcare reform legal and regulatory developments in 2010 were:

- COBRA Premium Subsidy Extensions
- Mental Health Parity and Addiction Equity Act Regulations
- HIPAA HITECH Regulations
- Electronic Filing of Form 5500
- TRICARE Secondary Payer Regulation

A summary of healthcare reform developments is contained in our November 8 Healthcare Reform Update newsletter.

This Technical Bulletin is intended to provide a summary of the non-healthcare reform 2010 legal and regulatory changes affecting employer-sponsored health and welfare plans as well as offer a number of year-end reminders and action steps. We include a brief look at several legal/regulatory developments anticipated in 2011.   To supplement this information, GBS recorded a Year End Review webcast.  The link to register for the 90-minute recorded presentation is:

http://ajg.na6.acrobat.com/review-2010/event/registration.html

## WHAT HAPPENED IN 2010?

### COBRA Premium Subsidy Extended and Expanded

The COBRA premium subsidy which was set to expire on December 31, 2009 was extended and expanded by Congress on December 19, 2009.  The major changes were:

- The maximum duration of the subsidy increased from 9 to 15 months.
- The period for becoming eligible for the subsidy was extended from December 31, 2009 until February 28, 2010.
- An extended election period was required for certain qualified beneficiaries.
- Plans were required to send additional notices to many COBRA qualified beneficiaries.

The Department of Labor (DOL) posted 5 new model notices on its website in early February.

Two additional extensions followed – the first in early March extended the February 28, 2010 end date



© 2010 Gallagher Benefit Services, Inc.

**Technical Bulletin**


Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

for eligibility until March 31, 2010. It also expanded eligibility to include individuals who experienced a COBRA qualifying event of reduction in hours followed by an involuntary termination of employment. The second extension enacted in mid-April extended the eligibility period until May 31, 2010. The DOL posted updated models on its website each time the subsidy was extended. Following the expiration of eligibility for the COBRA subsidy at the end of May, the DOL posted model notices without the subsidy language. These notices are virtually identical with the pre-subsidy models.

More detailed information is available in our Technical Bulletins 2009-12, 2009-10, 2010-1, 2010-2, 2010-4, 2010-5, and 2010-7.

## Mental Health Parity and Addiction Equity Act (MHPAEA) Regulations Issued

On February 2, three federal agencies – the Departments of the Treasury, Labor and Health and Human Services -- issued initial joint guidance on the Mental Health Parity and Addiction Equity Act (MHPAEA). This guidance, in the form of interim final regulations, was effective for plan years beginning after October 3, 2009 (a special rule applies to collectively bargained plans). These regulations describe permitted (and prohibited) practices. Following is a brief list of the key requirements:

- Parity in aggregate annual and lifetime maximums is extended to include substance use disorder benefits.
- Plans are permitted to define whether benefits are mental health or substance use disorder benefits, but are required to use generally recognized independent standards of current medical practice to make the determination.
- The parity requirements apply separately to each of six specified categories of benefits.
- Plans are required to provide parity for "cumulative financial requirements" such as annual deductibles and out-of-pocket maximums.
- Plans are required to provide parity in other dollar cost-sharing provisions such as copayments, coinsurance and treatment of in-network vs. out-of-network care.
- Plans are not permitted to use more restrictive day or visit limits for mental health/substance use disorder than for medical/surgical benefits.
- More stringent "nonquantitative" plan rules such as pre-authorization for mental health/ substance use disorder are also prohibited.
- The exemption based on increased costs changed in several ways:
  ◊ The threshold to meet the increased cost definition changed from 1% to 2%;
  ◊ Actuarial certification required;
  ◊ The exemption only available for alternating plan years; and
  ◊ A new notice requirement applies.

The complete rules contain significantly more detailed information about which plan designs are permitted and which are prohibited. Some plans need to perform detailed calculations to determine if they are in compliance or need to make changes.

More detailed information is available in our Technical Bulletins 2010-3 and 2010-6.

## HIPAA HITECH

On July 14, 2010, the Office of Civil Rights (OCR) of the Department of Health & Human Services (HHS) issued additional regulations implementing changes made by the Health Information Technology for Economic and Clinical Health Act (HITECH). HITECH was signed into law on February 17, 2009 with some of changes effective as early as February 18, 2009; others became effective in 2010. OCR previously



**Technical Bulletin**  Gallagher Benefit Services, Inc.
thinking ahead

issued interim final regulations on two aspects of HITECH: notification of the breach of unsecured protected health information (August 24, 2009) and increased penalties for violations of the privacy or security rules (October 30, 2009).

The July 14 proposed regulation provided additional guidance on:

- Protected Health Information (PHI) Uses and Disclosures;
- Individual Rights;
- Notices of Privacy Practices;
- Business Associates; and
- Enforcement.

The proposed regulations indicate that changes to the current regulations will be effective 180 days after the publication of the final regulations. However, until the final regulations are effective, covered entities and business associates that have agreed to comply with HITECH Act requirements through business associate agreements will continue to have contractual obligations to comply. OCR accepted comments on the proposed regulations until September 13, 2010. Final regulations may not be issued until sometime after OCR has had an opportunity to review those comments.

More detailed information is available in our Technical Bulletin 2010-8.

### Electronic Filing of Form 5500 Mandated

Beginning with the 2009 plan year, all ERISA plans are required to file Form 5500 electronically.   EFAST2, which replaced the previous EFAST system, was developed to streamline the reporting process, publicly disclose the reported information on the Internet, and provide web-based forms that can be used to meet the electronic filing requirement at no additional cost to filers and the public. Plans may use third-party software approved for use with EFAST2 or file directly through the iFile program on the EFAST2 Web site.

To ease the transition, the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) developed information to help filers understand the new system including a tutorial, a list of approved third party software vendors, FAQs, and recorded webcasts.  This helpful guidance is available on the EBSA website at:

http://www.efast.dol.gov/welcome.html

In May, the Department of Labor (DOL) announced that it would permit third-party service providers to electronically submit Form 5500 on behalf of ERISA plan administrators as long as certain requirements such as maintaining a signed paper copy of the Form  and filing separate credentialing by the plan and third party are met.

More detailed information is available in the March and June issues of *GBS Directions*.

### TRICARE Secondary Payer Rules

The Department of Defense (DoD) issued final regulations implementing the TRICARE Secondary Payer provision of the National Defense Authorization Act of 2007 (NDAA). This law prohibits employers from offering financial or other incentives to TRICARE-eligible employees to dissuade them from enrolling in, or to terminate enrollment in, the employer's group health plan.  The final regulations include the following:

- A group health plan is defined as a plan (including a self-funded plan) established or



**Technical Bulletin**  Gallagher Benefit Services, Inc.
thinking ahead

contributed to by an employer (including State and local governments) to provide health care to employees and their families.

- Employers who include an opt-out bonus in their cafeteria plans may provide the opt-out bonus to TRICARE-eligible employees as long as the IRS rules for cafeteria plans are followed and all employees (TRICARE and non-TRICARE) are treated the same.
- Employers are generally prohibited from providing a "TRICARE Supplement" plan to TRICARE-eligible employees or including it as an option under a cafeteria plan. However, the final regulations provide an exception to this rule under certain limited circumstances. *(Note: this exception cannot be used for Medicare supplements.)*

The effective date for complying with the TRICARE secondary payer provisions of the NDAA was January 1, 2008. The specific requirements in the final regulations were effective June 18, 2010.

More detailed information is available in the May issue of *GBS Directions*.

> ### *Reminders!*
>
> - *The monthly maximum for mass transit and van pooling was temporarily increased from $120 to $230 beginning March 2009. This amount will revert to $120 in 2011-- unless extended by Congress.*
> - *Health care plans will not be able to reimburse over-the-counter drugs and medicines (except insulin) unless obtained with a prescription beginning January 1, 2011. Over-the-counter medical supplies such as crutches and diabetic tests strips may still be reimbursed. Health care plans affected by this change include major medical, health reimbursement arrangements (HRAs), healthcare flexible spending accounts (FSAs) and health savings accounts (HSAs).*

## OTHER YEAR END ACTIONS

Plan administrators will also want to undertake year-end administrative activities including the following areas:

**Cafeteria plans** – perform year-end nondiscrimination tests. Notify highly compensated participants if there will be any taxable income. Once enrollment data for 2011 is available, employers may also want to perform nondiscrimination testing for 2011 and notify highly compensated participants if the plan will need to modify any 2011 elections.

**Certificates of Creditable Coverage (Drug)** – a Certificate of Creditable Coverage (drug) must be provided to Medicare eligible individuals by November 15.

**Certificates of Creditable Coverage (Health)** – a Certificate of Creditable Coverage (health) must be sent to individuals whose coverage under the employer's health care plan will end at the end of 2010 (for example, participants who drop coverage during open enrollment).

**Creditable Coverage Notice to CMS -** Plan sponsors who provide prescription drug coverage must disclose annually to CMS whether the plan's prescription drug coverage is "creditable prescription drug coverage." The disclosure must be transmitted to CMS within 60 days after the beginning date of the plan year. For plan years beginning on January 1, 2011, this means the disclosure must be transmitted to CMS no later than March 1, 2011.



Technical Bulletin  Gallagher Benefit Services, Inc.
thinking ahead

If there is a change in the creditable coverage status of the plan (e.g., from creditable to non-creditable) or a termination of the drug plan during the year, a new notice is required within 30 days after the change or termination.

CMS has updated the Disclosure to CMS Form and Instructions, which provide guidance on how to complete the on-line Disclosure to CMS Form. The updated Disclosure to CMS Form and Instructions are posted on CMS' website at:   https://www.cms.hhs.gov/CreditableCoverage/45_CCDisclosureForm.asp

**FSA** – remind employees about the use-it-or-lose-it rule.

**Group Term Life Insurance** – determine the amount of imputed income for employer-provided employee life insurance in excess of $50,000 and dependent life if the employer-provided amount is more than $2,000. For discriminatory plans, the total value of employer-provided coverage must be included in key employee's income. *Note:  Key employees are defined in Internal Revenue Code Section 416(i).*

**Health Insurance** - Calculate the amount of imputed income for coverage of any non-federal tax dependent covered under the employer's health care plan. This may include a domestic partner, civil union partner, reciprocal beneficiary (Hawaii), an older child or an individual who is recognized as a spouse under state but not federal law. *Note: The tax status of coverage for older children changed on March 30, 2010.  The employee's natural, adopted (including placed for adoption), step and foster children under age 26 may be covered without imputing income.*

**HIPAA Opt-Out Notices** –self-funded nonfederal governmental plans that opted out of one or more HIPAA requirements must provide an annual notice to the Department of Health and Human Services (HHS) and plan participants. *Note:  Healthcare reform changed the rules for HIPAA opt-outs.  See GBS Healthcare Reform Update newsletter October 8.*

**Medical plans** – send the annual "Women's Health and Cancer Rights Act" notice.

**Vacation/PTO** – for calendar year plans, determine the number of days that will be cashed out before the end of the year.

## WHAT'S COMING IN 2011
Several of the changes enacted in 2010 (and in some cases previous years) will not become effective until 2011. Additional regulatory guidance is also expected in 2011.  Some areas where we may see additional guidance:

### FMLA

Guidance was originally scheduled for release in November 2010.  That guidance has not been released as of November 11, 2010, but may come out later this year or early in 2011.

### HIPAA HITECH

Many anticipate additional regulatory guidance during 2011.  Key areas that we hope will be covered:

- HIPAA Notices of Privacy Practices – content, delivery methods and timing
- Minimum necessary – definition and permitted uses of PHI
- Business Associates – more detailed guidance and sample language for business associate agreements





Gallagher Benefit Services, Inc.
thinking ahead

**Mental Health Parity and Addiction Equity Act (MHPAEA).**

While substantial guidance was provided when the interim final regulations were issued in February 2010, the cost exemption rule was not included.  More detailed information on how to calculate the 2% cost exemption and provide appropriate notice is still needed.

**Nondiscrimination requirements and testing for self-funded health plans.**

The guidance currently available was issued in 1981.  With the addition of similar nondiscrimination rules (although very different penalties) under healthcare reform legislation, regulators may provide more helpful guidance on what plans need to do to comply with nondiscrimination requires for both insured and self-funded group health plans.

**Final cafeteria plan regulations.**

Proposed regulations were issued in August 2007.  Based on informal remarks, Treasury may issue final rules in 2011.

**COBRA Rates for Self-Funded Health Plans.**

COBRA rates are no longer used just for determining how much a COBRA qualified beneficiary must pay for coverage.  These calculations are also used for other purposes such as determining the fair market value of health coverage that is taxable to the employee (e.g., coverage for a domestic partner).  Healthcare reform expands the use of these calculations by using COBRA rates as the basis for determining the premium amounts to be reported on the W-2 (mandatory reporting delayed until 2012).  Only minimal guidance is available to help self-funded plans calculate their COBRA rates. Given the expanded role and importance of COBRA premium calculations, regulators may provide more detailed guidance.

Technical Bulletin



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

## PLAN LIMITS FOR 2010 and 2011

Each year the federal government provides new dollar values for programs such as Medicare along with revised inflation-adjusted figures for plan limits for the following year. The following charts contain the dollar values applicable to welfare benefit plans for 2010 and 2011 including new Medicare premiums for 2011.

| | 2011 | 2010 |
|---|---|---|
| **General** | | |
| Compensation Thresholds | | |
|   Highly Compensated [IRC 414(q)] | $ 110,000 | $ 110,000 |
|   Key Employee [IRC 416(i)] | $ 160,000 | $ 160,000 |
| Social Security Base Wage | $ 106,800 | $ 106,800 |
| **Medicare** | | |
| Part A | | |
|   Deductible (Days 1-60) | $ 1,132 | $ 1,100 |
|   Copayments (Days 61-150) | $ 283/day | $ 275/day |
|   Copayments (Lifetime Reserve Days) | $ 566/day | $ 550/day |
| Part B | | |
|   Deductible | $ 162 | $ 155 |
|   Standard Premium* | | |
|     2011 Enrollees | $115.40 | N/A |
|     2010 Enrollees | $ 110.50 | $ 110.50 |
|     Pre 2010 Enrollees | $ 96.40 | $ 96.40 |
| Part D | | |
|   Standard Deductible | $ 310 | $ 310 |
|   Standard Coinsurance | 25% of next $2,530 | 25% of next $2,520 |
|   Premium | Varies by plan | Varies by plan |

*For most Part beneficiaries a "hold-harmless" provision prevents their net Social Security benefit from decreasing as a result of an increase in the Part B premium. There was no increase in Social Security benefits for 2010 and will be no increase in 2011. As a result the 2011 increase in Part B premium will only be paid by beneficiaries who first enroll in 2011. Beneficiaries who enrolled in 2010 will continue to pay $110.50 and those who enrolled prior to 2010 will continue to pay $96.40. Beneficiaries who earn more than certain specified limits will pay increased Part B and Part D premiums (see charts on pages 9 and 10)

**Technical Bulletin**



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

|  | 2011 | 2010 |
|---|---|---|
| **Health Savings Accounts** | | |
| Minimum Annual Deductible | | |
| Self-only | $ 1,200 | $ 1,200 |
| Family (other than self-only) | $ 2,400 | $ 2,400 |
| Maximum Out-of-Pocket | | |
| Self-only | $ 5,950 | $ 5,950 |
| Family (other than self-only) | $ 11,900 | $ 11,900 |
| Annual Contribution Limit | | |
| Standard Deductible | $ 3,050 | $ 3,050 |
| Family (other than self-only) | $ 6,150 | $ 6,150 |
| Catch Up (Age 55-64) | $ 1,000 | $ 1,000 |
| **Other Welfare Plans** | | |
| Dependent Care FSA | $ 5,000 | $ 5,000 |
| Adoption Assistance | $13,360 | $ 13,170** |
| Transportation Assistance (monthly) | | |
| Mass Transit/Van Pools | $ 120*** | $ 230 |
| Parking | $ 230**** | $ 230 |
| Bicycle | $ 20 | $ 20 |
| Long Term Care | | |
| Benefit Cap (per day) | $ 300 | $ 290 |
| Annual Deductible Premiums | | |
| Under age 41 | $ 340 | $ 330 |
| Age 41-50 | $ 640 | $ 620 |
| Age 51-60 | $ 1,270 | $1,230 |
| Age 61-70 | $ 3,390 | $ 3,290 |
| Over age 70 | $ 4,240 | $ 4,110 |

** *Increased to $13,170 in 2010 by the Patient Protection and Affordable Care Act.*

*** *Mass Transit/Van Pools temporarily increased to $230, scheduled to revert to $120. Inflation adjusted amount for mass transit/van pooling not available as of November 5, 2011.*

**** *Inflation adjusted amount not available as of November 5, 2011*

**Technical Bulletin**



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

### Income-related Adjusted Part B Premiums for 2011

Part B enrollees whose incomes exceed specified income thresholds will be required to pay a n additional premium amount -- the monthly adjustment amount.

| Beneficiaries who file an individual tax return with income: | Beneficiaries who file a joint tax return with income: | Income-related monthly adjustment amount |
|---|---|---|
| Greater than $85,000 and less than or equal to $107,000 | Greater than $170,000 and less than or equal to $214,000 | $ 46.10 |
| Greater than $107,000 and less than or equal to $160,000 | Greater than $214,000 and less than or equal to $320,000 | $ 115.30 |
| Greater than $160,000 and less than or equal to $214,000 | Greater than $320,000 and less than or equal to $428,000 | $ 184.50 |
| Greater than $214,000 | Greater than $428,000 | $ 253.70 |

| Beneficiaries who are married and lived with their spouse at any time during the year, but file a separate tax return from their spouse: | Income-related monthly adjustment amount |
|---|---|
| Greater than $85,000 and less than or equal to $129,000  $ | 184.50 |
| Greater than $129,000  $ | 253.70 |

**Technical Bulletin**



Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

### Income-related Adjusted Part D Premiums for 2011

Beginning in 2011, Part D enrollees whose incomes exceed the same thresholds that apply to higher income Part B enrollees will be required to pay a monthly adjustment amount.  These enrollees will pay the regular plan premium to their Part D plan and will the income-related adjustment to Medicare.

| Beneficiaries who file an individual tax return with income: | Beneficiaries who file a joint tax return with income: | Income-related monthly adjustment amount |
|---|---|---|
| Greater than $85,000 and less than or equal to $107,000 | Greater than $170,000 and less than or equal to $214,000 | $ 12.00 |
| Greater than $107,000 and less than or equal to $160,000 | Greater than $214,000 and less than or equal to $320,000 | $ 31.10 |
| Greater than $160,000 and less than or equal to $214,000 | Greater than $320,000 and less than or equal to $428,000 | $ 50.10 |
| Greater than $214,000 | Greater than $428,000 | $ 69.10 |

| Beneficiaries who are married and lived with their spouse at any time during the year, but file a separate tax return from their spouse: | Income-related monthly adjustment amount |
|---|---|
| Greater than $85,000 and less than or equal to $129,000 | $ 50.10 |
| Greater than $129,000 | $ 69.10 |

*The intent of this Technical Bulletin is to provide general information on employee benefit issues.  It should not be construed as legal advice and, as with any interpretation of law, plan sponsors should seek proper legal advice for application of these rules to their plans.  © 2010 Gallagher Benefit Services*



# Benefits Assessment and Plan Costs Report—GBS Insider

A sample of the report is included for the School Board's reference. The complete report is 40 pages.







gbs insider        *An Inside Look at your Company Information*



*Company Ampio*

Healthcare
Benchmarking
Analysis Report

*Created     11/27/2007*

*Prepared by*

 Gallagher Benefit Services, Inc.

**Mike Miele**
*President*

Apex Management Group
125-310 Village Boulevard, Princeton, NJ 08540

mmiele@apexmgmt.com
p: 609-452-2488   |   f: 609-452-2668

**gbsinsider** — An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Table of Contents

| | |
|---|---|
| Introduction | 1 |
| Methodology | 2 |
| Summary Of Findings | 3 |
| Glossary Of Terms | 4 |
| Inpatient Hospital Utilization Statistics | 5 |
| Inpatient Hospital ALOS and Paid Per Admit | 6 |
| Inpatient Hospital Admission by Major Diagnostic Category | 7 |
| Inpatient Surgery Utilization and Paid vs. Benchmarks | 8 |
| Inpatient Surgery Procedure Analysis | 10 |
| Outpatient Hospital Utilization and Paid vs. Benchmarks | 11 |
| Physician Surgery Utilization and Paid vs. Benchmarks | 13 |
| Physician Surgery Procedure Analysis | 15 |
| Emergency Room Utilization and Paid vs. Benchmarks | 16 |
| Physician Office Visits Utilization and Paid vs. Benchmarks | 18 |
| Physician Office Visits Usage | 20 |
| Inpatient Mental Health Utilization and Paid vs. Benchmarks | 21 |
| Inpatient Mental Health Admission Analysis | 23 |
| Physician Mental Health Utilization and Paid vs. Benchmarks | 24 |
| Physician Mental Health Visit Analysis | 26 |
| Chiropractic Utilization and Paid vs. Benchmarks | 27 |
| Physician Physical Therapy Utilization and Paid vs. Benchmarks | 29 |
| Preventive Care Utilization and Paid vs. Benchmarks | 31 |
| Immunization Utilization and Paid vs. Benchmarks | 33 |
| Prescription Drugs Utilization and Paid vs. Benchmarks | 35 |
| Prescription Drugs Top 50 Scripts by Costs | 37 |
| Prescription Drugs Top 50 Scripts By Number of Scripts | 38 |

**gbsinsider**  *An Inside Look at your Company Information*

**11/27/2007  |  Healthcare Benchmarking Analysis Report**

## Introduction

In a continuing effort to help you understand and manage the cost of your medical benefit plan, and to provide you with the information needed to make informed health plan decisions, Gallagher Benefit Services ("GBS") has prepared this analysis of your plan's recent costs and utilization.  The report includes basic cost and utilization data for your plan during the analysis period, and is meant to supplement the information provided by your claim administrator and your GBS consultant.

To prepare this report and to provide ongoing value to you, your paid claim and eligibility history files have been loaded into the data warehouse and reporting system developed by Apex Management Group ("Apex"), the healthcare actuarial division of GBS.  Through the Apex reporting system, we are able to view cost and utilization data for your plan in over 40 detailed medical service categories.  For this summary report, we have selected those service categories that comprise a majority of your plan costs.

In addition to analyzing your actual plan cost and utilization data, we have included in each report section a comparison of your results with cost and utilization benchmarks.  These benchmarks are derived from our Apex.HRM proprietary modeling software, for a standard employee population and plan design. Benchmarks from this modeling software reflect cost and utilization data for over four million employees covered by health benefit plans in the USA.  This ability to measure your results against detailed medical service benchmarks will help you determine the most cost-effective and focused plan changes that may be needed to better control or reduce costs.

The paid claim period used as the basis for this analysis is from 7/1/2006 to 6/30/2007.   All results presented herein are with respect to this time period unless otherwise stated.

gbsinsider *An Inside Look at your Company Information*

**11/27/2007  |  Healthcare Benchmarking Analysis Report**

## Methodology

### SOURCE DATA

To perform our analysis, we requested and received the following data:

* Claim history file from UHC containing your raw medical claim data for all claims paid in the period 7/1/2006 through 6/30/2007.

* Plan eligibility history file from UHC containing membership records for any person (employees and dependents) covered under your plan during the period 7/1/2006 through 6/30/2007.

* Prescription drug claim history file from UHC containing your raw medical claim data for all claims paid in the period 7/1/2006 through 6/30/2007.

To populate the database, we have taken the following steps:

* Requested and received raw claim data and member eligibility history files
* Uploaded all data into the data warehouse and performed system integrity checks

The claims included in this period were all claims with paid dates during the period; they do not represent all claims incurred in the period. In addition, claims paid in the period include a significant number of claims that were incurred before the start of the analysis period.

Note: This report includes all paid claim transactions in the analysis period including adjustments made to previously transacted claims. When such adjustments occur in the period, but relate to a transaction in a prior period, distortions may appear in the data shown in this report such as negative utilization rates per 1,000 or negative costs per service.

**gbsinsider**   An Inside Look at your Company Information

11/27/2007 | Healthcare Benchmarking Analysis Report

## Summary Of Findings

*The following data summary is extracted from our data reporting system and from the individual charts and tables included in this report:*

| | | | | |
|---|---|---|---|---|
| Total Paid Claims: | $ | 27,932,921 | | |
| Average Covered Members: | | 12,895 | | |

| | | Actual | | Benchmark |
|---|---|---|---|---|
| **Inpatient Hospital Services** | | | | |
| Inpatient Admissions per 1,000 Members | | 60.49 | | 62.70 |
| Average Paid per Inpatient Admission | $ | 6,643 | $ | 15,081 |
| Average Length of Stay | | 3.45 | | 4.29 |
| Surgical Admissions per 1,000 Members | | 17.06 | | 19.00 |
| Average Paid Per Surgical Admission | $ | 11,199 | $ | 26,616 |
| Average Surgical Length of Stay | | 4.49 | | 4.84 |
| Mental Health Admissions per 1,000 Members | | 2.79 | | 2.59 |
| Average Paid per Mental Health Admission | $ | 2,781 | $ | 11,105 |
| **Outpatient Hospital Services** | | | | |
| Hospital Outpatient Visits per 1,000 Members | | 916 | | 898 |
| Average Paid per Hospital Outpatient Visit | $ | 552 | $ | 886 |
| Physician Surgeries per 1,000 Members | | 469 | | 535 |
| Average Paid Per Physician Surgery Visit | $ | 241 | $ | 384 |
| Emergency Room Visits per 1,000 Members | | 212 | | 162 |
| Average Paid per Emergency Room Visit | $ | 386 | $ | 784 |
| **Professional Services** | | | | |
| Physician Office Visits per 1,000 Members | | 2,627 | | 2,636 |
| Average Paid per Physician Office Visit | $ | 50.36 | $ | 57.58 |
| Outpatient Mental Health Visits per 1,000 | | 293 | $ | 309 |
| Average Paid per Outpatient Mental Health Visit | $ | 34.74 | $ | 97.00 |
| Chiropractic Visits per 1,000     Members | | 553 | | 514 |
| Average Chiropractic Visit Charge | $ | 10.94 | $ | 26.84 |
| Physical Therapy Visits per 1,000 Members | | 1,108 | | 1,330 |
| Average Paid per Physical Therapy Visit | $ | 19.66 | $ | 30.70 |
| Preventive Care Visits per 1,000 Members | | 418 | | 323 |
| Average Paid per Preventive Care Visit | $ | 88.31 | $ | 50.18 |
| Immunizations per 1,000 Members | | 761 | | 397 |
| Average Paid per Immunization Visit | $ | 27.04 | $ | 16.03 |
| **Prescription Drugs** | | | | |
| Prescriptions per 1,000 Members | | 6,303 | | 9,206 |
| Average Paid per Prescription | $ | 73.08 | $ | 29.66 |

gbs:insider    *An Inside Look at your Company Information*

**11/27/2007** | **Healthcare Benchmarking Analysis Report**

## Glossary of Terms

| | |
|---|---|
| *Average Length of Stay (ALOS)* | The average number of days related to a single hospital inpatient confinement episode. |
| *Benchmark* | The healthcare utilization and cost measure based on APEX's internal claims database. |
| *CPT Code* | A standard code used by healthcare providers to identify the specific service performed for a patient. |
| *Emergency Room* | Identified by a specific code found on a hospital bill for services performed in an emergency room. |
| *Formulary* | Defined list of prescription drugs provided at preferred rates under a drug benefit plan. |
| *Inpatient Admissions* | Identifies overnight stays at a hospital/facility. |
| *Large Case Manager* | Person or organization responsible for ensuring that large claim amount cases are handled in the most cost-effective manner consistent with quality care. |
| *Managed Mental Health Carve Out* | Program of managed care separate from employer's health benefit plan focused on treatment of mental health and substance abuse conditions. |
| *MDC* | Major diagnostic category developed by the American Medical Association. |
| *Outpatient Surgery* | Services performed not requiring an inpatient admission. |
| *Member* | Any individual, (employee, spouse or child) eligible for benefits under the program. |
| *Paid Amount* | The actual amount paid by the employer-sponsored health plan. |
| *Physician Office Visits* | Services performed by physicians that fall within a specific range of medical procedure codes. |
| *PMPM* | Per Member Per Month |
| *Preventive Care* | Care or treatment provided by a medical professional in an effort to promote good health and avoid acute medical conditions. |

**gbsinsider**   *An Inside Look at your Company Information*

**11/27/2007   |   Healthcare Benchmarking Analysis Report**

## Inpatient Hospital

### General

This medical service category typically constitutes a significant portion of an employer's health benefits dollars.  Also, this benefit category includes costs that are highly volatile and can experience the most extreme increases over time caused by infrequent but costly incidences of acute catastrophic claims. The exhibits in this section analyze the cost and use of hospital inpatient services and the hospitals most frequently used by your members for these services.

*Note: We considered services to be part of an inpatient confinement when the member was admitted to an inpatient facility for at least overnight treatment including either medical or surgical services.  Inpatient charges include only those billed by the facility and exclude the related professional charges that are billed separately.*

### Inpatient Utilization

The following table shows the number of inpatient admissions and total paid by hospital for the top 10 hospitals and all others used by your members.  The hospitals are ranked by total paid.

| Hospital Name (or Tax ID number) | Network | Admits | ALOS | Paid PerAdmit | Total Paid | % of All Paid |
|---|---|---|---|---|---|---|
| 1: Hospital 1 | IN | 732 | 3.44 | $6,455 | $4,724,958 | 86.7% |
| 2: Hospital 2 | OUT | 35 | 4.14 | $6,438 | $225,329 | 4.1% |
| 3: Hospital 3 | IN | 9 | 4.00 | $20,099 | $180,887 | 3.3% |
| 4: Hospital 4 | IN | 10 | 7.20 | $9,137 | $91,368 | 1.7% |
| 5: Hospital 5 | IN | 4 | 1.50 | $8,001 | $32,005 | 0.6% |
| 6: Hospital 6 | IN | 7 | 2.14 | $3,586 | $25,099 | 0.5% |
| 7: Hospital 7 | IN | 1 | 20.00 | $23,161 | $23,161 | 0.4% |
| 8: Hospital 8 | IN | 4 | 2.25 | $4,666 | $18,663 | 0.3% |
| 9: Hospital 9 | IN | 10 | 2.20 | $1,845 | $18,453 | 0.3% |
| 10: Hospital 10 | IN | 1 | 14.00 | $16,652 | $16,652 | 0.3% |
| 11: Other Hospitals | In | 32 | 2.50 | $2,893 | $92,562 | 1.7% |
| 12: Other Hospitals | Out | 1 | 4.00 | $0 | $0 | 0.0% |



Inpatient Hospital Utilization

$225,329

$5,223,806

☐ In Network
☑ OUT

**gbsinsider**    An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Inpatient Hospital

*Note:  Numbers along the bottom of graphs correspond to the hospitals shown in the data table on page 5.*

Hospital experience where the ALOS is greater than the average of the Other Hospitals should be evaluated to ensure that effective case management is taking place.



Hospital data where Average Paid Amounts per Admission are greater than the average of the Other Hospitals should be examined to determine the adequacy of current discount arrangements or the possibility of adding new , more effective, financial arrangements with these facilities.



**gbsinsider**  *An Inside Look at your Company Information*

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Inpatient Hospital

### Inpatient Admissions

The following chart shows the amount of your inpatient total paid, grouped into Major Diagnostic Categories



Note: The 25 major diagnostic categories have been developed by the American Medical Association.

**gbsinsider**    *An Inside Look at your Company Information*

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Inpatient Surgery

### General

Inpatient surgical confinement can be the cause of the most costly inpatient admissions. The charts and tables in this section compare your utilization rates and unit costs related to inpatient surgeries (facility and professional) with expected values for each.

Inpatient Surgery PMPM Cost





| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|-------------|-----------:|---------------:|-----------------:|----------:|
| EMPLOYEE | $20.22 | $0.80 | $21.02 | $45.51 |
| SPOUSE | $25.60 | $1.33 | $26.93 | $48.83 |
| CHILD | $5.58 | $0.20 | $5.78 | $32.19 |
| **OVERALL PMPM** | **$15.26** | **$0.66** | **$15.92** | **$40.68** |

Inpatient Surgery Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|-------------|-----------:|---------------:|-----------:|----------:|
| EMPLOYEE | $1,188,576 | $47,067 | $1,235,643 | $2,675,539 |
| SPOUSE | $814,943 | $42,500 | $857,443 | $1,554,477 |
| CHILD | $357,558 | $13,133 | $370,691 | $2,064,097 |
| **TOTAL PAID** | **$2,361,077** | **$102,700** | **$2,463,777** | **$6,294,113** |

**gbsinsider**   *An Inside Look at your Company Information*

11/27/2007  |  **Healthcare Benchmarking Analysis Report**

## Inpatient Surgery
### Inpatient Surgery Utilization Rates per 1000 Participants

The following chart compares your network and non-network inpatient surgical utilization rates with our expected utilization rates. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 17.15 | 1.22 | 18.37 | 18.80 |
| SPOUSE | 24.88 | 1.13 | 26.01 | 20.70 |
| CHILD | 10.86 | 0.56 | 11.42 | 17.50 |
| **OVERALL UTILIZATION** | **16.13** | **0.93** | **17.06** | **19.00** |

### Inpatient Surgery Average Paid Per Surgery

The next chart compares the average network and non-network paid per inpatient surgical procedure with the expected amounts. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $14,150 | $7,844 | $13,729 | $29,049 |
| SPOUSE | $12,348 | $14,167 | $12,427 | $28,305 |
| CHILD | $6,165 | $4,378 | $6,077 | $22,076 |
| **AVERAGE PAID PER SURGERY** | **$11,351** | **$8,558** | **$11,199** | **$26,616** |

**gbsinsider**

*An Inside Look at your Company Information*

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Inpatient Surgery

### Inpatient Surgery Procedure Analysis

The following table shows the number of inpatient surgical admissions and the average per admission for the top 20 ICD-9 (International Classification of Diseases, Ninth Revision ) Diagnosis descriptions ranked by the total amount paid.

*Note: The ICD-9 codes used in this table have been developed by Ingenix*

| Diagnosis Code Description | Network | Admits | Total Paid | Average Paid Per Admit |
|---|---|---|---|---|
| 682.6 : CELLULITIS AND ABSCESS OF LEG EXCEPT FOOT | IN | 6 | $113,012 | $18,835 |
| 170.2 : MALIG NEOPLASM VERT COLUMN EXCLD SACRUM&COCCYX | IN | 1 | $89,910 | $89,910 |
| 198.5 : SEC MALIGNANT NEOPLASM OF BONE AND BONE MARROW | IN | 3 | $78,953 | $26,318 |
| 324.0 : INTRACRANIAL ABSCESS | IN | 1 | $74,939 | $74,939 |
| 715.36 : LOC OSTEOARTHROS NOT SPEC PRIM/SEC LOWER LEG | IN | 5 | $56,434 | $11,287 |
| 746.4 : CONGENITAL INSUFFICIENCY OF AORTIC VALVE | IN | 1 | $53,703 | $53,703 |
| 800.76 : OPN FX VAULT SKULL-SUBARACH DURL HEM LOC UNS DUR | IN | 1 | $49,384 | $49,384 |
| 998.59 : OTHER POSTOPERATIVE INFECTION NEC | IN | 2 | $49,235 | $24,618 |
| 189.0 : MALIGNANT NEOPLASM OF KIDNEY EXCEPT PELVIS | IN | 2 | $41,485 | $20,743 |
| 722.10 : DISPLCMT LUMBAR INTERVERT DISC W/O MYELOPATHY | IN | 4 | $41,040 | $10,260 |
| V30.01 : SINGLE LIVEBORN HOSPITAL DELIV BY C-SECTION | IN | 11 | $37,413 | $3,401 |
| 278.01 : MORBID OBESITY | IN | 4 | $36,608 | $9,152 |
| 721.3 : LUMBOSACRAL SPONDYLOSIS WITHOUT MYELOPATHY | IN | 2 | $34,585 | $17,292 |
| 715.96 : OSTEOARTHROSIS UNSPEC WHETHER GEN/LOC LOWER LE | IN | 3 | $34,326 | $11,442 |
| 824.8 : UNSPECIFIED CLOSED FRACTURE OF ANKLE | IN | 1 | $33,510 | $33,510 |
| 540.9 : ACUTE APPENDICITIS WITHOUT MENTION PERITONITIS | IN | 8 | $31,319 | $3,915 |
| 733.42 : ASEPTIC NECROSIS OF HEAD AND NECK OF FEMUR | OUT | 1 | $30,751 | $30,751 |
| 038.0 : STREPTOCOCCAL SEPTICEMIA | IN | 1 | $30,742 | $30,742 |
| V30.00 : SINGLE LIVEBORN HOSPITAL W/O C-SECTION | IN | 30 | $28,673 | $956 |
| 996.66 : INF&INFLAM REACTION DUE INTRL JOINT PROSTHESIS | IN | 1 | $27,315 | $27,315 |

*Higher than expected cost and utilization in the inpatient surgical admission category may reflect a few catastrophic claims in the period or a general more recurring problem that can only be measured over a series of reporting periods.*

*High average costs per admission and longer than expected lengths of stay suggest a need to examine the effectiveness of large case managers. Utilization management programs also should be evaluated to ensure that only necessary surgeries are performed in an inpatient setting.*

*A high cost per procedure suggests the need to ensure that network providers are being used by members whenever possible, and that competitive discounts are being realized for these services.*

gbsinsider                          *An Inside Look at your Company Information*

11/27/2007 | Healthcare Benchmarking Analysis Report

## Outpatient Hospital
General

Another key component of healthcare costs is the category of medical services rendered in the outpatient area of a hospital. It is important to monitor this service category because over recent years hospitals have tended to shift their costs to this area as managed care organizations would only approve an increasing number of medical procedures if they were performed in an outpatient setting. The charts and tables in this section compare expected values with your actual hospital outpatient visit rates per 1,000 participants, and related costs (including all charges paid to a hospital for all services related to a single outpatient episode of care).

Outpatient Hospital PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $48.75 | $2.11 | $50.86 | $78.50 |
| SPOUSE | $64.09 | $3.04 | $67.13 | $89.62 |
| CHILD | $21.03 | $0.60 | $21.63 | $42.35 |
| **OVERALL PMPM** | **$40.42** | **$1.68** | **$42.10** | **$65.81** |

Outpatient Hospital Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $2,866,035 | $123,996 | $2,990,030 | $4,615,025 |
| SPOUSE | $2,040,429 | $96,860 | $2,137,289 | $2,853,184 |
| CHILD | $1,348,102 | $38,639 | $1,386,741 | $2,715,228 |
| **TOTAL PAID** | **$6,254,566** | **$259,495** | **$6,514,061** | **$10,183,437** |

**gbsinsider**   An Inside Look at your Company Information

11/27/2007 | Healthcare Benchmarking Analysis Report

## Outpatient Hospital

Outpatient Hospital Visits per 1000 Participants

The following chart compares your actual average number of network and non-network outpatient visits per 1,000 with the expected number. Comparisons are shown separately for the current and prior analysis periods.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 850.96 | 41.84 | 892.80 | 1,049.00 |
| SPOUSE | 1,516.73 | 65.96 | 1,582.69 | 1,187.00 |
| CHILD | 575.16 | 30.13 | 605.30 | 616.00 |
| **OVERALL UTILIZATION** | **873.67** | **41.95** | **915.62** | **897.99** |

Outpatient Hospital Average Paid per Visit

The next chart shows your actual average network and non-network costs per outpatient visit (excludes separately billed professional charges) compared with expected values. Comparisons are shown separately for the current and prior analysis periods.





| MemberType | In Network | Out of | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $687 | $605 | $684 | $898 |
| SPOUSE | $507 | $553 | $509 | $906 |
| CHILD | $439 | $240 | $429 | $825 |
| **AVERAGE PAID PER VISIT** | **$555** | **$480** | **$552** | **$886** |

*Higher than expected cost and utilization in the hospital outpatient category may not necessarily be a negative influence on plan costs if the services are performed in place of a higher cost inpatient setting. A high cost per procedure suggests the need to ensure that network providers are being used by members whenever possible, and that competitive discounts are being realized for these services.*

**gbsinsider**

An Inside Look at your Company Information

11/27/2007 | Healthcare Benchmarking Analysis Report

## Physician Surgery

### General

Related to the cost of hospital outpatient services is the related professional charge for performing outpatient surgeries. The charts and tables in this section compare expected values with your actual outpatient surgery utilization rates per 1,000 participants, and the related costs.

### Physician Surgery PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $11.28 | $0.52 | $11.80 | $18.33 |
| SPOUSE | $14.99 | $0.27 | $15.26 | $21.38 |
| CHILD | $4.12 | $0.20 | $4.32 | $15.37 |
| **OVERALL PMPM** | **$9.08** | **$0.33** | **$9.41** | **$17.73** |

### Physician Surgery Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $663,107 | $30,333 | $693,440 | $1,077,356 |
| SPOUSE | $477,371 | $8,535 | $485,907 | $680,516 |
| CHILD | $264,273 | $12,728 | $277,001 | $985,592 |
| **TOTAL PAID** | **$1,404,752** | **$51,596** | **$1,456,348** | **$2,743,464** |

**gbsinsider**  An Inside Look at your Company Information

## Physician Surgery

### Physician Surgeries per 1000 Participants

The following chart shows your actual network and non-network outpatient surgery rates per 1,000 with the expected values. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 504.17 | 30.01 | 534.17 | 643.00 |
| SPOUSE | 738.39 | 29.40 | 767.79 | 750.00 |
| CHILD | 248.00 | 13.85 | 261.85 | 330.00 |
| **OVERALL UTILIZATION** | **446.22** | **23.19** | **469.40** | **535.33** |

### Average Paid per Surgery

The following chart shows your actual network and non-network average paid per surgery compared with the expected values. Average costs are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $268 | $206 | $265 | $342 |
| SPOUSE | $244 | $109 | $239 | $342 |
| CHILD | $199 | $172 | $198 | $559 |
| **AVERAGE PAID PER SURGERY** | **$244** | **$173** | **$241** | **$384** |

**gbsinsider**   *An Inside Look at your Company Information*

11/27/2007 | Healthcare Benchmarking Analysis Report

## Physician Surgery

Physician Surgery Procedure Analysis

The following table shows the number of outpatient surgical services, ranked by the total amount paid for the top 20 CPT (Current Procedural Terminology) procedure descriptions.

*Note: The CPT codes used in this table have been developed by the American Medical Association*

| CPT Code | Network | Services | Total Paid | Average Paid Per Service |
|---|---|---|---|---|
| 45378 : COLONOSCOPY FLEX; DX-SEP PROC | IN | 132 | $41,604 | $315 |
| 45380 : COLONOSCOPY FLEX; W/BX 1/MX | IN | 70 | $34,189 | $488 |
| 63047 : LAMINECT 1 VERT SEGMT-UNI/BIL; LUMB | IN | 4 | $23,038 | $5,760 |
| 43239 : UGI ENDO; W/BX 1/MX | IN | 94 | $22,066 | $235 |
| 45385 : COLONOSCOPY FLEX; W/REMV LES-SNARE | IN | 54 | $21,912 | $406 |
| 22845 : ANT INSTRUM; 2 3 VERTEBRAL SEGMENTS | IN | 10 | $19,413 | $1,941 |
| 29881 : SCOPE KNEE SURG;W/MENISCECT MED/LAT | IN | 27 | $18,969 | $703 |
| 61510 : CRANIECT; EXC BRAIN TUMR SUPRATENT | IN | 3 | $18,843 | $6,281 |
| 20610 : ARTHROCENTESIS ASPIR&/INJ; MAJ JNT | IN | 263 | $18,181 | $69 |
| 66984 : EXTRACAPSULAR CATARACT REMV IOL | IN | 26 | $15,839 | $609 |
| 58150 : TAH W/WO REMOVAL TUBE-OVARY | IN | 23 | $15,647 | $680 |
| 58563 : HYSTEROSC SURG; W/ENDOMETRIAL ABLAT | IN | 9 | $15,212 | $1,690 |
| 47562 : LAPAROSCOPY SURGICAL; CHOLECT | IN | 24 | $15,160 | $632 |
| 44970 : LAPAROSCOPY SURGICAL APPENDECTOMY | IN | 18 | $14,113 | $784 |
| 61751 : STEREOTAC BX INTRACRAN LES; CT/MRI | IN | 4 | $13,728 | $3,432 |
| 55250 : VASECT UNI/BIL-SEP PROC-POSTOP SEM | IN | 42 | $12,751 | $304 |
| 17000 : DESTRUC BEN/PREMALIG LES; 1 LES | IN | 261 | $12,110 | $46 |
| 22585 : ARTHRODESIS W/MINI DISKECT; EA ADD | IN | 13 | $11,995 | $923 |
| 22554 : ARTHRODESIS W/MINI DISKECT;BELOW C2 | IN | 12 | $11,599 | $967 |
| 63075 : DISKECT ANT; CERVICAL 1 INTERSPACE | IN | 12 | $11,508 | $959 |

*Higher than expected cost and utilization in the outpatient surgery category may not necessarily be a negative influence on plan costs if the services are performed in place of a higher cost inpatient setting.*

*A high cost per procedure suggests the need to ensure that network providers are being used by members, and that competitive discounts are being realized for these services.*

**gbsinsider**    An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

### Emergency Room Visits

**General**

Another major driver of hospital outpatient service costs is the cost of emergency room use. Most plans include additional employee cost sharing when emergency rooms are used, especially in non-emergency or life threatening situations. Therefore, it is important to monitor these costs to ensure that no abuse or overutilization of these services occurs.

Emergency Room Visits PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $6.80 | $0.15 | $6.94 | $10.79 |
| SPOUSE | $10.88 | $0.08 | $10.96 | $11.70 |
| CHILD | $4.56 | $0.06 | $4.63 | $9.39 |
| **OVERALL PMPM** | **$6.71** | **$0.10** | **$6.81** | **$10.40** |

Emergency Room Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $399,612 | $8,641 | $408,253 | $634,511 |
| SPOUSE | $346,433 | $2,396 | $348,829 | $372,618 |
| CHILD | $292,606 | $4,077 | $296,683 | $602,271 |
| **TOTAL PAID** | **$1,038,651** | **$15,115** | **$1,053,765** | **$1,609,399** |

**gbsinsider**                    *An Inside look at your Company Information*

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Emergency Room Visits

### Emergency Room Visits per 1000 Participants

The following chart compares your actual average number of network and non-network emergency room visits per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.




| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 179.01 | 4.49 | 183.50 | 154.00 |
| SPOUSE | 239.34 | 1.13 | 240.47 | 167.00 |
| CHILD | 218.42 | 5.43 | 223.85 | 167.00 |
| **OVERALL UTILIZATION** | **207.75** | **4.19** | **211.94** | **162.06** |

### Emergency Room Average Paid per Visit

The next chart shows your actual average network and non-network costs per emergency room visit (excludes separately billed professional charges) compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.




| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $456 | $393 | $454 | $841 |
| SPOUSE | $546 | $799 | $547 | $841 |
| CHILD | $251 | $141 | $248 | $675 |
| **AVERAGE PAID PER VISIT** | **$388** | **$280** | **$386** | **$784** |

*Higher than expected cost and utilization in the emergency room service category, while not a major source of plan expense, can reflect abuse and unnecessary utilization by plan members.*
*A high utilization of emergency room services suggests the need to ensure that the use of the emergency room is reserved only for emergencies including threats to life or limb, or the sudden onset of severe medical conditions. Plan design features may require changes to ensure appropriate use of the benefit plan in this area.*

**gbsinsider**

*An Inside Look at your Company Information*

11/27/2007 | **Healthcare Benchmarking Analysis Report**

## Physician Office Visits
### General

One of the primary cost drivers in the professional services category is for general and routine physician office visits. Excessive utilization in this category can be due to a variety of causes including a higher than expected rate of accidents, work related illnesses, underutilization of preventive care, or generally unhealthy lifestyles.

Physician Office Visits PMPM Cost





| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $10.06 | $0.31 | $10.37 | $13.76 |
| SPOUSE | $15.52 | $0.31 | $15.82 | $16.36 |
| CHILD | $9.07 | $0.17 | $9.24 | $9.47 |
| **OVERALL PMPM** | **$10.77** | **$0.25** | **$11.02** | **$12.52** |

Physician Office Visits Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $591,280 | $18,241 | $609,521 | $808,950 |
| SPOUSE | $494,033 | $9,757 | $503,790 | $520,853 |
| CHILD | $581,600 | $10,852 | $592,452 | $607,421 |
| **TOTAL PAID** | **$1,666,912** | **$38,851** | **$1,705,763** | **$1,937,225** |

**gbsinsider**   *An Inside Look at your Company Information*

11/27/2007   |   Healthcare Benchmarking Analysis Report

## Physician Office Visits

### Physician Office Visits per 1000 Participants

The following chart compares your actual average number of network and non-network office visits per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 2,286 | 154 | 2,440 | 2,752 |
| SPOUSE | 3,404 | 199 | 3,603 | 3,272 |
| CHILD | 2,184 | 130 | 2,314 | 2,214 |
| **OVERALL UTILIZATION** | **2,474** | **153** | **2,627** | **2,636** |

### Physician Office Visits Average Paid per Visit

The next chart shows your actual average network and non-network costs per office visit compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $53 | $24 | $51 | $60 |
| SPOUSE | $55 | $18 | $53 | $60 |
| CHILD | $50 | $16 | $48 | $51 |
| **AVERAGE PAID PER VISIT** | **$52** | **$20** | **$50** | **$58** |

*Higher than expected cost and utilization in physician office visit category may not necessarily be a negative influence on total plan costs if the services are performed by primary physicians rather than specialists, or in place of receiving services in a higher cost hospital setting.*

*A high cost per visit suggests the need to ensure that network providers are being used by members, and that competitive discounts are being realized for these services.*

**gbsinsider**    An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Physician Office Visits

### Physician Office Visit Analysis

The following table shows the number of network and non-network office visits and the related total paid ranked by the total amount paid for the top 20 physician offices and clinics used by your members.

| Office Name (or Tax ID Number) | Network | Services | Total Paid | Average Paid Per Service |
|---|---|---|---|---|
| Office 1 | IN | 424 | $21,865 | $51.57 |
| Office 2 | IN | 224 | $10,879 | $48.57 |
| Office 3 | IN | 127 | $6,134 | $48.30 |
| Office 4 | IN | 90 | $4,908 | $54.53 |
| Office 5 | IN | 68 | $4,070 | $59.85 |
| Office 6 | IN | 55 | $4,063 | $73.87 |
| Office 7 | IN | 55 | $3,179 | $57.80 |
| Office 8 | IN | 64 | $2,581 | $40.32 |
| Office 9 | IN | 49 | $2,218 | $45.26 |
| Office 10 | IN | 40 | $2,052 | $51.30 |
| Office 11 | IN | 43 | $2,011 | $46.77 |
| Office 12 | IN | 39 | $1,831 | $46.96 |
| Office 13 | IN | 41 | $1,766 | $43.08 |
| Office 14 | IN | 29 | $1,634 | $56.33 |
| Office 15 | IN | 36 | $1,599 | $44.41 |
| Office 16 | IN | 28 | $1,525 | $54.45 |
| Office 17 | IN | 25 | $1,451 | $58.03 |
| Office 18 | IN | 29 | $1,314 | $45.31 |
| Office 19 | OUT | 51 | $1,166 | $22.85 |
| Office 20 | OUT | 46 | $819 | $17.80 |

Higher than expected cost and utilization in physician office visit category may not necessarily be a negative influence on total plan costs if the services are performed by primary physicians rather than specialists, or in place of receiving services in a higher cost hospital setting.

A high cost per visit suggests the need to ensure that network providers are being used by members, and that competitive discounts are being realized for these services.

11/27/2007 | Healthcare Benchmarking Analysis Report

## Inpatient Mental Health

General

With the existence of a variety of treatment environments as an alternative to inpatient care, it is important to analyze inpatient mental health utilization to ensure that all unnecessary confinements are avoided.

Inpatient Mental Health PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $0.14 | $0.06 | $0.20 | $2.39 |
| SPOUSE | $0.71 | $0.00 | $0.71 | $2.67 |
| CHILD | $0.93 | $0.10 | $1.03 | $2.87 |
| **OVERALL PMPM** | **$0.58** | **$0.06** | **$0.65** | **$2.65** |

Inpatient Mental Health Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $8,184 | $3,425 | $11,608 | $140,711 |
| SPOUSE | $22,665 | $0 | $22,665 | $85,054 |
| CHILD | $59,512 | $6,324 | $65,836 | $183,783 |
| **TOTAL PAID** | **$90,361** | **$9,748** | **$100,110** | **$409,548** |

**gbsinsider**                          *An Inside Look at your Company Information*

11/27/2007   |   Healthcare Benchmarking Analysis Report

## Inpatient Mental Health

### Inpatient Mental Health Admissions per 1000 Participants

The following chart compares your actual average number of network and non-network mental health admissions per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 1.22 | 0.41 | 1.63 | 3.10 |
| SPOUSE | 3.39 | 0.00 | 3.39 | 3.40 |
| CHILD | 2.99 | 0.56 | 3.56 | 2.10 |
| **OVERALL UTILIZATION** | **2.40** | **0.39** | **2.79** | **2.59** |

### Inpatient Mental Health Admissions Average Paid per Admission

The next chart shows your actual average network and non-network costs per mental health inpatient admission compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $1,364 | $1,712 | $1,451 | $9,265 |
| SPOUSE | $2,518 | $0 | $2,518 | $9,429 |
| CHILD | $3,720 | $2,108 | $3,465 | $16,380 |
| **AVERAGE PAID PER ADMISSION** | **$2,915** | **$1,950** | **$2,781** | **$11,105** |

## gbsinsider
*An Inside Look at your Company Information*

11/27/2007 | Healthcare Benchmarking Analysis Report

## Inpatient Mental Health

Inpatient Mental Health Admission Analysis

The following table shows the number of network and non-network mental health admissions and the related total paid amounts ranked by the total paid amount for the top 20 diagnosis descriptions.

| Diagnosis Description | Network | Admits | Total Paid | Average Paid Per Service |
|---|---|---|---|---|
| 296.50 : BIPOLAR AFFECTIVE DISORDER DEPRESSED UNSPECIFIED | IN | 3 | $20,289 | $6,763 |
| 296.23 : MAJ DPRSV D/O 1 EPIS SEV W/O MENTION PSYCHOT BHV | IN | 2 | $13,968 | $6,984 |
| 298.9 : UNSPECIFIED PSYCHOSIS | IN | 2 | $13,736 | $6,868 |
| 296.64 : BIPLR AFFCT D/O MIX SEVERE SPEC AS W/PSYCHOT BHV | IN | 1 | $10,211 | $10,211 |
| 300.11 : CONVERSION DISORDER | IN | 1 | $8,734 | $8,734 |
| 311 : DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED | IN | 5 | $7,978 | $1,596 |
| 311 : DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED | OUT | 4 | $6,440 | $1,610 |
| 296.33 : MAJ DPRSV D/O RECUR EPIS SEV W/O PSYCHOT BHV | IN | 4 | $5,994 | $1,499 |
| 296.90 : UNSPECIFIED AFFECTIVE PSYCHOSIS | IN | 3 | $5,487 | $1,829 |
| 296.2 : MAJOR DEPRESSIVE DISORDER SINGLE EPISODE | IN | 2 | $5,238 | $2,619 |
| 296.20 : MAJOR DEPRESSIVE DISORDER SINGLE EPISODE UNSPEC | IN | 2 | $3,813 | $1,906 |
| 309.3 : PREDOMINANT DISTURBANCE CONDUCT AS ADJ REACTION | IN | 1 | $3,339 | $3,339 |
| 314.00 : ADD CHILDHOOD WITHOUT MENTION HYPERACTIVITY | IN | 1 | $3,186 | $3,186 |
| 296.24 : MAJ DPRSV D/O 1 EPIS SEV SPEC AS W/PSYCHOT BHV | IN | 1 | $2,417 | $2,417 |
| 309.4 : MIX DISTURBANCE EMOTIONS&CONDUCT AS ADJ REACTION | IN | 1 | $2,372 | $2,372 |
| 296.34 : MAJ DPRSV D/O RECUR EPIS SEV SPEC W/PSYCHOT BHV | IN | 1 | $2,160 | $2,160 |
| 296.80 : MANIC-DEPRESSIVE PSYCHOSIS UNSPECIFIED | IN | 2 | $1,058 | $529 |
| 309.28 : MIXED EMOTIONAL FEATURES AS ADJUSTMENT REACTION | IN | 2 | $124 | $62 |
| 312.81 : CONDUCT DISORDER CHILDHOOD ONSET TYPE | OUT | 2 | $0 | $0 |

*Higher than expected cost and utilization in the mental health inpatient category may reflect a few catastrophic claims in the period or a general more recurring problem that can only be measured over a series of reporting periods. The recommended goal in this area is to ensure that the patient receives the appropriate and necessary care in the most cost effective treatment setting.*

*High average costs per admission and longer than expected lengths of stay suggest a need to examine the effectiveness of large case managers.*

*A high cost per admission suggests the need to ensure that network providers are being used by members whenever possible, and that competitive discounts are being realized for these services.*

*Continued high cost and use over time may suggest the need to implement a managed mental health carve-out benefit that is separately managed by experts in the field.*



**gbsinsider**

An Inside Look at your Company Information

11/27/2007 | **Healthcare Benchmarking Analysis Report**

## Physician Mental Health
General

With the higher possibility of plan abuse and overutilization existing in the outpatient treatment of mental health conditions, it is important to analyze outpatient mental health cost and utilization to ensure that all care and treatment is necessary and appropriate and within accepted treatment norms.

Physician Mental Health PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $0.48 | $0.17 | $0.65 | $3.20 |
| SPOUSE | $0.99 | $0.13 | $1.13 | $4.18 |
| CHILD | $0.69 | $0.20 | $0.89 | $0.89 |
| **OVERALL PMPM** | **$0.67** | **$0.17** | **$0.85** | **$2.44** |

Physician Mental Health Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $28,332 | $10,017 | $38,349 | $187,893 |
| SPOUSE | $31,671 | $4,283 | $35,954 | $133,081 |
| CHILD | $44,399 | $12,542 | $56,941 | $57,275 |
| **TOTAL PAID** | **$104,401** | **$26,843** | **$131,244** | **$378,249** |

**gbsinsider**    *An Inside Look at your Company Information*

11/27/2007 | Healthcare Benchmarking Analysis Report

## Physician Mental Health

**Physician Mental Health Visits per 1000 Participants**

The following chart compares your actual average number of network and non-network mental health outpatient visits per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 161.66 | 63.07 | 224.73 | 376.00 |
| SPOUSE | 284.57 | 84.05 | 368.63 | 487.00 |
| CHILD | 219.92 | 98.08 | 318.00 | 160.00 |
| **OVERALL UTILIZATION** | **211.09** | **81.89** | **292.98** | **309.34** |

Physician Mental Health Average Paid per Visit

The next chart shows your actual average network and non-network costs per mental health outpatient visit compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $36 | $32 | $35 | $102 |
| SPOUSE | $42 | $19 | $37 | $103 |
| CHILD | $38 | $24 | $34 | $67 |
| **AVERAGE PAID PER VISIT** | **$38** | **$25** | **$35** | **$97** |

**gbsinsider**    An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Physician Mental Health

Physician Mental Health Visit Analysis

The following table shows the number of network and non-network mental health services and the related total paid amounts ranked by the total paid amount for the top 20 diagnosis descriptions.

| Diagnosis Description | Network | Services | Total Paid | Average Paid Per Service |
|---|---|---|---|---|
| 309.28 : MIXED EMOTIONAL FEATURES AS ADJUSTMENT REACTION | IN | 502 | $17,157 | $34 |
| 300.4 : NEUROTIC DEPRESSION | IN | 208 | $9,256 | $44 |
| 311 : DEPRESSIVE DISORDER NOT ELSEWHERE CLASSIFIED | IN | 200 | $9,154 | $46 |
| 314.01 : ADD OF CHILDHOOD WITH HYPERACTIVITY | IN | 158 | $6,936 | $44 |
| 300.02 : GENERALIZED ANXIETY DISORDER | IN | 159 | $6,212 | $39 |
| 296.32 : MAJOR DPRSV DISORDER RECURRENT EPISODE MODERATE | IN | 137 | $6,132 | $45 |
| 296.33 : MAJ DPRSV D/O RECUR EPIS SEV W/O PSYCHOT BHV | IN | 90 | $5,841 | $65 |
| 309.0 : BRIEF DEPRESSIVE REACTION AS ADJUSTMENT REACTION | IN | 141 | $5,811 | $41 |
| 296.90 : UNSPECIFIED AFFECTIVE PSYCHOSIS | IN | 122 | $5,526 | $45 |
| 309.4 : MIX DISTURBANCE EMOTIONS&CONDUCT AS ADJ REACTION | IN | 125 | $5,112 | $41 |
| 296.22 : MAJOR DPRSV DISORDER SINGLE EPISODE MODERATE | IN | 127 | $4,592 | $36 |
| 300.4 : NEUROTIC DEPRESSION | OUT | 163 | $4,169 | $26 |
| 309.28 : MIXED EMOTIONAL FEATURES AS ADJUSTMENT REACTION | OUT | 147 | $3,963 | $27 |
| 314.00 : ADD CHILDHOOD WITHOUT MENTION HYPERACTIVITY | IN | 66 | $3,920 | $59 |
| 309.9 : UNSPECIFIED ADJUSTMENT REACTION | IN | 71 | $3,901 | $55 |
| 296.30 : MAJOR DPRSV DISORDER RECURRENT EPISODE UNSPEC | IN | 64 | $3,385 | $53 |
| 309.24 : ANXIOUS MOOD AS ADJUSTMENT REACTION | IN | 92 | $3,157 | $34 |
| 299.80 : OTH SPEC EARLY CHLD PSYCHOSES CURRENT/ACTV STATE | IN | 71 | $2,376 | $33 |
| 296.22 : MAJOR DPRSV DISORDER SINGLE EPISODE MODERATE | OUT | 41 | $2,199 | $54 |
| 309.0 : BRIEF DEPRESSIVE REACTION AS ADJUSTMENT REACTION | OUT | 48 | $1,952 | $41 |

Higher than expected cost and utilization in the outpatient mental health category may not necessarily be a negative influence on total plan costs if the services are performed in place of receiving services in a higher cost hospital setting.

A high cost per visit suggests the need to ensure that network providers are being used by members, and that competitive discounts are being realized for these services.

Continued high cost and use over time may suggest the need to implement a managed mental health carve-out benefit that is separately managed by experts in the field.

**gbsinsider**     *An Inside Look at your Company Information*

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Chiropractic Visits

### General

With the higher possibility of plan abuse and overutilization existing in chiropractic care, it is important to analyze chiropractic cost and utilization to ensure that all care and treatment is necessary and appropriate and within accepted treatment norms.

Chiropractic Visits PMPM Cost





| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $0.50 | $0.29 | $0.79 | $1.65 |
| SPOUSE | $0.55 | $0.23 | $0.78 | $1.95 |
| CHILD | $0.06 | $0.04 | $0.11 | $0.29 |
| **OVERALL PMPM** | **$0.33** | **$0.18** | **$0.50** | **$1.15** |

Chiropractic Visits Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $29,167 | $16,989 | $46,156 | $96,827 |
| SPOUSE | $17,571 | $7,286 | $24,858 | $61,963 |
| CHILD | $4,112 | $2,868 | $6,981 | $18,566 |
| **TOTAL PAID** | **$50,850** | **$27,143** | **$77,994** | **$177,356** |

**gbsinsider**    An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Chiropractic Visits

Chiropractic Visits per 1000 Participants

The following chart compares your actual average number of network and non-network chiropractic visits per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 487.63 | 319.44 | 807.08 | 732.00 |
| SPOUSE | 558.97 | 338.85 | 897.82 | 865.00 |
| CHILD | 85.72 | 63.26 | 148.98 | 139.00 |
| **OVERALL UTILIZATION** | **335.79** | **217.29** | **553.08** | **513.67** |

Chiropractic Average Paid per Visit

The next chart shows your actual average network and non-network costs per chiropractic visit compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $12 | $11 | $12 | $27 |
| SPOUSE | $12 | $8 | $10 | $27 |
| CHILD | $9 | $8 | $9 | $25 |
| **AVERAGE PAID PER VISIT** | **$12** | **$10** | **$11** | **$27** |

High utilization or a high cost per visit suggests the need to ensure that network providers are being used by members as much as possible, and that competitive discounts are being realized for these services.
Continued high cost and use over time may suggest the need to change plan design features aimed at preventing abuse in this plan area.

**gbsinsider**

An Inside Look at your Company Information

11/27/2007 | Healthcare Benchmarking Analysis Report

## Physician Physical Therapy

General

With the higher possibility of plan abuse and overutilization existing in outpatient physical therapy, it is important to analyze physical therapy cost and utilization to ensure that all care and treatment is necessary and appropriate and within accepted treatment norms

Physician Physical Therapy PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $1.70 | $0.96 | $2.67 | $4.36 |
| SPOUSE | $1.63 | $0.46 | $2.10 | $5.04 |
| CHILD | $0.56 | $0.33 | $0.89 | $1.78 |
| **OVERALL PMPM** | **$1.22** | **$0.60** | **$1.81** | **$3.43** |

Physician Physical Therapy Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $100,190 | $56,632 | $156,822 | $256,324 |
| SPOUSE | $51,953 | $14,758 | $66,712 | $160,538 |
| CHILD | $35,892 | $21,399 | $57,291 | $113,882 |
| **TOTAL PAID** | **$188,035** | **$92,789** | **$280,824** | **$530,745** |

**gbsinsider**          An Inside Look at your Company Information

11/27/2007   |   Healthcare Benchmarking Analysis Report

## Physican Physical Therapy

Physician Physical Therapy Visits per 1000 Participants

The following chart compares your actual average number of network and non-network physical therapy visits per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 1,051.00 | 550.30 | 1,601.29 | 1,744.00 |
| SPOUSE | 1,057.26 | 539.75 | 1,597.01 | 2,017.00 |
| CHILD | 278.50 | 133.45 | 411.95 | 609.00 |
| **OVERALL UTILIZATION** | **732.22** | **375.41** | **1,107.63** | **1,329.90** |

Physician Physical Therapy Average Paid per Visit

The next chart shows your actual average network and non-network costs per physical therapy visit compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $19 | $21 | $20 | $30 |
| SPOUSE | $19 | $10 | $16 | $30 |
| CHILD | $24 | $30 | $26 | $35 |
| **AVERAGE PAID PER VISIT** | **$20** | **$19** | **$20** | **$31** |

*High utilization or a high cost per visit suggests the need to ensure that network providers are being used by members as much as possible, and that competitive discounts are being realized for these services.*
*Continued high cost and use over time may suggest the need to change plan design features aimed at preventing abuse in this plan*

**gbsinsider**   *An Inside Look at your Company Information*

11/27/2007   |   Healthcare Benchmarking Analysis Report

## Preventive Care

### General

One key way to manage and reduce plan costs is to ensure that participants are seeking and receiving recommended preventive care. It is important to analyze preventive care cost and utilization to determine that preventive care provided for in your benefit plan design is being received by plan participants.

Preventive Care PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $1.63 | $0.02 | $1.65 | $0.68 |
| SPOUSE | $3.59 | $0.03 | $3.61 | $0.76 |
| CHILD | $4.09 | $0.03 | $4.12 | $2.23 |
| **OVERALL PMPM** | **$3.05** | **$0.03** | **$3.08** | **$1.34** |

Preventive Care Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $95,803 | $1,194 | $96,997 | $39,683 |
| SPOUSE | $114,143 | $880 | $115,024 | $24,212 |
| CHILD | $262,148 | $1,797 | $263,945 | $143,102 |
| **TOTAL PAID** | **$472,094** | **$3,871** | **$475,965** | **$206,998** |

**gbsinsider**    *An Inside Look at your Company Information*

11/27/2007   |   Healthcare Benchmarking Analysis Report

## Preventive Care

### Preventive Care Visits per 1000 Participants

The following chart compares your actual average number of network and non-network preventive care visits per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 190.24 | 6.33 | 196.56 | 150.00 |
| SPOUSE | 420.64 | 10.93 | 431.57 | 169.00 |
| CHILD | 594.44 | 19.84 | 614.28 | 558.00 |
| **OVERALL UTILIZATION** | **405.12** | **12.87** | **417.99** | **322.96** |

### Preventive Care Average Paid per Visit

The next chart shows your actual average network and non-network costs per preventive care visit compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $103 | $39 | $101 | $54 |
| SPOUSE | $102 | $30 | $100 | $54 |
| CHILD | $83 | $17 | $80 | $48 |
| **AVERAGE PAID PER VISIT** | **$90** | **$23** | **$88** | **$50** |

*Higher than expected cost and utilization in the preventive care category may not necessarily be a negative influence on total plan costs if the services reduce or avoid more acute conditions that would otherwise go undetected.*
*A high cost per visit suggests the need to ensure that network providers are being used by members, and that competitive discounts are being realized for these services.*

gbsinsider                    An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Immunizations

### General

Another important area to monitor because of its potential positive impact on your plan costs is the Immunization service category. Similar to the preventive care category, it is important to analyze the cost and utilization of immunizations to determine that care provided for in your benefit plan design is being received by plan participants.

Immunizations PMPM Cost




| Member Type | In Network | Out of Network | Actual PMPM Cost | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $0.23 | $0.01 | $0.24 | $0.57 |
| SPOUSE | $0.35 | $0.01 | $0.36 | $0.57 |
| CHILD | $3.72 | $0.02 | $3.74 | $0.45 |
| **OVERALL PMPM** | **$1.70** | **$0.01** | **$1.72** | $0.52 |

Immunizations Total Paid



| Member Type | In Network | Out of Network | Total Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $13,773 | $348 | $14,121 | $33,647 |
| SPOUSE | $11,214 | $394 | $11,608 | $18,221 |
| CHILD | $238,717 | $1,104 | $239,821 | $28,947 |
| **TOTAL PAID** | **$263,704** | **$1,846** | **$265,550** | **$80,816** |

**gbsinsider**          *An Inside Look at your Company Information*

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Immunizations

### Immunizations per 1000 Participants

The following chart compares your actual average number of network and non-network immunizations per 1,000 with the expected number. Utilization rates are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Actual Utilization | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | 160.44 | 7.14 | 167.58 | 404.00 |
| SPOUSE | 245.00 | 12.82 | 257.81 | 404.00 |
| CHILD | 1,517.36 | 38.74 | 1,556.10 | 387.00 |
| **OVERALL UTILIZATION** | **740.05** | **21.40** | **761.45** | **396.96** |

### Average Paid per Immunization

The next chart shows your actual average network and non-network costs per immunization compared with expected values. Average paid amounts are shown separately by type of patient (employee, spouse, and child) and for the total group.





| Member Type | In Network | Out of Network | Average Paid | Benchmark |
|---|---|---|---|---|
| EMPLOYEE | $18 | $10 | $17 | $17 |
| SPOUSE | $17 | $12 | $17 | $17 |
| CHILD | $29 | $5 | $29 | $14 |
| **AVERAGE PAID PER IMMUNIZATION** | **$28** | **$7** | **$27** | **$16** |

*Higher than expected cost and utilization in immunizations category may not necessarily be a negative influence on total plan costs if the services reduce or avoid more acute conditions that would otherwise go undetected.*
*A high cost per visit suggests the need to ensure that network providers are being used by members, and that competitive discounts are being realized for these services.*

**gbsinsider**  An Inside Look at your Company Information

11/27/2007  |  Healthcare Benchmarking Analysis Report

## Prescription Drugs

### General

The cost of prescription drugs continues to be the area of benefit plans that is escalating at the highest rate of increase. It is important to analyze the cost and utilization of your prescription drug benefit to understand how effectively the design of plan features control these costs. This analysis can only occur by monitoring the utilization and unit costs of covered drugs, and to compare them with expected values.

### Prescription Drugs PMPM Cost



| Member Type | Actual PMPM Cost | Benchmark |
|---|---|---|
| EMPLOYEE | $46.41 | $27.49 |
| SPOUSE | $69.21 | $34.99 |
| CHILD | $15.72 | $11.47 |
| **OVERALL PMPM** | **$38.39** | **$22.40** |

### Prescription Drugs Total Paid



| Member Type | Paid | Benchmark |
|---|---|---|
| EMPLOYEE | $2,728,590 | $1,616,397 |
| SPOUSE | $2,203,369 | $1,113,852 |
| CHILD | $1,007,926 | $735,388 |
| **TOTAL PAID** | **$5,939,885** | **$3,465,636** |

**gbsinsider**   An Inside Look at your Company Information

11/27/2007 | Healthcare Benchmarking Analysis Report

## Presciption Drugs

### Prescriptions per 1000 Participants

The following chart compares your actual average number of prescriptions per 1,000 with the expected number.
Utilization rates are shown separately by type of drug (generic, multi-source brand, and single-source brand) and for the
total group.



| Member Type | Actual Utilization | Benchmark |
|---|---|---|
| EMPLOYEE | 7,168 | 10,643 |
| SPOUSE | 11,811 | 13,543 |
| CHILD | 2,774 | 5,735 |
| **OVERALL UTILIZATION** | **6,303** | **9,206** |

### Average Paid per Prescription

The next chart shows your actual average costs per prescription compared with expected values. Average paid amounts
are shown separately by type of drug (generic, multi-source brand, and single-source brand) and for the total group.



| Member Type | Average Paid | Benchmark |
|---|---|---|
| EMPLOYEE | $77.70 | $31.00 |
| SPOUSE | $70.32 | $31.00 |
| CHILD | $68.00 | $24.00 |
| **AVERAGE PAID PER PRESCRIPTION** | **$73.08** | **$29.66** |

**gbsinsider** — An Inside Look at your Company Information

11/27/2007 | Healthcare Benchmarking Analysis Report

## Prescription Drugs

Prescriptions Analysis

The following tables show the top 50 drugs by total paid amount and total prescriptions.

### Top 50 Scripts By Total Paid Amount

| RX Desc | Total Paid | Total Scripts | Cost Per Script |
|---|---|---|---|
| LIPITOR     TAB 40MG : 90 | $21,412 | 75 | $285.50 |
| ADDERALL XR  CAP 20MG : 30 | $21,214 | 151 | $140.49 |
| AMBIEN     TAB 10MG : 30 | $21,214 | 179 | $118.51 |
| LAMISIL     TAB 250MG : 30 | $21,110 | 64 | $329.84 |
| TRICOR     TAB 145MG : 30 | $20,844 | 210 | $99.26 |
| ADVAIR DISKU MIS 250/50 : 90 | $19,637 | 43 | $456.67 |
| NASONEX     SPR 50MCG/AC : 30 | $19,490 | 253 | $77.03 |
| EFFEXOR XR  CAP 75MG : 90 | $18,996 | 39 | $487.08 |
| SIMVASTATIN  TAB 20MG : 30 | $18,992 | 210 | $90.44 |
| ZYRTEC     TAB 10MG : 90 | $18,671 | 110 | $169.73 |
| FENTANYL    DIS 100MCG/H : 30 | $18,658 | 23 | $811.22 |
| CELLCEPT     TAB 500MG : 90 | $18,468 | 12 | $1,539.04 |
| ENBREL     INJ 50MG/ML : 28 | $118,108 | 84 | $1,406.04 |
| NEXIUM     CAP 40MG : 30 | $86,543 | 615 | $140.72 |
| NEXIUM     CAP 40MG : 90 | $69,405 | 179 | $387.73 |
| PREVACID    CAP 30MG DR : 30 | $59,760 | 395 | $151.29 |
| AVONEX     KIT : 28 | $52,862 | 35 | $1,510.35 |
| COPAXONE    KIT 20MG/ML : 30 | $44,358 | 28 | $1,584.21 |
| ADVAIR DISKU MIS 250/50 : 30 | $42,253 | 247 | $171.07 |
| LIPITOR     TAB 20MG : 90 | $40,648 | 146 | $278.41 |
| LIPITOR     TAB 10MG : 30 | $37,803 | 495 | $76.37 |
| AZITHROMYCIN TAB 250MG : 5 | $36,872 | 1,088 | $33.89 |
| LIPITOR     TAB 20MG : 30 | $36,283 | 351 | $103.37 |
| LEXAPRO     TAB 10MG : 30 | $34,712 | 426 | $81.48 |
| PROTONIX    TAB 40MG : 30 | $33,268 | 275 | $120.97 |
| EFFEXOR XR  CAP 75MG : 30 | $32,855 | 275 | $119.47 |
| SINGULAIR   TAB 10MG : 30 | $32,485 | 336 | $96.68 |
| ACIPHEX     TAB 20MG : 30 | $32,437 | 213 | $152.28 |
| EFFEXOR XR  CAP 150MG : 30 | $29,948 | 262 | $114.30 |
| ZYRTEC     TAB 10MG : 30 | $29,611 | 460 | $64.37 |
| LIPITOR     TAB 10MG : 90 | $28,296 | 142 | $199.27 |
| FEXOFENADINE TAB 180MG : 30 | $28,193 | 527 | $53.50 |
| ADVAIR DISKU MIS 100/50 : 30 | $26,727 | 195 | $137.06 |
| PEGASYS     KIT : 28 | $26,452 | 16 | $1,653.23 |
| PREVACID    CAP 30MG DR : 90 | $26,451 | 60 | $440.84 |
| WELLBUTRIN  TAB XL 150MG : 30 | $26,390 | 186 | $141.88 |
| CELLCEPT    CAP 250MG : 90 | $26,314 | 16 | $1,644.64 |
| SERTRALINE  TAB 50MG : 30 | $25,252 | 410 | $61.59 |
| PROGRAF     CAP 1MG : 90 | $24,802 | 20 | $1,240.10 |
| TEMODAR     CAP 100MG : 28 | $24,750 | 8 | $3,093.75 |
| ENBREL     INJ 25MG : 28 | $24,398 | 18 | $1,355.43 |
| LEXAPRO     TAB 20MG : 30 | $23,684 | 300 | $78.95 |
| REBIF      INJ 44/0.5 : 28 | $23,479 | 14 | $1,677.11 |
| FLUTICASONE  SPR 50MCG : 30 | $23,387 | 355 | $65.88 |
| LIPITOR     TAB 40MG : 30 | $22,352 | 207 | $107.98 |
| SINGULAIR   TAB 10MG : 90 | $22,245 | 88 | $252.78 |
| HUMIRA PEN   KIT 40MG/0.8 : 28 | $21,723 | 13 | $1,671.01 |
| WELLBUTRIN  TAB XL 300MG : 30 | $21,699 | 157 | $138.21 |
| SIMVASTATIN  TAB 40MG : 30 | $21,645 | 250 | $86.58 |
| SERTRALINE  TAB 100MG : 30 | $21,597 | 334 | $64.66 |

**gbsinsider**

An Inside Look at your Company Information

11/27/2007 | Healthcare Benchmarking Analysis Report

## Prescription Drugs

Top 50 Scripts By Number of Scripts

| RX Desc | Total Scripts | Total Paid | Cost per Script |
|---|---|---|---|
| EFFEXOR XR   CAP 150MG : 30 | 262 | $29,948 | $114.30 |
| ATENOLOL    TAB 25MG : 30 | 259 | $2,970 | $11.47 |
| NASONEX    SPR 50MCG/AC : 30 | 253 | $19,490 | $77.03 |
| SIMVASTATIN  TAB 40MG : 30 | 250 | $21,645 | $86.58 |
| ADVAIR DISKU MIS 250/50 : 30 | 247 | $42,253 | $171.07 |
| TRINESSA    TAB : 28 | 239 | $6,177 | $25.85 |
| CITALOPRAM  TAB 20MG : 30 | 238 | $7,302 | $30.68 |
| TOPROL XL   TAB 50MG : 30 | 236 | $7,528 | $31.90 |
| HYDROCO/APAP TAB 5-500MG : 5 | 234 | $3,068 | $13.11 |
| TRI-SPRINTEC TAB : 28 | 224 | $5,808 | $25.93 |
| ACIPHEX    TAB 20MG : 30 | 213 | $32,437 | $152.28 |
| SIMVASTATIN  TAB 20MG : 30 | 210 | $18,992 | $90.44 |
| TRICOR    TAB 145MG : 30 | 210 | $20,844 | $99.26 |
| LEVOTHYROXIN TAB 50MCG : 30 | 209 | $2,575 | $12.32 |
| AMOXICILLIN  CAP 500MG : 7 | 208 | $2,696 | $12.96 |
| AZITHROMYCIN TAB 250MG : 5 | 1,088 | $36,872 | $33.89 |
| NEXIUM    CAP 40MG : 30 | 615 | $86,543 | $140.72 |
| HYDROCHLOROT TAB 25MG : 30 | 594 | $5,404 | $9.10 |
| FEXOFENADINE TAB 180MG : 30 | 527 | $28,193 | $53.50 |
| LIPITOR    TAB 10MG : 30 | 495 | $37,803 | $76.37 |
| FLUOXETINE  CAP 20MG : 30 | 476 | $7,483 | $15.72 |
| ZYRTEC    TAB 10MG : 30 | 460 | $29,611 | $64.37 |
| LISINOPRIL  TAB 10MG : 30 | 459 | $6,136 | $13.37 |
| LEXAPRO    TAB 10MG : 30 | 426 | $34,712 | $81.48 |
| LISINOPRIL  TAB 20MG : 30 | 423 | $5,700 | $13.47 |
| SERTRALINE  TAB 50MG : 30 | 410 | $25,252 | $61.59 |
| YASMIN 28   TAB 3-0.03MG : 28 | 405 | $18,243 | $45.05 |
| AMOXICILLIN  CAP 500MG : 10 | 400 | $5,295 | $13.24 |
| PREVACID   CAP 30MG DR : 30 | 395 | $59,760 | $151.29 |
| AMOXICILLIN  SUS 400/5ML : 10 | 381 | $5,396 | $14.16 |
| ATENOLOL    TAB 50MG : 30 | 370 | $3,915 | $10.58 |
| FLUTICASONE  SPR 50MCG : 30 | 355 | $23,387 | $65.88 |
| LIPITOR    TAB 20MG : 30 | 351 | $36,283 | $103.37 |
| METFORMIN   TAB 500MG : 30 | 349 | $5,786 | $16.58 |
| SINGULAIR   TAB 10MG : 30 | 336 | $32,485 | $96.68 |
| OMEPRAZOLE  CAP 20MG : 30 | 335 | $15,892 | $47.44 |
| SERTRALINE  TAB 100MG : 30 | 334 | $21,597 | $64.66 |
| AMOX/K CLAV  TAB 875MG : 10 | 319 | $17,081 | $53.54 |
| ALPRAZOLAM   TAB 0.5MG : 30 | 312 | $4,435 | $14.22 |
| ORTHO TRI-CY TAB LO : 28 | 305 | $14,374 | $47.13 |
| LEXAPRO    TAB 20MG : 30 | 300 | $23,684 | $78.95 |
| AMOXICILLIN  SUS 250/5ML : 10 | 287 | $3,568 | $12.43 |
| LISINOPRIL  TAB 40MG : 30 | 286 | $5,057 | $17.68 |
| METHYLPRED   PAK 4MG : 6 | 280 | $3,857 | $13.77 |
| HYDROCO/APAP TAB 5-500MG : 3 | 277 | $3,600 | $13.00 |
| METFORMIN   TAB 1000MG : 30 | 277 | $8,126 | $29.34 |
| EFFEXOR XR  CAP 75MG : 30 | 275 | $32,855 | $119.47 |
| PROTONIX   TAB 40MG : 30 | 275 | $33,268 | $120.97 |
| AZITHROMYCIN SUS 200/5ML : 5 | 266 | $8,648 | $32.51 |
| HYDROCO/APAP TAB 5-500MG : 2 | 264 | $3,263 | $12.36 |

*Higher than expected drug utilization may not necessarily be a negative influence on total plan costs if the prescribed drugs reduce or avoid more intensive and costly treatment. However, abuse of prescription drugs can, in itself, produce unnecessary related medical care expenses. A high cost per prescription suggests the need to ensure that network pharmacies are being used by members, that formularies are appropriate, and that competitive discounts are being realized for these prescription drugs.*





# Stewardship Report





Gallagher Benefit Services, Inc.

thinking ahead

# Sample Company
# Stewardship Report – 2011/2012

## SAMPLE COMPANY
## CORPORATE BENEFITS TEAM

| Name | Title/Responsibilities |
|------|------------------------|
|      | Director, Human Resources |
|      | Human Resources Manager – FL |
|      | Risk Manager |

## GBS CONSULTING TEAM

| Name and Title | Responsibilities |
|----------------|------------------|
| Eric Scott, Area President | Client Strategy |
| Tom McGaffic, Area Vice President | Project Manager |
| Eileen Strickland | Overall Account Management |

## 2010/2011 SUMMARY

## GBS SERVICES PROVIDED

### Plan Evaluation and Renewal Process

- Negotiated early release of renewal from CIGNA for the medical and dental plans, to be released on or about December 1.
- Initial renewal increase came in at 12%, which was attributed to the 86% rolling 12 month MLR with claims through October.  GBS aggressively negotiated the CIGNA medical plan renewal and was able to get a concession of almost 7%.  CIGNA's "best and final" renewal was offered at 4%.  Underwriting would not give any additional concessions based on a MLR spike of 118% in November and a 92% MLR in December.
- GBS conducted medical plan marketing and analysis.  Quotes were requested from, Aetna, UHC, Humana, and BCBS of FL.   Humana declined to quote based on large

1

Gallagher Benefit Services, Inc.

**Sample Company**
**Stewardship Report – 2011/2012**

claim data.  BCBS failed to quote stating they were unable to meet the quote deadline.  UHC offered the most competitive quote for the current plan design, saving Sample over $450,000 when compared to CIGNA's best and final offer.  The decision was made to move to United Healthcare effective March 1, 2011.

- GBS conducted dental plan marketing and analysis.  CIGNA had requested a 10% increase based on the plan's performance.  Competitive rates from several carriers were obtained with MetLife being the most competitive overall at 1.3% under current rates. The decision was made to move to MetLife dental coverage effective March 1, 2011.
- Facilitated United Healthcare implementation. Negotiated for UHC to accept and process paper enrollment forms on behalf of Sample (as opposed to building a complex eligibility spreadsheet).
- Facilitated MetLife dental implementation.  Negotiated for MetLife to mail individual ID cards to employee homes (as opposed to sending to Sample for distribution).
- Worked with both UHC and MetLife to establish benefits on a **plan year basis** (as opposed to calendar year) to coincide with Sample's Flexible Benefits plan year.
- Current life and disability plans with Hartford are in the second year of a 3 year rate guarantee; as such, a marketing project was not needed.
- Developed contribution strategies for medical and dental plans.


## Employee Communication

- Developed Annual Enrollment communication piece to include contribution strategies and provided printed copies for on-site meetings.
- Prepared Annual Enrollment PowerPoint presentation.
- Coordinated UHC medical & MetLife dental enrollment materials to assure accuracy and delivery of materials for enrollment meetings.
- Participated in on- site Benefits Annual Enrollment meetings in (FL) that effectively communicated plan and carrier changes, the enrollment process, and the health risk assessment campaign.
- Coordinated updates and provided printed Benefits Guide for distribution to new associates, along with an on-line version for posting on the company intranet site for current employees. GBS includes the cost of this project within the scope of service for Sample.


Gallagher Benefit Services, Inc.

**Sample Company**
**Stewardship Report – 2011/2012**

### Financial Analysis

- Coordinated quarterly financial reviews with CIGNA to identify trends in utilization and made recommendations to assist with future forecasting of claims dollars.
- Provided monthly premium versus claims reports to more closely monitor financial performance of the plan, given the high medical plan loss ratios.

### Compliance

- Prepared and delivered signature ready 5500 filing.
- Provided legislative/regulatory updates through periodic Technical Bulletins & Newsletters and access to various GBS webcasts.
- Provided assistance with reporting Creditable Coverage notices for CMS (Centers for Medicare and Medicaid Services).
- Provided required Children's Health Insurance Program Reauthorization Act (CHIPRA) notices for distribution.
- Provided guidance on policy and contract interpretation.

### Customer Service

- Provided GBS service & support team dedicated to resolving carrier administrative issues, including eligibility and billing.
- Provided support and resolution of individual claim issues.

### 2011/2012 BENEFIT OBJECTIVES

1. Ensure ongoing competitiveness of corporate benefits program design and pricing.
2. Evaluate current plan designs to consider appropriate modifications.
3. Evaluate medical/dental plan contribution strategies.
4. Further evaluate alternative funding mechanisms for 2012/2013 plan year.
5. Review and restatement of ERISA plan wrap document.
6. Maintain compliance with emerging regulatory changes.
7. Continue development and coordination of wellness initiatives.
8. Consider voluntary vision product for 2012.

3



Gallagher Benefit Services, Inc.

# Sample Company
## Stewardship Report – 2011/2012

ACTIVITY/PROJECT PLANNING  (MARCH 1 – FEBRUARY 28 PLAN YEAR)

### 1st Plan Year Quarter 2011

| Action Step | Responsible Party | Target Date for Completion | Comments |
|---|---|---|---|
| Complete Annual Enrollment and Plan Installation | GBS/Sample UHC/MetLife | March | Complete |
| Provide CIGNA Year End Claims Reporting | GBS/CIGNA | March | Complete (except for run–out reports) |
| Medicare Part D Creditable Coverage Notice To CMS | Sample | April | Electronic notification on CMS website; Reminder to HR |
| Coordinate Review and Distribution of COC's (UHC & MetLife) | GBS | April | Review for accuracy; distribute electronic copies; order limited number of hard copies |
| Benefits Guide Revisions and Distribution | GBS | April | Make appropriate revisions; print and distribute copies; provide electronic posting |
| Present Annual Compensation Disclosure Notice & Privacy Policy | GBS | April | Meeting scheduled April 18 |
| Present & Discuss Client Service Plan | GBS/Sample | April | Meeting scheduled April 18 |
| Technical Bulletins/Newsletters | GBS | As Released | |
| Regulatory Changes | GBS | As Announced | Present any action steps necessary to be compliant |
| Service Support | GBS | Ongoing | |

### 2nd Plan Year Quarter 2011

| Action Step | Responsible Party | Target Date for Completion | Comments |
|---|---|---|---|
| Gather Schedule A's for 5500 Filing | GBS/Wrangle | June | |
| UHC Financial Review | GBS/CIGNA | June 25 | Update 1st quarter claims and financial performance of plan |
| Technical Bulletins/ Newsletters | GBS | As Released | |
| Regulatory Changes | GBS | As Announced | Present any action steps necessary to be compliant |

Gallagher Benefit Services, Inc.

# Sample Company
## Stewardship Report – 2011/2012

| Service Support | GBS | Ongoing | |
|---|---|---|---|

## 3rd Plan Year Quarter 2011

| Action Step | Responsible Party | Target Date for Completion | Comments |
|---|---|---|---|
| UHC Financial Review | GBS/Sample | September 24 | Review 2nd quarter claims and financial performance of plan |
| 5500 Filing | GBS/Vendors | September 1 | Provide electronic 5500 filing for September 30 deadline |
| Renewal Strategy Meeting | GBS/Sample | November | Discuss products, financial and administrative issues for upcoming plan year to include self-funding options |
| RFP Data Collection | Sample/GBS | November | GBS will request data necessary to market products and services for upcoming plan year |
| Medicare Part D – Annual Notice Requirement | GBS/Sample | November 15 | Provide Sample Company with Notices of Creditable Coverage to be sent to Medicare eligible employees/dependents (no later than 11/15) |
| RFP Submission to Carriers | GBS | November 15 | |
| Technical Bulletins, Newsletters | GBS | As Released | |
| Service Support | GBS | Ongoing | |

## 4th Plan Year Quarter 2011/2012

| Action Step | Responsible Party | Target Date for Completion | Comments |
|---|---|---|---|
| RFP Responses Due | GBS | December 5 | |
| Presentation of Renewal and Options | GBS | Mid December | |
| UHC Financial Review | GBS/CIGNA | Late December | Review 3rd quarter claims and financial performance of plan |
| Plan Design/Product Decision | Sample Company Executives | January | |

Gallagher Benefit Services, Inc.

# Sample Company
## Stewardship Report – 2011/2012

| Implement Carrier/ Plan Design Changes | Sample, GBS | January 15 | Submit necessary paperwork to install new vendor/carrier, change benefit, etc. |
|---|---|---|---|
| Develop Annual Enrollment Communication Materials | GBS, Sample | January 15 | Annual enrollment memo; Revisions to 2011-2012 Benefits Guide |
| Annual Enrollment Meetings | GBS, Sample | First week of February | Florida and PA locations |
| Annual Enrollment Changes to Carriers | GBS/Sample | February 15 | |
| Technical Bulletins/Newsletters | GBS | As Released | |
| Regulatory Changes | GBS | As Announced | Present any action steps necessary to be compliant |
| Service Support | GBS | Ongoing | |

ADDITIONAL COMMENTS:

_____

_____

_____

_____

_____


_____        _____        _____

**Sample Company**                **GBS**                            **Date**

6

Gallagher Benefit Services, Inc.



# Monthly Work
# Status Report



 Gallagher Benefit Services, Inc.

t h i n k i n g   a h e a d

SAMPLE COMPANY
# Monthly Work Status Report- January

| JANUARY SUMMARY - COMPLETED | | |
|---|---|---|
| Activity | Who | Target Date(s) |
| JANUARY | | |
| Complete installation of MetLife dental plan. | GBS/Sample Client/Carriers | January (Complete) |
| Review United Healthcare Policies and Certificates of Coverage for the three new plans. Provide electronic copies of all documents. | GBS | January/February (Complete) |
| Review MetLife Dental policy and certificate of coverage; provide electronic copies of all documents. | GBS/Sample Client | January – February (Complete) |
| Stewardship meeting – 30 days after renewal | GBS/Sample Client | Complete |
| Medicare/CMS Reporting | GBS/Sample Client | 60 Days Following Renewal |

**Outstanding Items:**

- Provide technical bulletin for upcoming healthcare reform seminar.
- Begin RFP for benefits admin system; RFP completion date of 4/1
- Sample company to confirm incentives for upcoming health fair.
- Follow-up on non-discrimination testing for self funded health plan.
- Provide new company logo for upcoming wellness communications.
- Allocate carrier wellness credit to future wellness initiative by 3/1.
- Confirm distribution channel for future benefits communication materials to employees.
- Schedule 2/1 monthly claims review with United Healthcare and Sample Client

1



# Corrected Vendor Contract



 Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

**RESPONSE TO REQUEST FOR PROPOSAL**

THE SCHOOL DISTRICT OF OSCEOLA COUNTY, FLORIDA

EMPLOYEE BENEFIT CONSULTING SERVICES



We have included a sample vendor contract for our client, The City of Jacksonville. The contract was tailored to support their interests. The original contract was 65 pages. We have included an excerpt from this contract for The School Board's reference. This contract was reviewed by the School Board's proposed ERISA Attorney, Paul Hebert.

The changes requested, and ultimately made, were for the protection of our client, and came in a number of different areas:

1. **RFP adherence**: Since the contract was being entered into after the conclusion of an RFP process, we wanted to make sure the contract represented the items offered by the vendor in the RFP response and did not in any way contradict the vendor's RFP response.

2. **Indemnification**: We wanted to ensure that the vendor indemnified the City without reciprocal language; this is a great addition for the City's benefit.

3. **Internal consistency**: We made changes to ensure that the agreement was internally consistent.

4. **Removal of unnecessary language**: There were various instances where the agreement was citing law. Although currently relevant, we wanted to keep the agreement as simple as possible so that future law changes wouldn't necessitate a change to the agreement.

Gallagher Benefit Services, Inc.
t h i n k i n g   a h e a d

# AGREEMENT FOR RECORDKEEPING, COMMUNICATION SERVICES AND ADMINISTRATION
## INTERNAL REVENUE CODE §401(a) PLAN and §457 DEFERRED COMPENSATION PLAN WITH DEEMED IRA

**THIS AGREEMENT** (hereinafter referred to as the "Agreement"), made and entered into in triplicate this 1st day of ~~July, 2005~~ _____ (hereinafter referred to as the "Effective Date"), by and between the City of Jacksonville, a municipal corporation under the laws of the State of Florida hereinafter referred to as the "Plan Sponsor," and Great-West Life & Annuity Insurance Company, a corporation authorized to do business in the State of Florida, and doing business at 8515 East Orchard Road, Greenwood Village, Colorado, hereinafter referred to as "Great-West."

**WHEREAS,** the Plan Sponsor has established or adopted a ~~Section~~ §457 Plan for its eligible Employees in accordance with ~~Section~~ §457 Plan of the Internal Revenue Code of 1986, as amended ("IRC") and all applicable federal regulations, state statutes and municipal ordinances for the purpose of providing deferred compensation benefits to its Employees and officers; and

**WHEREAS,** the Plan Sponsor has established or adopted the ~~Section~~ §401(a) for its eligible Employees and officers in accordance with ~~Section~~ §401(a) of the ~~Internal Revenue Code~~ IRC and all applicable regulations, state statutes and municipal ordinances for the purpose of providing retirement plan benefits to Employees; and

**WHEREAS,** the Plan Sponsor has placed all ~~Section~~ §457 Plan assets into a trust, custodial account or annuity contract meeting the requirements of ~~Section~~ §457(g) of the IRC, or is serving as self-trustee, and will continue to meet such requirements for the duration of this Agreement; and

**WHEREAS,** the Plan Sponsor has placed all ~~Section~~ §401(a) Plan assets into a trust or annuity contract meeting the requirements of ~~Section~~ §401(a) of the IRC, or is serving as self-trustee, and will continue to meet such requirements for the duration of this Agreement; and

**WHEREAS,** the Plan Sponsor has established a Deemed Individual Retirement Account (IRA) in conjunction with the §457 Plan, and created a trust meeting the requirements of the IRC, and will continue to meet such requirements for the duration of this Agreement; and

**WHEREAS,** the Plan Sponsor prepared a Request for Proposals (RFP) for the purpose of soliciting proposals from qualified providers of Deferred Compensation Plans; and

WHEREAS, the above-mentioned RFP, including the exceptions and clarifications to the RFP and RFP responses set forth in **Exhibit E,** which is attached and is incorporated by reference and made a part of this Agreement; and

WHEREAS, Great-West submitted a proposal to the Plan Sponsor and was selected by the Plan Sponsor as a the sole provider authorized to offer Deferred Compensation products to the Employees of the Plan Sponsor; and

WHEREAS, Great-West has agreed to provide certain administrative, recordkeeping, communication and other services in this Agreement; and

WHEREAS, to the extent provided by Florida law, Wells Bank, N.A shall serve as custodian and deemed trustee for the assets of the Plans invested in the Great-West investment options. As Custodian, Wells Bank, shall be responsible for holding and distributing plan assets as directed by the Plan Sponsor or other plan representatives or participants as set forth in the separate custodial agreements, which will be included as a part of this contract.

NOW, THEREFORE, the parties hereby agree as follows:

I.    **DEFINITIONS**

1.01   **Administrator**: Means the Director of Administration and Finance of the Sponsor, who shall represent the Plan Sponsor in all matters concerning the administration of the Plan as described in Section 116.803, Ordinance Code, City of Jacksonville, pursuant to Section 112.215, Florida Statutes.

1.02   **A.M. Best**: Means A.M. Best Company, a New Jersey corporation, and its successors and assigns, and if such corporation (i) shall be dissolved or liquidated, or (ii) shall no longer perform the functions of a securities rating agency, or (iii) with respect to any rating specified herein which may be extended by A.M. Best for any provider, shall no longer rate (other than as a result of a temporary suspension of such rating) any senior unsecured debt of such provider, A.M. Best shall be deemed to refer to any other nationally recognized statistical rating organization designated by West and not disapproved by the Plan Sponsor if such organization shall exist.

1.03   **Annuity Contract**: A fixed, variable, or combination fixed and variable Annuity Contract issued by, or offered through, Great-West Life Annuity Insurance Company, and approved for in this state, which provides for periodic payments to an annuitant at regular intervals, whether for a period certain or during one or more lives.

2

**1.13** <u>Includible Compensation:</u> Includible Compensation of a Participant shall mean, with respect to a taxable year, the Participant's compensation, as defined in IRC ~~Section~~ §415(c)(3), for services performed for the Employer. The amount of Includible Compensation shall be determined without regard to any community property laws.

<u>1.14   IRC:</u>  Internal Revenue Code of 1986, as amended.

**1.14** <u>Maximum Limitation:</u> The maximum amount that can be deferred under ~~this~~ the Plan or the IRC, whichever is greater, for the taxable year of a Participant.

~~Such amount shall be the Normal Limitation, unless the Participant elects to exercise the Catch-Up Provision, whichever is applicable:~~

~~**A.**   **Normal Limitation:** The maximum amount deferred with one or more providers, shall not exceed the lesser of the applicable dollar amount permitted by Section §457(e)(15) of the IRC or 100% of the Participant's Includible Compensation. If the permissible maximum amount deferrable under the IRC is adjusted, the adjusted amounts percentages shall automatically be incorporated into this Agreement.~~

~~**B.**   **Catch-Up Provision:** For each of the last three (3) consecutive taxable years of a Participant ending during the year prior to the year in which the Participant attains Normal Retirement Age, the maximum amount that may be deferred as permitted by Section §457(b)(3) of the IRC. A Participant may utilize the Catch-Up Provision only if it has not been previously utilized with respect to a different Normal Retirement Age under this or any other Plan.~~

~~**C.**   **Special Catch-up Provision:** An individual participating in a governmental IRC Section §457(b) plan who attains age 50 by the end of the taxable year, may make additional elective deferrals up to an "applicable dollar limit." The individual that is projected to attain age 50 before the end of a calendar year is deemed to be age 50 as of January 1 of such year. The age 50 catch-up limit cannot be used in any year in which the last-three-years catch-up limit applies if that limit is higher.~~

**1.15** ~~<u>Medical Emergency:</u>   A Medical Emergency involves circumstances of sudden and unexpected illness or accident of the Participant or dependent (as defined in Section §457(d)(l)(A)(iii) of the IRC) for charges incurred which are not covered by insurance or loss of wages resulting there from.~~

**1.16** <u>Normal Compensation:</u> The amount of Compensation which would be payable to a Participant by the Plan Sponsor if no Agreement were in effect to

defer Compensation under this Plan. Normal Compensation is generally calculated as gross wages less all pre-tax deductions other than Deferred Compensation pursuant to ~~Section~~ §457 of the IRC

~~of 1986, as~~

~~amended~~. Such pre-tax deductions may include ~~Section~~ §414(h) Picked-Up Contributions, ~~Section~~ §79 Life Insurance, ~~Section~~ §125 Cafeteria Plan deferrals, ~~Section~~ §132 Transportation, ~~Section~~ §403(b) Tax Sheltered items, ~~Section~~ §401(a) and ~~Section~~ §401(k) Salary deferrals of the IRC ~~of 1986, as amended~~, and other tax-advantaged Employee deductions.

1.17 **Normal Retirement Age**: ~~Age seventy and one-half or such other age as is later permitted by the IRC and Treasury Regulations unless the Participant has elected an alternative Normal Retirement Age by written instrument delivered to the Plan Sponsor prior to Separation from Service. A Participant's Normal Retirement Age determines the period during which a Participant may utilize the Catch-Up Provision of Section 1.14(b) hereunder. A Participant's alternative Normal Retirement Age shall not be earlier than age 65 or the earliest date that the Participant will become eligible to retire and receive unreduced retirement benefits under the Plan Sponsor's basic retirement plan covering that Participant and shall not be later than the date the Participant attains age seventy and one-half or such other age as is later permitted by the Internal Revenue Code and Treasury Regulations, provided the Employee has separated from service. If the Participant will not be eligible to receive benefits under a basic retirement plan maintained by the Plan Sponsor, the Participant's Normal Retirement Age shall not be earlier than attainment of age sixty-five (65) and shall not be later than attainment of age seventy and one-half or such other age as is later permitted by the Internal Revenue Code and Treasury Regulations.~~

1.18 **Participant:** Means an eligible Employee of the Plan Sponsor who has enrolled in the Plan and has had income deferred pursuant to the requirements of the Plan, and former Employees for whom an account under the Plan is maintained.

1.19 **Plan:**   The §401(a) Plan and the §457 Plan as maintained ~~Deferred Compensation Plan provided~~ by the Plan Sponsor.

1.20 **Plan Administrator:** The Plan Administrator is the officer or department designated by the Director of the Department of Administration and Finance of the City of Jacksonville, Florida.

1.21 **Plan Sponsor:** The Consolidated City of Jacksonville, Florida.

1.22 **Plan Year**: The calendar year.

~~1.23~~ **Provider(s):** ~~The company(ies) rendering services to the Plan Sponsor for~~

5

the provision of Deferred Compensation products.

1.24 **Retirement:** The first date upon which at least one of the following events shall have occurred: Termination of Employment due to Retirement for Time Service, Disability, or attainment of Normal Retirement Age.

1.25 **RFP**:  RFP Number P-17-09, Defined Contribution/Deferred Compensation Program 401(a) and 457(b) Provider

1.25 **Separation from Service:** Severance of the Participant's employment with the Plan Sponsor. A Participant shall be deemed to have severed his employment with the Plan Sponsor for purposes of this Plan when, in accordance with the established practices of the Plan Sponsor, the employment relationship is considered to have actually terminated.

1.26 **Unforeseeable Emergency:** A severe financial hardship to the Participant resulting from a Medical Emergency, loss of the Participant's property due to casualty, or other similar extraordinary and unforeseeable circumstances arising as a result of events beyond the control of the Participant. The circumstances that will constitute an Unforeseeable Emergency will depend upon the facts of each case, but, in any case, payment may not be made to the extent that such hardship is or may be relieved:

A. Through reimbursement or compensation by insurance or otherwise;

B. By liquidation of the Participant's assets, to the extent the liquidation of such assets would not itself cause severe financial hardship; or

C. By cessation of deferrals under the Plan.

Examples of what are not considered to be Unforeseeable Emergencies include excessive credit card debt, bonds, attorney's fees, expenses for a non-qualified person, the need to send a Participant's child to college, or the desire to purchase a home, divorce or the foreclosure on property resulting from mismanagement of finances.

## II.    GREAT-WEST'S RESPONSIBILITIES

2.01 With the written direction of the Plan Sponsor, Great-West shall disburse benefits to Participants,.  In addition, Great-West will withhold appropriate amounts for Federal Income Tax purposes, transmit such withholdings to the Internal Revenue Service, and prepare, on behalf of the Plan Sponsor, Internal Revenue Service Form 1099, and prepare and provide such other notices and disclosures as required by the IRC.

2.02 Great-West shall prepare and distribute written, visual, or computerized material explaining Great-West's Contract the Plan, and all relevant information pertaining to such Plan. The material shall address the features in general and specific terms, the tax implications of participation in a deferred

6

compensation plan, and the retirement needs of each Employee interested in the Plan. Great-West shall distribute any comparative illustrations, prepared by, or for, the Plan Sponsor, designed to maximize Employee awareness of Plan of all approved products offered. The Plan Sponsor shall review all materials before distribution and may require changes if material is misleading or deficient.

2.03 Beginning not less than sixty (60) calendar days following the effective date of the Agreement with the Plan providers secured pursuant to the provisions of **Resolution 95-1182-363,** Great-West shall enroll Participants who wish to participate in the Plan pursuant to enrollment procedures approved in writing and acceptable to the Sponsor. Upon enrollment, each participating Employee shall execute a Deferred Compensation Agreement. Great-West shall furnish a copy of such Deferred Compensation Agreement to the Employee and the Plan Sponsor. No product outside the Plan for Section §457(a), §401(a), or Deemed IRA shall be offered or solicited to participants.

2.04 ~~Before enrolling any Participant, Great-West shall make inquiries and perform appropriate due diligence procedures, including deferred limit testing, to ascertain whether the Participant being enrolled is either not enrolled or enrolled within the permitted levels in any other Section 5457 or Section §457 or Section §401(a) Plan offered by any other provider which would cause the total amount to be deferred to exceed the Maximum Limitation allowed by law.~~ It shall be the responsibility of Great-West to track the Maximum Limitations for each participating Employee on an annual basis, for regular contributions and catch-up contributions.

2.05 Great-West shall offer the availability of, and service for the Plan Sponsor, such products as may be appropriate for the Plan. Any Annuity Contracts shall be group Contracts and no certificates shall be issued to individual Participants except for annuity certificates provided at the time of payout commencement.

2.06 Great-West shall allow only those sales representatives appropriately licensed and registered by the State of Florida and the National Association of securities Dealers to enroll Employees, and Great-West shall be fully responsible for such sales representatives in their activities of enrolling and servicing the Plan, and discussing with Employees concerning investment and distribution options. The Plan Sponsor shall have authority to monitor all Great-West representatives assigned to the City of Jacksonville and may advise Great-West in writing of any dissatisfaction with local registered representatives assigned to the Plan. Great-West agrees to investigate the complaint and provide the Plan Sponsor with a written response within 48 hours of receiving notice. If the Plan Sponsor reports to Great-West that any local registered representative has engaged in conduct in violation of the SEC, NASD or the laws of the State of Florida, such as, but not limited to, the use, sale, possession of narcotics, illegal drugs, controlled substances or

the type of Contract specified in the Participant's Deferred Compensation Agreement. In no event shall the Plan Sponsor's liability to pay benefits exceed the value of payments under the Contract and the Plan Sponsor shall not be liable for any decrease in the value of any individual account arising from fluctuations in the value of various investments by a Participant.

11.04 No Participant or Beneficiary shall have any right to commute, sell, assign, transfer or otherwise convey or encumber the right to receive any payment hereunder. Such payments and rights are expressly declared to be nonassignable and nontransferable. No unpaid benefits shall be subject to attachment, garnishment, or execution, or be transferable by operation of law in the event of divorce, bankruptcy or insolvency, except to the extent otherwise required by law.

11.05 The annuities purchased pursuant to this Agreement shall not be transferred or assigned by Great-West without prior approval of the Plan Sponsor; however, approval shall not be required if the transfer is a result of the merger of Great-West into, or purchase of Great-West by another company.

## XII.   BENEFITS

12.01 ANNUITY OPTIONS: Benefits shall be paid to the Participant in the manner selected by the Participant in compliance with the minimum and other distribution rules as set forth in the IRC ~~of 1986, as amended~~and the Plans. ~~The Participant may select any one of the following methods of payments, as more fully described in the Prospectus:~~

~~A.   Life Annuity: An annuity payable monthly during the lifetime of the Participant;~~

~~B.   Life Annuity with a desinated number of periodic payments guaranteed: An annuity payable periodically during the lifetime of the Participant with a guarantee that if, at the death of the Participant, payments have been made for less than the designated number of periodic payments, annuity payments shall be continued thereafter to a Beneficiary of the Participant during the remainder of the said period;~~

~~C.   Joint and Survivor Annuity: An annuity payable during the joint lifetime of the Participant and the survivor, and thereafter, during the remaining lifetime to the survivor;~~

~~D.   Lump Sum: The amount due shall be paid in a lump sum distribution on the date selected by the Participant.~~

~~E.   Any other method of payment which is permitted under the Deferred Compensation Agreement or Annuity Contract may be offered in addition to the~~

37

above described options. If no Annuity Option has been selected, benefits shall be payable beginning on the first day of the month next following the date specified in the Participants' Deferred Compensation Agreement as a Life Annuity.

F.      The actuarial assumptions, interest rates, and other factors, as revised from time to time and used in the determination of the amounts payable under any and all annuity options, shall be similar with those used in conjunction with deferred compensation products offered by Great West to similar jurisdictions which are of a similar asset base.

**12.02 COMMENCEMENT OF BENEFITS**: Benefits shall commence no later than the latest of the following dates:

A.      Sixty (60) calendar days after the close of the Plan Year in which the Participant attains (or would have attained) Normal Retirement Age; or

      B.      Sixty (60) calendar days after the close of the Plan Year in which Separation from Service with the Plan Sponsor occurs; or

      C.      Age 70

**12.03 DISTRIBUTIONS**: The Plan Sponsor shall authorize distributions to a Participant from the Great West Annuity Contract pursuant to terms of the Great West Annuity Contract, the Plan and Deferred Compensation Agreement. Great West shall distribute, or request distribution of, these funds promptly after receipt of a letter from the Plan Sponsor, providing that such distribution is allowed under the Plan upon the Participant's Termination of Employment, attainment of Normal Retirement Age, Death or Unforeseeable Emergency.

**12.04 ELIGIBILITY TO RECEIVE PAYMENTS**: A Participant shall be eligible to receive benefit payments (1) upon the Participant's Retirement, Termination or Separation from Service; or (2) Participant's attainment of age seventy and one-half (70-1/2) or such other age as is later permitted by the IRC or Treasury Regulations, and termination of deferrals under the Plan; or (3) in the event of an Unforeseeable Emergency. Any Participant, without regard to age or employment status, may be eligible to receive cash distribution upon the occurrence of an unforeseeable financial hardship or emergency. In the event Participant dies prior to commencement of benefit payments, Participant's Beneficiary shall be eligible to receive any death benefits due and payable by reason of Participant's death. This Section shall apply to distributions from the 457(b) and 401(a) plans.

**12.05 POST-RETIREMENT DEATH BENEFITS**: Should the Participant die after he/she has begun to receive retirement benefits, but before his/her entire interest is distributed to him/her, the Plan Sponsor, through Great West, within thirty (30)

38

calendar days of receipt of satisfactory proof of death, shall continue payments to the Beneficiary under the Annuity Option previously selected by the Participant. Payment to the Participant's Beneficiary must comply with IRC Section 401(a)(9). If no Beneficiary is designated in the Agreement, or if the designated Beneficiary does not survive the Participant for a period of fifteen (15) calendar days, the Plan Sponsor shall cause to be paid to the estate of the Participant an amount equal to any lump sum death benefit payable under the type of Annuity Contract specified in the Participant's Deferred Compensation Agreement. If the designated Beneficiary survives the Participant for a period of fifteen (15) calendar days but does not survive for the period after the Participant's death during which such payment(s) are to be made, the Plan Sponsor, through Great-West, shall cause to be paid to the estate of such Beneficiary an amount equal to any lump sum death benefit payable under the type of Annuity Contract specified in the Participant's Deferred Compensation Agreement.

**12.06 DISABILITY BENEFITS**: In the event a Participant becomes disabled before the Participant has begun to receive distributions, the Participant may elect to commence benefits under one of the annuity options on the first day of the month following the determination of Disability and Separation from Service. An election to receive Disability benefits must be made within a reasonable time after the determination of Disability. A Participant shall be considered disabled on the date the Plan Administrator determines the Participant is unable engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death or be of long-continued and indefinite duration. The Disability of any Participant shall be determined by the Plan Administrator in accordance with uniform principles, consistently applied, upon the basis of such evidence as the Plan Administrator deems necessary and desirable.

**12.07 PRE-RETIREMENT DEATH BENEFITS**: Should the Participant die before he/she has begun to receive distributions, the Plan Sponsor, through Great-West, within thirty (30) calendar days of receipt of satisfactory proof of death, shall cause to be paid to the Beneficiary the appropriate death benefit payable under the Participant's Deferred Compensation Agreement; the amount payable to the Beneficiary being distributed within five (5) years after the death of such participant per Section §401(a)(9)(B)(ii), IRC of 1986, as amended. This Five (5) Year Rule (by default) shall control, absent the filing of a timely election for benefits to be payable over the life expectancy of the Beneficiary. Pursuant to such elections, certain exceptions shall be permitted to the Five (5) Year Rule wherein benefits may be elected to be payable over the life of the Beneficiary. In the case of a Beneficiary who is a spouse, the benefit commencement date must be no later than December 31 of the calendar year in which the Participant would have attained age seventy and one-half (70-1/2), or such other age as is later permitted by the IRC and Treasury Regulations, with payments over a period no longer than the life expectancy of the spouse. In the case of a Beneficiary who is a non-spouse, the benefit commencement date must be no later than December 31 of the

39

calendar year following the year of the Participant's death and the entire account balance must be paid over a period not to exceed the life expectancy of the Beneficiary. If no Beneficiary has been designated, or if the designated Beneficiary does not survive the Participant for a period of fifteen (15) calendar days, then the Plan Sponsor, through Great West, shall cause such death benefits to be paid to the properly appointed fiduciary of the Participant's probate estate; provided, however, that if a fiduciary has not been appointed and qualified within one hundred twenty (120) calendar days after the death of the Participant, then the payment may be authorized by the Plan Administrator to be made in accordance with provisions of the Florida Statutes applicable to intestate succession.

**12.08 RETIREMENT:** Beginning on the first day of the month next following the Participant's Retirement, the Participant will be entitled to receive from the Plan Sponsor through Great West a fixed or variable payment according to the annuity option selected by the Participant prior to the time benefits become payable.

**12.09 SEPARATION FROM SERVICE:** Unless Participant's Deferred Compensation Agreement provides otherwise, the payment of benefits to a Participant will commence following Separation from Service in the manner described in this Agreement. Alternatively, Participant's Deferred Compensation Agreement may provide that if a Participant separates from service before attaining Normal Retirement Age, the payment of benefits will commence at a specified later date. The total of the amounts deferred under the Plan will be payable to the Participant on the date provided in the Participant's Deferred Compensation Agreement in lump sum or under the annuity option selected by the Participant. Notwithstanding any provisions to the contrary, if the participant separates from service with the Plan Sponsor in order to accept employment with another employer located within the State of Florida which maintains an eligible State Deferred Compensation Plan under Section §457, IRC of 1986, as amended, the amounts deferred under this Plan shall not be payable upon Separation from Service but shall be made available for transfer to such other plan, provided such Plan provides for the acceptance of such amounts. If a participant separates from service with the Plan Sponsor and accepts employment with an employer not participating in a State Deferred Compensation Plan, the participant may transfer and/or withdraw any or all funds from the plan. In this situation, Separation from Service rules shall apply following termination of employment from the City.

**12.10 UNFORESEEABLE EMERGENCY WITHDRAWALS:** In the event of an Unforeseeable Emergency prior to, or after the commencement of Retirement, a Participant may apply to the Plan Sponsor to receive that part of

the value of the Participant's individual account which is reasonably needed to satisfy the emergency needs. If such application for withdrawal is approved by the Plan Sponsor, the Plan Sponsor shall authorize for release to the Participant such value as the Plan Sponsor deems necessary to meet the emergency needs. An Unforeseeable Emergency involves only circumstances of sudden and unexpected illness or accident of the Participant or a dependent defined by the IRC of 1986, as amended, loss of property due to casualty, or other similar extraordinary or unforeseeable circumstances arising as a result of events beyond the control of the Participant which would cause severe financial hardship to the Participant if early withdrawals were not permitted. Payment must represent a last resort and will not be made to the extent that such hardship is, or may be, relieved by the exhaustion of other financial resources available to the Participant, including insurance reimbursement, cessation of deferrals under the Plan, or liquidation of other savings or assets (to the extent that liquidation of such assets would not itself cause severe financial hardship). Unforeseeable Emergency shall include, but not be limited to, impending personal bankruptcy under certain circumstances, unexpected and unreimbursed major expense resulting from illness or accident of the Participant or any dependent, as defined by the IRC of 1986, as amended, major property loss, or any unexpected and unreimbursable personal expense of major nature that would not normally be budgetable. Foreseeable personal expenditures normally budgetable, such as a down payment for a home, college or other similar expenses, over-use of credit cards, divorce, bonds, attorney's fees, or the purchase of a vehicle, do not constitute an Unforeseeable Emergency. The decision of the Plan Administrator concerning an Unforeseeable Emergency shall be final and shall be guided by Section §457, IRC of 1986, as amended, and the Regulations propounded pursuant thereto. In the event that an Unforeseeable Emergency withdrawal is approved, Great-West will only release the amount that is necessary to relieve the documented financial emergency expense and the anticipated tax liability on the distribution. The Participant will not be permitted to take out loans from the Deferred Compensation account to relieve an Unforeseeable Emergency.

**12.11** Attachment of Deferred Compensation accounts is not permitted except as required by law. The Plans do not recognize Qualified Domestic Relations Orders (QDRO's).

XIII.   **PROHIBITED ACTIVITIES.** Great-West, or any of its agents or representatives,

41

shall not offer any insurance or other products which are not provided for herein during contact with the ~~Plan Sponsor's Deferred Compensation~~ Participants. Employees of the Plan Sponsor shall not act as agents or representatives of ~~any provider for this Plan~~ Great-West.

**XIV.** **CONFLICTS AMONG PLAN SPONSOR, GREAT-WEST, AND PARTICIPANTS.** The Plan Sponsor, Great-West and Participants expressly agree that the Plan Sponsor shall have the absolute right at its election to adjust the amount of Compensation deferred for any Participant in order to comply with the limitations described in **Section 1.14** of this Agreement.

**XV.** **SPENDTHRIFT PROVISION.** Any interest of the Participant in her/his individual account, or the income or gains therefrom, shall not be subject to the rights of creditors of a Participant and shall be exempt from execution, attachment, distress for rent, and all other legal or equitable process issued by or on behalf of such creditors, and the interests of the Participant in her/his individual account or the income gains therefrom shall not be assignable.

**XVI.** **COORDINATION WITH OTHER PLANS.** This Plan serves in addition to any other retirement, pension, or benefit plan or system presently in existence or hereafter established, and participation hereunder shall not affect benefits receivable under any such plan or system, other than as set forth in ~~Section~~ §415, of the IRC ~~of 1986, as amended,~~ and such other similar provisions as may be adopted from time to time. ~~The reduction of Normal Compensation affected by deferring amounts under this Plan may affect eligibility or contribution of benefits levels under other plans, depending upon applicable law.~~

**XVII.** **CONSTRUCTION.** Both parties acknowledge that they have had meaningful input into the terms and conditions contained in this Agreement. Therefore, any doubtful or ambiguous provisions contained herein shall not be construed against the party who physically prepared this Agreement. The rule sometimes referred to as "Fortius Contra Proferentum" shall not be applied to the interpretation of this Agreement.

**XVIII.** **AMENDMENT.** This Agreement may be amended by the Plan Sponsor for the purposes of facilitating the administration of the Deferred Compensation Plan contained herein, if agreed to by both parties, or for the purpose of complying with such requirements as may be imposed by the Internal Revenue Service in order to obtain a favorable determination as to the tax deferred aspects of this Plan. Any amendment to this Agreement shall be by written instrument specifically stating that it operates to amend the terms of this Agreement and executed with the same formalities with which this Agreement is executed.

**XIX.** **NO EMPLOYMENT AGREEMENT.** Nothing contained herein shall be deemed to constitute an employment Agreement between the Plan Sponsor and any Participant or to give any Participant any right to be retained in the employ of the Plan Sponsor.

XX. **DETERMINATION OF TAXABILITY.** In the event of a final determination by the Internal Revenue that amounts credited to an individual account are includible in the Participant's gross income for the year in which credited, then this Agreement shall be null and void, and all rights in the individual account shall fully vest in the Participant and each Participant shall be paid the value of the Participant's individual account less any applicable Contingent Deferred Sales Charge and/or market value adjustment the same as if the Participant had terminated employment as of the date of such final determination.

XXI. **RESPONSIBILITY FOR GREAT-WEST EMPLOYEES.** Great-West shall assume all legal and financial responsibility for taxes, FICA, Employee fringe benefits, workers' compensation, Employee insurance, minimum wage requirements, overtime, etc., for Great-West Employees, and agrees to indemnify, save and hold the Plan Sponsor, its officers, agents and Employees harmless from any loss related to such matters.

XXII. **HOLD HARMLESS AND INDEMNIFICATION**

22.01 **INDEMNIFICATION.** Great-West including its employees, agents, and subconsultants, shall hold harmless, indemnify, and defend the City, its directors, officers, employees, representatives, and agents against any claim, action, loss, damage, injury, liability, cost and expense of whatsoever kind or nature (including, but not by way of limitation, attorney's fees and court costs) arising out of injury (whether mental or corporeal) to persons, including death, or damage to property, arising out of or incidental to Great-West's, its employees', agents, and/or subcontract's performance of this Contract or work performed thereunder. This indemnification agreement is separate and apart from, and in no way limited by, any insurance provided pursuant to this agreement or otherwise.

~~agrees to hold harmless and indemnify the Plan Sponsor, its affiliates and their officers, directors, employees, plan participants or authorized representative against any and all expenses, costs, reasonable attorney fees, settlements, fines, judgments, damages, penalties or court awards actually incurred, arising out of, or incidental to, the acts or omissions of Great-West or it's representatives in the performance of this agreement or work performed there under.~~

~~Plan Sponsor agrees to hold harmless and indemnify Great-West, its affiliates and their officers, directors, employees or authorized representatives against any and all expenses, costs, reasonable attorney fees, settlements, fines, judgments, damages, penalties or court awards actually incurred, arising out of, or incidental to, the acts or omissions of Plan Sponsor in the performance of this agreement or work performed there under, subject to the limitations under Section 768.28, Florida Statutes, or other applicable law.~~

~~In the event of joint negligence on the part of the Plan Sponsor and West, any loss shall be apportioned in accordance with the provisions of the Uniform~~

43

~~Contribution Among Tortfeasors' Act (Section 768.31, F.A.), as that Act exists on the effective date of the Agreement. This indemnification for acts and omissions occurring during the term of the Agreement shall survive the term of the Agreement whether such term expires by passage of time or is terminated earlier.~~

**22.02 INSURANCE AND BONDS.** Great-West must be in compliance with the requirements for insurance and bonds~~, under Section 22 of the Request for Proposals for this Agreement~~ as identified in **Exhibit C**. Such insurance will be primary as respects Great-West's negligence to any and all other insurance or self-insurance maintained by the Plan Sponsor. Non-compliance will be considered to be in default of this Agreement. ~~Self-insurance plans approved by the Florida Department of Insurance shall be deemed to meet the requirements of Section 22 of the Request for Proposals.~~

**22.03 PAYMENT UNDER PERFORMANCE BOND.** The performance bond required by **Section 22.02** of this Agreement shall contain specific provision for the reimbursement to the Plan Sponsor of actual costs incurred of up to five hundred thousand ($500,000.00) upon occurrence of any of the following:

A.    Great-West or any Employee of Great-West in the performance of duties under this Agreement is indicted or formally charged with commission of a felony, or engages in misconduct or fraud, provided, however, such conduct must be determined to cause damage to the Plan or any Participant;

B.    Great-West (a) files a petition in bankruptcy or files for the approval of a plan or reorganization or engagement under the Bankruptcy Act, as it now exists or as amended, or an admission seeking the relief therein provided, (b) makes an assignment for the benefit of creditors, (c) has a receiver appointed voluntarily for its properties, or (d) permits judgment to be obtained against it which is not promptly paid or appealed and secured, pending appeal, which judgment materially affects the Plan Sponsor;

C.    Great-West has a receiver appointed involuntarily, becomes insolvent, however otherwise evidenced, or is prevented from performing its duties hereunder by court order or otherwise, and Great-West shall not have initiated measures acceptable to the Plan Sponsor to remedy any such event or events within fifteen (15) days thereafter; or

D.    The Plan Sponsor shall provide Great-West with ten (10) calendar day written notice of the Plan Sponsor's intent to file a claim against the performance bond pursuant to this provision. West shall have the right to make payment directly to the Plan Sponsor independently of such performance bond.