<span style="color:red">**EXHIBIT 3**</span>



Trustmauk Srvcs
addtl services - no K on file

Contract # C-12-0901-NM
Approval Date: 2/21/12

## The School District of Osceola County, Florida

### Services Agreement

**The School Board of Osceola County, Florida,** 817 Bill Beck Boulevard, Kissimmee, Florida 34744-4492, ("**School Board**") does hereby retain the services of Gallagher Benefit Services, Inc. with an address of 200 South Orange Avenue, Suite 1350, Orlando, Florida  32801 (hereinafter called "**Consultant**") to furnish the services in accordance with the following terms and conditions:

       1.     **Description of Services. Consultant** shall perform the services as addressed in Exhibit "A" and the Request for Proposals – SDOC-12-P-045-NM; Employee Benefit Consulting Services.

Said services shall be completed to the satisfaction of Ken DeBord, Director of Risk & Benefits Management.

Services shall be considered complete on or before February 22, 2014; contract could be renewed for three (3) subsequent one (1) year periods upon mutual written agreement and, when applicable, approval of the School Board.

The **Consultant** will independently perform all services specified above, except as provided otherwise herein. In the event **Consultant** requires the services of other **parties**, an amendment to this agreement listing the names, addresses and anticipated amounts to be paid to said additional **parties** will be required. All intellectual property, work product, outcomes, or processes specially developed for the delivery of services described above shall be the property of the **School Board**.

       2.     **Location(s) of Services.**  Performance of services cited above will be conducted at: Consultant's primary location:  200 South Orange Avenue, Suite 1350, Orlando, Florida

       3.     **Term.** The term of this agreement shall be from the date last signed by both parties until February 22, 2014 unless terminated as provided herein, or extended by supplement to this agreement.

       4.     **Termination.**  The **School Board**, or designee, may terminate this agreement immediately, in its sole discretion. In the event of termination, the **Consultant** shall be paid for services performed and completed under this agreement up to the date of termination only.

       5.     **Compensation and Payment.**  Based on the completion of services described in paragraph 1 above, the **Consultant** shall receive payment as listed below. **School Board's** payment will be made pursuant to the provisions of the Local Government Prompt Payment Act after receipt of **Consultant's** invoice and completion of services.  The Local Government Prompt Payment Act requires the **School Board** to pay a correct and undisputed invoice within 45 days of the **School Board's** Accounts Payable Department's receipt of said invoice. **The School Board shall incur no obligation for payment until issuance of a purchase order to Consultant.**

See Attachment "B" of Exhibit "A" for Fees and Compensation.

       Expenses are not authorized.

       6.     **Independent Consultant.** The **Consultant** certifies that it is an independent **Consultant** and shall not employ, contract with, or otherwise use the services of any officer or employee of the **School Board**. The **Consultant** certifies that its owner, officers, directors or agents, or members of their immediate family, do not have an employee relationship or other material interest with the **School Board**.

7.    **Insurance and Indemnification**. The **Consultant** agrees to indemnify and save harmless the **School Board**, its officers, agents and employees from and against any and all claims and liabilities (including expenses) for injury or death of persons or damage to any property which may result, in whole or in part, from any act or omission on the part of the **Consultant**, its agents, employees, or representatives, or arising from any **Consultant** furnished good or service, except to the extent that such damage is due solely and directly to the negligence of the **School Board**. The **Consultant** will carry and maintain as a minimum the following coverage from insurance carriers that maintain a rating of "A-" or better and a financial size category of "VI" or higher according to the A. M. Best Company: (a) general liability (b) automobile and (c) workers' compensation where applicable, in the minimum amounts required by the Risk Management Department and Purchasing Department of the School District of Osceola County, Florida. The **Consultant** will provide before commencement of work, and attach to this agreement, certificates evidencing such coverage. The **School Board** reserves the right to be named as an additional insured or to reject such coverage and terminate this agreement if coverage is determined to be inadequate or insufficient.

(a) Commercial General Liability. Commercial general liability coverage which includes broad form commercial general liability, including premises and operation, products and complete operations, personal injury, fire damage (minimum $100,000) for limits of not less than $1,000,000.00 per occurrence and $2,000,000.00 per general aggregate. This policy will include the District as an additional insured.

(b) Automobile Liability Insurance. The automobile liability insurance coverage shall include coverage for business automobile liability with limits not less than $1,000,000.00 combined single limit or $1,000,000.00 per person/ $1,000,000.00 per accident bodily injury, and $1,000,000.00 per accident property damage. Coverage must include all owned, non-owned and hired vehicles. The policy will include the District as an additional insured.

(c) Workers' Compensation Insurance. The workers' compensation insurance will be maintained as required by applicable Florida law.

8.    **Laws and Regulations**. This agreement, and all extensions, supplements and modifications thereto, and all questions relating to its validity, interpretation, performance or enforcement shall be governed by and construed in accordance with the laws of the state of Florida. Any legal disputes, legal proceedings or actions arising out of or in connection with this agreement shall be brought in the state courts of Osceola County, Florida. The parties shall not violate the code of ethics for public officers and employees, chapter 112, Florida Statutes.

9.    **Background Check**. The **Consultant** agrees to comply with all requirements of sections 1012.32 and 1012.465, Florida Statutes, and, except as provided in sections 1012.467 or 1012.468 and consistent with District policy, all of its personnel who (1) are to be permitted access to school grounds when students are present, (2) will have direct contact with students, or (3) have access or control of school funds, shall successfully complete the background screening required by the referenced statutes and meet the standards established by the statutes and the **School Board**. This background screening will be conducted by the **School Board** in advance of the **Consultant** or its personnel providing any services under the conditions described in the previous sentence. The **Consultant** shall bear the cost of acquiring the background screening required by section 1012.32, Florida Statutes, and any fee imposed by the Florida Department of Law Enforcement to maintain the fingerprints provided with respect to the **Consultant** and its personnel. The parties agree that the failure of the **Consultant** to perform any of the duties described in this section shall constitute a material breach of this agreement entitling the **School Board** to terminate immediately with no further responsibilities or duties to perform under this agreement. The **Consultant** agrees to indemnify and hold harmless the **School Board**, its officers and employees from any liability in the form of physical or mental injury, death or property damage resulting from **Consultant**'s failure to comply with requirements of this section or with sections 1012.32 and 1012.465, Florida Statutes.

10.      **Assignability**.  This contract is for the personal services of the **Consultant** and may not be assigned by the **Consultant** in any fashion, whether by operation of law, or by conveyance of any type, including without limitation, transfer of stock in **Consultant**, without the prior written consent of the **School Board** which consent the **School Board** may withhold in its sole discretion.

11.      **Conduct While on School Property**.  The **Consultant** acknowledges that its employees and agents will behave in an appropriate manner while on the premises of any school facility and shall at all times conduct themselves in a manner consistent with **School Board** policies and within the discretion of the premises administrator (or designee).  It is a breach of this agreement for any agent or employee of the **Consultant** to behave in a manner which is inconsistent with good conduct or decorum or to behave in any manner that will disrupt the educational program or constitute any level of threat to the safety, health, and wellbeing of any student or employee of the **School Board**.  The **Consultant** agrees to immediately remove any agent or employee if directed to do so by the premises administrator or designee.

12.      **No Taxes**.  The **School Board** is not obligated and does not agree to pay any federal, state, or local tax as a result of this agreement.

13.      **Public Records**. This agreement is subject to and governed by the laws of the state of Florida, including without limitation Chapter 119, Florida Statutes, which generally make public all records or other writings made or received by the parties.

14.      **No Waiver.**  Nothing herein is intended to serve as a waiver of sovereign immunity by any agency or political subdivision to which sovereign immunity may be applicable.

15.      **Non-Discrimination**.  The parties shall not discriminate against any employee or participant in the performance of the duties, responsibilities and obligations under this agreement because of race, color, religion, gender, age, marital status, disability, political or religious beliefs, national or ethnic origin.

16.      **Copyrights**.  The **Consultant** is hereby notified that the federal awarding agency reserves a royalty-free, nonexclusive, and irrevocable license to reproduce, publish or otherwise use, and to authorize others to use, for federal government purposes: the copyright in any work developed under a grant, subgrant, or contract under a grant or subgrant; and, any rights of copyright to which a grantee, subgrantee or a **Consultant** purchases ownership with grant support. Furthermore, the parties agree that the **School Board** has the right to make copies of any materials, whether in tangible or electronic means or media, that are delivered under the provisions of this agreement for use within the School District of Osceola County for purposes related to **School Board** business, operations, the delivery of the educational program or to comply with the requirements of law, rule, policy or regulation. Any material not designated as reproducible by **Consultant** may not be copied by the **School Board** provided that such material was copyrighted by **Consultant** before performance under this agreement and was not developed specifically for **School Board** under this Services Agreement.

17.      **Access to and Retention of Documentation**. The **School Board**, the United States Department of Education, the Comptroller General of the United States, the Florida Department of Education or any of their duly authorized representatives shall have access to any books, documents, papers, and records of the **Consultant** which are directly pertinent to work and services to be performed under this agreement for the purpose of audit, examination, excerpting and transcribing. The parties will retain all such required records, and records required under any state or federal rules, regulations or laws respecting audit, for a period of four years after the **School Board** has made final payment and all services have been performed under this agreement.

18.      **Debarment**. By signing this Agreement, **Consultant** certifies, to the best of its knowledge and  belief, that it and its principals:

(a)     Are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by a federal department or agency.

(b)     Have not, within the preceding five-year period, been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under public transaction; violation of federal or state antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements or receiving stolen property.

(c)     Are not presently indicted or otherwise criminally charged by a governmental entity (federal, state or local) with commission of any of the offenses enumerated in the preceding paragraph (b).

(d) Have not within the preceding five-year period had one or more public transactions (federal, state or local) terminated for cause or default.

**Consultant** agrees to notify **School Board** within 30 days after the occurrence of any of the events, actions, debarments, proposals, declarations, exclusions, convictions, judgments, indictments, informations, or terminations as described in paragraphs 18(a) – (d) above, with respect to **Consultant** or its principals.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

THE SCHOOL BOARD OF
OSCEOLA COUNTY, FLORIDA:

By: _Cindy Lou Hartig_
Cindy Lou Hartig, Chair

Date Approved: _2-21-12_

ATTEST (WITNESS):
By: _Terry Andrews_
Terry Andrews, Superintendent

Gallagher Benefit Services, Inc.:

By: _Eric Scott_

Print Name: _ERIC SCOTT_

Title: _Area President_

Date: _2/8/2012_

ATTEST (WITNESS):

By: _Tom McGaffic_

Print Name: _TOM McGaffic_

Title: _Area Vice President_

| YEAR | FND | CNTR | PROJECT | FUNC | OBJT | PRG | S | AMOUNT |
|------|-----|------|---------|------|------|-----|---|--------|
|      |     |      |         |      |      |     |   |        |

Send required insurance certificates to the Purchasing Department.
New Vendors: Send completed Vendor Certification, W-9, and Vendor Information Forms to Accounts Payable Department.

Consultant Contact Name: _Eric Scott_
Email Address: _eric.scott@ajg.com_
Phone Number: _407.563.3572_
Fax Number: _407.563.3580_

## Exhibit "A"

### Statement of Work

This Statement of Work ("Statement of Work") is entered into as of February 22, 2012 by and between Gallagher Benefit Services, Inc. ("Consultant") and The School Board of Osceola County, Florida ("School Board").

This Statement of Work is intended to supplement the Employee Benefits Consulting Service Contract by and between the parties under the terms set forth therein. All definitions used and not defined herein shall have the meanings set forth in the Request for Proposal SDOC-12-P-045-NM.

1.    Description of services to be rendered by Consultant (the "Services"): Attachment "A"

2.    Payment. Payment for this Statement of Work shall be made as follows:  Attachment "B"

3.    Project Management: Each party shall assign a project manager to act as the primary liaison with respect to the relationship established hereunder.

    A.  School Board's project manager shall be the Director of Risk and Benefit Management, Ken DeBord.

    B.  Consultant's project manager shall be: _____.

        Contact Information: _____
        _____
        _____

**Gallagher Benefit Services, Inc.**

By: _____
Signature

Date: 2/8/2012

**THE SCHOOL BOARD OF OSCEOLA COUNTY, FLORIDA**

By: _____
Superintendent

Date: 2-21-12

Attachment "A"

## SCOPE OF SERVICES

**A.  Awarded Consulting Firm's Role**
Awarded Consulting Firm shall perform activities, discuss, advise and recommend solutions that will be in the best interest of the School Board and not that of plan administrators and/or of insurance carriers.

**B.  Analyze Current Employee Benefits Program**
The Awarded Consulting Firm shall analyze the current employee benefits programs listed in this RFP. The steps shall include, but not be limited to, the following:
1.  Conduct an assessment of the School Board's current benefits program.
2.  Compare the School Board's benefits program against the best known practices in like industries for scope of coverage and value.
3.  Perform rate analysis based on local trends, not national trends, and evaluate and assist with negotiations of renewals for each fiscal year. Provide the School Board with sound documentation for the rates that are recommended.

*This would include Trustmark*

**C.  Procurement Assistance**
The Awarded Consultant shall assist the School Board with the development of competitive solicitation components as required by the School Board in order to procure the best value programs from the benefits providers. Duties shall include an analysis of pricing, terms and scope of coverage for the benefits offered to School Board employees by its current benefits providers. The School Board expects to develop an RFP for Administrative Services Only (ASO) and Transparent Pharmacy Benefit Manager (PBM) following the award of this solicitation/contract. 

**D.  Implementation, Transition and On-going Administrative Support**
The Awarded Consulting Firm shall provide support, including, but not limited to:
1.  Provide ongoing analysis of plan designs, cost containment strategies and cost sharing alternatives available to the School Board while maintaining integrity of union contracts.
2.  Develop strategies for implementation of new benefit programs to employee unions and other interested parties including preparation of implementation plan.
3.  Assist the School Board with the development of employee communication and in conducting employee information meetings as new programs are implemented and about existing benefits and how to use.
4.  Propose strategy for transition to new benefit providers (if applicable), including preparation of a transition plan.
5.  Prepare financial analysis of plan costs on a monthly basis and an Annual Stewardship Report for the School Board including complete accounting of plan costs, analysis of the rate structure, aggregate claims, changes in the demographics and observations on relevant changes in the insurance market. Report must include plan cost by plan and tier level based on actual claims dollars spent for both fiscal and plan years. All reports presented must be consultant's analytical work and not rely on reports of plan administrators or insurance carriers.
6.  Analyze and report utilization trends and costs with recommendations based on School Board data.
7.  Remain impartial during all business transactions (including RFPs). Additional parameters/guidelines regarding compensation shall be released by the School Board in the form of an Addendum to this RFP.
8.  Provide a team of servicing representatives available to the School Board on an on-going basis. Representative must be available for the monthly School Board Insurance Committee Meeting and as needed during Open Enrollment or for any other event requested.
9.  Provide prompt responses to questions and requests. This is a mandatory requirement. It is expected that there will be more than one individual within the firm capable of addressing possible concerns of the School Board.
10. Assist the School Board with its budget planning for employee benefit cost by providing renewal estimates no later than April 1st of each year for all employee benefits of each year.
11. Assist the School Board with the Employee Wellness Program, *4 the Health of it!*. Provide assistance, materials and resources for the wellness program, employee education materials for healthy lifestyles and participation in health fairs. Analyze current program and make recommendations for greater participation.

12. Inform the School Board of changing legislation and legal decisions affecting employee benefits including Health Care Reform. Advise and discuss methods to comply with these changes.
13. Provide routine group benefit and general health care consulting advice. Assist the School Board in establishing a strategic plan for employee benefits. Provide ongoing analysis and planning of new approaches to employee benefits. Take the initiative to bring new ideas to the School Board. Work with the School Board management team to develop and provide policy direction.
14. Ensure accurate follow through on all negotiated contractual arrangements made between the School Board and any plan administrators or insurance carriers utilized by the School Board.
15. Ensure that all negotiated self-funding arrangements and other arrangements with any plan administrator and/or insurance carriers are strictly adhered to.
16. Monitor all contracts and maximize management information available through all providers.
17. Intervene and resolve claim issues related to all self-insured and fully insured plans.
18. Monitor claim performance according to any performance standard contract the School Board may have with any provider. Recommend the establishment of additional performance standard agreements with vendors if there are service problems.
19. Provide consulting advice for union negotiations before, during and after the negotiations to include the impact of benefit demands and advice on implementing changes.
20. Assist and provide recommendations in order to fulfill compliance requirements of State and Federal regulations, statutes and mandates including Health Care Reform.

## D. Deliverables and Milestones

The Awarded Consulting Firm shall provide written deliverables including, but not limited to the following (each deliverable shall be submitted in hard copy and in electronic format):

1. Provide a project plan for the first full year of the contract. Project plan should include goals and timelines as to when consultant services requested will be performed as well as the roles and responsibilities to individuals assigned the tasks. Also include agenda for insurance committee meetings, open enrollment, wellness activities, etc.
2. Provide annual Stewardship Report by November 1 of each year. Report should include complete accounting of plan costs, analysis of the rate structure, aggregate claims, changes in the demographics and observations on relevant changes in the insurance market. Report must provide plan cost by plan and tier level based on actual claims dollars spent for both fiscal and plan years.
3. Provide a monthly report noting all activities undertaken and the time spent on each activity.

All reports presented to the School Board's representative must be Awarded Consulting Firm's analytical work and not that of others outside the firm unless contracted by the Awarded Consulting Firm and disclosed to the School Board's representative.

## E. Project Management and Performance Monitoring

The Awarded Consulting Firm will be responsible for project management and performance monitoring to ensure the contract goals and objectives are met. The School Board will conduct periodic monitoring of the Consultant's performance and compliance with Contract provisions. If any of the services do not conform to the requirements set forth in the Contract, the School Board may require the Awarded Consulting Firm to perform the services again in conformance with those requirements and at no additional cost to the School Board. When defects in the services cannot be corrected by the re-performance, the School Board shall (1) require the Consultant to take necessary action to ensure that future performance conforms to Contract requirements, and (2) receive a credit or reduction of the contract price to reflect the reduced value of the services performed.

Attachment "B"

Fees and Compensation

- ➢ Analysis of Current Employee Benefits Program

- ➢ Procurement Assistance with RFP for Administrative Services Only (ASO) and Transparent Pharmacy Benefit Manager (PBM)

- ➢ Implementation, Transition and On-Going Administrative Support Services

- ➢ Development of Deliverables and Milestones for First Year

- ➢ Project Management and Performance Monitoring Services

Total Fees Not to Exceed                                 $ 195,650.00