UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCHOOL BOARD OF OSCEOLA
COUNTY, FLORIDA,

      Plaintiff,

v.                                    Case No. 6:21-cv-01979

GALLAGHER BENEFIT SERVICES,
INC.,

      Defendant.
_____

## SECOND AMENDED NOTICE OF MEDIATION

Plaintiff, SCHOOL BOARD OF OSCEOLA COUNTY, FLORIDA, provides notice to the Court that mediation in this matter has been mutually arranged between the parties and is scheduled to be held on:

    Date:      Thursday, December 1, 2022
    Time:      9:30 a.m.
    Mediator:  Christopher L. Griffin
    Phone     (813) 867-4986
    Location:  Zoom Video Conference

**<Certificate of Service on Following Page>**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Jason Ward Johnson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Ward Johnson**
Florida Bar No. 186538
**Andrew M. Domingoes**
Florida Bar No. 1010448
BYRD CAMPBELL, P.A.
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
Primary Email: ADomingoes@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Plaintiff*