UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCHOOL BOARD OF OSCEOLA COUNTY, FLORIDA,**

      Plaintiff,

v.                          Case No: 6:21-cv-1979-ACC-LHP

**GALLAGHER BENEFIT SERVICES, INC.,**

      **Defendant.**

## ORDER

On January 4, 2022, this Court entered its Case Management and Scheduling Order setting the mediation deadline for April 14, 2023. On September 1, 2022, counsel filed a Notice (Doc. No. 32) indicating that mediation was scheduled for December 1, 2022. It is therefore **ORDERED** that counsel shall notify the Court of the outcome of that mediation conference within 14 days from the date of this order.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 22, 2022.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

- 2 -

Counsel of Record