UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SCHOOL BOARD OF OSCEOLA COUNTY, FLORIDA,**

      **Plaintiff,**

v.                                Case No.   6:21-cv-1979-ACC-LHP

**GALLAGHER BENEFIT SERVICES, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **the parties** that the above-styled action has been settled in principle. (Doc. 34). Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within ninety (90) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 90-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on January 11, 2023.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record