UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCHOOL BOARD OF OSCEOLA
COUNTY, FLORIDA,

    Plaintiff,

v.                                              Case No. 6:21-cv-01979

GALLAGHER BENEFIT SERVICES,
INC.,

    Defendant.
_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, THE SCHOOL BOARD OF OSCEOLA COUNTY, FLORIDA (the "School Board"), and Defendant, GALLAGHER BENEFIT SERVICES, INC., ("Gallagher"), by and through their respective undersigned attorneys, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), file this joint stipulation of dismissal with prejudice as to the above-styled cause. Each party is to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Jason Ward Johnson* | */s/ Jessica Kirkwood Alley* |
| **Tucker H. Byrd** | **Jessica Kirkwood Alley** |
| Florida Bar No. 381632 | Florida Bar Number: 177059 |
| **Jason Ward Johnson** | **Hoyt L. Prindle III** |
| Florida Bar No. 186538 | Florida Bar Number: 1010830 |
| **Andrew M. Domingoes** | **FREEBORN & PETERS LLP** |
| Florida Bar No. 1010448 | 201 N. Franklin Street, Suite 3550 |
| **BYRD CAMPBELL, P.A.** | Tampa, FL 33602 |
| 180 Park Avenue North, Suite 2A | Telephone: (813) 488-2920 |
| Winter Park, Florida 32789 | Email: jalley@freeborn.com; |
| Telephone: (407) 392-2285 | trussell@freeborn.com; hprindle@freeborn.com; |
| Email: TByrd@ByrdCampbell.com; | *Counsel for Gallagher Benefits Services, Inc.* |
| jjohnson@byrdcampbell.com; | |
| rmicale@byrdcampbell.com; | |
| *Counsel for the School Board of Osceola County, Florida* | |

**<CERTIFICATE OF SERVICE ON FOLLOWING PAGE>**

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2023, a copy of the foregoing has been furnished via electronic mail to all counsel of record.

/s/ *Jason Ward Johnson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Ward Johnson**
Florida Bar No. 186538
**Andrew M. Domingoes**
Florida Bar No. 1010448
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
Primary Email: ADomingoes@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Plaintiff*